| LAURA CURRAN<br>County Executive |  | JARED A. KASSCHAU<br>County Attorney |
|---|---|---|
| | | RALPH J. REISSMAN<br>Deputy County Attorney |

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
Tel. (516) 571-3046 / Fax (516) 571-3058

October 15, 2018

<u>Via ECF</u>
Hon. Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: Besedin v. County of Nassau
    18-CV-00819 (JMA)(GRB)

Dear Magistrate Judge Brown:

     This office represents defendants, Nassau County, the Nassau County Police Department, Nassau County Police Officer Stephen Beckwith and Nassau County Police Officer John Mantovani in the above-referenced action. The purpose of this letter is to provide a status report into a possible early settlement this action. I have reviewed materials provided by plaintiff's counsel's office at the Court's direction, including a video recording of plaintiff's physical encounter with Nassau County Police Department officers on February 10, 2017, as well as photographs of plaintiff's body. Having reviewed the materials, I believe that early settlement is a strong possibility. I am in the process of discussing the merits of the case with my supervisors, and I will be in contact with plaintiff's attorney shortly to discuss potential settlement. I will of course inform the Court of all developments as they occur.

     As always, defendants thank Your Honor for your attention in this matter.

                                                     Respectfully submitted,

                                                   /s/ Ralph J. Reissman
                                                   RALPH J. REISSMAN
                                                   Deputy County Attorney

cc: (via ECF)
Law Office of Frederick K. Brewington
Attorneys for Plaintiff