| LAURA CURRAN<br>County Executive |  | JARED A. KASSCHAU<br>County Attorney |
|---|---|---|
| | | RALPH J. REISSMAN<br>Deputy County Attorney |

COUNTY OF NASSAU<br>
OFFICE OF THE COUNTY ATTORNEY<br>
One West Street<br>
Mineola, New York 11501-4820<br>
Tel. (516) 571-3046 / Fax (516) 571-3058

November 18, 2018

<u>Via ECF</u>
Hon. Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, New York 11722

                Re: Besedin v. County of Nassau
                   <u>18-CV-00819 (JMA)(GRB)</u>

Dear Magistrate Judge Brown:

      This office represents defendants, Nassau County, the Nassau County Police Department, Nassau County Police Officer Stephen Beckwith and Nassau County Police Officer John Mantovani in the above referenced action. The following is a status report of the action.

      Plaintiff's counsel has provided documents, photographs and a video disc regarding plaintiff's encounter with members of the Nassau County Police Department. Defendants' counsel has reviewed the materials, and now awaits a settlement demand from plaintiff's counsel, who advises that he is in the process of obtaining additional medical records of the plaintiff. The parties will report to the Court as settlement discussions take place.

      As always, defendants thank Your Honor for your attention in this matter.

                                                       Respectfully submitted,

                                                       /s/ Ralph J. Reissman
                                                       RALPH J. REISSMAN
                                                     Deputy County Attorney

<u>cc: (via ECF)</u>
Law Office of Frederick K. Brewington
Attorneys for Plaintiff