**AO 435** (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| | |
|---|---|
| 1. NAME: Law Offices of Frederick K. Brewington | 2. PHONE NUMBER: (516) 489-6959 |
| | 3. DATE: 6/21/2019 |
| 4. DELIVERY ADDRESS OR EMAIL: 556 Peninsula Boulevard (office@brewingtonlaw.com) | 5. CITY: Hempstead |
| | 6. STATE: N.Y. |
| | 7. ZIP CODE: 11550 |
| 8. CASE NUMBER: CV-18-819 | 9. JUDGE: (KAM) (ST) |
| | DATES OF PROCEEDINGS |
| | 10. FROM 2/11/2019 |
| | 11. TO 2/11/2019 |
| 12. CASE NAME: Besedin v. County of Nassau, et.al. | LOCATION OF PROCEEDINGS |
| | 13. CITY: Central Islip |
| | 14. STATE: N.Y. |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Status Conference | 02/11/2019 |
| [ ] SENTENCING | | FTR Log #11:43-11:51 | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional)

**ESTIMATE TOTAL**: 0.00

**18. SIGNATURE**: *Frederick K. Brewington*

**19. DATE**: 6/21/2019

**PROCESSED BY**:

**PHONE NUMBER**:

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES: 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT: 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE: 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY