

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

***Attorneys and Counselors at Law***
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Julissa M. Proaño

Oscar Holt III
Of Counsel

June 28, 2019

Hon. Steven Tiscione
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Besedin v. Nassau County et al.,
> 18-CV 0819 (KAM) (ST)

Dear Judge Tiscione:

We are the attorneys representing the Plaintiff Robert Besedin in the above referenced matter. This letter is written to inform Your Honor that the parties have not completed discovery in this matter and that the previously set schedule, unfortunately, has not been adhered to.

As of the writing of this letter, on April 11, 2019 Plaintiff served Initial Rule 26 disclosure and provided nearly 400 pages of documents; on February 13, 2019, we executed a Stipulation and Release for the Criminal Court file, and provided Defendants with video evidence and a series of photos, all of which were intended to assist the Defendants in considering settlement in this case.

With regard to the County Defendants, as of this letter, we have not received Defendants' Rule 26 Disclosures or any other form of information from them. We do not know the status of the release of the criminal file and there has been no movement on possible settlement. Accordingly, the Phase I discovery as set out under Magistrate Judge Brown has not been completed.

We will be present before Your Honor this coming Monday at 2:30 p.m. Thank you.

Respectfully submitted,

FREDERICK K. BREWINGTON

FKB:rw
cc: Ralph Reissman, Esq. (By ECF)