# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 2, 2019 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-819 (KAM) |
| **NAME OF CASE(S):** | **BESEDIN V. COUNTY OF NASSAU ET AL.** |
| **FOR PLAINTIFF(S):** | Brewington |
| **FOR DEFENDANT(S):** | Reissman |
| **NEXT CONFERENCE(S):** | **MARCH 3, 2020 AT 12:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 2:17 - 2:19, 3:11 - 3:12 |

## RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties will focus discovery on Plaintiff's brain injury and reconvene for a further settlement conference on March 3, 2020 at 12:00 p.m