

| **LAURA CURRAN**<br>County Executive | | **JARED A. KASSCHAU**<br>County Attorney |
|---|---|---|

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

July 7, 2020

Via ECF
Hon. Steven Tiscione
United States District Court
225 Cadman Plaza East
Brooklyn, New York

                Re:  Robert Besedin v. County of Nassau
                    18-CV-00819 (KAM)(ST)

Dear Magistrate Judge Tiscione:

      This office represents defendants, Nassau County, the Nassau County Police Department, and Nassau County Police Officers Stephen Beckwith and John Montovani in the above-referenced action. I am writing to apologize to the Court for failing to call in this afternoon at 4:30 p.m. for an ex-parte settlement conference with Your Honor. Quite simply, I misplaced the date and time in my calendar, and did not realize my error until plaintiff's counsel called me at 4:50 p.m. I tried to call Chambers but was not able to get through at 4:55 p.m. It is my understanding that the parties will suggest new dates and time for the week of July 13, 2020 for the conference. I apologize again to the Court and plaintiff's counsel for my error.

                                              Respectfully submitted,

                                              /s/  Ralph J. Reissman
                                              RALPH J. REISSMAN
                                              Deputy County Attorney

cc: (Via ECF)
Law Offices of Frederick K. Brewington
Attorneys for Plaintiff