

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Albert D. Manuel III

Oscar Holt III
Of Counsel

July 7, 2020

**BY ECF ONLY**
Hon. Steven Tiscione
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Besedin v. Nassau County et al.,
18-CV 0819 (KAM) (ST)

Dear Judge Tiscione:

We are the attorneys representing the Plaintiff Robert Besedin in the above referenced matter. This letter will follow our settlement conference scheduled for today to respectfully request a new date for the Court to conduct that conference. I have spoken to Mr. Reissman and am clear that his not being on the settlement call was nothing more than an error in dates and scheduling. After conferring with him, we have come up with the following dates and times to suggest to the Court as dates when counsel for the respective parties are available. The following dates are suggested:

- Tuesday July 14th 4:00 p.m. and after
- Wednesday July 15th 2:00 p.m. to 5:00 p.m.
- Friday July 17th 10:00 a.m. to 5:00 p.m.

If any of these dates are open for Your Honor, we would be happy to try the settlement process again and would make our client available to participate. Should you have any questions, we stand ready to respond. Thank you.

Respectfully submitted,

FREDERICK K. BREWINGTON

FKB:rw
cc: Ralph Reissman, Esq. (By ECF)