| LAURA CURRAN | | JARED A. KASSCHAU |
|---|---|---|
| **County Executive** |  | **County Attorney** |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 7, 2020

<u>Via ECF</u>
Hon. Steven Tiscione
United States District Court
225 Cadman Plaza East
Brooklyn, New York

      Re: Robert Besedin v. County of Nassau
       <u>18-CV-00819 (KAM)(ST)</u>

Dear Magistrate Judge Tiscione:

  This office represents defendants, Nassau County, the Nassau County Police Department, and Nassau County Police Officers Stephen Beckwith and John Montovani in the above-referenced action. Pursuant to the Court's directive, the parties file this letter to apprise the Court of the status of the action.

  Based on the last telephone conference with the Court, in which the parties discussed settlement *ex parte*, the County Attorney's Office is evaluating its options with regard to increasing its settlement offer above the $500,000 offered, as plaintiff has rejected this latest offer. The County Attorney's Office is in the process of re-evaluating the case and expects to make a decision to maintain or increase its offer within the next three weeks.

            Respectfully submitted,

            /s/ Ralph J. Reissman
            RALPH J. REISSMAN
            Deputy County Attorney

<u>cc: (Via ECF)</u>
Law Offices of Frederick K. Brewington
Attorneys for Plaintiff