| LAURA CURRAN<br>**County Executive** |  | JARED A. KASSCHAU<br>**County Attorney** |
|---|---|---|



## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

August 28, 2020

<u>Via ECF</u>
Hon. Steven Tiscione
United States District Court
225 Cadman Plaza East
Brooklyn, New York

             Re: Robert Besedin v. County of Nassau
                <u>18-CV-00819 (KAM)(ST)</u>

Dear Magistrate Judge Tiscione:

      This office represents defendants, Nassau County, the Nassau County Police Department, and Nassau County Police Officers Stephen Beckwith and John Montovani in the above-referenced action. Pursuant to the Court's directive, the parties file this letter to apprise the Court of the status of the action.

      After a full review of the facts and medical records, the County Attorney has authorized me to offer $225,000 to settle the case, inclusive of attorney's fees. I conveyed this offer to plaintiff's attorney this week, and the offer was rejected. Plaintiff's attorney has not made a counteroffer as of this writing. In light of the current status, the parties are not adverse to having one further settlement conference with Your Honor, if the Court is willing to conduct such a session.

      Thank you for your attention in this matter.

                                                    Respectfully submitted,

                                                    /s/ Ralph J. Reissman
                                                    RALPH J. REISSMAN
                                                    Deputy County Attorney

<u>cc: (Via ECF)</u>
Law Offices of Frederick K. Brewington
Attorneys for Plaintiff