## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **MAGISTRATE JUDGE STEVEN L. TISCIONE** |
| **DATE:** | October 29, 2020 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-819 (KAM) |
| **NAME OF CASE(S):** | **BESEDIN -V- COUNTY OF NASSAU ET AL,** |
| **FOR PLAINTIFF(S):** | Brewington |
| **FOR DEFENDANT(S):** | Reissman |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties shall confer and submit a proposed schedule for remaining discovery by November 6, 2020.