| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive |  | **JARED A. KASSCHAU**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

November 6, 2020

Via ECF
Hon. Steven Tiscione
United States District Court
225 Cadman Plaza East
Brooklyn, New York

        Re:  Robert Besedin v. County of Nassau
             18-CV-00819 (KAM)(ST)

Dear Magistrate Judge Tiscione:

    This office represents defendants, Nassau County, the Nassau County Police Department, and Nassau County Police Officers Stephen Beckwith and John Montovani in the above-referenced action.

    Pursuant to Your Honor's order issued October 29, 2020, and after consultation with plaintiff's attorney Frederick K. Brewington, Esq., the parties respectfully jointly request that the deadline for all discovery be set at March 31, 2021 to allow the parties to exchange written discovery demands and responses, and to conduct numerous depositions of parties and nonparties.

    The parties thank Your Honor for your attention and consideration in this matter.

                                  Respectfully submitted,

                                  /s/  Ralph J. Reissman
                                RALPH J. REISSMAN
                                Deputy County Attorney

cc: (Via ECF)
Law Offices of Frederick K. Brewington
Attorneys for Plaintiff

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684, 6604
