# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 26, 2021 |
| TIME: | 11:30 a.m. |
| DOCKET NUMBER(S): | CV-18-819 (KAM) |
| NAME OF CASE(S): | Besedin v. County of Nassau et al |
| FOR PLAINTIFF(S): | Brewington |
| FOR DEFENDANT(S): | Reissman |
| NEXT CONFERENCE(S): | Telephone Conference - June 1, 2021 at 10:00 a.m. |
| FTR/COURT REPORTER: | AT&T (11:30 - 11:45) |

RULINGS FROM Motion Hearing:

The Joint MOTION for Extension of Time to Complete Discovery [47] is granted. The deadline for completion of discovery is extended to May 31, 2021. The April 7, 2021 telephone status conference is adjourned to June 1, 2021 at 10:00 a.m. The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145. Parties shall file a joint status report by April 26, 2021, including a complete schedule of any remaining depositions.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.