# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 4, 2021 |
| TIME: | 11:30 |
| DOCKET NUMBER(S): | CV-18-819 (KAM) |
| NAME OF CASE(S): | Besedin v. County of Nassau et al. |
| FOR PLAINTIFF(S): | Brewington |
| FOR DEFENDANT(S): | Reissman |
| NEXT CONFERENCE(S): | N/A |
| FTR/COURT REPORTER: | AT&T (11:30 - 11:50) |

**RULINGS FROM** Motion Hearing :

Defendants' Letter MOTION for Protective Order [49] is granted and the attached protective order is so ordered. Defendants should therefore produce discovery responses as soon as practicable. If the parties have any disputes regarding the designation of specific documents as confidential under the protective order, they should attempt to resolve the dispute and advise the Court if the issue cannot be resolved between the parties.