UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT BESEDIN, SR.,

                Plaintiff,

  -against-

COUNTY OF NASSAU, THE NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH AND POLICE OFFICER
JOHN MANTOVANI in their individual and
official capacities,

                Defendants.
---------------------------------------------------------------X

Docket No.
18-CV-00819 (KAM)(ST)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that MARK A. RADI, a member of the firm SOKOLOFF STERN LLP, attorneys for defendants COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
       July 12, 2021

                                                        SOKOLOFF STERN LLP
                                                      *Attorneys for Defendants*

                                                      */s/ Mark Radi*

                          By:   MARK A. RADI
                              179 Westbury Avenue
                              Carle Place, New York 11514
                              (516) 334-4500
                              File No.: 210099

To:    All Counsel of Record (via ECF)