THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Maria K. Dyson
Albert D. Manuel III

Oscar Holt III
Of Counsel

July 14, 2021

**_VIA ELECTRONIC CASE FILING_**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

> **Re:** **_Besedin v. County of Nassau, et.al._**
> **_Docket No.: CV-18-819 (KAM)(ST)_**

Dear Judge Tiscione:

As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. We apologize to the Court for not participating in the teleconference which was scheduled for today at 4:00 p.m., and certainly did not mean any disrespect. In error, the teleconference was mis-calendared to take place at 4:30 p.m., and I was not aware of the error until I called the Court at that time. Once I called defense counsel, I learned that he too did not participate. Please accept my sincere apology for our error.

We thank the Court for its kind consideration.

Respectfully submitted,

*|S| Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc:    Mark A. Radi, Esq. (via ecf)
FKB:pl