# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT BESEDIN, SR.,

               Plaintiff,

    -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER STEPHEN
BECKWITH AND POLICE OFFICER JOHN
MANTOVANI in their individual and official capacities,

               Defendants.

**DOCKET NO.: CV-18-819
(JMA)(GRB)**

PLAINTIFF'S INITIAL
DISCLOSURES PURSUANT
TO FED R. CIV.PRO. 26

**PLAINTIFF, ROBERT BESEDIN, SR.,**, by and through his attorneys, the LAW OFFICES OF FREDERICK K. BREWINGTON, make the following disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure:

Plaintiff reserves the right to assert any and all privileges and objections permitted under the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Local Rules (E.D.N.Y.) which bear on disclosure of the following information and documents. Further Plaintiff reserves the right to more fully disclose any information and documentation as same become known and apparent:

(a)(1)(A)      Individuals likely to have discoverable information:

1.     ROBERT BESEDIN, SR.,

Mr. Besedin, Sr., is the Plaintiff in this matter, and can be reached through his attorneys the Law Offices of Frederick K. Brewington, 556 Peninsula Boulevard, Hempstead, New York 11550, 516-489-6959. As the Plaintiff, Mr. Besedin, Sr., possess knowledge, and information regarding the facts as set forth in the Complaint of this matter.

2.      POLICE OFFICER "STEPHEN" BECKWITH

Police Officers "Stephen Beckwith" is a Defendant in this matter, and can be reached through his attorneys Nassau County Attorneys, One West Street, Mineola, New York 11501, (516) 571-3056.  As the Defendant, Officer Beckwith possess knowledge, and information regarding the facts as set forth in the Complaint of this matter.

3.      POLICE OFFICER "JOHN" MANTOVANI

Police Officer "John" Mantovani is a Defendant in this matter, and can be reached through his attorneys Nassau County Attorneys, One West Street, Mineola, New York 11501, (516) 517-3056. As the Defendant, Officer Mantovani possess knowledge, and information regarding the facts as set forth in Complaint of this matter.

4.      LLOYD J. NADEL, ESQ.

Mr. Nadel is a non party witness, and can be reached at the Law Office of Lloyd J. Nadel, 170 Old Country Road Suite 600   Mineola,  New York 11501, (516)877-2200.  Mr. Nadel was Plaintiff's criminal defense attorney, and possess knowledge, and information regarding the facts as set forth in the Complaint of this matter.

(a)(1)(B)      A description of all documents, data compilations and tangible things that are relevant in the pleadings:

1.      Department of Veterans Affairs Medical Records - Northport
bates stamp #BESEDIN.0001-0166

2.      Nassau University Medical Center Medical Records - bates stamp #BESEDIN.0167-0275

3.      First District Court Felony Complaint, charging Plaintiff with violation of Penal Law §120.05 03,   bates stamp #BESEDIN.0276-0277

4.      First District Court Information, charging Plaintiff with Violation of Penal Law §205.30 , bates stamp #BESEDIN.0278

5.      First District Court Information, charging Plaintiff with Violation of Penal Law §240.26 , bates stamp #BESEDIN.0279

6.      Plaintiff's Complaint, Docket No.: CV-18-819  bates stamp#BESEDIN.0280-0326

7.      Nassau District Court Certificate of Disposition, bates stamp #BESEDIN.0327

8.      Audio CD of Radio Calls, bates stamp#BESEDIN.0328

9.      Audio CD of 911 Calls (28)and (6), bates stamp#BESEDIN.0329- 0330

10.     USB containing videos of Police Officers on Robert Besedin's front porch and with police officers bates stamp#BESEDIN.0331

11.     Pictures of Robert Besedin's front Porch , Injuries and Truck, bates stamp#0332-0349


(a)(1)( c)        A computation of damages has yet to be determined as some of the damages are on-going in nature.

(a)(2)(A) At this time, Plaintiff has not yet determined the experts expected to testify at trial; this information will be provided when it becomes available.

Plaintiff reserves the right to supplement the aforementioned disclosure and/or rely on additional witnesses and documents as same are discovered or become relevant.

Date:   Hempstead, New York
        April 10, 2019

                                LAW OFFICES OF
                                FREDERICK K. BREWINGTON

                        By:     _____
                                FREDERICK K. BREWINGTON
                                *Attorneys for Plaintiff*
                                556 Peninsula Boulevard
                                Hempstead, New York 11550
                                (516) 489-6959

TO:     Ralph J. Reissman, Esq.
        Office of the County Attorney
        County of Nassau
        One West Street
        Mineola, New York 11501-4820

3

RECEIVED

OCT 3 1 2018

**DEPARTMENT OF** LAW OFFICES OF
**VETERANS AFFAIRS** FREDERICK K. BREWINGTON

DVA MEDICAL CENTER NORTHPORT
79 Middleville Road
Mail Stop: BUS/ROI
Northport, 11768

DATE: 10/29/2018
In Reply Refer To: BUS/ROI
SSN: 8925

*LAW OFFICES OF FREDERICK K BREWINGTON*
*556 PENINSULA BLVD*
*HEMPSTEAD, NY 11550*

RE: ROI Plus Request for ROBERT BESEDIN

Dear LAW OFFICES OF FREDERICK K BREWINGTON:

This individually identifiable information is privileged. Its confidentiality
should be maintained along with appropriate security safeguards to protect
against individual harm (identity theft), embarrassment, or inconvenience.

Sincerely,

MICHAEL LOUIS FITZPATRICK - Release of Information

Besedin 0001

# Radiology Reports

ELBOW 3 OR MORE VIEWS

Printed On Oct 29, 2018

Exm Date: MAR 08, 2017@16:55
Req Phys: SCALISI,JOSEPH G

Pat Loc: NPT-EMERGENCY ROOM (Req'g Loc)
Img Loc: OUTPATIENT RADIOLOGY
Service: Unknown

(Case 3106 COMPLETE) ELBOW 3 OR MORE VIEWS        (RAD  Detailed) CPT:73080
    Reason for Study: s/p fall left elbow pain x 1 month

  Clinical History:
    Attending: SCALISI,JOSEPH G

    Side: Left

  Report Status: Verified                    Date Reported: MAR 08, 2017
                                             Date Verified: MAR 08, 2017
  Verifier E-Sig:/ES/JUDY WU

  Report:
    History:  72 years  Male with history of all left elbow pain x 1
    month

    Technique: 3 views of the left elbow obtained.

    Comparison: None.

    Findings: Joint alignment is maintained. The radiocapitellar and
    trochlear-ulnar joint spaces are maintained. No articular or
    juxta articular erosions seen. There is no chondrocalcinosis.
    There is no osteochondral joint body seen. No definite joint
    effusion with evaluation limited due to patient positioning on
    the lateral view. There is enthesopathy at the triceps tendon
    insertion. No definite olecranon bursitis.  No radiopaque foreign
    body seen.


    Impression:


    No acute fracture or dislocation.

    Code 4 alert sent to JOSEPH G SCALISI on 3/8/2017 5:16 PM


    Primary Diagnostic Code: ABNORMALITY, ATTN. NEEDED

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

**VISTA Electronic Medical Documentation**
Printed at NORTHPORT VAMC

Besedin_0002

# Radiology Reports

Printed On Oct 29, 2018

Primary Interpreting Staff:
  JUDY WU, Attending radiologist (Verifier)
 /JW

SHOULDER 2 OR MORE VIEWS

Exm Date: MAR 08, 2017@16:55
Req Phys: SCALISI,JOSEPH G

Pat Loc: NPT-EMERGENCY ROOM (Req'g Loc)
Img Loc: OUTPATIENT RADIOLOGY
Service: Unknown

(Case 3107 COMPLETE) SHOULDER 2 OR MORE VIEWS
    Reason for Study: right shoulder pain s/p fall 1 month ago     (RAD   Detailed) CPT:73030

  Clinical History:
    Attending: SCALISI,JOSEPH G

    Right

  Report Status: Verified

Date Reported: MAR 08, 2017
  Verifier E-Sig:/ES/JUDY WU                                Date Verified: MAR 08, 2017

  Report:
    History: 72-year-old Male with history of right shoulder pain s/p
    fall 1 month ago.

    Technique: 2 radiographs of the right shoulder were obtained.

    Reference examination: None.

    Findings:

    No acute fractures seen in the right shoulder. No destructive
    osseous lesions seen.

    Glenohumeral joint is grossly maintained.

    The A.C. joint demonstrates moderate arthrosis. There is mild
    downsloping of the lateral acromion. The acromiohumeral space
    appears mildly narrowed.

    No ossified joint body seen.

    No acute rib fractures seen within the visualized ribs.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Radiology Reports

No sizable nodule seen in the visualized portion of the right lung.

No radiopaque foreign body seen.

Impression:

No acute fracture or dislocation.

Moderate arthrosis of the acromioclavicular joint.

Mild downsloping of the lateral acromion. Please correlate for impingement.

Code 4 electronic alert sent to JOSEPH G SCALISI on 3/8/2017 5:13 PM

Primary Diagnostic Code: ABNORMALITY, ATTN. NEEDED

Primary Interpreting Staff:
  JUDY WU, Attending radiologist (Verifier)
/JW

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB: 03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

LOCAL TITLE: PC TELEPHONE NOTE
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 26, 2018@12:48    ENTRY DATE: OCT 26, 2018@12:48:36
    AUTHOR: FINNEGAN,LORETTA    EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED

Called back veteran regarding his complaint of lower back pain.  He said he has
this pain since February/worst when he lift and bend down.  He also state he
went to PMR in NPT and in Baldwin PT (for 2 months_ but 'does nothing to help
his back pain'.
He said he is agreeable for back pain evaluation by PMR.
Provider is informed.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 10/26/2018 12:52

Receipt Acknowledged By:
10/26/2018 13:03        /es/ SHIRLEY M TANSIONGCO, MD,FACP
                        PC ATTENDING PHYSICIAN

LOCAL TITLE: AUDIOLOGY ADMIN NOTE
STANDARD TITLE: AUDIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: OCT 18, 2018@16:01    ENTRY DATE: OCT 18, 2018@16:01:22
    AUTHOR: MENJIVAR,SANDY    EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED

Veteran mailed in the right Starkey Muse ITE hearing aid for repair.  Hearing
aid has crack in case.  Hearing aid sent for repair then to be mailed back to
the veteran's home.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 10/18/2018 16:02

LOCAL TITLE: MEDICINE - TELEPHONE NOTE
STANDARD TITLE: INTERNAL MEDICINE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 05, 2018@16:46    ENTRY DATE: OCT 05, 2018@16:46:51
    AUTHOR: TANSIONGCO,SHIRLEY    EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED

Chief complaint:low k

History:
    73  year old WHITE MALE with the ff PMHx: HTN, hyperlipidemia and GERD
who had routine labs done after his PC appt. K showed 3.4. He claims he's
compliant with KCL 30mEq PO QD, Increase potassium chloride 20 mEq twice a day
or 40mEq PO QD, patient verbalized understanding.

UREA NITROGEN                           21H  mg/dL           8 - 20

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Oct 29, 2018

```
CREATININE                      1.3    mg/dL        0.6 - 1.3
POTASSIUM                       3.4L   mmol/L       3.5 - 5.0
```

Time spent reviewing chart for medications,labs and reports: 5 minutes

Assessment/Plan:
Hypokalemia secondary to diuretic chlorthalidone: Pt claims he's compliant with
KCL 30mEq PO QD, Increase potassium chloride 20 mEq twice a day or 40mEq PO QD,
patient verbalized understanding.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/05/2018 16:49

```
 LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: OCT 01, 2018@11:16      ENTRY DATE: OCT 01, 2018@11:16:40
    AUTHOR: TANSIONGCO,SHIRLEY    EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

   *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of hypertension, hyperlipidemia
and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
        73  year old WHITE MALE  came in for evaluation and management of
hypertension, hyperlipidemia and GERD. He complains of lesions on the scalp
and temporal areas and anterior auricular area > 1yr. He was seen by VA derma
2015 and agrees for Derma consult. He still complains of  low back pain since
the police arrest and has only improved a little after PT. No other
complaints at this time.

wife: Judy
automechanic repair place, day care, rental property
He has peronal/family problems (son-in-law bipolar, her
daughter is in divorce process, wife is taking care of the grandchildren).

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin  0006

# Progress Notes

```
         Active Outpatient Medications                    Status
==============================================================================
1)   ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS   HOLD
         BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH
2)   AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
         EVERY DAY FOR BLOOD PRESSURE OR HEART
3)   ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
         MOUTH AT BEDTIME FOR CHOLESTEROL
4)   DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE   HOLD
         BY MOUTH TWICE A DAY BLOOD THINNER: pt will start taking it from now
on, claims he has enough supply, willl call if he needs more
5)   FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY      HOLD
         DAY FOR PROSTATE
6)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY   ACTIVE
         FOR BLOOD PRESSURE OR HEART
7)   OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH        ACTIVE
         EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
         STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
         REFILL ONLY)
8)   POTASSIUM CHLORIDE 10MEQ SA TAB TAKE FOUR TABLETS BY    ACTIVE
         MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY
9)   TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      HOLD
         BEDTIME FOR PROSTATE
10)  CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
         EVERY DAY
11)  FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY   ACTIVE
12)  NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A     ACTIVE
         DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER
13)  POTASSIUM CHLORIDE 10MEQ SA TAB TAKE THREE TABLETS BY   ACTIVE
         MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY
14)  THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
         DAY FOR VITAMIN DEFICIENCY
15)  CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO         ACTIVE
         AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION
16)  FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1        ACTIVE
         SPRAY IN EACH NOSTRIL EVERY DAY
17)  SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
         MOUTH  WHEN NEEDED AS DIRECTED
18)  AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO          ACTIVE
         AFFECTED AREA EVERY DAY FOR DRY SKIN
20)  TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT    ACTIVE
         TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
         AFFECTED AREAS
```

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.

Allergies/ADR:NKDA

```
SOCIAL HISTORY:    TOBACCO:no
                   ALCOHOL: 1 glass of whisky QD (C+AGE)
                   RECREATIONAL DRUGS:no
                   OCCUPATION:auto mechanic; Air Force 1969-70
                   MARITAL STATUS:married, lives with wife
FAMILY HISTORY:    MOTHER -93y/o, arthritis
                   FATHER -died at age 85, bladder cancer with mets to lungs
                   1 son and 1 daughter: A&W
```

REVIEW OF SYSTEMS:
        No change from 11/21/11 unless stated in HPI

PHYSICAL EXAM:
Vital Signs:
        BP = 151/90 (10/01/2018 11:15)-> 129/74
        P = 90 (10/01/2018 11:15)
        RR=18 (10/01/2018 11:15)
        Temp=afebrile
        Weight =257.7 lb [117.1 kg] (10/01/2018 11:15)
        Height=67 in [170.2 cm]
        BODY MASS INDEX - 40.4 (OCT 01, 2018@11:15:06)
        Pain Scale = 1 (10/01/2018 11:15)

```
GENERAL:       Looks right for age, severely obese, oriented x3,
               not in cardio-respiratory distress
HEENT:         NCAT, PERLLA, EOMI
Lungs/Chest:   Clear to auscultation bilaterally.
               No wheezes or rhonchi, no rales.
Cardiac:       S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:       Audible bowel sounds, soft, non-tender, non-distended,
               No hepatosplenomegaly, no palpable masses.
Extrem:        No cyanosis, no clubbing, <1+ edema
Pulses:        done previously:
               DP right 3+, left 4+ (0-4+)
               TP (bilateral) 3+(0-4+)
```

LABS: 4/4/18:  CBC, Chem 7/13: reviewed with the patient
K                   3.4 L  mmol/L   3.5 - 5

ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is suggested.
A restrictive component cannot be excluded, suggest static lung volumes and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral frontal lobes and right temporo-occipital region; focal area of hypodensity in the left nferior-anterior temporal region may represnt arachnoid cyst vs focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:controlled, continue Chlorthalidone with KCl, Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: uncontrolled, continue Atorvastatin 40mg PO qhs,  diet and exercise claims he had  dizziness with Atorvastatin but had resolved, the dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.8mg PO QD, Finasteride
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: f/u by VA Psych
15.social issues: Social Work consulted
16.right knee,right shoulder pain, back pain: relieved with Advil, continue Naproxen or Advil with food and drink lots water, may take Acetaminophen instead, seen in VA PM&R
17.tinea cruris:  Lotrimin cream
18.anxiety: declined VA Psychology

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

19.decreased vision: Optometry  for eyeglasses pt will call 631-266-6059
option 1
20.h/o Hypokalemia 2o Chlorthalidone: continue KCL 40mEq PO QD; repeat ktoday
21.h/o chronic kideny disease: repeat today for verification, will
request renal sono after verification
22.Health maintenance/Primary Preventions:
       Flu shot(Yearly 65 and over or if *): 10/1/18
       Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
           PCV13: 12/29/14
       Tetanus (Q10 yrs): Td 2005
       PSA (Inconclusive 50-70y/o):1.48
       Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
       Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
       Diet and exercise encouraged
       HCVAB  4/4/18 9/21/17    NONREACTIVE
Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb Alc, UA  1 week prior to RTC
RTC 6 months or sooner if needed.


/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/01/2018 11:43


10/01/2018 ADDENDUM                    STATUS: COMPLETED
UREA NITROGEN                          21H  mg/dL              8 - 20
CREATININE                             1.3 . mg/dL            0.6 - 1.3
POTASSIUM                              3.4L mmol/L            3.5 - 5.0
Hypokalemia secondary to diuretic chlorthalidone: Pt claim she's compliant with
KCL 30mEq PO QD, Increase potassium chloride 20 mEq twice a day 04 40mEq PO QD,
patient verbalized understanding.


/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/05/2018 16:46


10/24/2018 ADDENDUM            STATUS: COMPLETED
Letter from Frederick K Brewington law office, atty and Counselor at Law,
requesting ROI, forwarded to ROI by RN (L).


/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/24/2018 16:45


10/26/2018 ADDENDUM            STATUS: COMPLETED
Called back veteran regarding his complaint of lower back pain.  He said he has
this pain since February/worst when he lift and bend down.  He also state he
went to PMR in NPT and in Baldwin PT (for 2 months_ but 'does nothing to help
his back pain'.
He said he is agreeable for back pain evaluation by PMR.
Provider is informed.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 10/26/2018 12:52


PM&R CPRS

/es/ SHIRLEY M TANSIONGCO, MD, FACP
PC ATTENDING PHYSICIAN
Signed: 10/26/2018 13:06

---

LOCAL TITLE: AUDIOLOGY ADMIN NOTE
STANDARD TITLE: AUDIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 21, 2018@08:20      ENTRY DATE: SEP 21, 2018@08:20:11
     AUTHOR: MENJIVAR,SANDY      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Veteran called 9/20/2018 reporting that he has been called to serve on jury
duty.  Veteran requested a letter from the undersigned requesting that he be
excused from jury duty due to his hearing loss.  Reviewed veterans chart.
Veteran was last seen in February 2017 for an audiologic evaluation.  Veteran
has a moderately-severe to severe sensorineural hearing loss bilaterally. · A
letter was drafted stating the veteran's diagnosis as well as the possible
hearing difficulties he may encounter as a juror. See scanned image in Vista
Imaging Display.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 09/21/2018 08:30

---

LOCAL TITLE: CLINICAL PHARMACY NOTE
STANDARD TITLE: PHARMACY NOTE
DATE OF NOTE: AUG 07, 2018@10:05      ENTRY DATE: AUG 07, 2018@10:05:17
     AUTHOR: ERATO,MARINA      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Patient requesting renewal of AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY
MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART; rx has expired.  Patient was last
seen by PCP on 4/4/18 and has an appointment on 10/1/18.  CPRS reviewed and as per
last PCP note, this medication is to be continued.

Authorizing a 60 day extension of medication as a continuation of therapy.



/es/ Marina Erato, PharmD
Clinical Pharmacist
Signed: 08/07/2018 10:06

Receipt Acknowledged By:

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

**VISTA Electronic Medical Documentation**
Printed at NORTHPORT VAMC

# Progress Notes

```
08/07/2018 14:35        /es/ SHIRLEY M TANSIONGCO, MD, FACP
                        PC ATTENDING PHYSICIAN
```

LOCAL TITLE: MEDICINE - TELEPHONE NOTE
STANDARD TITLE: INTERNAL MEDICINE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 05, 2018@16:50      ENTRY DATE: APR 05, 2018@16:50:57
     AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Chief complaint:low K

History:
     73  year old WHITE MALE with the ff PMHx:HTN, hyperlipidemia and GERD
who had a routin elabs done which showed K: 3.4. I called the pt and advised him
to increase his KCl 40mEq PO QD. He verbalized understanding.
POTASSIUM                              3.4L  mmol/L           3.5 - 5.0

Time spent reviewing chart for medications,labs and reports: 5 minutes

Assessment/Plan:
Hypokalemia 2o Chlorthalidone: increase KCL 40mEq PO QD; repeat k in 2
weeks, pt verbalized understanding


/es/ SHIRLEY M TANSIONGCO, MD, FACP
PC ATTENDING PHYSICIAN
Signed: 04/05/2018 16:53

LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: APR 04, 2018@13:50      ENTRY DATE: APR 04, 2018@13:50:36
     AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

   *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of HTN, hyperlipidemia and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
     73  year old WHITE MALE  came in for evaluation and management of
HTN, hyperlipidemia and GERD. His low back pain, shoulder pain and knee pain has
improved a little after PT.   No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property
He has peronal/family problems (son-in-law bipolar, her
daughter is in divorce process, wife is taking care of the grandchildren).

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003
```

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 2) | CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 3) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 4) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 5) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER | ACTIVE |
| 6) | POTASSIUM CHLORIDE 10MEQ SA TAB TAKE THREE TABLETS BY MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY | ACTIVE |
| 7) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |
| 8) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 9) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 10) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 11) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 12) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 13) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 14) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 15) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 16) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 17) | AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO AFFECTED AREA EVERY DAY FOR DRY SKIN | ACTIVE |
| 18) | TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO AFFECTED AREAS | ACTIVE |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

VA, non VA, OTC and herbal medications were reviewed with the patient/ caregiver and were reconciled. Discrepancies have been addressed with the patient/caregiver. Changes have been made to the patient's printed list and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records with all medications. Patient was instructed to carry the updated list with them at all times to share the list with their healthcare providers when needed.
The patient's capacity to make decisions relative to their immediate physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.

Allergies/ADR:NKDA

SOCIAL HISTORY:   TOBACCO:no
                 ALCOHOL: 1 glass of whisky QD (C+AGE)
                 RECREATIONAL DRUGS:no
                 OCCUPATION:auto mechanic; Air Force 1969-70
                 MARITAL STATUS:married, lives with wife
FAMILY HISTORY:  MOTHER -93y/o, arthritis
                 FATHER -died at age 85, bladder cancer with mets to lungs
                 1 son and 1 daughter: A&W

REVIEW OF SYSTEMS:
        No change from 11/21/11 unless stated in HPI

PHYSICAL EXAM:
Vital Signs:
        BP = 143/80 (04/04/2018 13:08)-->115/73
        P = 76 (04/04/2018 13:08)
        RR=18/min
        Temp=afebrile
        Weight =242 lb [110.0 kg] (04/04/2018 13:08)
        Height=67 in [170.2 cm]
        BODY MASS INDEX - 38.0 (APR 04, 2018@13:08:39)
        Pain Scale = 0 (04/04/2018 13:17)

GENERAL:      Looks right for age, severely obese, oriented x3,
              not in cardio-respiratory distress
HEENT:        NCAT, PERLLA, EOMI
Lungs/Chest:  Clear to auscultation bilaterally.
              No wheezes or rhonchi, no rales.
Cardiac:      S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:      Audible bowel sounds, soft, non-tender, non-distended,
              No hepatosplenomegaly, no palpable masses.
Extrem:       No cyanosis, no clubbing, <1+ edema
Pulses:       done previously:
              DP right 3+, left 4+ (0-4+)
              TP (bilateral) 3+(0-4+)

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0014

# Progress Notes

```
LABS: 12/21/17:  CBC, Chem 7/13: reviewed with the patient
GLUCOSE  non-fasting  126 H    108 H     119 H      119 H    mg/dL    70 - 99
BUN                    24 H     30 H      21 H       18      mg/dL    8 - 20
CREAT                  1.2      1.8 H     1.2        1.1     mg/dL    .6 - 1.3
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54
```

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:controlled, continue Chlorthalidone with KCl, Amlodipine,
Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: sl uncontrolled, continue Atorvastatin 40mg PO qhs,  diet and
exercise, claims he had  dizziness with Atorvastatin but had resolved, the
dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.8mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0015

# Progress Notes

Printed On Oct 29, 2018

13. hyperreactive airway: continue Albuterol
14. depression, anxiety, ETOH abuse: f/u by VA Psych
15. social issues: Social Work consulted
16. right knee, right shoulder pain, back pain: relieved with Advil, continue
Naproxen or Advil with food and drink lots water, may take Acetaminophen
instead, seen in VA PM&R
17. tinea cruris:  Lotrimin cream
18. anxiety: declined VA Psychology
19. decreased vision: Optometry  for eyeglasses pt will call 631-266-6059
option 1
20. h/o Hypokalemia 2o Chlorthalidone: continue KCL 30mEq PO QD; repeat k in 2
weeks, pt verbalized understanding
21. h/o chronic kidney disease: repeat today for verification, will
request renal sono after verification
22. Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 9/21/17
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
               PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.66
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged
        HCVAB  9/21/17    NONREACTIVE
Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 6 months or sooner if needed.


/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 04/04/2018 14:05

04/05/2018 ADDENDUM                STATUS: COMPLETED
POTASSIUM                   3.4L  mmol/L           3.5 - 5.0
Hypokalemia 2o Chlorthalidone: increase KCL 40mEq PO QD; repeat k in 2
weeks, pt verbalized understanding

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 04/05/2018 16:50

08/07/2018 ADDENDUM                STATUS: COMPLETED
Patient requesting renewal of AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY
MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART; rx has expired.  Patient was last
seen by PCP on 4/4/18 and has an appointment on 10/1/18.  CPRS reviewed and as
per
last PCP note, this medication is to be continued.

Authorizing a 60 day extension of medication as a continuation of therapy.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)   | VISTA Electronic Medical Documentation
BESEDIN, ROBERT                                                   | Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

# Progress Notes

Printed On Oct 29, 2018

/es/ Marina Erato, PharmD
Clinical Pharmacist
Signed: 08/07/2018 10:06

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 08/07/2018 14:35

---

LOCAL TITLE: AUDIOLOGY OPEN CLINIC NOTE
STANDARD TITLE: AUDIOLOGY NOTE
DATE OF NOTE: MAR 12, 2018@11:02      ENTRY DATE: MAR 12, 2018@11:02:07
    AUTHOR: WESTERLIND,DEVON WI  EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

    *** AUDIOLOGY OPEN CLINIC NOTE Has ADDENDA ***

Received pt's HAs via mail (2017 Starkey Muse i2400 ITE HAs) with the complaint
that they do not work. Pt requests to have them sent for repair and mailed to
his home.

HAs were occluded with wax. As a courtesy, the HAs will be sent to the
manufacturer for repair. Repaired aids will be mailed to his home.

/es/ DEVON WILLIAM WESTERLIND
HEALTH TECHNICIAN
Signed: 03/12/2018 11:04

03/16/2018 ADDENDUM                    STATUS: COMPLETED
Veteran's repaired hearing aids received from manufacturer and hearing aids
mailed to veteran.

/es/ BRIDGETTE M VOLPI
HEALTH TECHNICIAN
Signed: 03/16/2018 14:06

---

LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: DEC 21, 2017@11:04      ENTRY DATE: DEC 21, 2017@11:04:03
    AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of hypertension, hyperlipidemia
and GERD

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0017

# Progress Notes

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
    72  year old WHITE MALE  came in for evaluation and management of
hypertension, hyperlipidemia and GERD. He underwent pvt .PT for his low back
pain, shoulder pain and knee pain but got worse initially after the tx abut
now have improved. He has peronal/family problems (son-in-law bipolar, her
daughter is in divorce process, wife is taking care of the grandchildren).
He's being f/u by VA Psych.  No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | POTASSIUM CHLORIDE 10MEQ SA TAB TAKE THREE TABLETS BY MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

14)  SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY        ACTIVE
      MOUTH   WHEN NEEDED AS DIRECTED
15)  TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT          ACTIVE
      BEDTIME FOR PROSTATE
16)  THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE
      DAY FOR VITAMIN DEFICIENCY
17)  AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO             ACTIVE
      AFFECTED AREA EVERY DAY FOR DRY SKIN
18)  TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT        ACTIVE
      TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
      AFFECTED AREAS

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.

Allergies/ADR:NKDA

SOCIAL HISTORY:   TOBACCO:no
                  ALCOHOL: 1 glass of whisky QD (C+AGE)
                  RECREATIONAL DRUGS:no
                  OCCUPATION:auto mechanic; Air Force 1969-70
                  MARITAL STATUS:married, lives with wife
FAMILY HISTORY:   MOTHER -93y/o, arthritis
                  FATHER -died at age 85, bladder cancer with mets to lungs
                  1 son and 1 daughter: A&W

REVIEW OF SYSTEMS:
        No change from 11/21/11 unless stated in HPI

PHYSICAL EXAM:
Vital Signs:
        BP = 135/79 (12/21/2017 10:59)
        P = 87 (12/21/2017 10:59)
        RR=18 (12/21/2017 10:59)
        Temp=afebrile
        Weight =254.9 lb [115.9 kg] (12/21/2017 10:59)
        Height=67 in [170.2 cm]
        BODY MASS INDEX - 40.0 (DEC 21, 2017@10:59:33)
        Pain Scale = 1 (12/21/2017 10:59)

GENERAL:     Looks right for age, severely obese, oriented x3,
             not in cardio-respiratory distress

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0019

# Progress Notes

Printed On Oct 29, 2018

```
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
            No wheezes or rhonchi, no rales.
Cardiac:    S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:    Audible bowel sounds, soft, non-tender, non-distended,
            No hepatosplenomegaly, no palpable masses.
Extrem:     No cyanosis, no clubbing, 1+ edema
Pulses:     done previously:
            DP right 3+, left 4+ (0-4+)
            TP (bilateral) 3+(0-4+)
```

LABS: 12/21/17: pending
9/21/17 CBC, Chem 7/13: reviewed with the patient

| | | | | | | |
|---|---|---|---|---|---|---|
| GLUCOSE | 108 H | 119 H | 119 H | 86 | mg/dL | 70 - 99 |
| BUN | 30 H | 21 H | 18 | 16 | mg/dL | 8 - 20 |
| CREAT | 1.8 H | 1.2 | 1.1 | 1.2 | mg/dL | .6 - 1.3 |

ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:controlled, continue Chlorthalidone with KCl, Amlodipine,
Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0020

# Progress Notes

6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs, diet and exercise, claims he had dizziness with Atorvastatin but had resolved, the dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.8mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: f/u by VA Psych
15.social issues: Social Work consulted
16.right knee,right shoulder pain, back pain: relieved with Advil, continue Naproxen or Advil with food and drink lots water, may take Acetaminophen instead, seen in VA PM&R
17.tinea cruris: Lotrimin cream
18.anxiety: declined VA Psychology
19.decreased vision: Optometry for eyeglasses pt will call 631-266-6059 option 1
20.Hypokalemia 2o Chlorthalidone: continue KCL 30mEq PO QD; repeat k in 2 weeks, pt verbalized understanding
21.acute vs chronic kideny disease: repeat today for verification, will request renal sono after verification
22.Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 9/21/17
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
                PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.66
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged
        HCVAB 9/21/17 NONREACTIVE
Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA 1 week prior to RTC
RTC 3 months or sooner if needed.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 12/21/2017 11:18

---

LOCAL TITLE: PC NON VISIT NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 21, 2017@16:13    ENTRY DATE: SEP 21, 2017@16:13:29
    AUTHOR: TANSIONGCO,SHIRLEY  EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
BESEDIN,ROBERT                       Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK 11510
DOB:03/06/1945

Besedin_0021

Case 2:18-cv-00819-KAM-ST   Document 65-4   Filed 11/02/21   Page 26 of 354 PageID #: 260

# Progress Notes

Chief complaint:low K

History:
    72  year old WHITE MALE with the ff PMHX:HTN, hyperlipidemia and GERD
who was seen earlier today for his PC f/u  and had a routine labs done which
showed:

| | | | |
|---|---|---|---|
| UREA NITROGEN | 30H | mg/dL | 8 - 20 |
| CREATININE | 1.8H | mg/dL | 0.6 - 1.3 |
| POTASSIUM | 3.0L | mmol/L | 3.5 - 5.0 |

Time spent reviewing chart for medications,labs and reports:5  minutes

Assessment/Plan:
Hypokalemia 2o Chlorthalidone: start KCL 30mEq PO QD; repeat k in 2 weeks, pt
verbalized understanding

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 09/21/2017 16:16

 LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 21, 2017@09:14     ENTRY DATE: SEP 21, 2017@09:15:01
     AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED

    *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of HTN, hyperlipidemia and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
     72  year old WHITE MALE  came in for evaluation and management of
HTN, hyperlipidemia and GERD. He still complains of low back pain x  3
mos, sharp, 0/10 pain now, 10/10 yesterday, intermittent, worse when bending
over, relieved by rest. He also complains of shoulder and knee pain
intermittently.  No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
Active Outpatient Medications (excluding Supplies):

    Active Outpatient Medications                          Status
===========================================================================
 1)  ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS  ACTIVE
        BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH
 2)  AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE
        EVERY DAY FOR BLOOD PRESSURE OR HEART
 3)  ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY  ACTIVE
        MOUTH AT BEDTIME FOR CHOLESTEROL
 4)  CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE
        EVERY DAY
 5)  CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO        ACTIVE
        AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION
 6)  DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE  ACTIVE
        BY MOUTH TWICE A DAY BLOOD THINNER
 7)  FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        DAY FOR PROSTATE
 8)  FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1       ACTIVE
        SPRAY IN EACH NOSTRIL EVERY DAY
 9)  FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY  ACTIVE
10)  LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY  ACTIVE
        FOR BLOOD PRESSURE OR HEART
11)  NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A    ACTIVE
        DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER
12)  OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
        STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
        REFILL ONLY)
13)  SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
        MOUTH  WHEN NEEDED AS DIRECTED
14)  TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT     ACTIVE
        BEDTIME FOR PROSTATE
15)  THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY  ACTIVE
        DAY FOR VITAMIN DEFICIENCY
16)  AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO          ACTIVE
        AFFECTED AREA EVERY DAY FOR DRY SKIN
17)  TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT   ACTIVE
        TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
        AFFECTED AREAS
```

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

* The patient is not a wandering risk.

Allergies/ADR:NKDA

SOCIAL HISTORY:   TOBACCO:no
                 ALCOHOL: 1 glass of whisky QD (C+AGE)
                 RECREATIONAL DRUGS:no
                 OCCUPATION:auto mechanic; Air Force 1969-70
                 MARITAL STATUS:married, lives with wife
FAMILY HISTORY:  MOTHER -93y/o, arthritis
                 FATHER -died at age 85, bladder cancer with mets to lungs
                 1 son and 1 daughter: A&W

REVIEW OF SYSTEMS:
        No change from 11/21/11 unless stated in HPI

PHYSICAL EXAM:
Vital Signs:
        BP = 136/80 (09/21/2017 09:13)
        P = 72 (09/21/2017 09:13)
        RR=18 (09/21/2017 09:13)
        Temp=afebrile
        Weight =250 lb [113.6 kg] (09/21/2017 09:13)
        Height=67 in [170.2 cm]
        BODY MASS INDEX - 39.2 (SEP 21, 2017@09:13:29)
        Pain Scale = 6 (09/21/2017 09:13)

GENERAL:    Looks right for age, severely obese, oriented x3,
            not in cardio-respiratory distress
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
            No wheezes or rhonchi, no rales.
Cardiac:    S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:    Audible bowel sounds, soft, non-tender, non-distended,
            No hepatosplenomegaly, no palpable masses.
Extrem:     No cyanosis, no clubbing, 1+ edema
Pulses:     done previously:
            DP right 3+, left 4+ (0-4+)
            TP (bilateral) 3+(0-4+)

LABS: 3/17/17 CBC, Chem 7/13: reviewed with the patient
GLUCOSE              119 H     119 H      86      126 H    mg/dL    70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:controlled, continue Chlorthalidone, Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and
exercise, claims he had  dizziness with Atorvastatin but had resolved, the
dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.8mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: f/u by VA Psych
15.social issues: Social Work consulted
16.right knee,right shoulder pain, back pain: relieved with Advil, continue
Naproxen or Advil with food and drink lots water, may take Acetaminophen
instead, seen in VA PM&R
17.tinea cruris:  Lotrimin cream
18.anxiety: declined VA Psychology
19.decreased vision: Optometry  for eyeglasses pt will call 631-266-6059
option 1
20.Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 9/21/17
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0025

# Progress Notes

```
                    PCV13: 12/29/14
          Tetanus (Q10 yrs): Td 2005
          PSA (Inconclusive 50-70y/o):0.60
          Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
          Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
          Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 3 months or sooner if needed.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 09/21/2017 09:36
```

```
09/21/2017 ADDENDUM                 STATUS: COMPLETED
UREA NITROGEN                       30H mg/dL              8 - 20
CREATININE                          1.8H mg/dL            0.6 - 1.3
POTASSIUM                           3.0L mmol/L           3.5 - 5.0
Hypokalemia 2o Chlorthalidone: start KCL 30mEq PO QD; repeat k in 2 weeks, pt
verbalized understanding

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 09/21/2017 16:13
```

```
10/02/2017 ADDENDUM                 STATUS: COMPLETED
Received a note from call Center in the Bronx regarding vet c/o back pain since
Feb.  Informed vet that CHOICE note state all he need to do is contact
ChoiceNet.  Per vet nobody told him and does not have any info.  Instructed to
call NPT ext 4141 (given by PMR ext 7417).  SPoke with vet to call nurse back
for any questions or concern.
Today he is feeling better - refused to be seen by primary care at this time 'I
have no car'.  Instructed to reach us by phone anytime.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 10/02/2017 09:41

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/02/2017 15:51
```

```
10/02/2017 ADDENDUM                 STATUS: COMPLETED
Nurse Notes:
Patient called and stated that he has been experiencing severe dull aching back
pain, rated 10/10 since 2/7/17 following an accident. He states that the pain
is worse with activity but when he is sitting down and not moving, there is no
pain. He states that he has been taking Advil but it has not helped to
alleviate his pain. He denies of any weakness in his legs, numbness/tingling in
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

legs or feet, difficulty urinating, loss of bladder control, difficulty walking, numbness in the leg, numbness in groin/rectal area, dizziness, lightheadedness, or pain that radiates to his neck, shoulders, jaw or arm. Patient encouraged to please go to the VA-Clinic within the next 12-24 hours for further evaluation and examination. The clinics are closed on the weekends so patient was encouraged to go to the VAMC-ER instead but states that he lives over an hour away. He was encouraged to then go to a local hospital ER but he refuses to go. He states that he would rather make an appointment with his PCP tomorrow be seen in the office. Home care measures provided including: restrict to light activities, use a firm mattress or place board under soft mattress, take pain medication, avoid prolonged sitting or lifting. PCP will be made aware to please follow up with patient. Patient can be reached at (516)633-8129 (HOME).

Patient/Caller agrees with plan.

Pt verbalized understanding and agreed.

Evaluation/Management Code: HC PRO PHONE CALL 11-20 MIN (98967).
Starting at: 10/01/2017 @ 3:31:04 PM
Ending at: 10/01/2017 @ 3:51:32 PM
Length: 20 minutes.

Author: BAXTER,NORDIA K

/es/ NORDIA K BAXTER
VISN 2 TELEPHONE TRIAGE RN
Signed: 10/01/2017 15:52

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 10/02/2017 16:01

12/19/2017 ADDENDUM                    STATUS: COMPLETED
   *** NURSING - OPC NOTE Has ADDENDA ***

Veteran called to inform that he has been having PT for the last 3 weeks/2 times a week.  He said his wife noticed his right knee was swollen (call center note it says therapist twisted his leg).  Instructed veteran to go to nearest ER or Northport ER for medical evaluation.  He said he has no transportation/unable to go to Northport.  Informed him to go to ER for any medical emergency. Nurse likewise called PMR (7417) re: vet c/o of 'i need PT for my back not the knee'. Per PMR they will give him a call.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 12/12/2017 11:20

12/12/2017 ADDENDUM                    STATUS: COMPLETED

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Undersigned nurse spoke with PT and Choice at ext 4141.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 12/12/2017 11:35

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 12/19/2017 14:51

---

LOCAL TITLE: VHA CHOICE APPROVAL FOR MEDICAL CARE FORM 10-0386
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: AUG 30, 2017@10:10      ENTRY DATE: AUG 30, 2017@10:10:07
     AUTHOR: TAGG,MIROSLAWA        EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED


                 Department of Veterans Affairs
                 VHA Choice Approval for Medical Care
                          VA-Form 10-0386

Certain protected health information (PHI) may be enclosed; specifically
information related to HIV, sickle cell anemia and substance abuse. This
specific PHI may NOT be re-disclosed or used by the recipient person or
office for any purpose other than that for which the disclosure was made.
[Ref. 38 USC 7332(b)(2)(H)(ii)]  The information is being disclosed by VA
only for the treatment and care of the named patient in the health record.
Accounting of disclosure must be maintained when required.

Referral Urgency:
Routine
Indicate time frame for appointment: 5 DAYS

To facilitate "Urgent" scheduling, please include an alternative point of
contact's name, telephone number (different than the Local VA Office of
Community Care (OCC) staff member listed below), and what their
relationship to the patient is (social worker, triage nurse, etc.) in the
space provided:


Clinically Indicated Date (CID):
Aug 22,2017

Category of Care/Type of Specialty:  VCL-PHYSICAL THERAPY

Type of Specialist:  PHYSICAL THERAPIST

Type of Service/Procedure:  EVALUATION & TRATMENT  CHEIF COMPLAINT:  low
back pain without radicular symptoms PT:  LE ROM, strengthening,
stretching exercises, lumbosacral stabilization,  core strengthening,

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0028

# Progress Notes

modalities as needed for pain (heat, ice, tens), lower extremity
balancing exercises, generalized conditioning exercises, teach HEP.

Number of Visits, Frequency, and Duration:  TO BE DETRMINED BY HEALTH NET

Eligibility Verification:
As the authorized VA representative, I hereby confirm that the Veteran
is eligible for Choice services.  The Veteran's basic eligibility was
verified in the Veterans Choice Viewer application (VC Viewer) on
Aug 28,2017

Contact the Local VA Office of Community Care (OCC) first to provide
information to the VA or to reach a VA ordering provider.  All contact
from the contractor will be documented in the Veteran's record by the
Local VA Office of Community Care (OCC) and the VA provider will be
notified for awareness.

Report all Critical Findings related to this authorization to the issuing
office below.  All other questions regarding this authorization should be
directed to:  MIRA TAGG  631 261-4400 EXT 2969

Local VA Office of Community Care (OCC) Manager or Equivalent:
Name:  OMAIDA WILSON
Title:  FEE MANAGER

Local VA Office of Community Care (OCC) Contact
Contact Number (Normal Business Hours): 631 261-4400 EXT 2642
AOD/Emergency Contact After Hours Number: 631 261-4400 EXT 2655

From Station Number:
632
NORTHPORT VAMC NY
79 MIDDLEVILLE ROAD
NORTHPORT
NY
11768-2200
Fax:  631 486-6154

Veteran Information:
Name:  BESEDIN,ROBERT
DOB:  MAR 6,1945
SSN:   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
Address:   2510 HARRISON AVE, BALDWIN,NY 11510
Phone:  Cell: 516 633-8129
Veteran's Alternate Phone:
Veteran's Alternate Address:

Alternate POC for Veteran:
Name:

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
            Primary NOK: BESEDIN,JUDITH              Relation: SPOUSE
                         2510 HARRISON AVE           Phone: 516 546-4786
                         BALDWIN, NEW YORK   11510
Address:
Phone:
```

In accordance with section 101 of the Veterans Access, Choice, and
Accountability Act of 2014 (the Act) (Public Law 113-146, 128 Stat. 1754),
as amended by the Department of Veterans Affairs (VA), the Expiring
Authorities Act of 2014 (Public Law 113-175, 128 Stat. 1902), the
Consolidated and Further Continuing Appropriations Act of 2015 (Public Law
113 -235, 128 Stat. 2568), and 38 CFR §§ 17.1500-1540, VA will pay for
non-VA hospital care and medical services that are authorized by VA for
Veterans who are determined by VA to meet the Veterans Choice Program
eligibility criteria set forth by section 101 of the Act and 38 CFR §
17.1510 and any other eligibility standards that may apply to particular
services (such as health care for newborns of Veterans under 38 CFR §
17.38(a)(xiv) and dental benefits under §§ 17.160-17.169).

/es/ Miroslawa TAGG

Signed: 08/30/2017 10:15

```
    LOCAL TITLE: VETERANS CHOICE NOTE
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: AUG 28, 2017@14:49    ENTRY DATE: AUG 28, 2017@14:49:34
      AUTHOR: COVIELLO,JESSIE LOR  EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

    *** VETERANS CHOICE NOTE Has ADDENDA ***

VETERANS CHOICE APPOINTMENT INFORMATION

    PRE-VISIT INFORMATION:

      CHOICE PREFERENCE (OPT-IN/OUT):

        Veteran OPT-IN for Choice
          Veteran would like to utilize Choice. Advised pt to call
          866-606-8198 after 3  days to initiate care.

      ELIGIBLITY

        Eligibility Type for this Episode of Care is:
          VCL 30 Day

      APPROVED SERVICES

        Approved Services For This Episode of Care:
          VCL-Physical Therapy

---

```
PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)   VISTA Electronic Medical Documentation
BESEDIN,ROBERT                                                   Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945
```

# Progress Notes

/es/ JESSIE LOREN COVIELLO
FINANCIAL ACCOUNTS TECHNICIAN
Signed: 08/28/2017 14:49

Receipt Acknowledged By:
08/29/2017 07:49        /es/ KRISHTIAN DANTONE
                            Medical Support Assistant
08/28/2017 16:24        /es/ SUSAN MITAL
                            ADMINISTRATIVE OFFICER


08/30/2017 ADDENDUM                    STATUS: COMPLETED
REFDOC uploaded in DOMA.

/es/ Miroslawa TAGG

 Signed: 08/30/2017 15:53

09/25/2017 ADDENDUM                    STATUS: COMPLETED
HN RETURNED AUTH FOR REASON:  "Unable to contact Veteran during Out Bound Call
Process".  CONTACTED PT.  PT TO CALL HN TO OPT-IN.  REFDOC RE-UPLOADED.  .

/es/ Miroslawa TAGG

 Signed: 09/25/2017 14:14

10/11/2017 ADDENDUM                    STATUS: COMPLETED
Sent note in DOMA journal asking to schedule appt for this Vet.

/es/ Miroslawa TAGG

 Signed: 10/11/2017 11:28

Receipt Acknowledged By:
10/16/2017 12:26        /es/ CHRISTY RAPHAEL
                            Medical Support Assistant

10/16/2017 ADDENDUM                    STATUS: COMPLETED
VETERANS CHOICE APPOINTMENT INFORMATION

     PRE-VISIT INFORMATION:

     CHOICE APPOINTMENT INFORMATION

        Appointment Date and Time: Oct 17,2017@11:20
        Non-VA Provider or Facility Information:
        WIPPER, LOUIS, PT; 1783 Grand Ave, Baldwin, NY, 11510; 631
        425-7100

 /es/ Miroslawa TAGG

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin 0031

# Progress Notes

Printed On Oct 29, 2018

Signed: 10/16/2017 10:55

Receipt Acknowledged By:
10/16/2017 10:58          /es/ KRISHTIAN DANTONE
                               Medical Support Assistant
10/16/2017 11:25          /es/ SUSAN MITAL
                               ADMINISTRATIVE OFFICER
10/16/2017 12:21          /es/ CHRISTY RAPHAEL
                               Medical Support Assistant

10/20/2017 ADDENDUM                    STATUS: COMPLETED
PT CANCELLED THE 10/17/17 APPT AND RE-SCHEDULED FOR 10/24/17 @8:00AM.

/es/ Miroslawa TAGG

Signed: 10/20/2017 11:11

Receipt Acknowledged By:
10/20/2017 13:58          /es/ KRISHTIAN DANTONE
                               Medical Support Assistant
10/20/2017 14:09          /es/ SUSAN MITAL
                               ADMINISTRATIVE OFFICER

10/30/2017 ADDENDUM                    STATUS: COMPLETED
VETERANS CHOICE APPOINTMENT INFORMATION

        POST APPOINTMENT OUTCOME INFORMATION:

        Veterans Choice appointment documentation received from non-VA
        provider and scanned into VistA Imaging. Please open VistA Imaging
        to review.


        ADDITIONAL COMMENTS:

            PROFESSIONAL PT IN BALDWIN, INITIAL EVAL, 10/24/17

/es/ Miroslawa TAGG

Signed: 10/30/2017 16:04

Receipt Acknowledged By:
01/05/2018 08:17          /es/ HENNA FAROOQUE

10/30/2017 16:12          /es/ SUSAN MITAL
                               ADMINISTRATIVE OFFICER
11/02/2017 08:24          /es/ KRISHTIAN DANTONE
                               Medical Support Assistant

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)    | VISTA Electronic Medical Documentation
BESEDIN, ROBERT                                                    | Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB: 03/06/1945

Besedin_0032

# Progress Notes

Printed On Oct 29, 2018

12/12/2017 ADDENDUM                    STATUS: COMPLETED
VETERANS CHOICE APPOINTMENT INFORMATION

        POST APPOINTMENT OUTCOME INFORMATION:

        Veterans Choice appointment documentation received from non-VA
        provider and scanned into VistA Imaging. Please open VistA Imaging
        to review.


        ADDITIONAL COMMENTS:

          PROFESSIONAL PT IN BALDWIN, DAILY NOTES, 10/27-12/08/17

/es/ Miroslawa TAGG


Signed: 12/12/2017 14:08

Receipt Acknowledged By:
12/12/2017 16:22        /es/ SUSAN MITAL
                            ADMINISTRATIVE OFFICER
01/18/2018 09:58        /es/ CHRISTY RAPHAEL
                            Medical Support Assistant

---

LOCAL TITLE: AUDIOLOGY ADMIN NOTE
STANDARD TITLE: AUDIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: JUL 31, 2017@15:16   ENTRY DATE: JUL 31, 2017@15:16:47
     AUTHOR: MENJIVAR,SANDY       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Veteran sent in right Starkey Muse ITE hearing aid for repair stating that the
hearing aid is not functioning.  Mic covers were found to be covered with
debris.  Changed mic covers, hearing aid sound loud and clear.  Veteran was
called and advised to brush mic covers and instructed on how to change mic
covers.  Hearing aid mailed back to veteran's home.  Mic covers were ordered
through ROES.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 07/31/2017 15:19

---

LOCAL TITLE: PHYSICAL MED & REHAB CONSULT
STANDARD TITLE: PHYSICAL MEDICINE REHAB CONSULT
DATE OF NOTE: JUL 20, 2017@10:19   ENTRY DATE: JUL 20, 2017@10:19:13
     AUTHOR: FAROOQUE,HENNA        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

    *** PHYSICAL MED & REHAB CONSULT Has ADDENDA ***

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin  0033

# Progress Notes

Specify reason for request:right knee,right shoulder pain, back pain

This is a 72 year old MALE PMH HTN, GERD, hyperlipidemia, TIA presenting to the clinic for evaluation for back. patient states he was assaulted in feb 2017 and he was thrown down a flight of stairs. Patient was taken to NUMC ED to be evaluated for imaging and was discharged. Patient has been taking advil for the back pain and states he has some relief. Patient denies any shooting pain down lower extremities, denies any numbness/tingling of lower extremities. Denies any issues with bowel/bladder function. patient denies the use of a back brace or any assisted devices. Currently working in the automotive business (mechanic) and states that he continues to work through the pain. Denies previous interventional procedures for the back or surgical intervention. States prior to feb 2017, he had no back pain. No other complaints/concerns at this time.


Past Medical History:
Active Problem
Impacted cerumen * (ICD-9-CM 380.4) 11/21/2011 TANSIONGCO,SHIRLEY
Hypertension * (ICD-9-CM 401.9) 401 11/21/2011 TANSIONGCO,SHIRLEY
Gastroesophageal Reflux Disorder *  11/21/2011 TANSIONGCO,SHIRLEY
Hearing loss * (ICD-9-CM 389.9) 389 11/21/2011 TANSIONGCO,SHIRLEY
Hyperlipidemia 272.4 04/20/2012 TANSIONGCO,SHIRLEY
H/O: TIA (SNOMED CT 161511000) V12. 06/24/2014 TANSIONGCO,SHIRLEY
FITTING AND ADJUSTMENT OF HEARING A 08/11/2014 WESTERLIND,DEVON WILLIAM
Dyspnea on exertion 786.09 02/25/2015 TANSIONGCO,SHIRLEY
Benign essential hypertension I10. 12/02/2015 TANSIONGCO,SHIRLEY
Gastroesophageal reflux disease K21 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.0 12/02/2015 TANSIONGCO,SHIRLEY
TIA Z86.73 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.00 03/17/2017 TANSIONGCO,SHIRLEY


Medications:
Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0034
Page 38

# Progress Notes

|  | DAY FOR PROSTATE | |
|---|---|---|
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 15) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |

VA, non VA, OTC and herbal medications were reviewed with the patient/caregiver and were reconciled. Discrepancies have been addressed with the patient/caregiver. Changes have been made to the patient's printed list and given to the patient/caregiver. Patient/caregiver reminded to discard old lists and to update any records with all medications. Patient was instructed to carry the updated list with them at all times to share the list with their healthcare providers when needed.


Allergies:
Patient has answered NKA

Social/Functional:
NOT EMPLOYED - RETIRED


Radiology:
no lumbar spine imaging at VA - had xray at lumbar spine at NUMC which according to patient were negative

Physical Examination
GEN: NAD, AAOx3, who appears as stated age. Patient is casually dressed, with good grooming and hygiene. Patient ambulates independently
ROM: WNL b/l LE, lumbar spine forward flexion mildly limited 2/2 hamstring tightness, extension, sidebending/rotation WNL
PALPATION: tender lumbar paraspinals
SENSORY: Intact and symmetrical to light touch b/l LE

| Muscle Strength: | R | L |
|---|---|---|
| Hip Flexion: | 5/5 | 5/5 |
| Knee Extension: | 5/5 | 5/5 |
| Knee Flexion: | 5/5 | 5/5 |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
        Ankle Dorsiflex:        5/5     5/5
        Ankle Plantflex:        5/5     5/5


TESTs:   straight Leg Test - negative bilaterally
         Kemp's test- negative bilaterally
         Seated Flexion - negative bilaterally


Impression: This is a 72 year old MALE presenting to the clinic for evaluation
of low back pain

Plan:
- PHYSICAL THERAPY: LOW BACK
LE ROM, strengthening, stretching exercises, lumbosacral stabilization, core
strengthening, modalities as needed for pain (heat, ice, tens), lower extremity
balancing exercises, generalized conditioning exercises, teach HEP.
- plan discussed with patient who is agreeable
- patient seen, examined, and management discussed with Dr. James
- RTC PRN




/es/ HENNA FAROOQUE

Signed: 07/20/2017 10:47

Receipt Acknowledged By:
07/20/2017 10:57        /es/ KAREN JAMES
                            M.D., PM&R ATTENDING

07/20/2017 ADDENDUM            STATUS: COMPLETED
The patient was seen with the resident and plan of care was formulated together.
The encounter was under complete supervision.
Pt complains of pain with lifting but not at rest

/es/ KAREN JAMES
M.D., PM&R ATTENDING
Signed: 07/20/2017 10:58
```

```
 LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: JUN 21, 2017@11:02     ENTRY DATE: JUN 21, 2017@11:02:06
    AUTHOR: TANSIONGCO,SHIRLEY    EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

    *** PC-FOLLOW UP Has ADDENDA ***
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Oct 29, 2018

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of hypertension, hyperlipidemia and
GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
        72  year old WHITE MALE  came in for evaluation and management of
hypertension, hyperlipidemia and GERD. He still complains of low back pain x  3
mos, sharp, 0/10 pain now, 10/10 yesterday, intermittent, worse when bending
over, relieved by rest. He also complains of shoulder and knee pain but no pain
now but had it  x several mos. Shoulder and  elbow x-r done in 3/2017:no fx. He
"breaths heavy when he's doing something". He had a stress test on 3/26/15:
normal.No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER

12) OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH        ACTIVE
EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
REFILL ONLY)

13) SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
MOUTH  WHEN NEEDED AS DIRECTED

14) TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      ACTIVE
BEDTIME FOR PROSTATE

15) THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
DAY FOR VITAMIN DEFICIENCY

16)  AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO          ACTIVE
AFFECTED AREA EVERY DAY FOR DRY SKIN

17) TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT    ACTIVE
TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
AFFECTED AREAS

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.


Allergies/ADR:NKDA


SOCIAL HISTORY:   TOBACCO:no
                 ALCOHOL: 1 glass of whisky QD (C+AGE)
                 RECREATIONAL DRUGS:no
                 OCCUPATION:auto mechanic; Air Force 1969-70
                 MARITAL STATUS:married, lives with wife
FAMILY HISTORY:  MOTHER -93y/o, arthritis
                 FATHER -died at age 85, bladder cancer with mets to lungs
                 1 son and 1 daughter: A&W


REVIEW OF SYSTEMS:
           No change from 11/21/11 unless stated in HPI


PHYSICAL EXAM:
Vital Signs:
          BP = 146/83 (06/21/2017 10:55)
          P = 87 (06/21/2017 10:55)
          RR=18 (06/21/2017 10:55)
          Temp=afebrile
          Weight =264 lb [120.0 kg] (06/21/2017 10:55)
          Height=67 in [170.2 cm]

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
              BODY MASS INDEX - 41.4 (JUN 21, 2017@10:55:46)
              Pain Scale = 0 (06/21/2017 10:55)

GENERAL:      Looks right for age, severely obese, oriented x3,
              not in cardio-respiratory distress
HEENT:        NCAT, PERLLA, EOMI
Lungs/Chest:  Clear to auscultation bilaterally.
              No wheezes or rhonchi, no rales.
Cardiac:      S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:      Audible bowel sounds, soft, non-tender, non-distended,
              No hepatosplenomegaly, no palpable masses.
Extrem:       No cyanosis, no clubbing, 1+ edema
Pulses:       done previously:
              DP right 3+, left 4+ (0-4+)
              TP (bilateral) 3+(0-4+)

LABS: 3/17/17 CBC, Chem 7/13: reviewed with the patient
GLUCOSE              119 H      119 H      86       126 H   mg/dL   70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54


The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
              Aggrenox 25/200 1 cap BID
              Losartan 50mg pO QD
              Rosuvastatin 20mg pO QD
              Amlodipine 10mg pO QD
              Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:sl uncontrolled, increase Chlorthalidone 25mg PO QD, continue
Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin_0039

Case 2:18-cv-00819-KAM-ST   Document 65-4   Filed 11/02/21   Page 44 of 354 PageID #: 278

# Progress Notes

4. cerumen AD: ear irrigation clinic done, Debrox given
5. hearing loss:continue hearing aids, seen in VA Audiology
6. osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7. hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs, diet and exercise, claims he had dizziness with Atorvastatin but had resolved, the dizziness might be from the early CVA
8. h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9. Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10. Nocturia: continue Flomax 0.8mg PO QD
11. sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12. rhinitis: resolved
13. hyperreactive airway: continue Albuterol
14. depression, anxiety, ETOH abuse: f/u by VA Psych
15. social issues: Social Work consulted
16. right knee,right shoulder pain, back pain: relieved with Advil, continue Naproxen or Advil with food and drink lots water, may take Acetaminophen instead, PM&R consult
17. tinea cruris: Lotrimin cream
18. anxiety: declined VA Psychology
19. decreased vision: Optometry for eyeglasses pt will call 631-266-6059 option 1
20. right 2nd finger: seen by VA Derma, will f/u, no pain, no warmth, will monitor, continue hygiene
21. Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 12/22/16
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
                PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.60
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 6 months or sooner if needed.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 06/21/2017 11:30

06/21/2017 ADDENDUM                    STATUS: COMPLETED
RTC 3 mos

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 06/21/2017 11:39

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin  0040

# Progress Notes

```
LOCAL TITLE: PC TELEPHONE NOTE
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 07, 2017@14:48    ENTRY DATE: JUN 07, 2017@14:48:10
    AUTHOR: FINNEGAN,LORETTA    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

    *** PC TELEPHONE NOTE Has ADDENDA ***

Called back vet after leaving message that he is not feeling well.  He said on
the message sent that NAPROXEN tablet seems to 'make breathing difficult'. He
said it is his best that is giving him trouble.
Instructed veteran to go to nearest ER or Northport ER and to have his breathing
evaluated.
Veteran said he will make arrangement for transportation to go to ER.


/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 06/07/2017 14:51


06/15/2017 ADDENDUM                  STATUS: COMPLETED
Per veteran he did not go to ER 'i don't have transportation'.  He said he has
no one to drive him to ER.  Instructed to make an appt with VA provider - OK for
June 21 at 11AM.
For the meantime if condition worsen to go to nearest urgent care center or ER.
Verb good understanding.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 06/15/2017 15:15
```

```
LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: MAY 18, 2017@15:12    ENTRY DATE: MAY 18, 2017@15:12:12
    AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

    *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of HTN, hyperlipidemia and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
        72   year old WHITE MALE  came in for evaluation and management of
HTN, hyperlipidemia and GERD. He complains of low back pain x  3 mos, sharp,
0/10 pain now, 10/10 yesterday, intermittent, worse when bending over, relieved
by rest. , He also complaisn of shoulder and knee pain but no pain now but had
it  x several mos. Shoulder and  elbow x-r done in 3/2017:no fx. I advised to
see a psychologist today but pt declined. No other complaints at this time.
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003


Active Outpatient Medications (excluding Supplies):
```

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE (S) |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY. | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED TAKE FOOD AND DRINK LOTS OF WATER | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 15) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |
| 16) | AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO AFFECTED AREA EVERY DAY FOR DRY SKIN | ACTIVE |
| 17) | TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT | ACTIVE |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
AFFECTED AREAS

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.

Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.

The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.

* The patient is not a wandering risk.


Allergies/ADR:NKDA


SOCIAL HISTORY:    TOBACCO:no
                  ALCOHOL: 1 glass of whisky QD (C+AGE)
                  RECREATIONAL DRUGS:no
                  OCCUPATION:auto mechanic; Air Force 1969-70
                  MARITAL STATUS:married, lives with wife
FAMILY HISTORY:   MOTHER -93y/o, arthritis
                  FATHER -died at age 85, bladder cancer with mets to lungs
                  1 son and 1 daughter: A&W


REVIEW OF SYSTEMS:
          No change from 11/21/11 unless stated in HPI


PHYSICAL EXAM:
Vital Signs:
          BP = 131/81 (05/18/2017 15:07)
          P = 87 (05/18/2017 15:07)
          RR=18 (05/18/2017 15:07)
          Temp=afebrile
          Weight =252 lb [114.5 kg] (05/18/2017 15:07)
          Height=67 in [170.2 cm]
          BODY MASS INDEX - 39.6 (MAY 18, 2017@15:07:36)
          Pain Scale = 0 (05/18/2017 15:07)


GENERAL:     Looks right for age, severely obese, oriented x3,
             not in cardio-respiratory distress
HEENT:       NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
             No wheezes or rhonchi, no rales.
Cardiac:     S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:     Audible bowel sounds, soft, non-tender, non-distended,
             No hepatosplenomegaly, no palpable masses.
Extrem:      No cyanosis, no clubbing, 1+ edema
Pulses:      done previously:
             DP right 3+, left 4+ (0-4+)

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0043

# Progress Notes

```
                    TP (bilateral) 3+(0-4+)
inguinal area: c/w tinea

LABS: 3/17/17 CBC, Chem 7/13: reviewed with the patient
GLUCOSE           119 H    119 H     86       126 H   mg/dL   70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54
```

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension:controlled, continue Chlorthalidone 12.5mg PO QD, continue
Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and
exercise, claims he had  dizziness with Atorvastatin but had resolved, the
dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.4mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)   VISTA Electronic Medical Documentation
BESEDIN,ROBERT                                                   Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945
```

# Progress Notes

12. rhinitis: resolved
13. hyperreactive airway: continue Albuterol
14. depression, anxiety, ETOH abuse: f/u by VA Psych
15. social issues: Social Work consulted
16. right knee, right shoulder pain, back pain: relieved with Advil, continue
Naproxen or Advil with food and drink lots water, may take Acetaminophen
instead, refused PM&R consult
17. tinea cruris:  Lotrimin cream
18. anxiety: declined VA Psychology
19. Health maintenance/Primary Preventions:
   Flu shot(Yearly 65 and over or if *): 12/22/16
   Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
     PCV13: 12/29/14
   Tetanus (Q10 yrs): Td 2005
   PSA (Inconclusive 50-70y/o):0.60
   Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
   Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
   Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 6 months or sooner if needed.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 05/18/2017 15:31


06/20/2017 ADDENDUM     STATUS: COMPLETED
 *** PC TELEPHONE NOTE Has ADDENDA ***

Called back vet after leaving message that he is not feeling well.  He said on
the message sent that NAPROXEN tablet seems to 'make breathing difficult'. He
said it is his back that is giving him trouble.
Instructed veteran to go to nearest ER or Northport ER and to have his breathing
evaluated.
Veteran said he will make arrangement for transportation to go to ER.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 06/07/2017 14:51


06/15/2017 ADDENDUM     STATUS: COMPLETED
Per veteran he did not go to ER 'i don't have transportation'.  He said he has
no one to drive him to ER.  Instructed to make an appt with VA provider - OK for
June 21 at 11AM.
For the meantime if condition worsen to go to nearest urgent care center or ER.
Verb good understanding.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Signed: 06/15/2017 15:15

/es/ SHIRLEY M TANSIONGCO, MD, FACP
PC ATTENDING PHYSICIAN
Signed: 06/20/2017 12:37

---

LOCAL TITLE: PC TELEPHONE NOTE
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 17, 2017@16:01     ENTRY DATE: MAY 17, 2017@16:01:52
     AUTHOR: FINNEGAN, LORETTA     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Called back veteran after he called call center re complaints of back pain.
When called he discussed other issues (he said he went to ER/has court case,
etc) - reminded him about his original call.  He said he would like to be seen
and evaluated for his back pain. Request an appt for his VA provider.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 05/18/2017 08:48

---

LOCAL TITLE: PC TELEPHONE NOTE
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAR 23, 2017@10:20     ENTRY DATE: MAR 23, 2017@10:20:33
     AUTHOR: FINNEGAN, LORETTA     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Called and left message to call back.  He has question about medications he
received 'too much'.  No message left except to call Pharmacy or the nurse.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 03/23/2017 10:21

---

LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: MAR 17, 2017@09:51     ENTRY DATE: MAR 17, 2017@09:51:35
     AUTHOR: TANSIONGCO, SHIRLEY     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of hyperlipidemia, hypertension
and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
     72  year old WHITE MALE  came in for evaluation and management of .
hyperlipidemia, hypertension and GERD. He accidentally dialed 911 and cops

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

arrived at his home and he was pushed down sustaining arms, shoulders anad elbows and was incarcerated for 1 week. He was released last week and sought consult at NUMC er where x-rays were done: no fx. He also went to Va Northport ER for the same reason, X-r done: no fx. He complains of headache x 2 weeks for the head contusion. He is awake alert, oriented x3. No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH WHEN NEEDED AS DIRECTED | ACTIVE |

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK 11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

14)  TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      ACTIVE
        BEDTIME FOR PROSTATE
15)  THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
        DAY FOR VITAMIN DEFICIENCY
16)  AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO          ACTIVE
        AFFECTED AREA EVERY DAY FOR DRY SKIN
17)  TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT    ACTIVE
        TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
        AFFECTED AREAS

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.


Allergies/ADR:NKDA

SOCIAL HISTORY:   TOBACCO:no
                 ALCOHOL: 1 glass of whisky QD (C+AGE)
                 RECREATIONAL DRUGS:no
                 OCCUPATION:auto mechanic; Air Force 1969-70
                 MARITAL STATUS:married, lives with wife
FAMILY HISTORY:  MOTHER -93y/o, arthritis
                 FATHER -died at age 85, bladder cancer with mets to lungs
                 1 son and 1 daughter: A&W


REVIEW OF SYSTEMS:
        No change from 11/21/11 unless stated in HPI


PHYSICAL EXAM:
Vital Signs:
        BP = 168/94 (03/17/2017 09:51): has no ttaken his meds
        P = 88 (03/17/2017 09:43)
        RR=20 (03/17/2017 09:43)
        Temp=afebrile
        Weight =252.6 lb [114.8 kg] (03/17/2017 09:43)
        Height=67 in [170.2 cm]
        BODY MASS INDEX - 39.6 (MAR 17, 2017@09:43:14)
        Pain Scale = 0 (03/17/2017 09:43)

GENERAL:    Looks right for age, severely obese, oriented x3,
            not in cardio-respiratory distress
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0048

# Progress Notes

|  |  |
|---|---|
|  | No wheezes or rhonchi, no rales. |
| Cardiac: | S1, S2 audible, RRR, no S3, no S4, no murmur |
| Abdomen: | Audible bowel sounds, soft, non-tender, non-distended, |
|  | No hepatosplenomegaly, no palpable masses. |
| Extrem: | No cyanosis, no clubbing, 1+ edema |
| Pulses: | done previously: |
|  | DP right 3+, left 4+ (0-4+) |
|  | TP (bilateral) 3+(0-4+) |

inguinal area: c/w tinea

LABS: 12/22/16 CBC, Chem 7/13: reviewed with the patient
GLUCOSE            119 H      86      126 H     123 H    mg/dL    70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension: uncontrolled since he has not taken his meds yet,
continueChlorthalidone 12.5mg PO QD, continue
Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis, shoulder pain, headache: continue Tylenol or Naproxen
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and
exercise,  claims he had  dizziness with Atorvastatin but had resolved, the

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Oct 29, 2018

dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.4mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: f/u by VA Psych
15.social issues: Social Work consulted
16.right knee,right shoulder pain: relieved with Advil, continue Naproxen or
Advil with food and drink lots water, may take Acetaminophen instead, refused
PM&R consult
17.tinea cruris:  Lotrimin cream
18.Health maintenance/Primary Preventions:
          Flu shot(Yearly 65 and over or if *): 12/22/16
          Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
                    PCV13: 12/29/14
          Tetanus (Q10 yrs): Td 2005
          PSA (Inconclusive 50-70y/o):0.76
          Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
          Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
          Diet and exercise encouraged


Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 6 months or sooner if needed.


/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 03/17/2017 10:12

03/23/2017 ADDENDUM                    STATUS: COMPLETED
Veteran called to inform that he has received 'box of medications' which I don't
need. He further state he has appt to the court tomorrow and started to rehash
incident on 2/7/2017 (when he was arrested).
He said the medication he received 'is too much' and 'I don't have money to pay
for them.  Business is bad - i cannot sell it'.  He started reviewing his med
and mentioned Thiamine.  He said I do not take them and when ask if he still
drink 'well if I come to your house I may drink one or two.  Still drink at
night 1-2 beers only, etc'.  Offered VA alcohol treatment - he said he does not
need it at this time.
Also, he said he does not use the Albuterol 'puffer' inahaler - informed him to
discuss it with VA provider as he had several visits/diagnosis in the past and
he just disclosed it now.  Pt education done to use it as ordered for his
shortness of breath.  He said his breathing is 'ok'.
Instructed to set the medication aside as he may need them for the next 3
months.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Explained to him that some medication refill is only for 30 days. He keep repeating 'i have no money to pay for them'. Offered an option if he wished to speak to Social Worker or business office and he refused.
Provider is informed.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 03/23/2017 13:00

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 03/23/2017 13:03

05/18/2017 ADDENDUM                    STATUS: COMPLETED
Pt called complaining of back pain and knee and hip pain, intermittent. He has an appt 5/19/17.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 05/18/2017 11:25

LOCAL TITLE: PSYCHIATRY-PSYCHIATRIC DIAGNOSTIC INTERVIEW EXAMINA
STANDARD TITLE: PSYCHIATRY H & P NOTE
DATE OF NOTE: MAR 16, 2017@14:37     ENTRY DATE: MAR 16, 2017@14:37:18
   AUTHOR: BENGELOUN,ATMAN      EXP COSIGNER:
   URGENCY:                              STATUS: COMPLETED

CHIEF COMPLAINT: This is a 72 year old, WHITE,
MALE, , presenting
with a chief complaint of: I don't know why I am here, I was told to come here for an evaluation after the police came to my home,.
pt is seen alone and provided all info/.

PRESENTING PROBLEM:

he reports that the police was at his house on 2/7/2017 and told him that he called them. he reports that he might have possibly pocket dialed them and has not done it on purpose.  he reports that while speaking with the 2 police officers, they started to put their gloves and before he can realize what was happening, he was on the ground, had his hands cuffed and reports that his elbow and shoulders are hurting from the struggle.
he reports that everything was on camera.
he denies adamantly having pb with etoh use or drug use and denies drinking that day. he states that the police reports says that he assaulted them.
he reports that he showed the video recording to a lawyer and is filing a claim against the police.
he reports that he was sent to jail  and was bailed out by
his son a week later. he reports that his wife did not know where he was for 3 days and he could not call anyone. he reports while in jail, he did not have his hearing aids and could not hear what people would say to him.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

he reports that he has never been treated this way in his whole life and feels
not respect for the police.

he denies endogenic symptoms of depression, denies acute anxiety , there is no
evidence of perceptual disturbances.
when asked about other stressors. he reports that he is concerned about being
able to sell his business / mechanic shop and worries about his finances in
the future, hoping to sell the shop soon enough; '' I will be fine once I sell
it''

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 15) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |

PSYCHIATRIC HISTORY: (including treatment for substance abuse/dependence)
   Hospitalizations: (date/diagnosis) denied
denies excessive alcohol use, reports that he has may be a can of beer after

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0052
Page 51

# Progress Notes

dinner. adamantly denies cage factors.
''I don't do alcohol and don't do drugs''

Past Outpt psych Tx:  denied

History of past suicidal attempts/gestures: No
History of past violence   Yes as per recent event with the police.
denies  combat exposure while in the service.

History of trauma:   : denied

If trauma history, does patient report:
   Flashbacks:          NO
   Nightmares:          NO
   Avoidance:           NO
   Other trauma related: NO

SOCIAL HISTORY/ denies past or current use disorder
   Smoking:  denied
   Alcohol:  my last beer was about a couple of weeks ago and there is no
alcohol in the house.
   Drug use:  denied

Elaborate on pattern of use, most recent use, withdrawal history
(Dts/Seizures): pt adamantly denies etoh  use disorder or street drug use.


Occupation: mechanic shop is for sale.
Marital Status:   Married
Source of income: self-employed.
Living situation, living with his spouse

FAMILY HISTORY of psych pb: none reported

MEDICAL HISTORY: overweight. htn,


Current Primary Care provider:  ref cprs.

Lab tests reviewed: ref cprs.

Other:

REVIEW OF SYSTEMS: (see hpi for problem pertinent ros) ref cprs.
   Fever, chills, sweats
   Blurry vision, double vision, red eyes
   Chest pains
   Shortness of breath
   Cough or sputum production
   Heartburn

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Abdominal pain
Nausea or vomiting
Numbness or tingling
Weakness
Problem with urination
Problems with bowl movement
Heat or cold intolerance
Impotence/erectile dysfunction
Anorgasmia
Menstrual problems
Note if any additional symptoms relating to following organ system.

Allergic-immunologic
Cardiovascular
ENT
Endocrine
Eyes
GI
GU
Hematologic
Integumentary
Musculoskeletal
Neurologic
Respiratory

MENTAL STATUS EXAM

Appearance: Grooming: Normal
            Hygiene: Normal

Orientation: Fully oriented

Motor Activity: Unremarkable

Mood:   Neutral
Affect: Appropriate

Estimated IQ:
Attention:      Normal
Concentration: Normal

Memory:
Recent Memory: Normal
Remote Memory: Normal

Thought Processes: Normal

Thought Content: spoke about not trusting police after the way he was treated.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Oct 29, 2018

Suicidal:
Ideation:        NO
Suicide Plan:    NO
Suicide Intent: NO
Homicidal or violent ideation: NO
Homicidal or violent plan:      NO
Homicidal or violent intent:    NO
Hallucinations: None

Vegetative Symptoms:
Insomnia:
Appetite:       normal
Weight gain: NO
Weight loss: NO
Hopeless:       NO
Helpless:       NO
Anhedonia:      NO
Other:
Judgement:         Good
Insight:           Good
Impulse Control: Good at present time
Smoking Cessation: Patient denies smoking.
Results of AIMS exam (Required yearly for all patients on antipsychotic):

Diagnosis per DSM-5:
adjustment disorder with anxious mood.

Consults ordered:

Laboratory tests ordered: :

Medications ordered: none at present time.

Treatment Plan:
. psychoeducation provided.
pt does not feel that he needs to f/u with mhc , requesting a note from this
session. He is informed of roi.
. supportive session provided.
. pt is aware of the walk in mhc and ER services
in case of worsening of symptoms.

Medication Reconciliation:
 Allergies: Patient has answered NKA

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0055

# Progress Notes

Printed On Oct 29, 2018

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 15) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |

** VA, non VA, OTC and herbal medications were reviewed with the
patient/caregiver and were reconciled. Discrepancies have been addressed
with the patient/caregiver. Changes have been made to the patient's
printed list and given to the patient/caregiver. Patient/caregiver
reminded to discard old lists and to update any records with all medications.

Return to clinic: pt is not interested in scheduling a f/u with mhc.

/es/ ATMAN BENGELOUN
PSYCHIATRIC ATTENDING
Signed: 03/16/2017 15:35

LOCAL TITLE: ER - PHYSICIAN NOTE

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: MAR 08, 2017@16:31     ENTRY DATE: MAR 08, 2017@16:31:41
    AUTHOR: SCALISI,JOSEPH G     EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Patient was seen at
Name of Cardiologist spoken with:
Time of conversation:

CC:s/p fall 2/7 with right shoulder pain /left elbow pain


HPI: BESEDIN,ROBERT IS A 72 Y/O WHITEMALE above.pt states he was arrested  and
put in handcuffs behind his back and fell.pt was seen at numc and discharged-no
evidence of fracture/pt states he has been incarcerated now presents to ed with
npersistent left elbow and right shoulder pain

PAST MED HX:PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003


MEDS:Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE (S) |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

11)  OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH        ACTIVE
     EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
     STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
     REFILL ONLY)
12)  SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
     MOUTH  WHEN NEEDED AS DIRECTED
13)  TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      ACTIVE
     BEDTIME FOR PROSTATE
14)  THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
     DAY FOR VITAMIN DEFICIENCY


ALLERGIES:
Patient's allergies have been reviewed with patient/cargiver:
 Patient has answered NKA

**New Allergies as stated by patient/caregiver:

ROS:right shoulder pain/left elbow pain
HEAD: NO HEADACHE, DIZZINESS, NO BLURRY OR DOUBLE VISION. NO EYES TRAUMA,
NECK: NO SWOLLEN GLANDS, NO NECK STIFFNESS,
PHARYNX: NO SOR THROAT, DIFFICULTY SWALLOWING,
CHEST: NO SOB, NO ORHTOPNEA, NO PND, NO DOE,NO COUGH,
HEART: NO CP NO PALP.
ABD: NO ABD TENDERNESS, NO N/V NO CONSTIPATION NO DIARRHEA, NO BRBPR NO MELENA,
GU: NO DYSURIA, NO HEMATURIA, NO FREQUENCY NO URGENCY, NO PENILE DISCHARGE,
EXT: NO SWELLING, NO CYANOSIS.
GENERAL: NO WT LOSS, NO FEVER NO CHILLS NO N/V,
SKIN: NO SKIN LESIONS, NO CHANGE IN CHARACTER OF LESIONS,



 PE : BP-160/80 (03/08/2017 14:45), PULSE-90 (03/08/2017 14:45), RR-18
(03/08/2017 14:45), TEMP-97.5 F [36.4 C] (03/08/2017 14:45), PAIN LEVEL-10
(03/08/2017 14:45)

 GENERAL: obese male in no acute distress
 HEENT:   ATRAUMATIC, PERRLA, EOMI, NO EAR LESIONS, TM INTACT, NO CERUMEN,
          NO PHARYNGEAL ERYTHEMA OR EXUDATES, NO ADENOPATHY, NO
          JVD,

 CHEST:   GOOD AIR ENTRY, NO RALES, NO RONCHI, NO WHEEZING,
  no chest wall tenderness
 CVS:     S1 S2 PRESENT,

 ABD:     SOFT, BS AUDIBLE, NONTENDER NO MASSES NO ORGANOMEGALY,


 EXT:      NO EDEMA  left elbow painarea of left olecranon-no erythema-swelling-
warmth//from/pulses intact/right shoulder pain lateral aspect -no erythema-
swelling-warmth  pulses intact/DECREASED ROM SECONDARY TO PAIN

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
NEURO:   A+O X 3, CRANIALS II-XII INTACT, MOTOR 5/5, NO SENSORY DEFICITS,
         DTR PRESENT +2 SYMMETRIC, GAIT NORMAL
```

REVIEWED LABS, IMAGING STUDIES,left elbow-   No acute fracture or dislocation.
right shoulder-  No acute fracture or dislocation.

    Moderate arthrosis of the acromioclavicular joint.

    Mild downsloping of the lateral acromion. Please correlate for
    impingement.

DIAGNOSIS:RIGHT SHOULDER PAIN/LEFT ELBOW PAIN S/P FALL-ARTHRITIS

PLAN: NAPROSYN 500MG PO 2X DAY  AS NEEDED FOR PAIN/FOLLOW UP IN PRIMARY CARE
NURSES TRIAGE NOTE REVIEWED.

PT'S COMPLAINT OF PAIN LEVEL  ,HAS BEEN DULY NOTED AND BEEN ADDRESSED. (X) YES
( )  NO

  **DISPOSITION(INDICATE TIME OF DECISION TO ADMIT):
    [X] D/C HOME, 1800

/es/ JOSEPH G SCALISI
M.D.,PHYSICIAN AMBULATORY CARE
Signed: 03/08/2017 17:56

---

```
 LOCAL TITLE: AUDIOLOGY-HEARING AID ISSUE
STANDARD TITLE: AUDIOLOGY MEDICAL DEVICE NOTE
DATE OF NOTE: MAR 08, 2017@14:53    ENTRY DATE: MAR 08, 2017@14:53:34
     AUTHOR: MCMANUS,ELIZABETH    EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED
```

Hearing Aid Fitting and Orientation

Right Ear
 Make of aid: Starkey
 Model: Muse i2400 ITE
 Serial #: 0117080978
 Battery size: 13
 Extended receiver tubing

Left Ear:
 Make of aid: Starkey
 Model: Muse i2400 ITE
 Serial #: 0117080979

Besedin_0059

# Progress Notes

Battery size: 10
Extended receiver tubing

Programs: Normal Adaptive and Autocoil

Hearing Aid Features: Manual V/C to push button activated as a volume control
(Right-Raise/Left-Lower), Directional Microphones, Autocoil

BESEDIN,ROBERT was fit on Mar 8,2017 with the above named hearing aid(s).
The veteran was instructed on insertion/removal of hearing aid(s) and
batteries. The veteran was also counseled regarding use and care of aid(s),
as well as battery toxicity.  Veteran was advised re: realistic expectations
of amplification.  The veteran was given instruction booklets, carrying case,
cleaning tools and batteries.

Speech mapping results were within expected parameters[X] AD [X] AS

Mr. Besedin is a previous user of hearing aids. He was able to manipulate
hearing aids with ease. Right raise and left lower push button VC function is
active. NAL-NL2 fitting formula is selected and gain set to adaptation level 2/3
for a familiar user of hearing aids. Vet did not like gain at higher levels
while in the office. Programs include normal adaptive and autocoil. Vet was
instructed to wear aids daily for all waking hours to acclimate to amplification
and to obtain optimal benefit. The 2477b form was given to veteran and its
contents were reviewed. The open repair clinic days/hours were provided to vet
in written form and verbally reviewed.

The outcome measure survey will be sent to the veteran in one month. The veteran
is instructed to mail the completed survey to Audiology. Patient advised to
schedule a follow up appointment or visit open clinic in Northport if problems
or questions arise.


/es/ ELIZABETH MCMANUS, AuD, CCC/A
Doctor of Audiology
Signed: 03/08/2017 14:59

LOCAL TITLE: AUDIOLOGY-CAE REPORT
STANDARD TITLE: AUDIOLOGY DIAGNOSTIC STUDY NOTE
DATE OF NOTE: FEB 21, 2017@13:29     ENTRY DATE: FEB 21, 2017@13:29:48
    AUTHOR: MCMANUS,ELIZABETH     EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED

Mr. Besedin, a 71 y/o veteran, was seen today for Audiologic re-evaluation. He
is known to ASPS.  He has been seen in the past by Dr. Menjivar. He is new to
this provider.

Contributory Medical History included the following: Veteran states that he was
assaulted by police from the Nassau County Police Dept and recently spent one
week in jail. He believes he lost consciousness for 3-4 minutes during the

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

incident. During his jail time his hearing aids were lost. Since they were lost in circumstances out of his control Dr. Menjivar has authorized replacement of both devices, although they are out of L/D warranty at this time. He was initially fit in January, 2012, with half shell hearing aids. Dr. Menjivar then fit veteran with a new pair of ITEs in September, 2014. Both of his 2014 issued devices were replaced for loss, as well (right on 12/29/15 and left on 4/7/16. Vet also lost the right Wi Series hearing aid and that device was replaced on 10/26/12). Veteran reports subjective hearing loss with onset 2-3 years ago. He states that he has his hearing aids "it's ok," but otherwise, "I can't hear." He was last evaluated in this Service on 12/23/11. He denies interim changes in hearing. He denies otologic symptoms including tinnitus, otalgia, and vertigo. He denies a history of ear surgery, TM perforations, and chronic ear infections. He served in the Air Force with a job specialty of air frame repair and reports use of hearing protection. He works as an auto mechanic and reports use of hearing protection to be rare.


Pure Tone Testing Revealed:

Essentially no change in thresholds since previous results of 2011.

Right Ear: Moderate-severe sloping to severe sensorineural hearing loss.

Left Ear:  Moderate-severe sloping to severe sensorineural hearing loss.


** See "Tools" Menu for Audiogram Display  **

Speech Discrimination Scores: Maryland CNC-50
Right ear: 92% Indicating: excellent speech discrimination ability.

Left ear:  84% Indicating: good speech discrimination ability.

Acoustic Immittance:
Right ear: Type A suggesting normal middle ear function.

Left Ear:  Type As suggesting hypomobile middle ear function.

Ipsilateral reflexes:
   Right ear: abnormal (Ipsi ARTs are absent 500-4000Hz).
   Left ear:  abnormal (Ipsi ARTs are absent 500-4000Hz).

Otoscopy Revealed: Non-occluding cerumen noted AU. TMs only partially visualized. Vet agreed to cerumen removal completed by hand using curette with his verbal consent and without incident. Afterward, clear EACs are noted AU.


Veteran was counseled on the results of today's evaluation. His hearing loss was discussed. He is audiologically a candidate for hearing aids based on today's findings. A full hearing aid evaluation was conducted. Different styles of

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

hearing aids were discussed and vet chose full shell style custom hearing aids with push buttons and requests extended receiver tubing instead of wax guards. Ear impressions were taken bilaterally with his verbal consent and without incident. Realistic expectations of amplification and communication strategies were discussed. Veteran was advised to guard against future loss/damage of devices. This will be the 5th set of hearing aids, essentially, issued to him in the past 5 years.

Recommendations:
1. Hearing aid dispense scheduled.
2. Self initiated Audiologic re-evaluation in two years.
3. Use of general communication strategies for the hearing impaired.

/es/ ELIZABETH MCMANUS, AuD, CCC/A
Doctor of Audiology
Signed: 02/21/2017 14:00

LOCAL TITLE: PSYCHIATRY OUTPATIENT CONSULT
STANDARD TITLE: PSYCHIATRY OUTPATIENT CONSULT
DATE OF NOTE: FEB 21, 2017@11:01    ENTRY DATE: FEB 21, 2017@11:02:03
       AUTHOR: BENGELOUN,ATMAN      EXP COSIGNER:
       URGENCY:                     STATUS: COMPLETED

md/od

Patient was seen for: 20-30 minutes with E/M
to treat: pt accompanied by wife requesting  eval

Therapeutic intervention provided: Supportive Therapy

CURRENT MENTAL STATUS EXAM

Appearance: Grooming: fair
            Hygiene:fair

Orientation:
   Fully oriented

The patient's capacity to make decisions relative to their immediate physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.

Motor Activity: Unremarkable

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0062

# Progress Notes

```
Mood:    Neutral
Affect: Appropriate

Estimated IQ:
Attention:     Normal
Concentration: Normal


Memory:
Recent Memory: abNormal
Remote Memory: Normal


Thought Processes: Normal


Thought Content:    Unremarkable


Suicidal:
Ideation:          NO
Suicide Plan:   NO
Suicide Intent: NO
Homicidal or violent ideation: NO
Homicidal or violent plan:     NO
Homicidal or violent intent:   NO
Hallucinations: None

Vegetative Symptoms:
Insomia:
Appetite:    normal
Weight gain: NO
Weight loss: NO
Hopeless:    NO
Helpless:    NO
Anhedonia:   NO
Other:
Judgement:      fair
Insight:        fair
Impulse Control: Good at present time


Results of AIMS exam (Required yearly for all patients): neg


Patient's response to intervention (include major themes discussed): pt reports
that the police came to his home ( 2/7/17) and stated that they assaulted him
for unclear reason,the police reportedly came to his house becaue he called
them, pt denies remembering calling them. his wife reports that pt drinks
excessively, pt minimizes his etoh consumption . pt's wife reports that the day
prior to event, pt had a big bottle of hard liquor that was almost empty that
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

same evening.
he was bailed out of jail by his son. pt;s wife reports that he has a mva in
2003 with tbi with changes of mood/.
pt's wife reports that since the events he has not used etoh and was seen while
in jail by medical team for possible etoh withdrawal and scratches due to
struggling with police.


Target symptoms and progress of achievement of treatment goals:
maintain stability
improve coping skills
abstain from etoh use



Labs reviewed: with pt


Medications ordered:
folate 1mg/d
thiamine 100mg/d

Consults ordered: other


Laboratory tests ordered: Other:

Diagnostic Impression:
etoh use disorder
adjustment disorder with anxiety

Treatment Plan:\. options and alternative tx discussed.
. the incompatibility of etoh and psychotropics discussed.
potential of drug - drug interaction reviewed with pt.
. pt reports understanding the risks and benefits of tx discussed.
. supportive session provided.
. pt is aware of the walk in mhc and ER services
in case of worsening of symptoms.



Medication Reconciliation:
  Allergies:
Active Outpatient Medications (excluding Supplies):

```
      Active Outpatient Medications                        Status
================================================================================
1)    ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS   ACTIVE
      BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

**VISTA Electronic Medical Documentation**
Printed at NORTHPORT VAMC

# Progress Notes

| | | |
|---|---|---|
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 10) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 11) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 12) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when needed.


Return to clinic: full eval


/es/ ATMAN BENGELOUN
PSYCHIATRIC ATTENDING
Signed: 02/21/2017 11:31

```
  LOCAL TITLE: AUDIOLOGY ADMIN NOTE
STANDARD TITLE: AUDIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: FEB 14, 2017@15:25     ENTRY DATE: FEB 14, 2017@15:26
      AUTHOR: MENJIVAR,SANDY       EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED
```

Veteran called reporting that he was recently arrested by police.  Veteran

| | |
|---|---|
| **PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)** | **VISTA Electronic Medical Documentation** |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

stated that upon his arrest the police officers wrestled him to the ground at which point he lost his glasses and both hearing aids. Veteran was issued Starkey 3 Series FS hearing aids in September 2014. Hearing aids were both replaced one time. Veteran's last audiologic evaluation was in 2011. Veteran advised that a new audiologic evaluation must be conducted before new hearing aids are issued. In light of the severity of the veteran's hearing loss and the fact that the hearing aids were lost at no fault of his own the veteran is to be issued new hearing aids.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 02/14/2017 15:29

---

LOCAL TITLE: FEE BASIS MEDICAL RECORD
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: FEB 08, 2017@15:43:46   ENTRY DATE: OCT 27, 2017@15:43:46
    AUTHOR: CRIESI,RENEE A      EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

NUMC ER DOS 02/08/17

*****Scanned document attached to this note******
Click on Tools, click on VistA Imaging Capture.
Now double click on the TIU Title to view the document.

                *** SCANNED DOCUMENT ***
                SIGNATURE NOT REQUIRED

Electronically Filed: 10/27/2017
              by: RENEE A CRIESI
              FINANCIAL ACCOUNT TECH

---

LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: DEC 22, 2016@10:05      ENTRY DATE: DEC 22, 2016@10:05:41
    AUTHOR: TANSIONGCO,SHIRLEY   EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
    *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of HTN, hyperlipidemia and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
       71  year old WHITE MALE  came in for evaluation and management of
HTN, hyperlipidemia and GERD. His right knee pain  improves. He still
complains of right shoulder pain. He has fungal infection on the groin and
agreed for Lotrimin. No other complaints at this time.


wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

       Active Outpatient Medications                        Status
==============================================================================
1)   ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS  ACTIVE
       BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH
2)   AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
       EVERY DAY FOR BLOOD PRESSURE OR HEART
3)   ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
       MOUTH AT BEDTIME FOR CHOLESTEROL
4)   DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE   ACTIVE
       BY MOUTH TWICE A DAY BLOOD THINNER
5)   FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
       DAY FOR PROSTATE
6)   FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1        ACTIVE
       SPRAY IN EACH NOSTRIL EVERY DAY
7)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY   ACTIVE
       FOR BLOOD PRESSURE OR HEART
8)   OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH        ACTIVE
       EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
       STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
       REFILL ONLY)
9)   SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
       MOUTH  WHEN NEEDED AS DIRECTED
10)  TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      ACTIVE
       BEDTIME FOR PROSTATE
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
11    AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO          ACTIVE
      AFFECTED AREA EVERY DAY FOR DRY SKIN
12)   TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT    ACTIVE
      TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO
      AFFECTED AREAS
```

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.


Allergies/ADR:NKDA


```
SOCIAL HISTORY:   TOBACCO:no
                  ALCOHOL: 1 glass of whisky QD (C+AGE)
                  RECREATIONAL DRUGS:no
                  OCCUPATION:auto mechanic; Air Force 1969~70
                  MARITAL STATUS:married, lives with wife
FAMILY HISTORY:   MOTHER ~93y/o, arthritis
                  FATHER ~died at age 85, bladder cancer with mets to lungs
                  1 son and 1 daughter: A&W
```


```
REVIEW OF SYSTEMS:
         No change from 11/21/11 unless stated in HPI
```


```
PHYSICAL EXAM:
Vital Signs:
        BP = 155/98 (12/22/2016 10:01)
        P = 73 (12/22/2016 10:01)
        RR=18 (12/22/2016 10:01)
        Temp=afebrile
        Weight =250 lb [113.6 kg] (12/22/2016 10:01)
        Height=66.5 in [168.9 cm]
        BODY MASS INDEX - 39.8 (DEC 22, 2016@10:01:19)
        Pain Scale = 3 (12/22/2016 10:01)
```


```
GENERAL:    Looks right for age, severely obese, oriented x3,
            not in cardio-respiratory distress
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
            No wheezes or rhonchi, no rales.
Cardiac:    S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:    Audible bowel sounds, soft, non-tender, non-distended,
            No hepatosplenomegaly, no palpable masses.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
Extrem:      No cyanosis, no clubbing, 1+ edema
Pulses:      done previously:
             DP right 3+, left 4+ (0-4+)
             TP (bilateral) 3+(0-4+)
inguinal area: c/w tinea


LABS: 6/14/16 CBC, Chem 7/13: reviewed with the patient
GLUCOSE          126 H  mg/dL    70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension: uncontrolled, start Chlorthalidone 12.5mg PO QD, continue
Amlodipine, Losartan, f/u 1 mo with RN for BP check
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis: continue Tylenol
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and
exercise, claims he had  dizziness with Atorvastatin but had resolved, the
dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0069
Page 68

# Progress Notes

Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.4mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: declined Psych
15.social issues: Social Work consulted
16.right knee,right shoulder pain: relieved with Advil, continue Advil with
food and drink lots water, may take Acetaminophen instead, refused PM&R consult
17.tinea cruris: start Lotrimin cream
18.Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 12/22/16
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
              PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.52
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb Alc, UA  1 week prior to RTC
RTC 3 months with MD, 1mo with RN for BP check or sooner if needed.

   HTN Assess for Elevated BP>=140/90:
      The patient's medication regimen was adjusted to improve BP control.
         Comment: Chlorthalidone
      Education on lifestyle modification including weight loss, decreasing
      sodium intake and increasing physical activity provided.


   Patient Education:
      LEARNING NEEDS ASSESSMENT
         Learning Needs Assessment-Person who was assessed and/or taught.
            ...Patient

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 12/22/2016 10:36


01/19/2017 ADDENDUM                    STATUS: COMPLETED
Pt came for BP check: 130/70 on Losartan and Amlodipine. He has not started his
HCTZ 12.5mg PO QD.  We agreed to continue just Losartan and amlodipine. F/u in
March 2017. Pt verbalized understanding.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 01/19/2017 10:03

02/10/2017 ADDENDUM                    STATUS: COMPLETED

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Pt's wife called that pt was arrested and wants to talk to us, uregent. 516-353-7485. Provider-Patient Communication with written notation by Loretta "called, left a message to call back."

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 02/10/2017 15:15

02/15/2017 ADDENDUM                     STATUS: COMPLETED
Received a note from (veteran's spouse Judith) regarding the veteran's current status.  She said veteran was recently arrested (4 days in jail) and discharged after calling 911 and resisting arrest.  She also said he had been abusing alcohol and has gotten worse.  She claimed he is now 'sober'.
Requesting consult to be seen by a VAPsychiatrist.  She said the veteran agrees for a consult to be placed.  Phone number to call Psychiatry as well as SARRTP given.
She denies veteran has suicidal ideation and has no intention to harm others.

Provider is informed.

/es/ LORETTA J FINNEGAN, RN
Outpatient Clinic EMW 4373
Signed: 02/14/2017 15:37

Psychiatry CPRS

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 02/15/2017 09:44

02/15/2017 ADDENDUM                     STATUS: COMPLETED
Received a 2 page-letter from the wife stating patient's diffrent moods and psychological symptoms which will be scanned. I have alaready put in for VA Psych CPRS.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 02/15/2017 16:37

---

 LOCAL TITLE: PC-FOLLOW UP
 STANDARD TITLE: PRIMARY CARE NOTE
 DATE OF NOTE: AUG 11, 2016@13:16     ENTRY DATE: AUG 11, 2016@13:16:36
     AUTHOR: TANSIONGCO,SHIRLEY  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of  hyperlipidemia, hypertension and GERD

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
    71  year old WHITE MALE  came in for evaluation and management of hyperlipidemia, hypertension and GERD. He complains of right knee pain x 2-3 weeks, dull, intermittent, 2/10, worse in morning, relieved by Advil.  he also complains of right shoulder pain x 2-3 weeks, intermittent, no aggravating factor, relieved with Advil.  He refused PM&R consult.No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1.Hypertension
2.Gastroesophageal Reflux Disease
3.hyperlipidemia
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO AFFECTED AREA EVERY DAY FOR DRY SKIN | ACTIVE |
| 4) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 5) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE (S) |
| 6) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 7) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 8) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 9) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 10) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 11) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 12) | TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO AFFECTED AREAS | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

VA, non VA, OTC and herbal medications were reviewed with the patient/ caregiver and were reconciled. Discrepancies have been addressed with the patient/caregiver. Changes have been made to the patient's printed list and given to the patient/caregiver.

Patient/caregiver reminded to discard old lists and to update any records with all medications. Patient was instructed to carry the updated list with them at all times to share the list with their healthcare providers when needed.

The patient's capacity to make decisions relative to their immediate physical safety and well being has been addressed during this visit.

\* The patient is not a wandering risk.

Allergies/ADR:NKDA

```
SOCIAL HISTORY:   TOBACCO:no
                  ALCOHOL: 1 glass of whisky QD (C+AGE)
                  RECREATIONAL DRUGS:no
                  OCCUPATION:auto mechanic; Air Force 1969-70
                  MARITAL STATUS:married, lives with wife
FAMILY HISTORY:   MOTHER -93y/o, arthritis
                  FATHER -died at age 85, bladder cancer with mets to lungs
                  1 son and 1 daughter: A&W
```

```
REVIEW OF SYSTEMS:
         No change from 11/21/11 unless stated in HPI
```

```
PHYSICAL EXAM:
Vital Signs:
         BP = 125/81 (08/11/2016 13:12)
         P = 64 (08/11/2016 13:12)
         RR=18 (08/11/2016 13:12)
         Temp=afebrile
         Weight =246 lb [111.8 kg] (08/11/2016 13:12)
         Height=66.5 in [168.9 cm] (08/11/2016 13:12)
         BODY MASS INDEX - 39.2 (AUG 11, 2016@13:12:01)
         Pain Scale = 3 (08/11/2016 13:12)
```

```
GENERAL:    Looks right for age, severely obese, oriented x3,
            not in cardio-respiratory distress
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
            No wheezes or rhonchi, no rales.
Cardiac:    S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:    Audible bowel sounds, soft, non-tender, non-distended,
            No hepatosplenomegaly, no palpable masses.
Extrem:     No cyanosis, no clubbing, 1+ edema
Pulses:     done previously:
            DP right 3+, left 4+ (0-4+)
            TP (bilateral) 3+(0-4+)
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0073
Page 72

# Progress Notes

Printed On Oct 29, 2018

LABS: 6/14/16 CBC, Chem 7/13: reviewed with the patient
GLUCOSE                126 H   mg/dL    70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired
left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral
frontal lobes and right temporo-occipital region; focal area of hypodensity
in the left nferior-anterior temporal region may represnt arachnoid cyst vs
focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension: controlled, continue Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis: continue Tylenol
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and
exercise, claims he had  dizziness with Atorvastatin but had resolved, the
dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.4mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and
stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: declined Psych

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0074
Page 73

# Progress Notes

15. social issues: Social Work consulted
16. right knee, right shoulder pain: relieved with Advil, continue Advil with food anad drink lots water, may take Acetaminophen instead, refused PM&R consult
17. Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 12/2/15
        Pneumovax(Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
             PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.52
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 3 months or sooner if needed.

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 08/11/2016 13:50

LOCAL TITLE: PC-FOLLOW UP
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: JUN 17, 2016@08:34    ENTRY DATE: JUN 17, 2016@08:34:11
    AUTHOR: TANSIONGCO,SHIRLEY    EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

    *** PC-FOLLOW UP Has ADDENDA ***

Primary Care Attending Physician's Note: CBOC/East Meadow Clinic

CHIEF COMPLAINT: evaluation and management of hypertension, hyperlipidemia and GERD

HISTORY OF PRESENT ILLNESS: (nurse's/health technician's note reviewed)
    71  year old WHITE MALE  came in for evaluation and management of hypertension, hyperlipidemia and GERD. He developed acute orchitis and was seen in NUMC ER, given PO Levaquin x 10 days with improvement. His nocturia had improved  slightly after increasing Flomax to 2 tabs pO QD and adding Finasteride 5mg pO QD.  He declined Psych referral at this time for depression and anxiety. He denies suicidal or homicidal ideations. No other complaints at this time.

wife: Judy
automechanic repair place, day care, rental property

PMH/PSH:
1. Hypertension
2. Gastroesophageal Reflux Disease
3. hyperlipidemia

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available).
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Oct 29, 2018

```
4.TIA 6/2014
5.s/p tendon rupture repair on the left forearm 2005
6.s/p TBI--coma after MVA 2003

Active Outpatient Medications (excluding Supplies):
```

|   | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | AMMONIUM LACTATE 12% LOTION APPLY THIN FILM TO AFFECTED AREA EVERY DAY FOR DRY SKIN | ACTIVE |
| 4) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 5) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 6) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 7) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 8) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 9) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 10) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH  WHEN NEEDED AS DIRECTED | ACTIVE |
| 11) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 12) | TRIAMCINOLONE ACETONIDE 0.1% OINT APPLY SMALL AMOUNT TO AFFECTED AREA EVERY 12 HOURS FOR RASH APPLY TO AFFECTED AREAS | ACTIVE |

```
VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when
needed.
The patient's capacity to make decisions relative to their immediate
physical safety and well being has been addressed during this visit.
* The patient is not a wandering risk.

Allergies/ADR:NKDA

SOCIAL HISTORY:   TOBACCO:no
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
                    ALCOHOL: 1 glass of whisky QD (C+AGE)
                    RECREATIONAL DRUGS:no
                    OCCUPATION:auto mechanic; Air Force 1969-70
                    MARITAL STATUS:married, lives with wife
FAMILY HISTORY:     MOTHER -93y/o, arthritis
                    FATHER -died at age 85, bladder cancer with mets to lungs
                    1 son and 1 daughter: A&W


REVIEW OF SYSTEMS:
          No change from 11/21/11 unless stated in HPI


PHYSICAL EXAM:
Vital Signs:
          BP = 147/93 (06/17/2016 08:29)
          P = 73 (06/17/2016 08:24)
          RR=18 (06/17/2016 08:24)
          Temp=98.5 F [36.9 C] (06/17/2016 08:29)
          Weight =242 lb [110.0 kg] (06/17/2016 08:24)
          Height=67 in [170.2 cm]
          BODY MASS INDEX - 38.0 (JUN 17, 2016@08:24:05)
          Pain Scale = 0 (06/17/2016 08:24)


GENERAL:    Looks right for age, severely obese, oriented x3,
            not in cardio-respiratory distress
HEENT:      NCAT, PERLLA, EOMI
Lungs/Chest: Clear to auscultation bilaterally.
            No wheezes or rhonchi, no rales.
Cardiac:    S1, S2 audible, RRR, no S3, no S4, no murmur
Abdomen:    Audible bowel sounds, soft, non-tender, non-distended,
            No hepatosplenomegaly, no palpable masses.
Extrem:     No cyanosis, no clubbing, 1+ edema
Pulses:     done previously:
            DP right 3+, left 4+ (0-4+)
            TP (bilateral) 3+(0-4+)


LABS: 6/14/16 CBC, Chem 7/13: reviewed with the patient
GLUCOSE               126 H   mg/dL   70 - 99
ROCEDURE SUMMARY CODE: Abnormal
DATE/TIME PERFORMED: AUG 19, 2015@08:54

The FVC is reduced. The FEV1 and FEV1/FVC are normal.
There is a response to inhaled bronchodilator.
The flow volume loop is coved.
No persistent airway obstruction.
These findings suggest reactive airway disease.  Clinical correlation is
suggested.
A restrictive component cannot be excluded, suggest static lung volumes
and diffusing capacity.
Medical Records (scanned 6/11/14)
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

1.Echo 6/4/14: EF:60%, mild AI, mitral valve E/A reversal suggests impaired left ventricular relaxation
2.CT of the head C- 6/3/14: no acute pathology, encephalomalacia bilateral frontal lobes and right temporo-occipital region; focal area of hypodensity in the left nferior-anterior temporal region may represnt arachnoid cyst vs focal encephalomalacia; periventricualr chronic ischemic gliosis
3.Carotid doppler 6/4/14: no focal stenosis in bialteral carotid arteries
4.Med list:
        Aggrenox 25/200 1 cap BID
        Losartan 50mg pO QD
        Rosuvastatin 20mg pO QD
        Amlodipine 10mg pO QD
        Omeprazole 20mg pO QD
5. Labs 6/1/14

ASSESSMENT AND PLAN:
1.Hypertension: controlled, continue Amlodipine, Losartan
2.Gastroesophageal Reflux Disease: continue Omeprazole
3.TIA 6/2014: continue Aggrenox, Atorvastatin
4.cerumen AD: ear irrigation clinic done, Debrox given
5.hearing loss:continue hearing aids, seen in VA Audiology
6.osteoarthritis: continue Tylenol
7.hyperlipidemia: controlled, continue Atorvastatin 40mg PO qhs,  diet and exercise, claims he had  dizziness with Atorvastatin but had resolved, the dizziness might be from the early CVA
8.h/o skin lesions, acne?? in different stages:improved, s/p Doxycycline
9.Erectile Dysfunction: for total testosterone, Prolactin, TSH, glucose
Sexual Health Inventory for Men (SHIM) SCORE 10/19/12= 11
Viagra 50mg pO prn
10.Nocturia: continue Flomax 0.4mg PO QD
11.sob on exertion: for EKG 2/25/15 78/min, SR, +45oaxis, normal EKG, and stress test 3/26/15: negative, spirometry to r/o pulmonary etio
12.rhinitis: resolved
13.hyperreactive airway: continue Albuterol
14.depression, anxiety, ETOH abuse: declined Psych
15.social issues: Social Work consulted
16.Health maintenance/Primary Preventions:
        Flu shot(Yearly 65 and over or if *): 12/2/15
        Pneumovax (Once at 65 or Q5 yrs if *):PPSV23: 11/21/11,
                PCV13: 12/29/14
        Tetanus (Q10 yrs): Td 2005
        PSA (Inconclusive 50-70y/o):0.52
        Sigmoidoscopy (>50y/o q 3-5 years)/colonoscopy: Guaiac cards given
        Cholesterol (M: 35-65y/o, F: 45-65y/o): with CVA,on Atorvastatin
        Diet and exercise encouraged

Pt advised to bring his medical records on his next visit.
CBC, Chem 7/13, Lipid Profile, PSA, Hgb A1c, UA  1 week prior to RTC
RTC 3 months or sooner if needed.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Patient Education:
  LEARNING NEEDS ASSESSMENT
    Learning Needs Assessment-Person who was assessed and/or taught.
      ...Patient

HTN Assess for Elevated BP>=140/90:
    The patient's blood pressure is usually adequately controlled.  No
    medication changes are indicated at this time.
  Education on lifestyle modification including weight loss, decreasing
  sodium intake and increasing physical activity provided.

Colorectal Cancer Screening:
  FECAL OCCULT BLOOD is to be done yearly for patients 52 years of age
  and above.  Three samples are needed.
  Three stool cards were given to the patient today.  Instruction and
  return envelope provided.    *FOBT ORDERED*

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 06/17/2016 08:56

07/25/2016 ADDENDUM                    STATUS: COMPLETED
Veteran called complaining of Right knee pain of 10/10 for 3 days.   Veteran
with difficulty walking due to pain.  Denies redness and swelling to the right
knee. Veteran stated he was told by friends to take chondroitin and glucosamine
but it was not effective. Veteran will go to the local ER because he is 2 hours
away from VA. Informed that note will be forwarded.
/es/ ELAINE D PAYTON
VISN 3 Telephone Triage RN
Signed: 07/22/2016 21:02

/es/ SHIRLEY M TANSIONGCO, MD,FACP
PC ATTENDING PHYSICIAN
Signed: 07/25/2016 15:50

LOCAL TITLE: AUDIOLOGY TELEPHONE NOTE
STANDARD TITLE: AUDIOLOGY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 08, 2016@11:24    ENTRY DATE: JAN 08, 2016@11:24:46
    AUTHOR: MENJIVAR,SANDY     EXP COSIGNER:
    URGENCY:                   STATUS: COMPLETED

    *** AUDIOLOGY TELEPHONE NOTE Has ADDENDA ***

Veteran reported that he lost the right Starkey 3 Series FS hearing aid.
Hearing aid replacement was ordered, received, programmed and mailed to the
veteran's home.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 01/08/2016 11:27

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Case 2:18-cv-00819-KAM-ST    Document 65-4    Filed 11/02/21    Page 84 of 354 PageID #: 318

# Progress Notes

04/18/2016 ADDENDUM                    STATUS: COMPLETED
Received replacement left Starkey 3 Series ITE hearing aid with added jewel loop
as discussed with the veteran.  Otoclip coupled to the hearing aid and mailed to
the veteran's home.

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Signed: 04/18/2016 10:50

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0080

## DEPARTMENT OF
## VETERANS AFFAIRS

NORTHPORT VA MEDICAL CENTER
79 Middleville Road
Mail Stop: BUS/ROI
Northport, NY 11768

DATE: 1/22/2019
In Reply Refer To: BUS/ROI
SSN: 8925

JUDITH BESEDIN
922 JENNIE COURT
NORHT BELLMORE, NY 11710

RE: ROI Plus Request for ROBERT BESEDIN

Dear JUDITH BESEDIN:

This individually identifiable information is privileged. Its confidentiality
should be maintained along with appropriate security safeguards to protect
against individual harm (identity theft), embarrassment, or inconvenience.

Sincerely,

MICHAEL LOUIS FITZPATRICK - Release of Information

# Discharge Summaries

Printed On Jan 22, 2019

```
LOCAL TITLE: Discharge Summary
 ADMIN DATE: DEC 20, 2018          DISCH. DATE: JAN 04, 2019
STANDARD TITLE: DISCHARGE SUMMARY
  DICT DATE: JAN 04, 2019@19:51     ENTRY DATE: JAN 04, 2019@19:51:47
 DICTATED BY: EDELMAN,MARTHA JO       ATTENDING: EDELMAN,MARTHA JO
    URGENCY: routine                    STATUS: COMPLETED

   *** Discharge Summary Has ADDENDA ***

 Ward Location: 22
Attending Physician Name: Dr. M.Edelman, MD

 (X) PLANNED DISCHARGE    ( ) UNPLANNED DISCHARGE
```

        DISCHARGE DIAGNOSIS:
Mood DO NOS, R/O Mood Disorder secondary to neurologic condition (hx of
head trauma and coma 2003)
Alcohol Use DO, R/O ALcohol induced mood disorder
Cognitve DO NOS


        CLINICAL COURSE:
Patient is a 73 yo man with no formal psychiatric hx whose family apparently
told him he needed a medical appt in order to bring him to care
reporting that pt had increased drinking (alcohol), irritability and aggression.
Patient has been residing alone in home that he own since his wife had hip
surgery about a month prior and she has been staying with their daughter. He
reported that he had been stressed because his service station (business that he
owns)has been going downhill for a long time and now it has come to the point
that he has very little business, is trying to sell the business and he may lose
the building.
He reported that he also has been stressed because of his relationship
with his son. He says that the son has been behaving in an erratic way of late,
and says that there was an incident that was very upsetting to him (the pt)
whereby pt's wife fell, pt says he was assisting her up and son came upon the
scene shouting that pt had pushed her down. Pt says that his wife repeatedly
told the son that that was not the case however the son shouted extreme insults.
Pt reports that theson lives in one of pt's homes (the mortgages on the homes
are paid off), and that the son is driving a car that pt owns, registers and
pays insurance for.


Due to hearing and possibly a processing issue, in order to succeed
well communicating, it is necessary to speak to pt without much
ambient noise and distraction, fully facing him and making eye
contact.
By the time of discharge pt was able to demonstrate good impulse
control, self care, and frustation tolerance. His mood was stable,
there had never been any sign of aggression and sarcastic irritabilty
that he demonstarted initially was fully resolved. He denied that he

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Discharge Summaries

Printed On Jan 22, 2019

had any thought or feelings retribution towards his wife and son for 'tricking me into coming here by saying I had a medical appt'. He discussed his plans for the future at length, acknowledged that he may well need to decrease his alcohol consumption due to age and hx of head trauma (he admits to 'a couple of beers and two shots whiskey a day')though he declined need or desire to attend treatment for substance use and points out that he did not go through any withdrawal. He also acknowledged that his wife having stayed for >than a month at their daughters (he says due to her having had hip surgery and stairs in their home being prohibitive) was behind some of his extra drinking and the stress he was feeling. He did not acknowledge that he had been increasingly irritable and 'aggressive' (as family reported) but does say "well if I was, then there's plenty of reasons and the same from their side". He expresses need to talk to his wife 'but not with my son there, that changes things and it goes bad". He says that he would like them to live together again and when confromted with possibilty that she would not return, he said 'we'll have to see, I don't know what will happen'. He denies that he ever had SI, states that he is a fighter and has gotten through some 'terribe stuff' ie brain injury, coma, being 'beat up' by the police. He says 'noone and nothing is going to push me into killing myself, that isn't how I am'.
The patient declines referrals for many things including substance use treatment, evaluation in the home for help with keeping house/meals/cleaning, or moving to an environment such as senior living. He is querried about multiple tasks that he would need to do in the home and is able to give reasonable steps he was taking and intends to take regarding meal preparation. He acknowledges that he keeps a lot of tools in the house, that it is somewaht of a mess and that he has been leaving the tools in the house since wife has not been home. He also discusses the oil burner, saying he is worried that maybe because it wasn't working correctly maybe 'there were fumes', says he now knows he can't fix it himself and will need help from outside eevn though 'it's going to cost an arm and a leg'. With regards to pt's memory and his ability to self administer medication at home, the patient demonstrated the following to this writer: pt was able to list all medications he was taking at home, and directed this writer, during this past week, that had been taking medications at home that he is not recieving during this admission, questioning why he is only getting one potassium pill a day here when at home he had to take 4 pills a day (in fact, home Kdur was 10 meq take 4 tablets daily while here on the unit he is recieving Kdur 40 meq take one tablet daily. He also made referrence to many remote memory occurances that are accurate.

The pt met with this writer, Dr Morer (Psychologist),and Ms McGee (SW) on the day of discharge for an extended session. He was not found to have symptoms or behaviors that would have justified further involuntary hospitalization, nor did he lack capacity to make the decision to be discharged. The patient is not a danger to himself or another at this

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB: 03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0083
Page 2

# Discharge Summaries

time and can continue care in the community. He understands the
medications that he has been prescribed and says he'll take them, is
very much in agreement with following up with his PMD and
agrees to go to MHC 'I'll try it'. He is picked up from the hospital
by his wife and son.


At the time of discharge he is not an imminent danger to self or
others and has capacity to make treatment decisions

Patient's prognosis: Fair if compliant with treatment recommendations


DISCHARGE MSE:
MSE upon discharge:
 Appearance:
    Grooming: Normal
    Hygiene: Normal

Motor Activity: Unremarkable

Attention: Normal

Concentration: Normal

Memory:
  Recent Memory: Intact: pt fully able to discuss events of today and
well as over the past week during which writer has been attending to his case.
Of note, patient is able to list all medications he was taking at home, and
directed writer during this past week regarding the medications he should be on
that are missing inpatient and questions why he is only gettin one potassium
pill a day when at home he had to take 4/day (in fact, home Kdur was 10 meq-
take 4 daily while here on the unit he is recieving Kdur 40 meq/day)
  Remote Memory: Intact
  Thought Processes: No formal thought disorder- coherent, goal
directed and
logical
  Thought Content: speaking approrpaitely about tasks that need attn
once he is
home, no reference to delusion, denies SI/HI

Suicidal Ideation:              NO
Suicidal Plan:                  NO
Suicidal Intent:                NO
Homicidal or violent Ideation:  NO
Homicidal or violent plan:      NO
Homicidal or violent intent:    NO
Hallucinations: denied

Mood: 'I'm fine!, I'm happy I can go and do what I need to do!'

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Discharge Summaries

Affect: full range stable, pleasant

Vegetative Symptoms:
Insomnia: denied
Appetite: normal
Weight gain: NO
Hopeless:     NO
Helpless:     NO
Anhedonia:    NO
Judgment:     Fair
Insight:      Fair
Impulse Control: Good

DISCHARGE MEDICATIONS

| Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|
| 1)   ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL | HOLD | Issu:04-04-18 |
|      Qty: 1 for 30 days  Sig: INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | Refills: 11 | Expr:04-05-19 |
| 2)   AMLODIPINE BESYLATE 10MG TAB  Qty: 90 | ACTIVE | Issu:10-01-18 |
|      for 90 days  Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | Refills: 2 | Last:01-04-19  Expr:10-02-19 |
| 3)   AQUAPHOR OINTMENT   Qty: 454 for 30 days | ACTIVE | Issu:12-06-18 |
|      Sig: APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR DRY SKIN APPLY TO AFFECTED AREAS UP TO TWICE A DAY | Refills: 0 | Last:12-07-18  Expr:01-05-19 |
| 4)   ASPIRIN 81MG EC TAB  Qty: 30 for 30 days | ACTIVE | Issu:01-04-19 |
|      Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR HEART BLOOD THINNER | Refills: 0 | Last:01-04-19  Expr:02-03-19 |
| 5)   ATORVASTATIN CALCIUM 80MG TAB  Qty: 45 | ACTIVE | Issu:10- |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Discharge Summaries

Printed On Jan 22, 2019

```
01-18
         for 90 days  Sig: TAKE ONE-HALF TABLET   Refills: 2   Last:01-
04-19
         BY MOUTH AT BEDTIME FOR CHOLESTEROL                    Expr:10-
02-19
6)   CHLORTHALIDONE 25MG TAB  Qty: 90 for 90    ACTIVE (S)   Issu:11-
21-18
         days  Sig: TAKE ONE TABLET BY MOUTH     Refills: 2   Last:02-
09-19
         EVERY DAY                                             Expr:11-
22-19
7)   CYANOCOBALAMIN 1000MCG TAB  Qty: 30 for    ACTIVE       Issu:01-
04-19
         30 days  Sig: TAKE ONE TABLET BY MOUTH  Refills: 0   Last:01-
04-19
         EVERY DAY FOR VITAMIN B12 DEFICIENCY                  Expr:02-
03-19
         LOW B12
8)   DOXYCYCLINE HYCLATE 100MG CAP/TAB  Qty:    ACTIVE       Issu:01-
04-19
         42 for 21 days  Sig: TAKE 1            Refills: 0   Last:01-
04-19
         TABLET/CAPSULE MOUTH TWICE A DAY FOR                  Expr:02-
03-19
         INFECTION  WITH FOOD X 3 WEEKS
         INFECTION
9)   DULOXETINE HCL 20MG CAP,ORAL  Qty: 15      ACTIVE       Issu:01-
04-19
         for 15 days  Sig: TAKE ONE CAPSULE BY   Refills: 0   Last:01-
04-19
         MOUTH EVERY DAY MOOD                                  Expr:02-
03-19
10)  FINASTERIDE 5MG TAB  Qty: 90 for 90 days·  HOLD         Issu:04-
04-18
         Sig: TAKE ONE TABLET BY MOUTH EVERY     Refills: 3
         DAY FOR PROSTATE                                      Expr:04-
05-19
11)  FLUOCINONIDE 0.05% OINT  Qty: 60 for 30     ACTIVE       Issu:12-
06-18
         days  Sig: APPLY THIN FILM TO AFFECTED  Refills: 0   Last:12-
07-18
         AREA TWICE A DAY FOR RASH  APPLY THIN                 Expr:01-
05-19
         FILM TO RIGHT WRIST LESION AND
         AFFECTED AREAS ON BOTH LOWER  LEGS
         TWICE A DAY FOR 2 WEEKS  AVOID APPLING
         TO FACE , UNDERARMS OR GROIN
12)  GABAPENTIN 300MG CAP  Qty: 30 for 15        ACTIVE       Issu:01-
04-19
         days  Sig: TAKE ONE CAPSULE BY MOUTH    Refills: 0   Last:01-
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0086

# Discharge Summaries

Printed On Jan 22, 2019

```
04-19
        TWICE A DAY MOOD                              Expr:02-
03-19
13)  KETOCONAZOLE 2% SHAMPOO  Qty: 120 for 30  ACTIVE    Issu:10-
29-18
        days  Sig: SHAMPOO USING SMALL AMOUNT   Refills: 0   Last:11-
28-18
        TO SCALP TWICE A WEEK WASH SCALP TWICE          Expr:10-
30-19
        WEEKLY
14)  LOSARTAN 100MG TAB  Qty: 90 for 90 days   ACTIVE (S)  Issu:10-
01-18
        Sig: TAKE ONE TABLET BY MOUTH EVERY   Refills: 2   Last:01-
14-19
        DAY FOR BLOOD PRESSURE OR HEART               Expr:10-
02-19
15)  MUPIROCIN 2% OINT  Qty: 22 for 21 days    ACTIVE    Issu:01-
04-19
        Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 0   Last:01-
04-19
        TWICE A DAY FOR SKIN INFECTION OPEN          Expr:02-
03-19
        AREAS X 3 WEEKS FACE AND SCALP
16)  OMEPRAZOLE 20MG SA CAP  Qty: 90 for 90    ACTIVE    Issu:10-
01-18
        days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 0   Last:01-
04-19
        EVERY DAY FOR STOMACH ACID, TO BE            Expr:10-
02-19
        TAKEN ON EMPTY STOMACH 30-45 MINUTES
        BEFORE A MEAL (90 DAY ITEM; 1 REFILL
        ONLY)
17)  POTASSIUM CHLORIDE 10MEQ SA TAB  Qty:     ACTIVE    Issu:10-
01-18
        360 for 90 days  Sig: TAKE FOUR       Refills: 2   Last:01-
04-19
        TABLETS BY MOUTH EVERY DAY FOR               Expr:10-
02-19
        POTASSIUM DEFICIENCY
18)  TAMSULOSIN 0.4MG CAP  Qty: 180 for 90     ACTIVE    Issu:04-
04-18
        days  Sig: TAKE TWO CAPSULES BY MOUTH  Refills: 3   Last:01-
04-19
        A

/es/ MARTHA JO EDELMAN

Signed: 01/07/2019 12:35

01/04/2019 ADDENDUM                STATUS: COMPLETED
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0087

# Discharge Summaries

Diagnosis for Alcohol Use Disorder- moderate

/es/ MARTHA JO EDELMAN

Signed: 01/07/2019 17:16

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
LOCAL TITLE: PSYCHIATRY-DISCHARGE NOTE/CONTINUING CARE PLAN
STANDARD TITLE: PSYCHIATRY DISCHARGE NOTE
DATE OF NOTE: JAN 04, 2019@19:47    ENTRY DATE: JAN 04, 2019@19:47:54
      AUTHOR: EDELMAN,MARTHA JO    EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED
```

Reason for admission:
Patient is a 73 yo man with no formal psychiatric hx whose family apparently
told him he needed a medical appt in order to bring him to care reporting that
pt had increased drinking (alcohol), irritability and aggression. Patient
has been residing alone in home that he own since his wife had hip surgery about
a month prior and she has been staying with their daughter. He reported that he
had
been stressed because his service station (business that he owns)has been going
downhill for a long time and now it has come to the point that he has very
little business, is trying to sell the business and he may lose the building.
He reported that he also has been stressed because of his relationship with his
son. He says that the son has been behaving in an erratic way of late, and says
that there was an incident that was very upsetting to him (the pt) whereby pt's
wife fell, pt says he was assisting her up and son came upon the scene shouting
that pt had pushed her down. Pt says that his wife repeatedly told the son that
that was not the case however the son shouted extreme insults. Pt reports that
son lives in one of pt's homes (the mortgages on the homes are paid off), and
that the son is driving a car that pt owns, registers and pays insurance for.

The pt also reports that he was assaulted by police officers
about 1.5 yr ago; he says that he accidentally dialed 911 (phone in pocket) and
that he was unexpectedly "slammed to the ground" and hit his head. Veteran
reports he was charged with felonies for assault of police, however after 1 week
in jail, all charges were dropped. He explains that he has a case against the

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

police that is ongoing and has his lawyers number.

Pt's wife reported to SW that veteran has been drinking heavily 'for many
years', was able to function daily while drinking but the drinking has
significantly increased over past month, to drinking a 2L bottle of whiskey a
day, along with beer. She stated that veteran works while intoxicated, is
verbally abusive, and at times physically abusive. Wife feels veteran is losing
control of his life within the context of climbing financial stresses, and it is
causing some underlying depression.

MSE upon discharge:
  Appearance:
      Grooming: Normal
      Hygiene: Normal

Motor Activity: Unremarkable

Attention: Normal

Concentration: Normal

Memory:
  Recent Memory: Intact: pt fully able to discuss events of today and well as
over the past week during which writer has been attending to his case. Of note,
patient is able to list all medications he was taking at home, and directed
writer during this past week regarding the medications he should be on that are
missing inpatient and questions why he is only gettin one potassium pill a day
when at home he had to take 4/day (in fact, home Kdur was 10 meq- take 4 daily
while here on the unit he is recieving Kdur 40 meq/day)
  Remote Memory: Intact
  Thought Processes: No formal thought disorder- coherent, goal directed and
logical
  Thought Content: speaking approrpaitely about tasks that need attn once he is
home, no reference to delusion, denies SI/HI

Suicidal Ideation:              NO
Suicidal Plan:                  NO

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin  0090

# Progress Notes

Printed On Jan 22, 2019

```
Suicidal Intent:                NO
Homicidal or violent Ideation:  NO
Homicidal or violent plan:      NO
Homicidal or violent intent:    NO
Hallucinations: denied

Mood: 'I'm fine!, I'm happy I can go and do what I need to do!'
Affect: full range stable, pleasant


Vegetative Symptoms:
 Insomnia: denied
 Appetite: normal
 Weight gain: NO
 Hopeless:    NO
 Helpless:    NO
 Anhedonia:   NO
 Judgment:    Fair
 Insight:     Fair
 Impulse Control: Good


Suicide Assessment completed: YES
Safety Plan completed with and given to the Veteran?
 YES:
Medications:
Active Outpatient Medications (excluding Supplies):
```

|  | Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL 04-18 | HOLD | Issu:04- |
|  | Qty: 1 for 30 days  Sig: INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR 05-19 SHORTNESS OF BREATH | Refills: 11 | Expr:04- |
| 2) | AMLODIPINE BESYLATE 10MG TAB  Qty: 90 01-18 | ACTIVE | Issu:10- |
|  | for 90 days  Sig: TAKE ONE TABLET BY 04-19 MOUTH EVERY DAY FOR BLOOD PRESSURE OR 02-19 HEART | Refills: 2 | Last:01- Expr:10- |
| 3) | AQUAPHOR OINTMENT  Qty: 454 for 30 days 06-18 | ACTIVE | Issu:12- |
|  | Sig: APPLY SMALL AMOUNT TO AFFECTED 07-18 | Refills: 0 | Last:12- |

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Jan 22, 2019

```
                AREA TWICE A DAY FOR DRY SKIN APPLY TO          Expr:01-
05-19
                AFFECTED AREAS UP TO TWICE A DAY
4)    ASPIRIN 81MG EC TAB   Qty: 30 for 30 days   ACTIVE        Issu:01-
04-19
        Sig: TAKE ONE TABLET BY MOUTH EVERY       Refills: 0    Last:01-
04-19
        DAY FOR HEART BLOOD THINNER                             Expr:02-
03-19
5)    ATORVASTATIN CALCIUM 80MG TAB   Qty: 45     ACTIVE        Issu:10-
01-18
        for 90 days   Sig: TAKE ONE-HALF TABLET    Refills: 2   Last:01-
04-19
        BY MOUTH AT BEDTIME FOR CHOLESTEROL                     Expr:10-
02-19
6)    CHLORTHALIDONE 25MG TAB   Qty: 90 for 90    ACTIVE (S)    Issu:11-
21-18
        days   Sig: TAKE ONE TABLET BY MOUTH      Refills: 2    Last:02-
09-19
        EVERY DAY                                               Expr:11-
22-19
7)    CYANOCOBALAMIN 1000MCG TAB   Qty: 30 for    ACTIVE        Issu:01-
04-19
        30 days   Sig: TAKE ONE TABLET BY MOUTH   Refills: 0    Last:01-
04-19
        EVERY DAY FOR VITAMIN B12 DEFICIENCY                    Expr:02-
03-19
        LOW B12
8)    DOXYCYCLINE HYCLATE 100MG CAP/TAB   Qty:    ACTIVE        Issu:01-
04-19
        42 for 21 days   Sig: TAKE 1              Refills: 0    Last:01-
04-19
        TABLET/CAPSULE MOUTH TWICE A DAY FOR                    Expr:02-
03-19
        INFECTION   WITH FOOD X 3 WEEKS
        INFECTION
9)    DULOXETINE HCL 20MG CAP,ORAL   Qty: 15      ACTIVE        Issu:01-
04-19
        for 15 days   Sig: TAKE ONE CAPSULE BY    Refills: 0    Last:01-
04-19
        MOUTH EVERY DAY MOOD                                    Expr:02-
03-19
10)   FINASTERIDE 5MG TAB   Qty: 90 for 90 days   HOLD         Issu:04-
04-18
        Sig: TAKE ONE TABLET BY MOUTH EVERY       Refills: 3
        DAY FOR PROSTATE                                        Expr:04-
05-19
11)   FLUOCINONIDE 0.05% OINT   Qty: 60 for 30    ACTIVE        Issu:12-
06-18
        days   Sig: APPLY THIN FILM TO AFFECTED   Refills: 0    Last:12-
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)   VISTA Electronic Medical Documentation
BESEDIN,ROBERT                                                   Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

# Progress Notes

```
07-18
        AREA TWICE A DAY FOR RASH  APPLY THIN        Expr:01-
05-19
        FILM TO RIGHT WRIST LESION AND
        AFFECTED AREAS ON BOTH LOWER  LEGS
        TWICE A DAY FOR 2 WEEKS  AVOID APPLING
        TO FACE , UNDERARMS OR GROIN
12)  GABAPENTIN 300MG CAP  Qty: 30 for 15     ACTIVE       Issu:01-
04-19
        days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 0  Last:01-
04-19
        TWICE A DAY MOOD                                   Expr:02-
03-19
13)  KETOCONAZOLE 2% SHAMPOO  Qty: 120 for 30 ACTIVE       Issu:10-
29-18
        days  Sig: SHAMPOO USING SMALL AMOUNT  Refills: 0  Last:11-
28-18
        TO SCALP TWICE A WEEK WASH SCALP TWICE             Expr:10-
30-19
        WEEKLY
14)  LOSARTAN 100MG TAB  Qty: 90 for 90 days  ACTIVE (S)   Issu:10-
01-18
        Sig: TAKE ONE TABLET BY MOUTH EVERY    Refills: 2  Last:01-
14-19
        DAY FOR BLOOD PRESSURE OR HEART                    Expr:10-
02-19
15)  MUPIROCIN 2% OINT  Qty: 22 for 21 days   ACTIVE       Issu:01-
04-19
        Sig: APPLY THIN FILM TO AFFECTED AREA  Refills: 0  Last:01-
04-19
        TWICE A DAY FOR SKIN INFECTION OPEN               Expr:02-
03-19
        AREAS X 3 WEEKS FACE AND SCALP
16)  OMEPRAZOLE 20MG SA CAP  Qty: 90 for 90   ACTIVE       Issu:10-
01-18
        days  Sig: TAKE ONE CAPSULE BY MOUTH   Refills: 0  Last:01-
04-19
        EVERY DAY FOR STOMACH ACID, TO BE                 Expr:10-
02-19
        TAKEN ON EMPTY STOMACH 30-45 MINUTES
        BEFORE A MEAL (90 DAY ITEM; 1 REFILL
        ONLY)
17)  POTASSIUM CHLORIDE 10MEQ SA TAB  Qty:    ACTIVE       Issu:10-
01-18
        360 for 90 days  Sig: TAKE FOUR        Refills: 2  Last:01-
04-19
        TABLETS BY MOUTH EVERY DAY FOR                    Expr:10-
02-19
        POTASSIUM DEFICIENCY
18)  TAMSULOSIN 0.4MG CAP  Qty: 180 for 90    ACTIVE       Issu:04-
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

```
04-18
       days  Sig: TAKE TWO CAPSULES BY MOUTH    Refills: 3   Last:01-
04-19
       AT BEDTIME FOR PROSTATE                               Expr:04-
05-19
```
Medication Reconciliation:
** VA, non VA, OTC and herbal medications were reviewed with the
patient/caregiver and were reconciled. Discrepancies have been
addressed
with the patient/caregiver. Changes have been made to the patient's
printed list and given to the patient/caregiver. Patient/caregiver
reminded to discard old lists and to update any records with all
medications.


Are two or more antipsychotics prescribed?
No
Does patient currently use tobacco?
Yes
Smoking Cessation Counseling:
  1. Tobacco cessation counseling provided.
  2. Advised patient to quit tobacco and given
     smoking cessation pamphlet.
  3. Discussed the following strategies with patient
     to help with quitting (All of the five are required):
     a. Set a quit date, ideally within 2 weeks*.
     b. Remove all tobacco products from home and work.
     c. Recognize personal danger situations (smoking
        Triggers') such as alcohol use, routine time for
        smoking, and association with other non-smokers.
        Develop coping skills based on triggers such as
        changing routines and ways to manage cravings.
     d. Offered information regarding smoking cessation program.
     e. Offered smoking cessation medication as appropriate.
  4. Provided strong message of encouragement and support.

Patient provided with dates, times and locations of
smoking cessation clinics:

Wednesdays at 1:00 PM Quad 2F
Wednesdays at 6:00 PM Quad 1A
Thursdays at 11:00 AM Videoconferencing to community based
                      outpatient clinics (CBOCS)
Fridays at 9:00  Quad 2F
Smoking Cessation Medications:
Patient is not interested in smoking cessation medications at this
time.
Smoking Cesation Clinic:
Patient is Not interested in attendinf smoking cessation clinic at
this time.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB: 03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Patient has been given the dates and times of the clinic.

Hospital Course:
As per note of Dr Thomas writter 12/26/18 in preparation for care to be transferred to writer on 12/27/18:

    73yr male BIB wife for worsening of alcohol use, aggressiveness,mood  lability
and impulsivity with sporadic mild confusion. He had been doing well on the unit
except minimizes his alcohol use , behavior at home and wanted to be discharged
He denies feeling depressed or having any thoughts to hurt himself or others
since admission . Family meeting was held today and wife reported he resides by
himself in his house and manages his medication by himself . As per them his
guns are removed. He refused any alcohol rehab . Explained to wife and son
further inpatient stay is not warrented against his will ,as he had been doing
well behaviorally on the unit and declining SUD treatment .He is also requesting
for discharge . Will prepare for discharge with safe discharge plan in place .
Advised to get Order of protection if they are concerned about their safety .CT
head was done which shows
Impression:
        No evidence of acute intracranial hemorrhage, midline shift or
        mass effect. Generalized volume loss. Bilateral inferior
        frontotemporal cortical/subcortical areas of hypodensity may be
        related to prior trauma. Focal area of hypodensity in right
        posterior temporoparietal lobe may be related to  chronic
        infarct. Patchy nonspecific periventricular and subcortical
areas
        of hypodensity may be related to chronic ischemic
        changes/infarcts. Suggest clinical correlation and further
        evaluation with MRI of the brain as indicated.

Patient reported he cannot do MRI as he was told he has a metal in his right eye
andf he will loose his vision .
MMSE scored 28/30
Will consider neuropsych testing as outpatient and referral to neurology as outpatient.

The patient decided to stay inpatient for the testing to be discharged

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

at it conclusion.

Due to hearing and possibly a processing issue, in order to succeed well communicating, it is necessary to speak to pt without much ambient noise and distraction, fully facing him and making eye contact.

By the time of discharge pt was able to demonstrate good impulse control, self care, and frustation tolerance. His mood was stable, there had never been any sign of aggression and sarcastic irritabilty that he demonstarted initially was fully resolved. He denied that he had any thought or feelings retribution towards his wife and son for 'tricking me into coming here by saying I had a medical appt'. He discussed his plans for the future at length, acknowledged that he may well need to decrease his alcohol consumption due to age and hx of head trauma (he admits to 'a couple of beers and two shots whiskey a day')though he declined need or desire to attend treatment for substance use and points out that he did not go through any withdrawal. He also acknowledged that his wife having stayed for >than a month at their daughters (he says due to her having had hip surgery and stairs in their home being prohibitive) was behind some of his extra drinking and the stress he was feeling. He did not acknowledge that he had been increasingly irritable and 'aggressive' (as family reported) but does say "well if I was, then there's plenty of reasons and the same from their side". He expresses need to talk to his wife 'but not with my son there, that changes things and it goes bad". He says that he would like them to live together again and when confromted with possibilty that she would not return, he said 'we'll have to see,I don't know what will happen'. He denies that he ever had SI, states that he is a fighter and has gotten through some 'terribe stuff' ie brain injury, coma, being 'beat up' by the police. He says 'noone and nothing is going to push me into killing myself, that isn't how I am'.

The patient declines referrals for many things including substance use treatment, evaluation in the home for help with keeping house/meals/cleaning, or moving to an environment such as senior living. He is querried about multiple tasks that he would need to do in the home and is able to give reasonable steps he was taking and intends to take regarding meal preparation. He acknowledges that he keeps a lot of tools in the house, that it is somewaht of a mess and that he has been leaving the tools in the house since wife has not been home. He also discusses the oil burner, saying he is worried that maybe because it wasn't working correctly maybe 'there were fumes', says he now knows he can't fix it himself and will need help from outside eevn though 'it's going to cost an arm and a leg'. With regards to pt's memory and his ability to self administer medication at home, the patient demonstrated the following to this writer: pt was able to list all medications he was taking at home, and directed this writer, during this past week, that he had been taking medications at home that he is not recieving during this admission, questioning why he is only getting one potassium pill a day here when

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK 11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

at home he had to take 4 pills a day (in fact, home
Kdur was 10 meq take 4 tablets daily while here on the unit he is
recieving Kdur 40 meq take one tablet daily. He also made referrence
to many remote memory occurances that are accurate.

The pt met with this writer,Dr Morer (Psychologist),and Ms McGee (SW)
on the day of discharge for an extended session, with much of the
above discussed. He was not found to have symptoms or
behaviors that would have justified further involuntary
hospitalization, nor did he lack capacity to make the decision to be
discharged. The patient is not a danger to himself or another at this
time and can continue care in the community. He understands the
medications that he has been prescribed and says he'll take them, is
very much in agreement with following up with his PMD and
agrees to go to MHC 'I'll try it'. He is picked up from the hospital
by his wife and son.

Discharge Condition: Stable

Discharge Diagnosis:
Mood DO NOS, R/O Mood Disorder secondary to neurologic condition (hx
of head trauma and coma 2003)
Alcohol Use DO, R/O ALcohol induced mood disorder
Cognitve DO NOS

Discharge Diet:
Decreased sodium


Physical Activity as follows: As tolerated

Discharge Location:
Home
Specify if VA program, community hospital or other:
Planned Discharge:
Discharge Appointments:
MHC within 5 days, PACT East Meadow within 10 days, Wellness Phone
Checks
24 hrs, 2 and 3 and 4 weeks

Discharge Plan Communicated to staff who have access to CPRS

Hypertension
                         :PATIENT EDUCATION:
Call your provider if you notice any of the following:
     1.  Any side effects of your blood pressure pills
     2.  Your blood pressure is uncontrolled.  The goal is <130/85.

*********GO TO THE EMERGENCY ROOM OR CALL 911 IMMEDIATELY IF:
     1.  You have new chest pain or tightness, or shortness of breath

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

   2.   New or unusually severe headache, nausea or vomiting
   3.   New difficulty speaking, confusion, or numbness or weakness
of your arms or legs

***SPECIAL INSTRUCTIONS:
   1.   Avoid over-the-counter cold medicines if your blood pressure
is
      not well controlled.
   2.   Try to get regular exercise, and if you are overweight, lose
weight
   3.   Try to measure your blood pressure regularly at home, or at a
local drug store.
   4.   Always keep in your wallet or purse an up-to-date list of
your
      medical conditions, and a list of the medicines you take.
   5.   Always bring your current medicines (or the list) to clinic
visits to be sure they are correct.
   6.   Discard safely all expired medications
   7.   Keep up to date on getting a flu shot every year, and make
sure
      you have had the pneumonia vaccine (Pneumovax) once.
   8.   DO NOT STOP TAKING YOUR BLOOD PRESSURE MEDICINES, ESPECIALLY
CLONIDINE, ATENOLOL, OR METOPROLOL, without consulting your
doctor.
Mental Health:
   Mood DO NOS, R/O Mood Disorder secondary to neurologic condition
(hx of
head trauma and coma 2003)
Alcohol Use DO, R/O ALcohol induced mood disorder
Cognitve DO NOS

Time spent with the patient during discharge evaluation/planning:
more than 30 minutes

/es/ MARTHA JO EDELMAN

Signed: 01/07/2019 12:19

LOCAL TITLE: MSA ADMINITRATIVE CLERICAL NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JAN 04, 2019@17:51      ENTRY DATE: JAN 04, 2019@17:51:31
   AUTHOR: JENKINS-CONYERS,CEC  EXP COSIGNER:
   URGENCY:
                  STATUS: COMPLETED

RTC 1/9/19 EMW-PACT 3 Patient accepts 1/14/19@11AM post hosp d/c
f/u appt.

/es/ CECELIA JENKINS-CONYERS
Medical Support Assistant

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Signed: 01/04/2019 17:54

LOCAL TITLE: SUICIDE RISK EVALUATION - COMPREHENSIVE
STANDARD TITLE: SUICIDE PREVENTION RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: JAN 04, 2019@17:04     ENTRY DATE: JAN 04, 2019@17:04:40
    AUTHOR: EDELMAN,MARTHA JO     EXP COSIGNER:
    URGENCY:
                                  STATUS: COMPLETED

Comprehensive Suicide Risk Evaluation
--------------------------------------
This is an update to an existing suicide risk evaluation.
The validity of the information contained within this evaluation is not in
question.

Suicidal Ideation
-----------------
  The Veteran has never had thoughts of engaging in suicide-related
  behavior.

Suicide Attempts
----------------
  The Veteran has not made any suicide attempts since the last VA
  Comprehensive Suicide Risk Screening was completed.
  The Veteran has not engaged in any preparatory behavior.

Warning Signs
-------------
  Direct warning signs:
    N/A
  Indirect warning signs:
    N/A

  The following warnings signs are currently present:

Risk Factors
------------
  Financial Problems
    Please Describe: facing foreclosure on his service station but 3 homes
    are not in danger
  Legal Problems
    Please Describe: pt has a case against police for assault on him
  Medical Conditions and Health-Related Problems
    Please Describe: hx of cognitive issues with some decline
  Psychological Conditions
    Please Describe: as per family pt has alcohol use disorder and is
    irritable when intoxicated
  Social/Systemic Problems
    Please Describe: conflict with son

Protective Factors and Reasons for Living

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0099

# Progress Notes

```
  Interpersonal Relationship
    Comment: wife daughter
  Positive Personal Traits or Beliefs
    Comment: believes strongly in himself overcoming obstacles

Clinical Impressions:


  The clinical impression of acute risk is Low Risk.
    As evidenced by: no hx, no SI, no desire to end his life
  The clinical impression of chronic risk is Low Risk.
    As evidenced by: no SI ever, no thought to end life, a bulldog about
    overcoming obstacles
  Risk Mitigation Plan:
    General Strategies for Managing Risk in any setting:
      Initiate health and welfare check
      Complete or update safety plan
      Address barriers to treatment engagement
        By: discussion
      Address medical conditions
        By: done
      Continue to see assigned Primary Care Provider for care
      Education on emergency services
      Follow-up appointments
        Comment: MHC, PACT Team
      Involve family/support system
      Medication reconciliation
      Provide Veteran with phone number for Veteran's Crisis Line:
      1-800-273-8255 (press 1).

Re-evaluation:
Due to the dynamic nature of some warning signs, risk and protective
factors, suicide risk should be routinely re-evaluated. These risk
management strategies were chosen to address Veteran's current
presentation and feasible treatment options within the system of care.
This plan should be re-evaluated over time.

/es/ MARTHA JO EDELMAN

Signed: 01/04/2019 17:15
```

```
 LOCAL TITLE: DISCHARGE MEDICATION LIST
 STANDARD TITLE: EDUCATION DISCHARGE NOTE
 DATE OF NOTE: JAN 04, 2019@16:02    ENTRY DATE: JAN 04, 2019@16:02:39
     AUTHOR: SAMUEL,SUNITA MARY    EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

 Active Outpatient Medications (excluding Supplies):

                                                      Issue Date
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

| | Active Outpatient Medications | Status Refills | Last Fill Expiration |
|---|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL Qty: 1 for 30 days  Sig: INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | HOLD Refills: 11 | Issu:04-04-18 Expr:04-05-19 |
| 2) | AMLODIPINE BESYLATE 10MG TAB  Qty: 90 for 90 days  Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE Refills: 2 | Issu:10-01-18 Last:01-04-19 Expr:10-02-19 |
| 3) | AQUAPHOR OINTMENT   Qty: 454 for 30 days Sig: APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR DRY SKIN APPLY TO AFFECTED AREAS UP TO TWICE A DAY | ACTIVE Refills: 0 | Issu:12-06-18 Last:12-07-18 Expr:01-05-19 |
| 4) | ASPIRIN 81MG EC TAB  Qty: 30 for 30 days Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR HEART BLOOD THINNER | ACTIVE Refills: 0 | Issu:01-04-19 Last:01-04-19 Expr:02-03-19 |
| 5) | ATORVASTATIN CALCIUM 80MG TAB  Qty: 45 for 90 days  Sig: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE Refills: 2 | Issu:10-01-18 Last:01-04-19 Expr:10-02-19 |
| 6) | CHLORTHALIDONE 25MG TAB  Qty: 90 for 90 days  Sig: TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE (S) Refills: 2 | Issu:11-21-18 Last:02-09-19 Expr:11-22-19 |
| 7) | CYANOCOBALAMIN 1000MCG TAB  Qty: 30 for 30 days  Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN B12 DEFICIENCY LOW B12 | ACTIVE Refills: 0 | Issu:01-04-19 Last:01-04-19 Expr:02-03-19 |
| 8) | DOXYCYCLINE HYCLATE 100MG CAP/TAB  Qty: 42 for 21 days  Sig: TAKE 1 TABLET/CAPSULE MOUTH TWICE A DAY FOR INFECTION  WITH FOOD X 3 WEEKS INFECTION | ACTIVE Refills: 0 | Issu:01-04-19 Last:01-04-19 Expr:02-03-19 |
| 9) | DULOXETINE HCL 20MG CAP,ORAL  Qty: 15 for 15 days  Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY MOOD | ACTIVE Refills: 0 | Issu:01-04-19 Last:01-04-19 Expr:02-03-19 |
| 10) | FINASTERIDE 5MG TAB  Qty: 90 for 90 days Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | HOLD Refills: 3 | Issu:04-04-18 Expr:04-05-19 |
| 11) | FLUOCINONIDE 0.05% OINT  Qty: 60 for 30 days  Sig: APPLY THIN FILM TO AFFECTED AREA TWICE A DAY FOR RASH  APPLY THIN FILM TO RIGHT WRIST LESION AND AFFECTED AREAS ON BOTH LOWER LEGS TWICE A DAY FOR 2 WEEKS  AVOID APPLING TO FACE , UNDERARMS OR GROIN | ACTIVE Refills: 0 | Issu:12-06-18 Last:12-07-18 Expr:01-05-19 |
| 12) | GABAPENTIN 300MG CAP  Qty: 30 for 15 days  Sig: TAKE ONE CAPSULE BY MOUTH TWICE A DAY MOOD | ACTIVE Refills: 0 | Issu:01-04-19 Last:01-04-19 Expr:02-03-19 |
| 13) | KETOCONAZOLE 2% SHAMPOO  Qty: 120 for 30 | ACTIVE | Issu:10-29-18 |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT 2510 HARRISON AVE BALDWIN, NEW YORK  11510 DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin_0101

# Progress Notes

Printed On Jan 22, 2019

|    |    |    |    |
|----|----|----|----|
|    | days  Sig: SHAMPOO USING SMALL AMOUNT TO SCALP TWICE A WEEK WASH SCALP TWICE WEEKLY | Refills: 0 | Last:11-28-18<br>Expr:10-30-19 |
| 14) | LOSARTAN 100MG TAB  Qty: 90 for 90 days  Sig: TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE (S)<br>Refills: 2 | Issu:10-01-18<br>Last:01-14-19<br>Expr:10-02-19 |
| 15) | MUPIROCIN 2% OINT  Qty: 22 for 21 days  Sig: APPLY THIN FILM TO AFFECTED AREA TWICE A DAY FOR SKIN INFECTION OPEN AREAS X 3 WEEKS FACE AND SCALP | ACTIVE<br>Refills: 0 | Issu:01-04-19<br>Last:01-04-19<br>Expr:02-03-19 |
| 16) | OMEPRAZOLE 20MG SA CAP  Qty: 90 for 90 days  Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE<br>Refills: 0 | Issu:10-01-18<br>Last:01-04-19<br>Expr:10-02-19 |
| 17) | POTASSIUM CHLORIDE 10MEQ SA TAB  Qty: 360 for 90 days  Sig: TAKE FOUR TABLETS BY MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY | ACTIVE<br>Refills: 2 | Issu:10-01-18<br>Last:01-04-19<br>Expr:10-02-19 |
| 18) | TAMSULOSIN 0.4MG CAP  Qty: 180 for 90 days  Sig: TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE<br>Refills: 3 | Issu:04-04-18<br>Last:01-04-19<br>Expr:04-05-19 |

Medications have been reviewed and reconciled.  The list will be provided to the patient by Nursing.
Patient and caregiver reminded to discard old lists and to update any records with all medications.
Patient Contact information.  Select appropriate location:
Unit 22
For questions,concerns or the need to reschedule your appointment call:

Mental Health Clinic: 631-266-6077 or calls can be transferred to ext:6077
Psychiatry Service:   631-261-4400 x2785
Nights/weekends: Psychiatrist On-Duty through the ER x2380

IN A CRISIS SPEAK TO A PROFESSIONAL AT
NATIONAL VA SUICIDE PREVENTION HOTLINE:
1-800-273-8255 (1-800-273-TALK) Press 1 for Veterans.

Emergency Room VA Northport  (631) 261-4400 ext 2380

VA Nurse Helpline number for health information:1-800-877-6976
Active Inpatient Medications (excluding Supplies):

| Active Inpatient Medications | Status |
|------------------------------|--------|
| 1) AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| 2) ASPIRIN 81MG TAB,EC  81MG PO DAILY CVD | ACTIVE |

| | |
|---|---|
| **PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**<br>BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | **VISTA Electronic Medical Documentation**<br>Printed at NORTHPORT VAMC |

# Progress Notes

| | | | |
|---|---|---|---|
| 3) | ATORVASTATIN TAB  40MG PO QHS | | ACTIVE |
| 4) | CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | | ACTIVE |
| 5) | CYANOCOBALAMIN TAB  1000MCG PO DAILY low B12 | | ACTIVE |
| 6) | DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID w food x 3 weeks | | ACTIVE |
| 7) | DULOXETINE CAP,EC  20MG PO DAILY | | ACTIVE |
| 8) | FLUTICASONE SOLN,NASAL  100MCG/2SPRAY NASAL DAILY nasal congestion , 2 sprays each nostril Daily | | ACTIVE |
| 9) | GABAPENTIN CAP,ORAL  300MG PO BID for alcohol use, mood | | ACTIVE |
| 10) | HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply to affected area, twice daily | | ACTIVE |
| 11) | KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP DAILY PRN to Scalp fungal | | ACTIVE |
| 12) | LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | | ACTIVE |
| 13) | MUPIROCIN 2% OINTMENT OINT,TOP  THIN FILM TOP BID open areas x 3 weeks face and scalp | | ACTIVE |
| 14) | OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600 | | ACTIVE |
| 15) | POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | | ACTIVE |
| 16) | SODIUM CHLORIDE SOLN,SPRAY,NASAL  2 SPRAYS NASAL Q2H PRN nasal congestion | | ACTIVE |
| 17) | TAMSULOSIN CAP,ORAL  0.8MG PO HS BPA | | ACTIVE |
| 18) | TRAZODONE TAB  25MG PO QHS PRN for insomnia | | ACTIVE |

```
/es/ SUNITA MARY SAMUEL PHARM. D
Clinical Pharmacist
Signed: 01/04/2019 16:03
```

```
LOCAL TITLE: PHARMACY - MEDICATION RECONCILIATION
STANDARD TITLE: PHARMACY MEDICATION MGT NOTE
DATE OF NOTE: JAN 04, 2019@15:55    ENTRY DATE: JAN 04, 2019@15:55:49
      AUTHOR: SAMUEL,SUNITA MARY   EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

```
=================================================
MEDICATION RECONCILIATION ON DISCHARGE:
=================================================
```

```
PRE-DISCHARGE MEDICATIONS:
--------------------------
```

```
  Active Inpatient Medications (excluding Supplies):
```

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| 2) | ASPIRIN 81MG TAB,EC  81MG PO DAILY CVD | ACTIVE |
| 3) | ATORVASTATIN TAB  40MG PO QHS | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Jan 22, 2019

| | | | |
|---|---|---|---|
| 4) | CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | | ACTIVE |
| 5) | CYANOCOBALAMIN TAB  1000MCG PO DAILY low B12 | | ACTIVE |
| 6) | DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID w food x<br>  3 weeks | | ACTIVE |
| 7) | DULOXETINE CAP,EC  20MG PO DAILY | | ACTIVE |
| 8) | FLUTICASONE SOLN,NASAL  100MCG/2SPRAY NASAL DAILY<br>  nasal congestion , 2 sprays each nostril Daily | | ACTIVE |
| 9) | GABAPENTIN CAP,ORAL  300MG PO BID for alcohol use,<br>  mood | | ACTIVE |
| 10) | HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID<br>  apply to affected area, twice daily | | ACTIVE |
| 11) | KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP DAILY PRN<br>  to Scalp fungal | | ACTIVE |
| 12) | LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | | ACTIVE |
| 13) | MUPIROCIN 2% OINTMENT OINT,TOP  THIN FILM TOP BID<br>  open areas x 3 weeks face and scalp | | ACTIVE |
| 14) | OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600 | | ACTIVE |
| 15) | POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | | ACTIVE |
| 16) | SODIUM CHLORIDE SOLN,SPRAY,NASAL  2 SPRAYS NASAL Q2H<br>  PRN nasal congestion | | ACTIVE |
| 17) | TAMSULOSIN CAP,ORAL  0.8MG PO HS BPA | | ACTIVE |
| 18) | TRAZODONE TAB  25MG PO QHS PRN for insomnia | | ACTIVE |

CHANGES TO INPATIENT MEDICATIONS ON DISCHARGE:
  MD ORDERED ASA, CYANOCOBALMIN,DOXYCYCLINE, DULOXETINE, GABAPENTIN,
  MUPIROCIN OINT. AT THIS TIME PATIENT DOES NOT NEED TRAZODONE,
  FLUTICASONE,  HYDROPHILLIC OINT, KETOCONAZOLE SHAMPOO OR SODIUM NASAL
  SPRAY. ALL OTHER  MEDS WERE RENEWED.

VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver. Patient/caregiver reminded to discard
old lists and to update any records with all medications. Patient was
instructed to carry the updated list with them at all times to share the
list with their healthcare providers when needed.

/es/ SUNITA MARY SAMUEL PHARM. D
Clinical Pharmacist
Signed: 01/04/2019 16:02

---

  LOCAL TITLE: INFECTIOUS DISEASE - E CONSULT
STANDARD TITLE: INFECTIOUS DISEASE CONSULT
DATE OF NOTE: JAN 04, 2019@15:37    ENTRY DATE: JAN 04, 2019@15:37:21
     AUTHOR: LOBO, ZEENA      EXP COSIGNER:
     URGENCY:                  STATUS: COMPLETED

ANTIMICROBIAL STEWARDSHIP E CONSULT NOTE

The requested antimicrobial is approved.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

doxy for cellulitis


Case discussed with Dr. Zeena Lobo

This approval does not represent an Infectious Diseases consultation, but
reflects an assessment of the appropriateness of therapy based upon the
indication provided by the requesting physician, and by a review of medical
chart and microbiologic data. The patient has neither been interviewed nor
examined.



/es/ ZEENA LOBO
ID ATTENDING
Signed: 01/04/2019 15:38

---

LOCAL TITLE: PSYCHOLOGY GROUP THERAPY NOTE
STANDARD TITLE: PSYCHOLOGY GROUP COUNSELING NOTE
DATE OF NOTE: JAN 04, 2019@15:02    ENTRY DATE: JAN 04, 2019@15:03:13
   AUTHOR: YENKO,IRA ANTHONY    EXP COSIGNER: MORA,LOUIS E
   URGENCY:                                STATUS: COMPLETED

GROUP: Coping Skills Group
DURATION: 60 min
LOCATION: Unit 22
NUMBER ATTENDEES: 4
FACILITATOR: Louis Mora, Ph.D., Psychologist; Ira Yenko, MA, Psychology Trainee

The group session focused on the role of thoughts as they influence feelings and
behaviors, the experience of trauma, and utility of behaviors in achieving our
goals.


INTERVENTIONS: We provided support and empathy, and established rapport with
group members. We utilized a visualization task to aid in illustrating the
impact of thoughts on our feelings and behaviors. We facilitated an environment
of acceptance to allow for the discussion of emotionally evocative topics. We
discussed the role of perspective and utility when attempting to achieve our
goals.


INDIVIDUAL CONTENT: The Veteran appeared alert and, despite difficulty using his
assisted listening device, appeared engaged with the group material. He appeared
well related to members in the group and the facilitators. The Veteran's eye
contact was good. His mood appeared euthymic, affect appeared appropriate to
content. His thought process appeared tangential at times. He discussed his
interactions with the legal system.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

DOCUMENTED DIAGNOSIS: Alcohol Use Disorder; Dementia, unspecified.

This case is discussed in ongoing, face-to-face supervision with the supervising
psychologist, Dr. Mora. Co-signature indicates that the supervisor is in
agreement with the care provided and the content of the note.


/es/ IRA ANTHONY YENKO
PSYCHOLOGY TRAINEE
Signed: 01/04/2019 15:04

/es/ LOUIS E MORA
Psychologist
Cosigned: 01/04/2019 16:11

---

 LOCAL TITLE: SUICIDE PREVENTION SAFETY PLAN
STANDARD TITLE: SUICIDE PREVENTION NOTE
DATE OF NOTE: JAN 04, 2019@14:57     ENTRY DATE: JAN 04, 2019@14:57:38
     AUTHOR: EDELMAN,MARTHA JO    EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED

==============================================================================
                              SAFETY PLAN
==============================================================================
Please follow the steps described below on your Safety Plan.
If you are experiencing a medical or mental health emergency,
 please call 911, at any time.
If you are unable to reach your safety contacts or you are in crisis,
 please call the Veterans Crisis Line at 1-800-273-8255 (press 1).


------------------------------------------------------------------------------
         Step 1: Triggers, Risk Factors and Warning Signs
------------------------------------------------------------------------------

How will you know when you are in crisis and that the Safety Plan
 should be used? What are your personal red flags?

  1. My son not paying rent

  2. Financial difficulties with my garage, properties

  3. My wife and I argue over small things

  4.

  5.

------------------------------------------------------------------------------
              Step 2: Internal Coping Strategies

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
BESEDIN,ROBERT                                                  | Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

# Progress Notes

---------------------------------------------------------------------

What can you do, on your own, to help you stay safe and not act on
 your suicidal thoughts or urges in the future? What have you done
 in the past to stay safe?

  1. Walk away from the scenario

  2. Just dive into my work and keep busy

  3.

  4.

  5.

---------------------------------------------------------------------
       Step 3: Social Contacts Who May Distract from the Crisis
---------------------------------------------------------------------

Other than mental health providers and counselors, who can you contact
 who helps take your mind off your problems or helps you feel better?

          Name: Jim's son in Law
  Phone number: Number in phone

          Name: Daughter Laura
  Phone number: Number in phone

What public places, groups, or social events help you feel better?
 Examples of social settings include community events, beaches, parks,
 coffee shops, malls, churches, clubs, 12 step meetings, aftercare
 groups, support groups, Veterans organizations, Vet center social
 events.

  1. Head upstate to my other property

  2. The garage, to work

  3.

  4.

  5.

  6.

---------------------------------------------------------------------
       Step 4: Family Members or Friends Who May Offer Help
---------------------------------------------------------------------

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Who are friends or family members who should be included in your plan?

        Name: Judith (spouse)
   Phone number: (516)353-7485

        Name: Laura (daughter)
   Phone number: in phone

---

Step 5: Professionals and Agencies to Contact for Help

---

Who are the mental health professionals or professional peer supports
who should be included in your plan?
Please list the numbers you would call in the order you would call them.

       Name: Tansiongco,Shirley
  Phone number: 4350

       Name: Bengeloun,Atman
  Phone number:

Veterans Crisis Line:  1 - 800 - 273 - TALK (8255), press 1
Veterans Crisis Line Text Messaging Service:  838255
Veterans Crisis Line:  https://www.veteranscrisisline.net/chat

Call "911" in an emergency

If you need to go to an urgent care center or emergency room,
where will you go?
  Facility name: Northport VA
  Facility address:
        Northport, NY
  Facility phone number: 631214400

Local VA site-specific emergency numbers:

Suicide Prevention Team:
Nancy Olsen  LCSW,   631-261-4400 ext. 2791
Elizabeth Gormezano LCSW, 631-261-4400 ext 2314
Homeless Veterans Call Line # 1-877-424-3838

---

Step 6: Making the Environment Safe

---

Ways to make my environment safer and barriers I will use to protect
myself from these potentially lethal means:
  Try to continue to keep guns and alcohol out of the house.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Veteran has access to firearms: No

Veteran has access to opioids: No

These are the people who will help me protect myself from having
 access to dangerous items:
  Name: Judith (wife)
  Phone: (516)353-7485


Veteran's current, physical address:
    2510 HARRISON AVE
    BALDWIN,NY 11510

Other Resources:
  - My3 smartphone application (copy of Safety Plan on smartphone)
  - Virtual Hope Box smartphone application (create a hope box to
    remember good things in one's life)
  - Maketheconnection.net (source of Veteran-related resources and
    information)
  - VetsPrevail.org (online therapy and/or chat with trained peer
    support; can access online or on smartphone)

Veteran has been given a copy of this Safety Plan.

Veteran does not have a caregiver to give copy of Safety Plan to.

Provider may contact the following person(s) to check on safety:
  Name: Judith (spouse)
  Phone: (516)353-7485
  Release of Information on file: No


/es/ MARTHA JO EDELMAN

Signed: 01/04/2019 16:52

---

  LOCAL TITLE: PSYCHOLOGY - GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: JAN 04, 2019@14:56    ENTRY DATE: JAN 04, 2019@14:57:02
      AUTHOR: MANISCALCO,JAMES ST  EXP COSIGNER: MORA,LOUIS E
      URGENCY:                        STATUS: COMPLETED

    *** PSYCHOLOGY - GENERAL NOTE Has ADDENDA ***

I met with the Veteran today to complete neuropsychological testing initiated on
1/2/19.  The Veteran completed testing today via completion of one WASI-II
subtest (Similarities), and the COWAT (FAS and Animals).

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Preliminary results obtained on the tests administered today and the 1/2/19
testing session suggest a pattern of cognitive deficits in the domains of
attention, executive functioning, and language.  These deficits manifest in
various ways, including difficulties in sustained attention, working memory,
nonverbal abstract thinking, verbal and nonverbal encoding, and naming and
verbal fluency.  Given the Veteran's cognitive profile, as well as evidence of
impaired abilities to complete instrumental and basic activities of daily life,
he meets criteria for Major Neurocognitive Disorder, moderate, with behavioral
disturbance.  The etiology of these deficits is likely multidetermined by his
history of alcohol use disorder, traumatic brain injury, brain infarcts and
vascular changes/risk factors.  Depressive symptoms due to changes in functional
status and financial stressors may also represent a significant contributory
factor to the Veteran's presentation.  An emerging organic disease process also
cannot be ruled out at this time.

The Veteran's everyday life, particularly in participating in instrumental
activities is likely to be negatively impacted by his cognitive issues
identified via testing.  It is essential that he continue to follow up with
Psychiatry and to manage his care and identify compensatory strategies to
improve his functioning.  Consultation with Neurology may also be considered.
He would likely benefit from some level of supervision at his place of residence
to assist in caring for himself and completing instrumental activities of daily
living.

Formal testing report to follow.

This case is discussed in ongoing, face-to-face supervision with the supervising
psychologist, Dr. Mora. Co-signature indicates that the supervisor is in
agreement with the care provided and the content of the note.

/es/ JAMES STEPHEN MANISCALCO
Psychology Intern
Signed: 01/04/2019 15:01

/es/ LOUIS E MORA
Psychologist
Cosigned: 01/04/2019 16:11

Receipt Acknowledged By:
01/08/2019 08:24        /es/ MARTHA JO EDELMAN

01/07/2019 13:43        /es/ Kelsey McGee, LMSW
                             Social Worker

01/04/2019 ADDENDUM                    STATUS: COMPLETED
The extent to which identified cognitive difficulties negative affect the
Veteran's "instrumental and basic activities of daily life" remains unclear.
Concern about such negative effects seems to be mostly related to accounts by
family although the Veteran reported functioning relatively independently, which
is consistent with his behavior on the unit. For example, across the

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

hospitalization he has demonstrated appropriate social skills, and independent feeding, bathing, and dressing. The full testing report will soon follow.

/es/ LOUIS E MORA
Psychologist
Signed: 01/04/2019 16:57

LOCAL TITLE: ADVANCE DIRECTIVE DISCUSSION
STANDARD TITLE: ADVANCE DIRECTIVE DISCUSSION
DATE OF NOTE: JAN 04, 2019@12:00      ENTRY DATE: JAN 07, 2019@07:59:26
     AUTHOR: MCGEE,KELSEY L      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Undersigned provided education on Medical and Mental Health Advance Directives including the uses of Advance Directives, the appointment of a Health Care Proxy, when Advance Directives become applicable and the right to revise or rescind the directives. Veteran declines to complete Advance Directives at this time, may consider in the future. Veteran advised of ongoing Social Work availability to assist if he decides to complete Advance Directives in the future.

/es/ Kelsey McGee, LMSW
Social Worker
Signed: 01/07/2019 07:59

LOCAL TITLE: SOCIAL WORK CONSULT
STANDARD TITLE: SOCIAL WORK CONSULT
DATE OF NOTE: JAN 04, 2019@12:00      ENTRY DATE: JAN 07, 2019@08:01:29
     AUTHOR: MCGEE,KELSEY L      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Inpatient SW received consult on behalf of Veteran, and completed chart review. Patient is presently receiving acute SW services on psychiatric unit. Please refer to SW documentation for further information regarding psychosocial assessment, precipitating factors to hospitalization, discussion re: treatment options, and discharge plans.

Inpatient SW to provide assistance with all acute SW needs while Veteran remains on Unit 22.

/es/ Kelsey McGee, LMSW
Social Worker
Signed: 01/07/2019 08:02

LOCAL TITLE: PSYCHIATRY - INPATIENTNOTE
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: JAN 03, 2019@11:36      ENTRY DATE: JAN 03, 2019@11:37:16
     AUTHOR: EDELMAN,MARTHA JO      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Case 2:18-cv-00819-KAM-ST   Document 65-4   Filed 11/02/21   Page 116 of 354 PageID #: 350

# Progress Notes

Psychiatry Inpatient Progress Note (45min)

ID: BESEDIN,ROBERT is a 73 y/o WHITE MALE,

```
============
```
Subjective:
```
============
```
Mr. Besedin is a 73 yo man brought to medical ER by wife for her report of
worsening of alcohol use, aggressiveness, mood lability and impulsivity with
sporadic mild confusion. Veteran states that he has been doing well and doesn't
understand why he is here. He states that he doesn't feel he is a threat to his
family or himself. He talks at length with writer about future plans, conflicts
that he has had with his son, thoughts aon dealing with having to sell or
psoobly foreclose on his shop but says that the homes has are paid off and he is
able to manage the taxes etc.  He said that the neuropsych testing went ok
yesterday though he was frustrated with trying to remember some of the tasks or
words he was asked. He also says that been getting along well with staff and
other veterans and enjoys talking with them. He states that he wants to go home
to take care of his business. He denies thoughts to harm anyone or himself,
smiles when asked if he is depressed and said 'I'm a fighter, a bulldog, nothing
will get me down, I fix things'.

```
============
```
Objective:
```
============
```

```
============
```
MEDICATIONS:
```
============
```
Active Inpatient Medications (excluding Supplies):

| Medication | Status |
|---|---|
| AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| ATORVASTATIN TAB  40MG PO QHS | ACTIVE |
| CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | ACTIVE |
| CYANOCOBALAMIN TAB  1000MCG PO DAILY low B12 | ACTIVE |
| DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID w food x 3 weeks | ACTIVE |
| DULOXETINE CAP,EC  20MG PO DAILY | ACTIVE |
| FLUTICASONE SOLN,NASAL  100MCG/2SPRAY NASAL DAILY nasal congestion , 2 sprays each nostril Daily | ACTIVE |
| GABAPENTIN CAP,ORAL  300MG PO TID for alcohol use, mood | ACTIVE |
| HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply to affected area, twice daily | ACTIVE |
| KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP DAILY PRN to Scalp fungal | ACTIVE |
| LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
MUPIROCIN 2% OINTMENT OINT,TOP  THIN FILM TOP BID open       ACTIVE
   areas x 3 weeks face and scalp
OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600         ACTIVE
POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY                   ACTIVE
SODIUM CHLORIDE SOLN,SPRAY,NASAL  2 SPRAYS NASAL Q2H PRN    ACTIVE
   nasal congestion
THIAMINE TAB  100MG PO DAILY alcohol use disorder           ACTIVE
TRAZODONE TAB  25MG PO QHS PRN for insomnia                 ACTIVE
```

```
========
VITALS:
========
Blood Pressure: 114/76 (01/03/2019 11:05)
Pulse: 83 (01/03/2019 11:05)
Respiration: 19 (01/03/2019 11:05)
Temperature: 99.3 F [37.4 C] (01/03/2019 11:05)
Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
Height: 67 in [170.2 cm] (12/20/2018 20:17)
BMI: BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17    )
```

```
====================
MENTAL STATUS EXAM:
====================
APPEARANCE: clean somewhat rumpled
MOTOR ACTIVITY: no tremor, no abnormal movements, normal PMA
ATTITUDE: cooperative, pleasant, disclosing
EYE CONTACT: appropriate
SPEECH: normal rate, volume
FLOW OF THOUGHT: linear
CONTENT OF THOUGHT: denies SI, denies HI, no referenc to delusions
PERCEPTION: denies AH, denies VH
MOOD: " I'm doing ok "
AFFECT: appropriate, stable, pleasant
COGNITION: intact
ORIENTATION: x 3
INSIGHT: impaired
JUDGMENT: partial
```

```
========================
LABS/IMAGING/STUDIES:
========================
 - No pertinent studies at this time
```

```
===========
ASSESSMENT:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
============
Psychiatric Issues:
Mood Disorder: Unspecified depressive DO, ALcohol Use DO, R/O SIMD, Unspecified
Neurocog DO

CPRS-documented problem list:
Active Problem
Impacted cerumen * (ICD-9-CM 380.4) 11/21/2011 TANSIONGCO,SHIRLEY
Hypertension * (ICD-9-CM 401.9) 401 11/21/2011 TANSIONGCO,SHIRLEY
Gastroesophageal Reflux Disorder *  11/21/2011 TANSIONGCO,SHIRLEY
Hearing loss * (ICD-9-CM 389.9) 389 11/21/2011 TANSIONGCO,SHIRLEY
Hyperlipidemia 272.4 04/20/2012 TANSIONGCO,SHIRLEY
H/O: TIA (SNOMED CT 161511000) V12. 06/24/2014 TANSIONGCO,SHIRLEY
FITTING AND ADJUSTMENT OF HEARING A 08/11/2014 WESTERLIND,DEVON WILLIAM
Dyspnea on exertion 786.09 02/25/2015 TANSIONGCO,SHIRLEY
Benign essential hypertension I10. 12/02/2015 TANSIONGCO,SHIRLEY
Gastroesophageal reflux disease K21 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.0 12/02/2015 TANSIONGCO,SHIRLEY
TIA Z86.73 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.00 03/17/2017 TANSIONGCO,SHIRLEY
Hypokalemia E87.6 09/21/2017 TANSIONGCO,SHIRLEY


Goals:
[] pt is meeting goals
[x] pt is approaching goals
[ ] pt has not met tx goal


=====
PLAN:
=====
To be discussed, reviewed, and verified by treatment team, including IDT and
supervising psychiatrist.

1. Medications
 - Continue cymbalta 30 mg QD
 - Change Neurontin 300 mg BID

2. Supportive therapy and empathic listening were provided.

3. Discharge planning pending liason with SW.
 - Follow-up Neuropsych testing


EDUCATION PROVIDED TO PATIENT AND/OR FAMILY MEMBER:
    [x] The above target items were explained to the patient and/or family member
    [x] Patient and/or family member verbalized understanding of these
target items and instructions
    [x] Treatment options and recommendations were discussed with the
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0114
Page 55

# Progress Notes

patient and/or family member
   [x] Benefits and risks of these recommendations were discussed with
patient and/or family member
   [x] Benefits and risks of medications were discussed with patient and/or
family member
   [x] Patient and/or family member agreed with these options and
recommendations

Patient may have a copy of this note upon completion of the required Consent to
Release Medical Records form.


```
==============================================
```
JUSTIFICATION FOR CONTINUED HOSPITAL STAY:
```
==============================================
```
Veteran continues to require acute inpatient care due to the following
symptoms:

Veteran continues to receive acute psychiatry level of services including:
   Observation/evaluation
      15 minute checks
   Symptom-specific treatment plan developed by multidisciplinary team and
   (ALL):
      Medication adjusted
      Re-eval of plan effectiveness daily

/es/ MARTHA JO EDELMAN

Signed: 01/04/2019 19:43

---

   LOCAL TITLE: PSYCHOLOGY - GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: JAN 02, 2019@14:56      ENTRY DATE: JAN 02, 2019@14:56:22
      AUTHOR: MANISCALCO,JAMES ST  EXP COSIGNER: MORA,LOUIS E
      URGENCY:                          STATUS: COMPLETED

Undersigned met with the Veteran today to commence neuropsychological testing.
Plan is to complete testing later this week.  Formal testing report to follow.

This case is discussed in ongoing, face-to-face supervision with the supervising
psychologist, Dr. Mora.  Co-signature indicates that the supervisor is in
agreement with the care provided and the content of the note.

/es/ JAMES STEPHEN MANISCALCO
Psychology Intern
Signed: 01/02/2019 15:02

/es/ LOUIS E MORA
Psychologist

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Cosigned: 01/03/2019 07:35

```
LOCAL TITLE: PSYCHIATRY - INPATIENTNOTE
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: DEC 31, 2018@13:50     ENTRY DATE: DEC 31, 2018@13:50:39
    AUTHOR: EDELMAN,MARTHA JO    EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED
```

Psychiatry Inpatient Followup Note
(45min)

ID: BESEDIN,ROBERT is a 73 y/o WHITE MALE,


===========
Subjective:
===========

Patient is gradually less intensely irritable, more goal directed, calmer. He is
bordering on cooperative to a degree. He agrees to blood work (initial K 3.4,
LFTs mildly inc) and wishes to cooperate with neuropsch testing that will likely
commence on 1/2/19. He also has appt 9 am in derm for scalp condition. He is
taking medication as prescribed


============
MEDICATIONS:
============

Active Inpatient Medications (excluding Supplies):

```
AMLODIPINE TAB  10MG PO DAILY hypertension Hold for        ACTIVE
  BP,90/60
ATORVASTATIN TAB  40MG PO QHS                              ACTIVE
CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60        ACTIVE
CYANOCOBALAMIN TAB  1000MCG PO DAILY low B12               ACTIVE
DULOXETINE CAP,EC  20MG PO DAILY                           ACTIVE
GABAPENTIN CAP,ORAL  300MG PO TID for alcohol use, mood    ACTIVE
HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply  ACTIVE
  to affected area, twice daily
KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP DAILY PRN to   ACTIVE
  Scalp fungal
LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60         ACTIVE
OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600       ACTIVE
POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY                  ACTIVE
THIAMINE TAB  100MG PO DAILY alcohol use disorder          ACTIVE
TRAZODONE TAB  25MG PO QHS PRN for insomnia                ACTIVE
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)    VISTA Electronic Medical Documentation
BESEDIN, ROBERT                                                   Printed at NORTHPORT VAMC
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

                                                                 Besedin  0116

# Progress Notes

Printed On Jan 22, 2019

```
=======
VITALS:
=======
Blood Pressure: 130/75 (12/31/2018 10:41)
Pulse: 67 (12/31/2018 10:41)
Respiration: 18 (12/31/2018 10:41)
Temperature: 99 F [37.2 C] (12/31/2018 10:41)
Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
Height: 67 in [170.2 cm] (12/20/2018 20:17)
BMI: BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17    )


===================
MENTAL STATUS EXAM:
===================
APPEARANCE: clean
MOTOR ACTIVITY: no pmr/pma
ATTITUDE: cooperative
EYE CONTACT: appropriate
SPEECH: loud, mildly inc rate
FLOW OF THOUGHT: concrete
CONTENT OF THOUGHT: denies SI/HI, no ref to delusion
PERCEPTION: denies AH/VH
MOOD: "ok "
AFFECT: constricted stable irritable
COGNITION: intact
ORIENTATION: x 3
INSIGHT: fair
JUDGMENT: fair


===========
ASSESSMENT:
===========
Psychiatric Issues:
Mood Disorder: Unspecified depressive DO, ALcohol Use DO, R/O SIMD, Unspecified
Neurocog DO



Medical Issues/CPRS-documented problem list:
Active Problem



=====
PLAN:
=====
Plan: Pt discussed with interdisciplinary team and was seen and evaluated by
```

# Progress Notes

this provider in person. Pt continues to require acute inpatient psychiatric
admission based upon continued irritability, poor judgement and continued
assessment of neurocog status ie neuropsych testing
1. Medications
Continue cymbalta 30 mg QD, neurontin 300 mg TID

2. Supportive therapy and empathic listening were provided.

3. Discharge planning pending liason with SW.
Neuro psych testing, labs, dern follow-up


Veteran continues to require acute inpatient care due to the following
symptoms:
Profound functional impairment as evidenced by:
  Change in mental status/confusion
Veteran continues to receive acute psychiatry level of services including:
  Observation/evaluation
    15 minute checks
  Symptom-specific treatment plan developed by multidisciplinary team and
  (ALL):
    Systems increasing/uncontrolled
    Re-eval of plan effectiveness daily

EDUCATION PROVIDED TO PATIENT AND/OR FAMILY MEMBER:
  [x] The above target items were explained to the patient and/or family member
  [x] Patient and/or family member verbalized understanding of these
target items and instructions
  [x] Treatment options and recommendations were discussed with the
patient and/or family member
  [x] Benefits and risks of these recommendations were discussed with
patient and/or family member
  [x] Benefits and risks of medications were discussed with patient and/or
family member
  [x] Patient and/or family member agreed with these options and
recommendations
Patient may have a copy of this note upon completion of the required Consent to
Release Medical Records form




/es/ MARTHA JO EDELMAN

Signed: 12/31/2018 14:27

LOCAL TITLE: PSYCHOLOGY GROUP THERAPY NOTE
STANDARD TITLE: PSYCHOLOGY GROUP COUNSELING NOTE
DATE OF NOTE: DEC 28, 2018@16:47    ENTRY DATE: DEC 28, 2018@16:47:56

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

Printed at NORTHPORT VAMC

# Progress Notes

Printed On Jan 22, 2019

```
        AUTHOR: YENKO,IRA ANTHONY    EXP COSIGNER: MORA,LOUIS E
        URGENCY:                     STATUS: COMPLETED

GROUP: Coping Skills Group
DURATION: 60 min
LOCATION: Unit 22
NUMBER ATTENDEES: 9
FACILITATOR: Ira Yenko, MA, Psychology Trainee

The group session focused on the experience of trauma, positive coping, and
interpersonal challenges.


INTERVENTIONS: I provided support and empathy, and established rapport with
group members. I discussed the impact of trauma, resilience, and difficulties that
may arise as a result. Veterans shared their experience of trauma, and the benefit
of social support.


INDIVIDUAL CONTENT: The Veteran appeared alert and was engaged with the group
material. He appeared well related to members in the group and the facilitators.
The Veteran's eye contact was good. His mood appeared slightly anxious, affect
appeared restricted. Though he was generally a passive member of today's group, he
was supportive of other group members.

DOCUMENTED DIAGNOSIS: Alcohol Use Disorder; Dementia, unspecified.

This case is discussed in ongoing, face-to-face supervision with the supervising
psychologist, Dr. Mora. Co-signature indicates that the supervisor is in
agreement with the care provided and the content of the note.

/es/ IRA ANTHONY YENKO
PSYCHOLOGY TRAINEE
Signed: 12/28/2018 16:48

/es/ LOUIS E MORA
Psychologist
Cosigned: 12/31/2018 07:43
```

```
  LOCAL TITLE: PSYCHIATRY - INPATIENTNOTE
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: DEC 28, 2018@13:03    ENTRY DATE: DEC 28, 2018@13:04:35
      AUTHOR: EDELMAN,MARTHA JO    EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED

    *** PSYCHIATRY - INPATIENTNOTE Has ADDENDA ***

Veteran continues to require acute inpatient care due to the following
symptoms:
Profound functional impairment as evidenced by:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
     Change in mental status/confusion
Veteran continues to receive acute psychiatry level of services including:
   Observation/evaluation
     15 minute checks
   Psychiatric medication evaluation:
     Medication adjustment in past 48 hours and:
       Symptoms uncontrolled or increasing



   Psychiatry Inpatient Followup Note
   (45min)

   ID: BESEDIN,ROBERT is a 73 y/o WHITE MALE,


   ===========
   Subjective:
   ===========
   Patient is a 73 yo man brought to medical ER by wife for her report of worsening
   of alcohol use, aggressiveness,mood lability and impulsivity with sporadic mild
   confusion. On the unit, pt minimizes his alcohol use , denies his behavior at
   home to be in any way related to wife's claim (though during family mtg, bith
   parties were reportedly angry and irritable).
   Patient retracted his request to be discharged (he is involuntarily admitted so
   there was no 72 hour letter), stating that he will cooperate with being
   here,with medication and with recommnended neuropsych testing in order to guide
   treatemt recommnendations and discharge planning. Patient minimizes all concerns
   for alcohol use and level of functioning.
   CT Head
   Impression:
         No evidence of acute intracranial hemorrhage, midline shift or
         mass effect. Generalized volume loss. Bilateral inferior
         frontotemporal cortical/subcortical areas of hypodensity may be
         related to prior trauma. Focal area of hypodensity in right
         posterior temporoparietal lobe may be related to  chronic
         infarct. Patchy nonspecific periventricular and subcortical areas
         of hypodensity may be related to chronic ischemic
         changes/infarcts. Suggest clinical correlation and further
         evaluation with MRI of the brain as indicated.

   Patient reported he cannot do MRI as he was told he has a metal in his right eye
   and would lose his vision .
   MMSE scored 28/30


   ============
   MEDICATIONS:
   ============
   Active Inpatient Medications (excluding Supplies):
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB: 03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0120

# Progress Notes

```
AMLODIPINE TAB  10MG PO DAILY hypertension Hold for        ACTIVE
  BP,90/60
ATORVASTATIN TAB  40MG PO QHS                              ACTIVE
CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60        ACTIVE
DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID               ACTIVE
DULOXETINE CAP,EC  20MG PO DAILY                           ACTIVE
GABAPENTIN CAP,ORAL  300MG PO BID for alcohol use, mood    ACTIVE
HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply  ACTIVE
  to affected area, twice daily
KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP BIW PRN to     ACTIVE
  Scalp
LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60         ACTIVE
OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600       ACTIVE
POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY                  ACTIVE
TRAZODONE TAB  25MG PO QHS PRN for insomnia                ACTIVE



=======
VITALS:
=======
Blood Pressure: 118/72
Pulse: 78
Respiration: 18
Temperature: 98.5 F


===================
MENTAL STATUS EXAM:
===================
APPEARANCE: 73 year old age appropriate, dressed appropriately, grooming
improved, joking, then irritated
MOTOR ACTIVITY:  no abnormal movements
ATTITUDE: irritable
EYE CONTACT: appropriate
SPEECH: normal rate, volume, loud
FLOW OF THOUGHT: linear, concrete
CONTENT OF THOUGHT: denies SI/HI, no ref to delusion
PERCEPTION: denies AH/VH
MOOD: "I'm not ok to be here"
AFFECT: less irritable, constricted then labile
COGNITION: intact
ORIENTATION: x 3
INSIGHT: poor
JUDGMENT: poor


===========
ASSESSMENT:
===========
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
Psychiatric Issues:
alcohol use disorder severe
Alcohol induced mood disorder
R/o Neurocognitive disorder secondary to multiple etiology

Medical Issues/CPRS-documented problem list:
Active Problem


=====
PLAN:
=====
Plan: Pt discussed with interdisciplinary team and was seen and evaluated by
this provider in person. Pt continues to require acute inpatient psychiatric
admission based upon continued:

Profound functional impairment as evidenced by:
  Unable to follow intructions/negotiate needs

Violence risk as evidenced by:
  Impulsive/agitated and unable to follow instructions or negotiate needs
Veteran continues to receive acute psychiatry level of services including:
  Observation/evaluation
    15 minute checks

  Symptom-specific treatment plan developed by multidisciplinary team and
  (ALL):
    Systems increasing/uncontrolled
    15 minute checks/prn meds at least 1 time in 24 hours
    Re-eval of plan effectiveness daily
1. Medications
  Medication adjustment in past 48 hours and:
      Symptoms uncontrolled or increasing
Q15 observation and therapuetic mileau
Gabapentin 300mg PO TID for mood, impulsivity and alcohol use
Duloxetine 20mg PO daily
Neuropsych testing

2. Supportive therapy and empathic listening were provided.

3. Discharge planning pending liason with SW.


  EDUCATION PROVIDED TO PATIENT AND/OR FAMILY MEMBER:
    [x] The above target items were explained to the patient and/or family member
    [x] Patient and/or family member verbalized understanding of these
target items and instructions
    [x] Treatment options and recommendations were discussed with the
patient and/or family member
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
    [x] Benefits and risks of these recommendations were discussed with
patient and/or family member
    [x] Benefits and risks of medications were discussed with patient and/or
family member
    [x] Patient and/or family member agreed with these options and
recommendations
Patient may have a copy of this note upon completion of the required Consent to
Release Medical Records form
```

/es/ MARTHA JO EDELMAN

Signed: 12/28/2018 13:17

```
12/28/2018 ADDENDUM                    STATUS: COMPLETED
Lbs ordered for AM 12/31/18 to check Na, K, LFTS as pt taking Kdur daily as well
as chlorthalidone, amlodipine and losartan with hx as well of alcohol use
disorder
```

/es/ MARTHA JO EDELMAN

Signed: 12/28/2018 14:42

```
  LOCAL TITLE: AUDIOLOGY OPEN CLINIC NOTE
STANDARD TITLE: AUDIOLOGY NOTE
DATE OF NOTE: DEC 27, 2018@09:45      ENTRY DATE: DEC 27, 2018@09:45:47
    AUTHOR: VOLPI,BRIDGETTE M    EXP COSIGNER: O'HARA,KRISTEN MARIE
    URGENCY:                              STATUS: COMPLETED

    *** AUDIOLOGY OPEN CLINIC NOTE Has ADDENDA ***
```

Veteran presents to the walk-in repair clinic with the following hearing aids:

09/11/14 STARKEY 3 SERIES I110 ITE L 0114351070* ZA13MF Expired Expired 632
NORTHPORT

Veteran filled out the written intake form reporting:
Left Aid:   dead

Initial listening check:  confirmed complaint

Visual Inspection revealed: occluded mic covers and missing VC

The following actions were performed during today's visit:
Left Aid:   cleaned, battery, and mic covers replaced

Post repair listening check revealed:
Left Aid functioning but is missing the VC

Outcome:
Left Aid returned to Veteran.  He declined to send HA for repair at this time.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Veteran was issued a Comfort Duett to his health care aid, Liz, who requested same stating it will help him with his treatment.  She attended the appointment today with him.  Veteran was advised to clean HAs daily and provided with cleaning brushes.

Recommendations:
Veteran to RTC as needed

/es/ BRIDGETTE M VOLPI
HEALTH TECHNICIAN
Signed: 12/27/2018 13:18

/es/ KRISTEN M. O'HARA, AuD, CCC-A
Doctor of Audiology
Cosigned: 12/27/2018 13:28

01/04/2019 ADDENDUM                    STATUS: COMPLETED
Repaired HA received and settings were verified. Unit 22 staff was notified and picked up the hearing aid.

/es/ DEVON WILLIAM WESTERLIND
HEALTH TECHNICIAN
Signed: 01/04/2019 15:20

/es/ SANDY MENJIVAR AuD F-AAA
DOCTOR OF AUDIOLOGY
Cosigned: 01/07/2019 13:18

LOCAL TITLE: PSYCHIATRY - INPATIENTNOTE
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: DEC 26, 2018@16:35    ENTRY DATE: DEC 26, 2018@16:35:38
     AUTHOR: THOMAS,JYOTHI        EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Psychiatry Inpatient Followup Note
(45min)

ID: BESEDIN,ROBERT is a 73 y/o WHITE MALE,


============
Subjective:
============
73yr male BIB wife for worsening of alcohol use, aggressiveness,mood  lability and impulsivity with sporadic mild confusion. He had been doing well on the unit except minimizes his alcohol use , behavior at home and wanted to be discharged He denies feeling depressed or having any thoughts to hurt himself or others since admission . Family meeting was held today and wife reported he resides by himself in his house and manages his medication by himself . As per them his guns are removed. He refused any alcohol rehab . Explained to wife and son

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0124

# Progress Notes

further inpatient stay is not warrented against his will ,as he had been doing
well behaviorally on the unit and declining SUD treatment .He is also requesting
for discharge . Will prepare for discharge with safe discharge plan in place .
Advised to get Order of protection if they are concerned about their safety .CT
head was done which shows
Impression:
    No evidence of acute intracranial hemorrhage, midline shift or
    mass effect. Generalized volume loss. Bilateral inferior
    frontotemporal cortical/subcortical areas of hypodensity may be
    related to prior trauma. Focal area of hypodensity in right
    posterior temporoparietal lobe may be related to  chronic
    infarct. Patchy nonspecific periventricular and subcortical areas
    of hypodensity may be related to chronic ischemic
    changes/infarcts. Suggest clinical correlation and further
    evaluation with MRI of the brain as indicated.

Patient reported he cannot do MRI as he was told he has a metal in his right eye
andf he will loose his vision .
MMSE scored 28/30
Will consider neuropsych testing as outpatient and referral to neurology as
outpatient


============
MEDICATIONS:
============
Active Inpatient Medications (excluding Supplies):

| Medication | Status |
|---|---|
| AMLODIPINE TAB  10MG PO DAILY hypertension Hold for<br>  BP,90/60 | ACTIVE |
| ATORVASTATIN TAB  40MG PO QHS | ACTIVE |
| CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | ACTIVE |
| DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID | ACTIVE |
| DULOXETINE CAP,EC  20MG PO DAILY | ACTIVE |
| GABAPENTIN CAP,ORAL  300MG PO BID for alcohol use, mood | ACTIVE |
| HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply<br>  to affected area, twice daily | ACTIVE |
| KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP BIW PRN to<br>  Scalp | ACTIVE |
| LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | ACTIVE |
| OMEPRAZOLE CAP,EC  20MG PO SU-MO-TU-WE-TH-FR-SA@0600 | ACTIVE |
| POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | ACTIVE |
| TRAZODONE TAB  25MG PO QHS PRN for insomnia | ACTIVE |


=======
VITALS:
=======
Blood Pressure: 119/79 (12/26/2018 11:00)
Pulse: 73 (12/26/2018 11:00)

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Respiration: 18 (12/26/2018 11:00)
Temperature: 98.1 F [36.7 C] (12/26/2018 11:00)
Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
Height: 67 in [170.2 cm] (12/20/2018 20:17)
BMI: BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17   )


=====================
MENTAL STATUS EXAM:
=====================
APPEARANCE: 73 year old age appropriate, dressed appropriately, grooming
improved , joking otherwise requesting to be discharged ,
MOTOR ACTIVITY:  no abnormal movements
ATTITUDE: irritable about not able to go home ,
EYE CONTACT: appropriate
SPEECH: normal rate, volume,
FLOW OF THOUGHT: linear
CONTENT OF THOUGHT: no SI, no HI
PERCEPTION: no AH, no VH, no delusions
MOOD: " I don't know why I am here  "
AFFECT: less irritable
COGNITION: intact
ORIENTATION: x 3
INSIGHT: poor
JUDGMENT: poor


===========
ASSESSMENT:
===========
Psychiatric Issues:
alcohol use disorder sev
Alcohol induced mood disorder
R/o Neurocognitive disorder secondary to multiple etiology

Medical Issues/CPRS-documented problem list:
Active Problem


=====
PLAN:
=====
Plan: Pt discussed with interdisciplinary team and was seen and evaluated by
this provider in person. Pt continues to require acute inpatient psychiatric
admission based upon continued:
Veteran continues to require acute inpatient care due to the following
symptoms:
Profound functional impairment as evidenced by:
  Unable to follow intructions/negotiate needs

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB: 03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Violence risk as evidenced by:
  Impulsive/agitated and unable to follow instructions or negotiate needs
Veteran continues to receive acute psychiatry level of services including:
  Observation/evaluation
    15 minute checks

  Symptom-specific treatment plan developed by multidisciplinary team and
  (ALL):
    Systems increasing/uncontrolled
    15 minute checks/prn meds at least 1 time in 24 hours
    Re-eval of plan effectiveness daily
1. Medications
Q15 observation and therapuetic mileau
Gabapentin 300mg PO BID for mood, impulsivity and alcohol use
Duloxetine 20mg PO daily
Will consider neuropsych testing as outpatient and referral to neurology as
outpatient

2. Supportive therapy and empathic listening were provided.

3. Discharge planning pending liason with SW.


  EDUCATION PROVIDED TO PATIENT AND/OR FAMILY MEMBER:
    [x] The above target items were explained to the patient and/or family member
    [x] Patient and/or family member verbalized understanding of these
  target items and instructions
    [x] Treatment options and recommendations were discussed with the
  patient and/or family member
    [x] Benefits and risks of these recommendations were discussed with
  patient and/or family member
    [x] Benefits and risks of medications were discussed with patient and/or
  family member
    [x] Patient and/or family member agreed with these options and
  recommendations
  Patient may have a copy of this note upon completion of the required Consent to
  Release Medical Records form

/es/ JYOTHI THOMAS, M.D.
Psychiatrist
Signed: 12/26/2018 16:51

Receipt Acknowledged By:
12/27/2018 19:15      /es/ MARTHA JO EDELMAN

---

LOCAL TITLE: PSYCHIATRY - INPATIENTNOTE
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: DEC 24, 2018@16:43      ENTRY DATE: DEC 24, 2018@16:43:15
      AUTHOR: THOMAS,JYOTHI          EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0127

# Progress Notes

URGENCY:                                    STATUS: COMPLETED

Psychiatry Inpatient Followup Note
(45min)

ID: BESEDIN,ROBERT is a 73 y/o WHITE MALE,

===========
Subjective:
===========
 73yr male BIB wife for worsening of alcohol use, aggressiveness,mood  lability
and impulsivity with sporadic mild confusion. Since admission he been demanding
for discharge stating he does not know why he is locked up . Spoke to wife and
daughter with patient's verbal consent . As per wife he had the TBI in 20134 and
for the last 2 years he had been drinking a lot, driving drunk , getting more
aggressive, belligerant with family ,not showering and had been hoarding things
Family meeting is arranged for Wednesday at 10am . He denied feeling depresed or
having any thoughts to hurt himself but remains impulsive and unpredictable
.Family also reports memory defecits over the years

============
MEDICATIONS:
============
Active Inpatient Medications (excluding Supplies):

| Medication | Status |
|---|---|
| AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| ATORVASTATIN TAB  40MG PO QHS | ACTIVE |
| CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | ACTIVE |
| DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID | ACTIVE |
| DULOXETINE CAP,EC  20MG PO DAILY | ACTIVE |
| GABAPENTIN CAP,ORAL  300MG PO BID for alcohol use, mood | ACTIVE |
| HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply to affected area, twice daily | ACTIVE |
| KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP BIW PRN to Scalp | ACTIVE |
| LORAZEPAM TAB  1MG PO DAILY PRN for alcohol withdrwal ( Tachycardia>100, SBP>140, anxiety, agitation, tremors | ACTIVE |
| LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | ACTIVE |
| OMEPRAZOLE CAP,EC  20MG PO DAILY | ACTIVE |
| POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | ACTIVE |

=======

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
VITALS:
=======
Blood Pressure: 113/73 (12/24/2018 09:58)
Pulse: 87 (12/24/2018 09:58)
Respiration: 18 (12/24/2018 09:58)
Temperature: 98.4 F [36.9 C] (12/24/2018 09:58)
Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
Height: 67 in [170.2 cm] (12/20/2018 20:17)
BMI: BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17    )


====================
MENTAL STATUS EXAM:
====================
APPEARANCE: 73 year old age appropriate, dressed appropriate, grooming poor,
MOTOR ACTIVITY:  no abnormal movements
ATTITUDE: impulsive, irritable,
EYE CONTACT: appropriate
SPEECH: normal rate, volume,
FLOW OF THOUGHT: linear
CONTENT OF THOUGHT: no SI, no HI
PERCEPTION: no AH, no VH, no delusions
MOOD: " I don't know why I am here  "
AFFECT: angry, irritable
COGNITION: intact
ORIENTATION: x 3
INSIGHT: poor
JUDGMENT: poor


============
ASSESSMENT:
============
Psychiatric Issues:
alcohol use disorder sev
Alcohol induced mood disorder


Medical Issues/CPRS-documented problem list:
Active Problem


=====
PLAN:
=====

Plan: Pt discussed with interdisciplinary team and was seen and evaluated by
this provider in person. Pt continues to require acute inpatient psychiatric
admission based upon continued:
Veteran continues to require acute inpatient care due to the following
symptoms:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Profound functional impairment as evidenced by:
  Unable to follow intructions/negotiate needs
  Other:
    Comment: reportedly getting more aggressive at home , excessive
    drinking
Violence risk as evidenced by:
  Impulsive/agitated and unable to follow instructions or negotiate needs
Veteran continues to receive acute psychiatry level of services including:
  Observation/evaluation
    15 minute checks
  Psychiatric medication evaluation:
    Medication initiated in past 48 hours
    Medication adjustment in past 48 hours and:
      Symptoms uncontrolled or increasing
  Symptom-specific treatment plan developed by multidisciplinary team and
  (ALL):
    Systems increasing/uncontrolled
    15 minute checks/prn meds at least 1 time in 24 hours
    Re-eval of plan effectiveness daily
1. Medications
Q15 observation and therapuetic mileau
Gabapentin 300mg PO BID for mood, impulsivity and alcohol use
Safe Alcohol detox will weaning him off Ativan PRN
Duloxetine 20mg PO daily
Will consider neuropsych testing and CT head if indicated

2. Supportive therapy and empathic listening were provided.

3. Discharge planning pending liason with SW.
Family meeting is arranged for Wednesday at 10am

 EDUCATION PROVIDED TO PATIENT AND/OR FAMILY MEMBER:
   [x] The above target items were explained to the patient and/or family member
   [x] Patient and/or family member verbalized understanding of these
 target items and instructions
   [x] Treatment options and recommendations were discussed with the
 patient and/or family member
   [x] Benefits and risks of these recommendations were discussed with
 patient and/or family member
   [x] Benefits and risks of medications were discussed with patient and/or
 family member
   [x] Patient and/or family member agreed with these options and
 recommendations
 Patient may have a copy of this note upon completion of the required Consent to
 Release Medical Records form


 /es/ JYOTHI THOMAS, M.D.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

Psychiatrist
Signed: 12/24/2018 16:58

```
LOCAL TITLE: PSYCHIATRY-CBA PART VII (RECREATION)
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: DEC 22, 2018@16:39    ENTRY DATE: DEC 22, 2018@16:39:56
    AUTHOR: GUERCIO,HOLLY        EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED
```

Recreation Therapy Leisure Assessment

From Psychiatry admission assessment:

1. Chief Complaint or Presenting Circumstances:
   BIB wife due to increasing alcohol use, agressive and impulsive
behavior.

2. History of Present Illness: (Narrative leading up to current
   presentation)
   73yo male BIB wife for worsening of alcohol use, aggressiveness,
mood  lability and impulsivity and sporadic mild confusion. No history
of  previous psychiatric admissions. Veteran denies any history of
aggression  and impulsivity and does not believe he has a problem with
alcohol.  States that he drinks a bottle of whiskey over 2 months,
usually a shot a  day, and a beer.Family states he has been drinking
heavily every day for  years and has recently increased. He states that
his last drink was on  Monday. Denies any history of DTs, seizures, or
auditory/visual  hallucinations. He denies any feelings of depression
but endorses  financial stress of problems with his business. States
that it is "falling apart". States that he is frustrated that he is
here and doesn't  understand why he is on the floor. Denies any suicidal
ideation, however,  his wife states that she believes he is a danger to
himself and others. Minimized alcohol  He states he has access to guns which
he uses for hunting. Veteran also  has a history of a TBI from a MVA in 2004.

--------------END OF EXCERPT---------------

A. DSM V diagnosis:

Alcohol Use Disorder,Moderate-Severe - Alcohol dependence, uncomplicated (ICD-
10-CM F10.20) (Primary)
Alcohol Use Disorder,Moderate-Severe w/ Withdrawal - Alcohol dependence with
withdrawal, uncomplicated (ICD-10-CM F10.230)
Alcohol-Induced Depressive & Related Disorder w/ Moderate-Severe Use Disorder -
Alcohol dependence with alcohol-induced mood disorder (ICD-10-CM F10.24)

A. Leisure Lifestyle
   1. Past leisure participation: "I just want to get out of here.. I don't want
to be here"
   Other comments:

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

2. Current leisure interests: "I work with my hands on cars, spend time with my wife, watch movies...I was brought here by my wife under false pretenses..I've got a business to run."
Other comments:

3. Current level of leisure involvement:  Sedentary

4. Understanding of leisure and its importance: No

5. Knowledge of available leisure resources: No
B. Support Network
   1. Transportation:  Independent
   2. Availability of funds for leisure:  Adequate - owns business
   3. Stability within the community:  "kiwanis"
   4. Other:  "my wife is the best person I've met"
C. Barriers to Independent leisure pursuits: "I'm like an animal in the zoo"

D. Intervention required by Recreation Therapy staff:
Recreation Therapy to address: social needs, emotional needs, physical needs

   Goal: "to get out"

**Veteran is hard of hearing, frustrated that "no one will tell him anything", and is only able to focus on "getting out of here".

   Objective(s): Pt will interact appropriately during all groups., Pt will share feelings and/or concerns., Pt will share how they cope with daily stressors., Pt will identify positive and/or negative symptoms they are experiencing., Pt will focus on group task and/or completing assigned task., Pt will verbalize their thoughts.


Methods:
Relaxation Group 1x's per wk for 45 minutes.
Music Group 1x's per wk for 45 minutes.
Animal Assisted Therapy 1x's per wk for 30 minutes.
Discussion Group 1x's per wk for 45 minutes.
Leisure Skills Group 1x's per wk for 45 minutes.

VSO Socials where applicable

14 Day Re-assessment:
   Patient Education:
      PATIENT EDUCATION
         Miscellaneous Educational Topic
            Level of Understanding: Fair
            Topic discussed: Past and Present leisure interests
         Teaching Method:
            One-on one instruction

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Case 2:18-cv-00819-KAM-ST Document 65-4 Filed 11/02/21 Page 137 of 354 PageID #: 371

# Progress Notes

```
/es/ Holly K. Guercio, CTRS
RECREATION THERAPIST
Signed: 12/22/2018 19:04
```

```
 LOCAL TITLE: NUTRITION INPATIENT ASSESSMENT
STANDARD TITLE: NUTRITION INPATIENT NOTE
DATE OF NOTE: DEC 21, 2018@14:58    ENTRY DATE: DEC 21, 2018@14:59:01
      AUTHOR: MAHER,MICHAEL R    EXP COSIGNER: HIGNELL,GEORGINA
   URGENCY:                         STATUS: COMPLETED
```

Nutrition Assessment:

Admission Date: DEC 20,2018 Admission Dx: Mood d/o

```
Diet Order:  Item Ordered        Start Date        Status
             REGULAR         DEC 20, 2018@18:20    ACTIVE
```

```
Patient age/sex: 73 MALE
Patient Height:  67 in [170.2 cm] (12/20/2018 20:17)
Patient Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17)
Percent amputation: 0%
Usual Body Weight: 242 lbs (4/4/18).
%Usual Body Weight: 97.9%
Ideal Body Weight: 66.4-78 kg
%Ideal Body Weight: 138%
```

Adm: Mr. Besedin is a 73 y/o male who was bib wife and son for worsening
aggressive and impulsive behaviors for the past 4 weeks. Family reports pt
drinks beer and whiskey all day for the past few years, but have noticed his
behaviors worsening, with mild confusion at times.

PMH: HTN, GERD, HLD, TIA, Hypokalemia.

Recent weight changes: The patient has lost 7.7% of his body weight (20 lbs) in
the last "few months" (stated). The patient reported that his caloric intake has
decreased because his wife is not living with him at this time (she typically
cooked for him).

Diet recall: The patient reports that he has been eating 2x/day with alcohol
intake. The patient reported he only drinks "1 beer per day", however his
admission note (ER-psychiatry note on 12/20) specified that the patient
typically "drinks beer and whiskey all day". The patient eats breakfast and
dinner typically, specifiying "Hard boiled eggs, egg salads, coffee or
sandwiches" for breakfast and "Soup, beef, potatoes, stew, pasta" for dinner.

```
CHEM 7; SERUM
Coll. Date:    12/20/18 14:20   10/01/18 10:57
Test Name       Result           Result      Units       Range
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK   11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin 0133

# Progress Notes

Printed On Jan 22, 2019

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 89 | 113 H | mg/dL | 70 | – 99 |
| UREA NITROGEN | 20 | 21 H | mg/dL | 8 | – 20 |
| CREATININE | 1.3 | 1.3 | mg/dL | 0.6 | – 1.3 |
| SODIUM | 135 L | 139 | mmol/L | 136 | – 145 |
| POTASSIUM | 3.4 L | 3.4 L | mmol/L | 3.5 | – 5.0 |
| CHLORIDE | 92 L | 93 L | mmol/L | 101 | – 111 |
| CO2 | 31 | 35 H | mmol/L | 22 | – 32 |
| CALCIUM | 10.1 | 10.5 H | mg/dL | 8.9 | – 10.3 |
| ANION GAP | 12.0 | 11.0 | meq/L | 6 | – 12 |
| Estimated GFR | 54.1 L | 54.1 L | ml/min | 60 | – 140 |

Interpretation for Estimated GFR: eGFR is measured in the following units:
ml/min/1.73 m^2

CHOLESTEROL; SERUM
Coll. Date:    10/01/18 10:57    04/04/18 13:22

| Test Name | Result | Result | Units | Range |
|---|---|---|---|---|
| CHOLESTEROL | 159 | 228 H | mg/dL | – 199 |

HDL; SERUM
Coll. Date:    10/01/18 10:57    04/04/18 13:22

| Test Name | Result | Result | Units | Range |
|---|---|---|---|---|
| HDL | 41 | 59 | mg/dL | 40  – 60 |

TRIGS; SERUM
Coll. Date:    10/01/18 10:57    04/04/18 13:22

| Test Name | Result | Result | Units | Range |
|---|---|---|---|---|
| TRIGLYCERIDE | 295 H | 121 | mg/dL | 10  – 170 |

Appetite: fair
Taste Changes: NO
Dentition: The patient has all of his own teeth.
Chewing problems: NO
Swallowing Problems: NO
Feeding Assistance Required: independent

Nausea        NO
Vomiting      NO
Diarrhea      NO
Constipation NO

Frequency of BM: 1x/day

Do you have pain that interferes with your ability to eat, drink,
or bowel movements?  NO

Food Security Screening: Mild risk
Describe: The patient expressed interest in information regarding food pantry's
and soup kitchens in his zip code. Information was provided.

Eating habits or behaviors screening:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

(One point for every yes answer):

Do you ever make yourself sick because you feel uncomfortably full? - No
Do you worry you have lost control over how much you eat? - No
Have you recently lost more than 10 lb in a 3-month period? - No
Do you believe yourself to be fat when others say you are too thin? - No
Would you say that food dominates your life? - No

Total score: 0
*One point for every yes; a score of  > 2 indicates a likely case of anorexia
nervosa or bulimia  Mental Health referral recommended.

Food preferences: The patient had no preferences to report at this time.

Food allergies/intolerance: NO

Pertinent Medications: Atorvastatin.
Active Inpatient Medications (excluding Supplies):

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| 2) | ATORVASTATIN TAB  40MG PO QHS | ACTIVE |
| 3) | CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | ACTIVE |
| 4) | DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID | ACTIVE |
| 5) | GABAPENTIN CAP,ORAL  100MG PO BID for alcohol use, mood | ACTIVE |
| 6) | LORAZEPAM TAB  1MG PO Q8H PRN for alcohol withdrwal ( Tachycardia>100, SBP>140, anxiety, agitation, tremors | ACTIVE |
| 7) | LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | ACTIVE |
| 8) | OMEPRAZOLE CAP,EC  20MG PO DAILY | ACTIVE |
| 9) | POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | ACTIVE |

| | Pending Inpatient Medications | Status |
|---|---|---|
| 1) | HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID | PENDING |

10 Total Medications

OTC herbal/vitamin/mineral supplement: Denied

Drug/nutrient interactions:
Cholesterol lowering: low TFA/SFA diet;avoid grapefruit products

Skin integrity: intact
Edema:  NO

Estimated Energy Needs: 1,950-2,340 kcal/day based on 25-30 kcal/kg/IBW

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

Estimated Protein Needs: 86 g/day based on 0.8 g/kg/ABW
Estimated Fluid Needs: 2,695-3,234 ml/day based on 25-30 ml/kg/ABW

Nutrition Diagnosis: Decreased nutrient utilization r/t cardiovascular status as
evidenced by PMH of TIA, HTN & HLD.

Intervention:
1.) Diet changed to: Coronary
secondary to: Cardiovascular status and Cholesterol lowering meds.

2.) LEARNING NEEDS ASSESSMENT
   Learning Needs Assessment-Person who was assessed and/or taught.
      ...Patient
   Readiness to Learn (Check if individual ready to learn):
      ...Patient is ready to learn.
   Preferred Method(s) of Learning:
      ...Listening
********* EDUCATION: *********
...Received Nutrition and Diet Education
   Topic/Comment: Heart healthy nutrition
   Level of Understanding: Good
Teaching Method:
   One-on one instruction
Patient is willing to implement recommendations: Yes

3.) Food preferences taken, but none reported at this time.
4.) Food security information was provided.

Monitor:
Monitor food and beverage intake/tolerance
Monitor Nutrition Labs
Monitor changes in weight

Evaluation/Goals:
Food and beverage intake greater than 75% of meals provided
Promote weight loss (1-2 lbs/month)
Improve Nutrition labs: HLD, LDL, TRIG
Good tolerance to meals with no episode of choking, N/V/D/C
Adherence with diet order

/es/ MICHAEL R MAHER
Clinical Dietetic Technician
Signed: 12/21/2018 15:26

/es/ GEORGINA HIGNELL, RD
Clinical Dietitian
Cosigned: 12/21/2018 15:43

LOCAL TITLE: PSYCHIATRY - INPATIENT SUICIDE PREVENTION SCREEN
STANDARD TITLE: SUICIDE PREVENTION NOTE

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
DATE OF NOTE: DEC 21, 2018@11:40    ENTRY DATE: DEC 21, 2018@11:40:32
    AUTHOR: GORMEZANO,ELIZABETH  EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

Veterans medical record has been reviewed by the Suicide Prevention
Team for identification of current or history of suicide risk.
Check yes or no for each of the following:
Admitting Suicide Risk Assessment completed?: Yes
Suicide  Risk Note present on cover sheet?: No
Patient Record Flag current or prior?: No
Admission Assessment mention history of suicide attempt or
ideation?: No
Remote data review indicate prior suicide risk?: No

increased mood lability, anger and unpredictable behavior
ETOH use
wife feels Vet presents a danger to self/others

The patient is identified as increased baseline suicide risk
and will require an updated Suicide Risk Assessment and Suicide
Safety Plan to be completed prior to discharge.

/es/ ELIZABETH C GORMEZANO
ELIGOR
Signed: 12/21/2018 11:41

Receipt Acknowledged By:
12/21/2018 17:48      /es/ MARTHA JO EDELMAN

12/21/2018 12:01      /es/ JYOTHI THOMAS, M.D.
                           Psychiatrist

---

```
LOCAL TITLE: PSYCHIATRY - ADMISSION ASSESSMENT
STANDARD TITLE: PSYCHIATRY ADMISSION EVALUATION NOTE
DATE OF NOTE: DEC 21, 2018@11:35    ENTRY DATE: DEC 21, 2018@11:36:17
    AUTHOR: THOMAS,JYOTHI         EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

   *** PSYCHIATRY - ADMISSION ASSESSMENT Has ADDENDA ***

Admitting Clinician: Dr. Thomas
Date of Admission: Dec 21,2018
Legal Status on Admission: INVOLUNTARY
Admit to: UNIT 22
I. PATIENT IDENTIFICATON DATA
Current Address:
ROBERT BESEDIN
2510 HARRISON AVE
BALDWIN, NEW YORK  11510

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

**Besedin  0137**

# Progress Notes

Printed On Jan 22, 2019

```
Emergency Contact:
        Primary NOK: BESEDIN,JUDITH              Relation: SPOUSE
                     2510 HARRISON AVE           Phone: (516)353-7485
                     BALDWIN, NEW YORK  11510
Ethnicity:
  White, non-hispanic
Alerts:
  History of Violence/Assaultiveness within past 6 months: Yes
  If yes, specify: As per ER records wife stated that he has been increasingly
  agressive and threatening toward family  members  and drinking more. Will
discuss with wife
  Involuntary Commitment: Yes
  Language Barrier: No
Is there Self Directed Violence at present visit or within preceeding 24
hours: No
  Denies suicidal ideation/behaviors in past 6 months
  Is there evidence of violence to others within the past 6 months
  (includes threats of/or actual commission of violence towards others):
    If yes, specify: Wife states that he has been more aggressive toward
    her, but denies physcial violence
  Risk factors for death by suicide within the past 6 months (check all
  that apply):
    Barriers to accessing mental health treatment
    Easy access to lethal means (GUNS, weapons, etc.)
    Feelings of hopelessness; impulsive and/or aggressive tendencies
    History of alcohol and substance abuse
    Unwillingness to seek help because of stigma attached to mental health
    disorders
  Protective factors against death by suicide within the past 6 months
  (check all that apply):
    Interpersonal relationships and supports (i.e., family, friends,
    peers, community)
II. PSYCHIATRIC STATUS AND HISTORY
   Date of Interview: Dec 21,2018
   A. Identifying Information:

   BESEDIN,ROBERT is a 73 y/o WHITE MALE
   B.  1. Chief Complaint or Presenting Circumstances:
       BIB wife due to increasing alcohol use, agressive and impulsive
   behavior.

       2. History of Present Illness: (Narrative leading up to current
          presentation)
          73yo male BIB wife for worsening of alcohol use, aggressiveness,
   mood  lability and impulsivity and sporadic mild confusion. No history
   of  previous psychiatric admissions. Veteran denies any history of
   aggression  and impulsivity and does not believe he has a problem with
   alcohol.  States that he drinks a bottle of whiskey over 2 months,
   usually a shot a  day, and a beer.Family states he has been drinking
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

**VISTA Electronic Medical Documentation**
Printed at NORTHPORT VAMC

Besedin_0138
Page 57

# Progress Notes

heavily every day for  years and has recently increased. He states that
his last drink was on  Monday. Denies any history of DTs, seizures, or
auditory/visual  hallucinations. He denies any feelings of depression
but endorses  financial stress of problems with his business. States
that it is  "falling apart". States that he is frustrated that he is
here and doesn't  understand why he is on the floor. Denies any suicidal
ideation, however,  his wife states that she believes he is a danger to
himself and others. Minimized alcohol  He states he has access to guns which
he uses for
hunting. Veteran also  has a history of a TBI from a MVA in 2004.
C. History of Mood and Psychosis:

Has the patient had a significant period (that was not limited to drug
or alcohol intoxication or withdrawal) suggesting:
1. Persistent depressed/dysphoric mood
        No
2. Persistent euphoric/irritable, elevated
        No
3. Psychosis: No


4. Panic attacks: No
5. Phobias (specify): No
6. Obsessions/compulsions (specify): No
7. Persistent worry/tension: Past 30 days
8. Cognitive problems (specify): No
D. History of Psychological Trauma:
  1. Physical abuse: No
  2. Sexual abuse: No
  3. Emotional abuse: no
  4. Victimization (disaster, crime victim, other: No
  5. Combat experience: no
  6. Witnessing others being harmed: no
  7. Significant injury or life-threatening disease: No
  8. Significant psycho-social loss
     (bankruptcy, divorce, etc,): Yes
  9. Neglect: No
  10. Exploitation: No
       Yes: Financial issues and wife's surgery
E. History of Substance Use:
  2. Alcohol Abuse within past 12 months: Yes
     If yes, specify:

     Type: Whiskey and beer
     Amount: Shot and a beer (Family says more)
     Frequency of use: Daily
     Any problems/legal problems due to past use: Arrested 1 year ago and
     spent a week in
     Age of first consumption: unknown
     Last used on: Monday

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC·

Besedin_0139

# Progress Notes

```
   3. Substance Abuse within past 12 months: No
   4. Substance Use Treatment
     History of completed detox programs:
       None
III. MENTAL STATUS EXAMINATION:

   MENTAL STATUS:
     Appearance and behavior
       Pleasant,  cooperative on initial evaluation but was demanding for
discharge , appear angry impulsive
     Speech
       Within normal limits
     Thought content
       No suicidal note homicidal ideation, thought process is linear and
       goal  directed
     Orientation
       Oriented X4
     Suicidal ideations/homicidal ideations
       None
     Mood/affect
       "I am not depressed"/ labile
   LIST A MINIMUM OF 2 PATIENT STRENGTHS:
     Assessment of patient optimism that change can occur,
     Interpersonal relationships and supports, Access to housing/residential
stability, Financial stability,
IV. PSYCHIATRIC ASSESSMENT AND PLAN
   A. DSM V diagnosis:
alcohol use disorder sev
Alcohol induced mood disorder
Q15 observation and therapuetic mileau
Gabapentin 100mg PO BID for mood, impulsivity and alcohol use
Safe Alcohol detox will change Ativan to PRN
   B. Justification for acute inpatient hospitalization
       Imminent danger to self, Imminent danger to others as per wife. Will
continue to monitor and get collateral information from family
V. MEDICAL EVALUATION:
   C. Physical Exam:
   VITALS SIGNS:
   Blood Pressure: 122/76 (12/21/2018 10:20)
   Pulse: 76 (12/21/2018 10:20)
   Respiration: 18 (12/21/2018 10:20)
   Temperature: 98.2 F [36.8 C] (12/21/2018 10:20)
   Weight: 237.1 lb [107.8 kg] (12/20/2018 20:17)
   Height: 67 in [170.2 cm] (12/20/2018 20:17)
   BMI: BODY MASS INDEX - 37.2 (DEC 20, 2018@20:17   )

/es/ JYOTHI THOMAS, M.D.
Psychiatrist
Signed: 12/21/2018 13:58
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Case 2:18-cv-00819-KAM-ST   Document 65-4   Filed 11/02/21   Page 145 of 354 PageID #: 379

# Progress Notes

12/21/2018 ADDENDUM                    STATUS: COMPLETED
Alerts:
    History of Violence/Assaultiveness within past 6 months: No
    History of Violence/Assaultiveness within Lifetime: No
    Involuntary Commitment: Yes
    Seizures: No
    Fall Risk: No
    Allergies: No
    Dysphagia: No
    Language Barrier: No
    Skin Risk: No
    Advance Directive: No
    Copy on File: No
    Needed: No

/es/ JYOTHI THOMAS, M.D.
Psychiatrist
Signed: 12/21/2018 15:29

---

LOCAL TITLE: SW - MENTAL HEALTH PSYCHOSOCIAL ASSESSMENT
STANDARD TITLE: SOCIAL WORK NOTE
DATE OF NOTE: DEC 21, 2018@10:00      ENTRY DATE: DEC 21, 2018@18:32:47
    AUTHOR: MCGEE,KELSEY L       EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED

    *** SW - MENTAL HEALTH PSYCHOSOCIAL ASSESSMENT Has ADDENDA ***

Presenting Problem/Symptoms:

SW met with 73 yo, Caucasian, Male, Domiciled,  Married, NSC, veteran, to assess
psychosocial needs, alongside IDT. Veteran, presented alert and oriented x3,
poorly groomed, hands full of soot, often sarcastic, demonstrates poor insight,
neutral mood and congruent affect.

AS per ER psychiatry note dating 12/20/18:was bib wife and son for worsening
aggressive and impulsive behaviors for the
past 4 weeks. Family reports pt drinks beer and whiskey all day for the past few
years, but have noticed his behaviors worsening, with mild confusion at times.
Pt seen, AOA x 3, denies above hx, and admits to depression secondary to
financial issues, as he still works as a mechanic. Pt denies si/hi, however
collateral from family indicates pt has hx of TBI from MVA in 2004, and exhibits
periods of mood lability symptoms, difficult to re-direct. wife feels pt is a
danger to self and others, and signed 2PC form.

Veteran reported he presented to ER, with financial concerns, and denies any
current or hxo Mental health concerns. Veteran reported his wife lied and made
him come in here. Veteran denies hxo psychiatric treatment in the past. Veteran
denies depressed mood, however does admit to much stress, due to failing
business, inability to fix oil burner at home, and wife staying at their
daughters since her hip surgery. Veteran denies hxo substance abuse, and

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

reports to only drink 1 can of beer, or a small bottle of whiskey over course of 60 days. Veteran denies symptoms of withdrawal. Veteran denies memory problems. Veteran reported he was assaulted by police officers about 1.5 yr ago, and found this a traumatic experience. AS per Veteran, he butt-dialed 911, they came to the home and as he was showing them out the house he was unexpectedly slammed to the ground and hit his head. Veteran reported he was charged with felonies for assault of cops, however after Supreme court, and 1 week in jail, all charges were dropped.

Veteran currently resides in private home, alone. Veteran reported his wife had hip surgery and has been staying at their daughters, due to difficulty with stairs at their own home. Veteran reported he is father of adult daughter and son. Veteran owns car mechanic shop. Reports financial distress.

Discharge planning discussed:

Veteran adamantly requesting discharge, and does not have understanding for purpose of admission. Veteran gave verbal consent to contact wife, (P) 516-353-7485).

** SECTION I: CURRENT SOCIAL STATUS **
Describe your current living environment:
private home, oil burner broken so heat is not working.
Describe your current financial situation:

 Monthly Income: $ Business owner monthly amt unknown
 Source of Income:
  Other:
Do you have a fiduciary?: NO
Name:
Contact information:
Do you have a guardian? NO
Name:
Contact information:
Do you have any financial dependents?: yes, wife
Are you service connected?: NO
    SERVICE CONNECTED % - NONE FOUND
Who do you rely on for support?:
wife
What resources have you accessed for assistance?:
NONE
What are your leisure/recreational activities of choice?:
Not reported
What are your hobbies?:
not reported
Would you like to speak with a Recreation Therapist?: NO

Who will be involved in your treatment or treatment plan?:
Wife, IDT
Do you have any apprehension to attending treatment?: yes

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
Do you have adequate means of transportation?: NO
Do you have any physical limitations?: NO
     Active Problems: Active Problem
Impacted cerumen * (ICD-9-CM 380.4) 11/21/2011 TANSIONGCO,SHIRLEY
Hypertension * (ICD-9-CM 401.9) 401 11/21/2011 TANSIONGCO,SHIRLEY
Gastroesophageal Reflux Disorder *  11/21/2011 TANSIONGCO,SHIRLEY
Hearing loss * (ICD-9-CM 389.9) 389 11/21/2011 TANSIONGCO,SHIRLEY
Hyperlipidemia 272.4 04/20/2012 TANSIONGCO,SHIRLEY
H/O: TIA (SNOMED CT 161511000) V12. 06/24/2014 TANSIONGCO,SHIRLEY
FITTING AND ADJUSTMENT OF HEARING A 08/11/2014 WESTERLIND,DEVON WILLIAM
Dyspnea on exertion 786.09 02/25/2015 TANSIONGCO,SHIRLEY
Benign essential hypertension I10. 12/02/2015 TANSIONGCO,SHIRLEY
Gastroesophageal reflux disease K21 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.0 12/02/2015 TANSIONGCO,SHIRLEY
TIA Z86.73 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.00 03/17/2017 TANSIONGCO,SHIRLEY
Hypokalemia E87.6 09/21/2017 TANSIONGCO,SHIRLEY
Have you completed an Advance Directive?: NO
 If not,would you like to?: no

  place consult
Have you completed a Mental Health Advance Directive?: NO
 If not, would you like to?: no
 place consult
Do you have a Healthcare Proxy?: NO
 If yes, Name:
 Contact Info:
Have you completed an Organ Donation?: NO
 If not, would you like to?: no
 Veteran educated  to the fact that this is completed, not through
 SW, but through the NYS.

** SECTION II: FAMILY HISTORY **
Who raised you?: not reported
 Father: not reported
  Age:
 Mental Illness or Alcohol/Drug abuse:
 Relationship Status (conflicted, supportive, estranged, etc.):

 Mother: not reported
  Age:
 Mental Illness or Alcohol/Drug abuse:
 Relationship Status (conflicted, supportive, estranged, etc.):

 Siblings: not reported
 Age(s):
  Mental Illness or Alcohol/Drug abuse:
  Relationship Status (conflicted, supportive, estranged, etc.):

 Marital Status: married
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

Mental Illness or Alcohol/Drug abuse:
Relationship Status (conflicted, supportive, estranged, etc.):

Children: 1 adult daughter and son
 Age(s):
 Mental Illness or Alcohol/Drug abuse: denies
 Relationship Status (conflicted, supportive, estranged, etc.): supportive

Is there a history of family suicides or suicide attempts?: denies
 If yes, who and when?:
Has your family been affected by your mental health?: yes
 consequences (i.e., divorce, loss of children):
 denies mh hx
** SECTION III: MENTAL HEALTH HISTORY **
Age of onset of first episode: denies mh hx
Do you take your medications as prescribed?:yes
Current/Active Medication:
Active Inpatient Medications (excluding Supplies):

| | Active Inpatient Medications | Status |
|---|---|---|
| 1) | AMLODIPINE TAB  10MG PO DAILY hypertension Hold for BP,90/60 | ACTIVE |
| 2) | ATORVASTATIN TAB  40MG PO QHS | ACTIVE |
| 3) | CHLORTHALIDONE TAB  25MG PO DAILY Hold for BP<90/60 | ACTIVE |
| 4) | DOXYCYCLINE CAP/TAB  1 TABLET/CAPSULE PO BID | ACTIVE |
| 5) | GABAPENTIN CAP,ORAL  100MG PO BID for alcohol use, mood | ACTIVE |
| 6) | HYDROPHILIC OINTMENT OINT,TOP  SMALL AMOUNT TOP BID apply to affected area, twice daily | ACTIVE |
| 7) | KETOCONAZOLE 2% SHAMPOO  SMALL AMOUNT SCALP BIW PRN to Scalp | ACTIVE |
| 8) | LORAZEPAM TAB  1MG PO Q8H PRN for alcohol withdrwal ( Tachycardia>100, SBP>140, anxiety, agitation, tremors | ACTIVE |
| 9) | LOSARTAN TAB  100MG PO DAILY HTN Hold for BP<90/60 | ACTIVE |
| 10) | OMEPRAZOLE CAP,EC  20MG PO DAILY | ACTIVE |
| 11) | POTASSIUM CHLORIDE TAB,SA  40MEQ PO DAILY | ACTIVE |

 Treatment History:
 Inpatient:
ADM/DIS:

12/21/2018 18:32

************** CONFIDENTIAL Admission/Discharge SUMMARY  pg. 1 **************
BESEDIN,ROBERT    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    22P A264-1              DOB: 03/06/1945

------------------------- ADC - Admission/Discharge -------------------------

12/20/2018 - Present    22P A264-1              LOS: 1
 Last Tr Specialty: HIGH INTENSITY GEN PSYCH    Last Prov:
 Admitting Diagnosis: Mood d/o

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If avaliable)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
            Bedsection:
Principal Diagnosis: Alcohol dependence with alcohol-induced mood disorder
F10.24(ICD-10-CM)
            ICD DX: Other hyperlipidemia
E78.49(ICD-10-CM)
                    Essential (primary) hypertension        I10.(ICD-10-CM)


**********************************************************************
Episode (1)
Episode (2)
Episode (3)
Episode (4)
Episode (5)
  Outpatient:
Episode (1)

Episode (2)
Episode (3)
Episode (4)
Episode (5)
Emotional Factors:
 Have you ever had a significant period of time (that was not a direct
 result of alcohol/drugs) in which you have:
 1. Experienced serious depression, sadness, hopelessness, loss
    of interest, difficulty in daily function?:

 2. Experienced serious anxiety, tension, unreasonably worried,
    inability to feel relaxed?:
    denies
 3. Experienced hallucinations- saw things or heard voices that
    were not there?:
       denies
 4. Experienced trouble understanding, concentrating or
    remembering?:    denies

 5. Experienced trouble controlling violent behavior, including
    episodes of rage or violence?:  AS per CPRS, Yes

 6. Experienced periods where you just kept going, had lots of energy,
    didn't need much sleep, spent lots of money, felt like you were
    on top of the world, racing thoughts?:    denies

 7. Beliefs that no one else thought were true?:
       denies
 8. Beliefs that others were against you or out to get
    you?:
       denies
** SECTION IV: VIOLENCE/ABUSE HISTORY **
Have you experienced traumatic events within the past 6 months?
 If Yes, please describe:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

denies
Have you experienced traumatic events in your lifetime?
   If Yes, please describe: Veteran reported he was assaulted by police officers
about 1.5 yr ago, and found this a traumatic experience. AS per Veteran, he
butt-dialed 911, they came to the home and as he was showing them out the house
he was unexpectedly "slammed to the ground" and hit his head. Veteran reported
he was charged with felonies for assault of cops, however after Supreme court,
and 1 week in jail, all charges were dropped.
   (physical/emotional/sexual, who was perpetrator/any current contact?)
Have you been the victim of violence, exploitation or abuse within
the past 6 months?
   If yes, describe: denies
   (physical/emotional/sexual, who was victim/any current contact?)
Have you been the victim of violence, exploitation or abuse in
your lifetime?
   If yes, describe: see above
   (physical/emotional/sexual, who was victim/any current contact?)
Have you been the perpetrator of violence (physical/sexual)
or abuse within the past 6 months?              AS per CPRS, yes, verbally and
physically abusive towards wife
Have you ever been the perpetrator of violence(physical/
sexual)or abuse within your lifetime?        denies
Have you ever witnessed violence (physical/sexual) or
abuse within the past 6 months?              denies
Have you ever witnessed violence (physical/sexual) or
abuse within your lifetime?              denies
** SECTION V: ALCOHOL AND DRUG HISTORY **
   Have you ever abused any drugs and/or alcohol?:
   yes
   Substances used:
   etoh

   Age of onset: unknown
   Date last used: PTA
   Amount and frequency: Veteran minimizing use, 1 bottle over 60 days per
veteran.
   Do you feel you have a problem with alcohol and/or drugs?:
   denies
   Have you ever sought treatment for alcohol and/or drugs?:
   denies
   Do you have a sponsor?: denies

   Are there any consequences to your substance abuse?:
   denies
   Do you have any resistance or apprehension to attending a
   treatment program?:        denies

   ** SECTION VI: LEGAL HISTORY **
   Have you ever been arrested?: see above
   Reason(s) for arrest:

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0146
Page 65

# Progress Notes

Have you ever been incarcerated?: see above
Reason(s) for incarceration:
Are you currently on probation or parole?: denies
Name of officer:
Phone Number:
Do you have any charges pending?: denies
Are there any other legal issues or high risk behaviors?:
 Explain: denies


SUICIDE RISK INFORMATION:
SHF - Health Factor Select
 No data available for SUICIDE RISK SCREEN

Have you had a suicide attempt within the past 6 months?

denies
Have you had a suicide attempt within your lifetime?
 denies
 Are you a registered sex offender?: denies
        Level:
** SECTION VII: EDUCATION/EMPLOYMENT/MILITARY **
 Education:
 Highest Grade Completed: highschool
 Additional education/training: trade school mechanic
 Describe any learning disabilities or limitations, behavior
 problems, or conduct problems: denies
 Any problems reading or writing?: denies

 Describe your experience in High School:
positive experience
 Do you have any future educational plans?:
 no

Employment History:
  Are you presently employed?: YEs
  Current/most recent employer: buisness ownder,
  Type of work: mechanic car
  Dates: many years
  Longest job held:
  Dates:
  Prior jobs:

Military History:

  Dates of service:
  Military occupation:
  Discharge:
  POW:
  SC STATUS:

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK 11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0147

# Progress Notes

Printed On Jan 22, 2019

How much?:
For what conditions?:
Problems related to military experience:
none
Does the patient identify service related experience as a factor
contributing to the current illness?:
Explain: none
** SECTION VIII: CULTURAL, SPIRITUAL, VALUES ORIENTATION **
Is spiritual/religious support is important to you?:
Type?: no
Are you affiliated with a faith group in the community?:
Where?: no
Would you like to speak to a chaplain?:
no
What is your cultural/ ethnic identity?: caucasian
Languages spoken: english
Sexual Orientation: heterosexual
Do you have any issues you wish to address related to your sexual
identity, sexual orientation, or sexuality?:
deneis
Client's perception of his/her strengths and weaknesses:
(use clients own words)
STRENGTHS: not reported
WEAKNESSES: not reported
** SECTION IX: GOALS **

PLAN:
-Explore discharge planning options
-collaborate with wife, seek safety
-review and discuss case and discharge planning with IDT
-Monitor, support, and assist veteran with aute needs while on inpatient unit

/es/ Kelsey McGee, LMSW
Social Worker
Signed: 12/21/2018 18:52

12/21/2018 ADDENDUM                    STATUS: COMPLETED
SW contacted veterans wife, with his verbal consent. Wife reviewed
precipitating events leading to bringing veteran to ER, yesterday. Wife reported
veteran has been drinking heavily for many years, however was able to function
daily while drinking. Per Wife, veterans drinking has significantly increased
over past month, to drinking a 2L bottle of whiskey a day, along with beer. Per
Wife, veteran tries to work while intoxicated, often drinks while driving,
blacks out, and on several occassions has just showed up waking the her
daughters house up at 2;00am. Per Wife, veteran is verbally abusive, and at
times physically abusive. Wife reported physical abuse, consists of shaking her,
pushing her around, and gave example of like if I was bent over he will kick me
from behind. Wife described veteran to be unable to manage responsibilities
independently, make decisions, and live on his own. Per wife, veteran is unable
to prep meals on his own, now that she is not in the house. Wife reported

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

veteran has also had problems with hoarding behavior for many years, and it has increasingly become a problem. Wife feels veteran is losing control of his life, and within context of climbing financial stresses, and it is causing some underlying depression. Per wife, veteran has made passive SI threats. Wife noted veteran has no formal dx or psychiatric hx known.

Wife reported to not feel safe being in the home with veteran at this time, and they both co-own home. Wife stated that she can no longer act as his caretaker.

SW reviewed role of IDT on acute unit, and recommended to schedule family meeting together to further discuss. Wife agreed to the same, however stated veteran is not going to change, and is not going to calm down. SW to follow up, and collaborate with IDT.

PLAN:
SW to explore discharge options with veteran, and recommend intensive SUD treatment. SW to review multitude of levels of SUD treatment, and recommend residential treatment. SW also to provide education on Fatherhood initiative program, for IPV. SW to continue to monitor, support, and assist veteran with acute needs while on inpatient unit.

/es/ Kelsey McGee, LMSW
Social Worker
Signed: 12/21/2018 19:01

---

LOCAL TITLE: SUICIDE RISK EVALUATION - COMPREHENSIVE
STANDARD TITLE: SUICIDE PREVENTION RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: DEC 20, 2018@18:12      ENTRY DATE: DEC 20, 2018@18:13:34
     AUTHOR: VIRMANI,ADITYA       EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED

Comprehensive Suicide Risk Evaluation
----------------------------------------
This is a new suicide risk evaluation.
  The validity of the information contained within this evaluation is not
  in question.

  Suicidal Ideation

    The Veteran has never had thoughts of engaging in suicide-related
    behavior.

  Suicide Attempts

    The Veteran has not made any prior suicide attempts.
    The Veteran has not engaged in any preparatory behavior.

  Warning Signs

    Direct warning signs:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin 0149

Case 2:18-cv-00819-KAM-ST   Document 65-4   Filed 11/02/21   Page 154 of 354 PageID #: 388

# Progress Notes

```
     N/A
  Indirect warning signs:
     N/A

  The following warnings signs are currently present:

 Risk Factors
 _____
    Psychological Conditions
       Please Describe: worsening mood lability symptoms, agitation

 Protective Factors and Reasons for Living   .
 _____
    Other
       Comment: family feels pt's mood and behaviors are worsening, feels
       he is a danger to self and others

 Clinical Impressions:
 _____
    The clinical impression of acute risk is Intermediate Risk.
       As evidenced by: family feels pt's mood and behaviors are worsening,
       feels he is a danger to self and others
    The clinical impression of chronic risk is Intermediate Risk.
       As evidenced by: family feels pt's mood and behaviors are worsening,
       feels he is a danger to self and others
    Risk Mitigation Plan:
       General Strategies for Managing Risk in any setting:
          Involuntary hospitalization

Re-evaluation:
Due to the dynamic nature of some warning signs, risk and protective
factors, suicide risk should be routinely re-evaluated. These risk
management strategies were chosen to address Veteran's current
presentation and feasible treatment options within the system of care.
This plan should be re-evaluated over time.

/es/ ADITYA VIRMANI
PSYCHIATRIST
Signed: 12/20/2018 18:16
```

```
 LOCAL TITLE: ER - PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: DEC 20, 2018@18:02    ENTRY DATE: DEC 20, 2018@18:02:21
     AUTHOR: VIRMANI,ADITYA    EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

CHIEF COMPLAINT
"Sure I drink, so what!"
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin 0150

# Progress Notes

HISTORY OF PRESENT ILLNESS
BESEDIN,ROBERT 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
73
WHITE
MALE
was bib wife and son for worsening aggressive and impulsive behaviors for the past 4 weeks. Family reports pt drinks beer and whiskey all day for the past few years, but have noticed his behaviors worsening, with mild confusion at times. Pt seen, AOA x 3, denies above hx, and admits to depression secondary to financial issues, as he still works as a mechanic. Pt denies si/hi, however collateral from family indicates pt has hx of TBI from MVA in 2004, and exhibits periods of mood lability symptoms, difficult to re-direct. wife feels pt is a danger to self and others, and signed 2PC form.


PAST MEDICAL HISTORY
Active Problem
Impacted cerumen * (ICD-9-CM 380.4) 11/21/2011 TANSIONGCO,SHIRLEY
Hypertension * (ICD-9-CM 401.9) 401 11/21/2011 TANSIONGCO,SHIRLEY
Gastroesophageal Reflux Disorder * 11/21/2011 TANSIONGCO,SHIRLEY
Hearing loss * (ICD-9-CM 389.9) 389 11/21/2011 TANSIONGCO,SHIRLEY
Hyperlipidemia 272.4 04/20/2012 TANSIONGCO,SHIRLEY
H/O: TIA (SNOMED CT 161511000) V12. 06/24/2014 TANSIONGCO,SHIRLEY
FITTING AND ADJUSTMENT OF HEARING A 08/11/2014 WESTERLIND,DEVON WILLIAM
Dyspnea on exertion 786.09 02/25/2015 TANSIONGCO,SHIRLEY
Benign essential hypertension I10. 12/02/2015 TANSIONGCO,SHIRLEY
Gastroesophageal reflux disease K21 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.0 12/02/2015 TANSIONGCO,SHIRLEY
TIA Z86.73 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.00 03/17/2017 TANSIONGCO,SHIRLEY
Hypokalemia E87.6 09/21/2017 TANSIONGCO,SHIRLEY


MEDICATIONS
** VA, non VA, OTC and herbal medications were reviewed with the patient/caregiver and were reconciled. Discrepancies have been addressed with the patient/caregiver. Changes have been made to the patient's printed list and given to the patient/caregiver. Patient/caregiver reminded to discard old lists and to update any records with all medications.



Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | HOLD |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0151
Page 70

# Progress Notes

Printed On Jan 22, 2019

|     |                                                                                                                                                                                                 |        |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|     | EVERY DAY FOR BLOOD PRESSURE OR HEART                                                                                                                                                            |        |
| 3)  | AQUAPHOR OINTMENT APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR DRY SKIN APPLY TO AFFECTED AREAS UP TO TWICE A DAY                                                                          | ACTIVE |
| 4)  | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL                                                                                                           | ACTIVE |
| 5)  | CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY                                                                                                                                       | ACTIVE |
| 6)  | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER                                                                                                          | HOLD   |
| 7)  | DOXYCYCLINE HYCLATE 100MG CAP/TAB TAKE 1 TABLET/CAPSULE MOUTH TWICE A DAY FOR INFECTION                                                                                                           | ACTIVE |
| 8)  | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE                                                                                                                              | HOLD   |
| 9)  | FLUOCINONIDE 0.05% OINT APPLY THIN FILM TO AFFECTED AREA TWICE A DAY FOR RASH  APPLY THIN FILM TO RIGHT WRIST LESION AND AFFECTED AREAS ON BOTH LOWER  LEGS TWICE A DAY FOR 2 WEEKS  AVOID APPLING TO FACE , UNDERARMS OR GROIN | ACTIVE |
| 10) | KETOCONAZOLE 2% SHAMPOO SHAMPOO USING SMALL AMOUNT TO SCALP TWICE A WEEK WASH SCALP TWICE WEEKLY                                                                                                  | ACTIVE |
| 11) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART                                                                                                                | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY)                                | ACTIVE |
| 13) | POTASSIUM CHLORIDE 10MEQ SA TAB TAKE FOUR TABLETS BY MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY                                                                                                     | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE                                                                                                                          | HOLD   |

** VA, non VA, OTC and herbal medications were reviewed with the
patient/caregiver and were reconciled. Discrepancies have been addressed
with the patient/caregiver. Changes have been made to the patient's
printed list and given to the patient/caregiver. Patient/caregiver
reminded to discard old lists and to update any records with all
medications.


ALLERGIES
Patient has answered NKA


SOCIAL HISTORY
-married, has 2 children, lives in baldwin with wife, and works as auto
mechanic.


MENTAL STATUS EXAMINATION

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
Grooming/Dress: gown
Eye contact: fair
Level of Consciousness: alert
Orientation: AOA x 3
Psychomotor: wnl
Speech: RRR, spontaneous
Mood: depressed
Affect: constricted
Content: no AH/VH or paranoid behaviors
Suicidality: denies
Homicidality: denies
Insight: limited
Judgment: limited
Cognition: AOA x 3, with short term memory deficits
```

```
PHYSICAL EXAMINATION
  DATE/TIME        TEMP   PULSE   RESP    BP       PAIN    WT (LB) P OX
12/20/18 @ 1331   98.8    76     18     125/84     0       257     91
```

medically cleared by ED physician

Diagnosis:
-Mood Disorder NOS; hx of Alcohol abuse

Assessment/Reason for Admission:
Pt is a 73 y/o MWM with hx of depression and alcohol abuse, presents with
worsening impulsive and aggressive behaviors towards family. Wife reports pt has
been more threatening towards her, and is drinking heavily everyday. She feels
pt is a danger to self.

[] Voluntary Admission    [x] Involuntary Admission

Initial Treatment Plan:
1) will start low dose ativan standing taper at 2 mg po Q6hr for alcohol
withdrawal
2) pt to f/u with inpt primary psychiatric team in the morning for further
evaluation and management of his mood lability symptoms
3) will give thiamine and folate and MVI


Admit to:    Unit 21 [ ]
             Unit 22 [x ]
Admission Decision Time:

[x]SUICIDE RISK EVALUATION - COMPREHENSIVE completed during this session.
  See note by that title for details.

/es/ ADITYA VIRMANI
PSYCHIATRIST

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin  0153
Page 72

# Progress Notes

Signed: 12/20/2018 18:12

LOCAL TITLE: ER - PHYSICIAN NOTE
STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: DEC 20, 2018@13:59     ENTRY DATE: DEC 20, 2018@13:59:58
     AUTHOR: HABEEB,MARWAN          EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

   *** ER - PHYSICIAN NOTE Has ADDENDA ***

CC: brought in by family for evluation of etoh use, agressive behavior,

HPI: BESEDIN,ROBERT IS A 73 Y/O WHITE MALE, with h/o htn, hyperlipidemia, tia,
gerd, eth use, (whisky, beer), an auto mechanic, pt has no complaints at this
time. family states that he has been drinking more than usual, last drink
yesterday, lives in unheated  house, does not shower, pt denied cp, palp, sob,
headache, dizziness, abd pain, n/v, no fever, chills, or cough, no dysuria, no
hematuria, no wt loss.  does not appear to be intoxicated or agitated.
PAST SURGICAL HX: non contributory.
PAST SOCIAL HX:non SMOKER, (+) ETOH USER, non DRUG USER,
PAST MED HX: NO CAD, NO DM, (+) HTN, NO CVA, NO COPD, NO PSYCH DISORDER,(+)
HYPERLIPIDEMIA  (+) tia.

MEDS:Active Outpatient Medications (excluding Supplies):

|  | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | HOLD |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | AQUAPHOR OINTMENT APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR DRY SKIN APPLY TO AFFECTED AREAS UP TO TWICE A DAY | ACTIVE |
| 4) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 5) | CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | HOLD |
| 7) | DOXYCYCLINE HYCLATE 100MG CAP/TAB TAKE 1 TABLET/CAPSULE MOUTH TWICE A DAY FOR INFECTION | ACTIVE |
| 8) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | HOLD |
| 9) | FLUOCINONIDE 0.05% OINT APPLY THIN FILM TO AFFECTED AREA TWICE A DAY FOR RASH  APPLY THIN FILM TO RIGHT WRIST LESION AND AFFECTED AREAS ON BOTH LOWER  LEGS TWICE A DAY FOR 2 WEEKS  AVOID APPLING TO FACE , UNDERARMS OR GROIN | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
10)   KETOCONAZOLE 2% SHAMPOO SHAMPOO USING SMALL AMOUNT TO   ACTIVE
         SCALP TWICE A WEEK WASH SCALP TWICE WEEKLY
11)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY   ACTIVE
         FOR BLOOD PRESSURE OR HEART
12)   OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH        ACTIVE
         EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY
         STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
         REFILL ONLY)
13)   POTASSIUM CHLORIDE 10MEQ SA TAB TAKE FOUR TABLETS BY    ACTIVE
         MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY
14)   TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT      HOLD
         BEDTIME FOR PROSTATE
```

ALLERGIES:
Patient's allergies have been reviewed with patient/cargiver:
 Patient has answered NKA

**New Allergies as stated by patient/caregiver:

ROS:
HEAD: NO HEADACHE, DIZZINESS, NO BLURRY OR DOUBLE VISION. NO EYES TRAUMA,
NECK: NO SWOLLEN GLANDS, NO NECK STIFFNESS,
PHARYNX: NO SOR THROAT, DIFFICULTY SWALLOWING,
CHEST: NO SOB, NO ORHTOPNEA, NO PND, NO DOE, NO COUGH,
HEART: NO CP NO PALP.
ABD: NO ABD TENDERNESS, NO N/V NO CONSTIPATION NO DIARRHEA, NO BRBPR NO MELENA,
GU: NO DYSURIA, NO HEMATURIA, NO FREQUENCY NO URGENCY,
EXT: NO SWELLING, NO CYANOSIS.
GENERAL: NO WT LOSS, NO FEVER NO CHILLS NO N/V,
SKIN: NO SKIN LESIONS, NO CHANGE IN CHARACTER OF LESIONS,


 PE : BP-125/84 (12/20/2018 13:31), PULSE-76 (12/20/2018 13:31), RR-18
(12/20/2018 13:31), TEMP-98.8 F [37.1 C] (12/20/2018 13:31), PAIN LEVEL-0
(12/20/2018 13:31) pulse ox 92% ra.

GENERAL: WELL NOURISHED MALE IN NO ACUTE DISTRESS, very poor higene,
HEENT:   ATRAUMATIC, neck: supple no jvd,

CHEST:   GOOD AIR ENTRY, NO RALES, NO RONCHI, NO WHEEZING, NO DULLNESS
            TO PERCUSSION, FULL EXPANSION. NO RUBS.

CVS:     S1 S2 PRESENT, NO S3 NO S4 NO MURMUR, NO RUBS OR ECTOPIC BEATS,

ABD:     SOFT, BS AUDIBLE, NONTENDER NO MASSES NO ORGANOMEGALY,
            NO PULSATIONS, NO REBOUND, NO SHIFTING DULLNESS,

EXT:     NO EDEMA NO CLUBBING NO CYANOSIS,

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB: 03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

```
NEURO:    A+O X 3, CRANIALS II-XII INTACT, MOTOR 5/5, NO SENSORY DEFICITS,
          DTR PRESENT +2 SYMMETRIC, GAIT NORMAL.


REVIEWED LABS, IMAGING STUDIES, EKG.

ASSESSMENT: etoh use,
DIAGNOSIS:


PLAN: CBC, CHEM 7,13,  PT PTT, bal.
        HEP LOCK
        ECG: NSR 78/M, NORMAL AXIS AND INTERVALS, NO ACUTE CHANGES.
        CHEST X RAY:  Lungs and pleura: Normal lung volumes. No focal airspace
        consolidation or sizable pleural effusion. No pulmonary vascular
        congestion. No evidence of pneumothorax.

        Heart and mediastinum: The cardiac silhouette is inadequately
        assessed in this AP view, however it appears unremarkable. Normal
        caliber midline tracheal air column. Normal aortic silhouette and
        bilateral hilar configurations.

        Osseous and soft tissues: No significant osseous abnormality.
        Degenerative changes of bilateral acromioclavicular and
        glenohumeral joints.

        KCL 40 MEQ PO ONCE, GIVEN IN ER.
        PSYCH EVALUATION:

PT HAS no CHEST PAIN

 NURSES TRIAGE NOTE REVIEWED.

MEDICATION RECONCILIATION:
VA, non VA, OTC and herbal medications were reviewed with the patient/
caregiver and were reconciled. Discrepancies have been addressed with the
patient/caregiver. Changes have been made to the patient's printed list
and given to the patient/caregiver.
Patient/caregiver reminded to discard old lists and to update any records
with all medications. Patient was instructed to carry the updated list with
them at all times to share the list with their healthcare providers when needed.


Discrepancies:


Discrepancies or changes to the med list have been discussed and
reviewed with the patient/caregiver. Changes have been made to the printed list.

 PT'S COMPLAINT OF PAIN LEVEL 0 ,HAS BEEN DULY NOTED AND BEEN ADDRESSED.
  **DISPOSITION(INDICATE TIME OF DECISION TO ADMIT):
    pt is stable for d/c medically
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

```
    will be evaluated  by psych
     if cleared, d/c home,
      dr scalisi aware.

/es/ MARWAN HABEEB
M.D. ER ATTENDING
Signed: 12/20/2018 16:48

12/20/2018 ADDENDUM                    STATUS: COMPLETED
results of labs, chest x ray, were discussed with pt and understood,

/es/ MARWAN HABEEB
M.D. ER ATTENDING
Signed: 12/20/2018 16:48
```

```
  LOCAL TITLE: EMERGENCY ROOM TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: DEC 20, 2018@13:33     ENTRY DATE: DEC 20, 2018@13:33:12
    AUTHOR: HIGGINS,JAMES MICHA  EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

Emergency Department Triage
Patient age:73     Sex: MALE
Time of arrival: 1333hrs On arrival patient was: AMBULATORY


Allergies: Patient has answered NKA ALLERGIES/ADR HAVE BEEN REVIEWED WITH
PATIENT/CARE GIVER
Subjective/Chief Complaint:
ETOH ABUSE

Objective:
PT HEARING DIMINISHED
The patient is not a fall risk.


LMP:  Gravida:  Para:


Vitals:    BP: 125/84   P: 76        R: 18      WT: 257      T: 98.8
HT: 66


Pain: 0 (12/20/2018 13:31) DEC 20, 2018@13:31:39   PULSE OXIMETRY: 91


Emergency Severity Index (ESI) level
   Level 3

Medical Information
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

```
**TRAVEL

Are you sick with any of the following:

Fever, vomiting, diarrhea, flu like illness, muscle aches, rash,
conjunctivitis? No

Have you traveled outside of the United States in last 6 months? No

Have you traveled within the United States in the last 6 months? No
**MEDICAL HISTORY
Active Problem
Impacted cerumen * (ICD-9-CM 380.4) 11/21/2011 TANSIONGCO,SHIRLEY
Hypertension * (ICD-9-CM 401.9) 401 11/21/2011 TANSIONGCO,SHIRLEY
Gastroesophageal Reflux Disorder *  11/21/2011 TANSIONGCO,SHIRLEY
Hearing loss * (ICD-9-CM 389.9) 389 11/21/2011 TANSIONGCO,SHIRLEY
Hyperlipidemia 272.4 04/20/2012 TANSIONGCO,SHIRLEY
H/O: TIA (SNOMED CT 161511000) V12. 06/24/2014 TANSIONGCO,SHIRLEY
FITTING AND ADJUSTMENT OF HEARING A 08/11/2014 WESTERLIND,DEVON WILLIAM
Dyspnea on exertion 786.09 02/25/2015 TANSIONGCO,SHIRLEY
Benign essential hypertension I10. 12/02/2015 TANSIONGCO,SHIRLEY
Gastroesophageal reflux disease K21 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.0 12/02/2015 TANSIONGCO,SHIRLEY
TIA Z86.73 12/02/2015 TANSIONGCO,SHIRLEY
Hyperlipidemia E78.00 03/17/2017 TANSIONGCO,SHIRLEY
Hypokalemia E87.6 09/21/2017 TANSIONGCO,SHIRLEY


CAD, CVA


Rash present: NO



Active Outpatient Medications (excluding Supplies):

      Active Outpatient Medications                      Status
   =========================================================================
1)  ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS  HOLD
       BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH
2)  AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE
       EVERY DAY FOR BLOOD PRESSURE OR HEART
3)  AQUAPHOR OINTMENT APPLY SMALL AMOUNT TO AFFECTED AREA  ACTIVE
       TWICE A DAY FOR DRY SKIN APPLY TO AFFECTED AREAS UP
       TO TWICE A DAY
4)  ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY  ACTIVE
       MOUTH AT BEDTIME FOR CHOLESTEROL
5)  CHLORTHALIDONE 25MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE
       EVERY DAY
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

**VISTA Electronic Medical Documentation**
Printed at NORTHPORT VAMC

# Progress Notes

Printed On Jan 22, 2019

| | | | |
|---|---|---|---|
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | HOLD | |
| 7) | DOXYCYCLINE HYCLATE 100MG CAP/TAB TAKE 1 TABLET/CAPSULE MOUTH TWICE A DAY FOR INFECTION | ACTIVE | |
| 8) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | HOLD | |
| 9) | FLUOCINONIDE 0.05% OINT APPLY THIN FILM TO AFFECTED AREA TWICE A DAY FOR RASH  APPLY THIN FILM TO RIGHT WRIST LESION AND AFFECTED AREAS ON BOTH LOWER LEGS TWICE A DAY FOR 2 WEEKS  AVOID APPLING TO FACE , UNDERARMS OR GROIN | ACTIVE | |
| 10) | KETOCONAZOLE 2% SHAMPOO SHAMPOO USING SMALL AMOUNT TO SCALP TWICE A WEEK WASH SCALP TWICE WEEKLY | ACTIVE | |
| 11) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE | |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE | |
| 13) | POTASSIUM CHLORIDE 10MEQ SA TAB TAKE FOUR TABLETS BY MOUTH EVERY DAY FOR POTASSIUM DEFICIENCY | ACTIVE | |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | HOLD | |

Medications or treatments taken prior to arrival in the ER:
Taken at what time: NONE


**SOCIAL HISTORY ETOH


Do you have any spiritual or cultural issues that would impact on your medical treatment? No

Are you currently homeless? NO
**ADVANCED DIRECTIVES

Advanced Directives: INFORMATION GIVEN

Does client wish to formulate an advanced directive? NO

**DNR STATUS DNR: NO
*** ABUSE ASSESSMENT:

Do you feel safe at/in Your living environment? YES

If no, notify MD and Social Worker
Signs and symptoms of abuse/neglect are:

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT 2510 HARRISON AVE BALDWIN, NEW YORK  11510 DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

LANGUAGE AND COMMUNICATION NEEDS

**PREFERRED LANGUAGE: English

**COMMUNICATION NEEDS: No barriers with communication identified

**PATIENT EDUCATION

  LEARNING ASSESSMENT:
    Learning Needs Assessment-Person who was assessed and/or taught:
    Patient

    Readiness to Learn:
    Patient is ready to learn.

    Preferred Method(s) of Learning:
    Reading, Listening

    Characteristics or barriers that may affect teaching/compliance and
    communication:
    No barriers to learning identified at this time.
Are you having any homicidal thoughts at this time? NO

The patient was asked, "Over the past two weeks, how often have you been
bothered by thoughts that you would be better off dead or of hurting
yourself in some way?"
  Not At All

/es/ JAMES MICHAEL HIGGINS
RN
Signed: 12/20/2018 13:36

---

  LOCAL TITLE: PSYCHIATRY-PSYCHIATRIC DIAGNOSTIC INTERVIEW EXAMINA
STANDARD TITLE: PSYCHIATRY H & P NOTE
DATE OF NOTE: MAR 16, 2017@14:37    ENTRY DATE: MAR 16, 2017@14:37:18
    AUTHOR: BENGELOUN,ATMAN    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

CHIEF COMPLAINT: This is a 72 year old, WHITE,
MALE, , presenting
with a chief complaint of: I don't know why I am here, I was told to come here
for an evaluation after the police came to my home.
pt is seen alone and provided all info/.

PRESENTING PROBLEM:

he reports that the police was at his house on 2/7/2017 and told him that he
called them. he reports that he might have possibly pocket dialed them and has
not done it on purpose.   he reports that while speaking with the 2 police

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK   11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

Besedin_0160

# Progress Notes

officers, they started to put their gloves and before he can realize what was
happening, he was on the ground, had his hands cuffed and reports that his
elbow and shoulders are hurting from the struggle.
he reports that everything was on camera.
he denies adamantly having pb with etoh use or drug use and denies drinking
that day. he states that the police reports says that he assaulted them.
he reports that he showed the video recording to a lawyer and is filing a
claim against the police.
he reports that he was sent to jail  and was bailed out by
his son a week later. he reports that his wife did not know where he was for 3
days and he could not call anyone. he reports while in jail, he did not have
his hearing aids and could not hear what people would say to him.
he reports that he has never been treated this way in his whole life and feels
not respect for the police.

he denies endogenic symptoms of depression, denies acute anxiety , there is no
evidence of perceptual disturbances.
when asked about other stressors. he reports that he is concerned about being
able to sell his business / mechanic shop and worries about his finances in
the future, hoping to sell the shop soon enough; '' I will be fine once I sell
it''

Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1
REFILL ONLY)
13)   SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
MOUTH  WHEN NEEDED AS DIRECTED
14)   TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT    ACTIVE
BEDTIME FOR PROSTATE
15)   THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY  ACTIVE
DAY FOR VITAMIN DEFICIENCY

PSYCHIATRIC HISTORY: (including treatment for substance abuse/dependence)
Hospitalizations: (date/diagnosis) denied
denies excessive alcohol use, reports that he has may be a can of beer after
dinner. adamantly denies cage factors.
''I don't do alcohol and don't do drugs''

Past Outpt psych Tx:  denied

History of past suicidal attempts/gestures: No
History of past violence   Yes as per recent event with the police.
denies  combat exposure while in the service.

History of trauma:    : denied

If trauma history, does patient report:
  Flashbacks:           NO
  Nightmares:           NO
  Avoidance:            NO
  Other trauma related: NO

SOCIAL HISTORY/ denies past or current use disorder
  Smoking:    denied
  Alcohol:  my last beer was about a couple of weeks ago and there is no
alcohol in the house.
  Drug use:  denied

Elaborate on pattern of use, most recent use, withdrawal history
(Dts/Seizures): pt adamantly denies etoh  use disorder or street drug use.


Occupation: mechanic shop is for sale.
Marital Status:   Married
Source of income: self-employed.
Living situation, living with his spouse

FAMILY HISTORY of psych pb: none reported

MEDICAL HISTORY: overweight. htn,


Current Primary Care provider:  ref cprs.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BESEDIN,ROBERT
2510 HARRISON AVE
BALDWIN, NEW YORK  11510
DOB:03/06/1945

VISTA Electronic Medical Documentation
Printed at NORTHPORT VAMC

# Progress Notes

Lab tests reviewed: ref cprs.

Other:

REVIEW OF SYSTEMS: (see hpi for problem pertinent ros) ref cprs.
  Fever, chills, sweats
  Blurry vision, double vision, red eyes
  Chest pains
  Shortness of breath
  Cough or sputum production
  Heartburn
  Abdominal pain
  Nausea or vomiting
  Numbness or tingling
  Weakness
  Problem with urination
  Problems with bowl movement
  Heat or cold intolerance
  Impotence/erectile dysfunction
  Anorgasmia
  Menstrual problems
  Note if any additional symptoms relating to following organ system.

  Allergic-immunologic
  Cardiovascular
  ENT
  Endocrine
  Eyes
  GI
  GU
  Hematologic
  Integumentary
  Musculoskeletal
  Neurologic
  Respiratory

MENTAL STATUS EXAM

Appearance: Grooming: Normal
           Hygiene: Normal

Orientation: Fully oriented

Motor Activity: Unremarkable

Mood:   Neutral
Affect: Appropriate

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

```
Estimated IQ:
Attention:      Normal
Concentration: Normal

Memory:
Recent Memory: Normal
Remote Memory: Normal

Thought Processes: Normal


Thought Content: spoke about not trusting police after the way he was treated.


Suicidal:
Ideation:        NO
Suicide Plan:    NO
Suicide Intent: NO
Homicidal or violent ideation: NO
Homicidal or violent plan:      NO
Homicidal or violent intent:    NO
Hallucinations: None

Vegetative Symptoms:
Insomnia:
Appetite:     normal
Weight gain: NO
Weight loss: NO
Hopeless:      NO
Helpless:      NO
Anhedonia:      NO
Other:
Judgement:      Good
Insight:        Good
Impulse Control: Good at present time
Smoking Cessation: Patient denies smoking.
Results of AIMS exam (Required yearly for all patients on antipsychotic):


Diagnosis per DSM-5:
adjustment disorder with anxious mood.


Consults ordered:

Laboratory tests ordered: :

Medications ordered: none at present time.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

Printed On Jan 22, 2019

Treatment Plan:
. psychoeducation provided.
pt does not feel that he needs to f/u with mhc , requesting a note from this
session. He is informed of roi.
. supportive session provided.
. pt is aware of the walk in mhc and ER services
in case of worsening of symptoms.


Medication Reconciliation:
  Allergies: Patient has answered NKA

  Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS FOR SHORTNESS OF BREATH | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 3) | ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE |
| 4) | CHLORTHALIDONE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY | ACTIVE |
| 5) | CLOTRIMAZOLE 1% TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY FOR FUNGAL INFECTION | ACTIVE |
| 6) | DIPYRIDAMOLE 200MG/ASPIRIN 25MG CAP,SA TAKE 1 CAPSULE BY MOUTH TWICE A DAY BLOOD THINNER | ACTIVE |
| 7) | FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PROSTATE | ACTIVE |
| 8) | FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1 SPRAY IN EACH NOSTRIL EVERY DAY | ACTIVE |
| 9) | FOLIC ACID 1MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 10) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE OR HEART | ACTIVE |
| 11) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WHEN NEEDED | ACTIVE |
| 12) | OMEPRAZOLE 20MG SA CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID, TO BE TAKEN ON EMPTY STOMACH 30-45 MINUTES BEFORE A MEAL (90 DAY ITEM; 1 REFILL ONLY) | ACTIVE |
| 13) | SILDENAFIL CITRATE 100MG TAB TAKE ONE-HALF TABLET BY MOUTH WHEN NEEDED AS DIRECTED | ACTIVE |
| 14) | TAMSULOSIN 0.4MG CAP TAKE TWO CAPSULES BY MOUTH AT BEDTIME FOR PROSTATE | ACTIVE |
| 15) | THIAMINE HCL 100MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR VITAMIN DEFICIENCY | ACTIVE |

  ** VA, non VA, OTC and herbal medications were reviewed with the

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BESEDIN,ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK 11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

# Progress Notes

patient/caregiver and were reconciled. Discrepancies have been addressed
with the patient/caregiver. Changes have been made to the patient's
printed list and given to the patient/caregiver. Patient/caregiver
reminded to discard old lists and to update any records with all medications.

Return to clinic: pt is not interested in scheduling a f/u with mhc.

/es/ ATMAN BENGELOUN
PSYCHIATRIC ATTENDING
Signed: 03/16/2017 15:35

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BESEDIN, ROBERT<br>2510 HARRISON AVE<br>BALDWIN, NEW YORK  11510<br>DOB:03/06/1945 | Printed at NORTHPORT VAMC |

Besedin_0166
Page 69

1399005H

THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Julissa M. Proaño

Oscar Holt III
Of Counsel

October 17, 2018

Nassau University Medical Center
Medical Records Dept.
2201 Hempstead Turnpike
East Meadow, New York 11554

     Re:   Robert Besedin, Sr.
           DOB: 03/06/1945

Dear Sir/Madam:

    Enclosed, please find a duly executed authorization and request for the release of all medical records, reports, photographs and X-rays, Orders, progress notes, admission history and and any other diagnostic tests that are in your possession for Mr. Robert Besedin, Sr. who has consulted with this office. Do not send us hard copies, send in electronic format only.

    Pursuant to the HITECH Act 6.50, 42 U.S. C.A. § 17935(e)(1), and its implementing regulations, 45 CFR.524(c)(I), we are requesting, in an electronic format only, a complete copy of the patient's medical records **from 01-01-17 to present**. Please be aware that the HITECH Act applies to requests by third-parties, like our firm, just the same as it applies to requests by patients: "if requested by an individual, a covered entity must transmit the copy of protected health information directly to another person designated by the individual." Federal register January 25, 2013 Vol 78 No. 17, Page 5634.

    Thank you in advance for your immediate cooperation in this matter.

Sincerely,

LAVERN VAN OMMEREN
Legal Assistant

Enclosure
:lvo

OCT 2 3 2018



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ROBERT S. BESEDIN, Sr. | 03/06/1945 | 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 |

| Patient Address |
|---|
| 2510 Harrison Avenue, Baldwin, New York 11510 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Nassau University Medical Center 2201 Hempstead Turnpike, East Meadow New York 11554**

8. Name and address of person(s) or category of person to whom this information will be sent:
Law Offices of Frederick K. Brewington, 556 Peninsula Blvd. Hempstead, New York 11550

9(a). Specific information to be released:
☒  Medical Record from (insert date) _1/1/17_ to (insert date) **Present**
☐  Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐  Other: Any & all medical records
    **Pertaining to patient**

Include: (*Indicate by Initialing*)
    _RB_ Alcohol/Drug Treatment
        Mental Health Information
        HIV-Related Information

**Authorization to Discuss Health Information**
(b)☐  By initialing here _____ I authorize _____
          Initials            Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual | Conclusion of my court case. |
| ☒ Other: Litigation | |
| 12. If not the patient, name of person signing form | 13. Authority to sign on behalf of patient |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_B escolan_        Date: _10/17/18_      OCT 2 3 2018
Signature of patient or representative authorized by law.        Initials:

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Sworn to before me
this _17th_ day of _October 2018_          _Lavern Van Ommeren_
                      Notary

LAVERN VAN OMMEREN
Notary Public, State of New York
No. 01VA6180812
Qualified in Nassau County
Commission Expires January 14, 2012

**Besedin 0168**

41/08/2018 5:07:48 PM -0500 FAXCOM

PAGE 1   OF 3

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403


**MRO**
Fax:    (610) 962-8421
Phone: (610) 994-7500 Opt. 1

**Request ID: 24394086**
**Tracking #: NUMC8YGSHD7AJ**

**Lavern Ommeren**
Frederick K. Brewington, Law Offices
556 Peninsula Blvd.
Hempstead, NY 11550

**Track your request at www.roilog.com.**
**Enter your Tracking # and Request ID.**

Date:    11/9/2018
Phone:  516-489-6959
Fax:     516-489-6958

### Notice of an Issue Regarding Your Medical Record Information Request

MRO works with your healthcare provider to process requests for copies of medical records on their behalf.
There is an issue with your medical record request (see below). In order to resolve this issue, please fax the
information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be
processed as quickly as possible.

Please note that you may be billed for a search/retrieval fee if you cancel your request.

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing
(610) 994-7500 Opt. 1 or by submitting an email to RequestInformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of
treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization
provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Thank you,
**MRO**

Patient Name:  **ROBERT BESEDIN**

Your Request Date:       10/17/2018
Your Reference Number:
Date Received at Facility:  10/23/2018

Your request is being processed by MRO on behalf of the following facility:

Facility:      **Nassau University Hospital Med Ctr SA**
2201 Hempstead Turnpike
East Meadow, NY 11554

---

**ISSUE LIST**

**Sensitive Records Authorization**
The records that you requested contain sensitive information that is protected under federal and/or state law.
Please mail or fax an authorization signed by the patient or a court order that explicitly permits the
disclosure of all sensitive information types to the address or fax number listed above.

⟹ SEE ATTACHED !

Page 1 of 1



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ROBERT S. BESEDIN, Sr. | 03/06/1945 | 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 |

Patient Address
2510 Harrison Avenue, Baldwin, New York 11510

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a). I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Nassau University Medical Center 2201 Hempstead Turnpike, East Meadow New York 11554

8. Name and address of person(s) or category of person to whom th is information will be sent:
Law Offices of Frederick K. Brewington, 556 Peninsula Blvd. Hempstead, New York 11550

9(a). Specific information to be released:
☒ Medical Record from (insert date) 1/1/17 to (insert date) **Present**
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: Any & all medical records
    Pertaining to patient
                                      Include: (Indicate by Initialing)
                                               Alcohol/Drug Treatment

Authorization to Discuss Health Information                     Mental Health Information
(b) ☐ By initialing here _____ I authorize _____         HIV-Related Information
                       Initials                             Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☒ Other: Litigation | 11. Date or event on which this authorization will expire:<br>Conclusion of my court case. |
|---|---|
| 12. If not the patient, name of person signing form | 13. Authority to sign on behalf of patient |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: 10/17/18
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Sworn to before me
this 17TH day of October 2018       _____
                                   Notary

LAVERN VAN OMMEREN
Notary Public, State of New York
No. 01VA6180812

Besedin 0170

11/12/2018  3:43PM (GMT-05:00)

CC Payment Receipt

Transaction Status:          **Approved**

Transaction Date and Time:   **11/15/2018 12:37:16 PM**

Transaction Reference No.:   **1496947**

Approval Code:               **0001440091**

Order Number:                **24394086**

Charge Amount:               **$78.46**

Credit Card Number:          **XXXXXXXXXXXX6398**

Credit Card Holder:          **FREDERICK K. BREWINGTON**

Besedin  0171

MRN: 1399005H Visit:                                              DocType: **PATIENT FINANCIAL SERVICES**

**NuHealth** ™
*Together through life.*

**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

BESEDIN, ROBERT

2510 HARRISON AVE
BALDWIN, NY 11510          NY    11510

Email

| MR# | 1399005 | S# | 6596257 |
|---|---|---|---|
| Race | | Reg Area | ERF |
| Reg Date 2/11/2017 | | Reg Time 14:05:00 | |
| Door Time | | Triage Time | |

| Sex M | D.O.O. 3/8/1945 | | Age | SS# 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 |
|---|---|---|---|---|

Chief Complaint

| Mari Sta M | Race 2 | Religion LU | Birthplace | Rlp.Cts SLF | Reg By |
|---|---|---|---|---|---|

| ACD Type | | Date | | Time | |
|---|---|---|---|---|---|

Location ERF

| Ref Class | ARV Mode | Mother's Name BESEDIAN, ROBERT JR |
|---|---|---|

| Previous Admit | | Previous ER Visit |
|---|---|---|

Patient Alias

Temporary Address

| Community Phys | Prv |
|---|---|
| Refer Phys | Prv |

Guarantor

RESEDIN, ROBERT
2510 HARRISON AVE
BALDWIN          NY    11510
(516)546-4786

Next of Kin

BESEDIAN, ROBERT JR          SON
2510 HARRISON AVE
BALDWIN          NY    11510
(516)376-0926          **

Notify

BESEDIAN, ROBERT JR          SON
2510 HARRISON AVE
BALDWIN          NY    11510
(516)376-0926          **

Insurance

I have reviewed and agree with the above.

Physician Notified By:

Date:

Consult Faxed By:

Date:

Besedin  0172

MRN: 1399005H Visit:

DocType: **PATIENT FINANCIAL SERVICES**



**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

```
MR 1399005     SER  6590257
BESEDIN, ROBERT
              3/6/1945    M
LU
              BESEDIN
              ERF
```

### UNIVERSAL AGREEMENT / ACKNOWLEDGEMENT

RELEASE OF INFORMATION. I authorize and direct NuHealth to release to government agencies, insurance carriers, or any others who are or may be financially liable for my (the patient's) hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment. In the event that I am (the patient is) to be considered for placement in an alternate care facility, I hereby authorize NuHealth to release my (the patient's) medical record to such facility for the purpose of facilitating placement.

In addition, I hereby authorize and direct NuHealth, having treated me to release to government entities responsible for monitoring the activities of third parties (and any agents, contractors or employees thereof) responsible for payment for health care services and hospitalizations, including, but not limited to the review of payment and utilization review practices for compliance with state and federal laws.

ASSIGNMENT OF BENEFITS. I hereby assign, transfer, and set over to NuHealth sufficient monies and/or benefits to which I may be entitled from government agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said Medical Center.

DESIGNATED REPRESSNTATIVE FOR APPEALS. I hereby authorize NuHealth to represent me, and act on my behalf regarding any denial of health plan benefits for the services provided to me by NuHealth, in connection with this admission or visit, including authorization to appeal any adverse determination, and to pursue external appeal if internal appeals are unsuccessful. NuHealth may, in its discretion, decline to exercise it authority under this section for any reason. I understand that I may revoke this authority at any time by notifying NuHealth and my health plan in writing.

FOR PATIENTS ENTITLED TO MEDICARE BENEFITS. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare or payment to me.

FINANCIAL RESPONSIBILITY. The undersigned agree to be jointly, severally and personally obligated to pay for hospital care and accommodations, and physician services provided at NUMC to the patient and the newborn baby(ies) of the patient, if applicable. It is understood and agreed that hospital charges not paid will be placed with an attorney and/or collection agency and (unless the patient is entitled to Medicare benefits) all expenses associated with such collection, including reasonable attorney's fees, will be added to the amount owed. The undersigned agree to be jointly, severally and personally obligated to pay for such hospital charges and (unless the patient is entitled to Medicare benefits) collection expenses, including reasonable attorney's fees.

Page 1 of 2 Pages

MRN: 1399005H Visit:                                                DocType: PATIENT FINANCIAL SERVICES

**NuHealth** ™
· Together through life. ·
**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

MR 1399005     SER 6596257
BESEDIN, ROBERT
              3/6/1945    M
         LU       BESEDIN
                  ERF

TELEPHONE COMMUNICATIONS FROM THIRD PARTY CONTRACTORS. I understand that NuHealth may hire a third party contractor to assist NuHealth with the various matters, including, but not limited to, the collection of payments due to NuHealth for services rendered, appointment reminders and emergency alerts. I authorize NuHealth and/or any third party contractor to contact me in writing or by phone with regard to the matters listed above and other matters as necessary or appropriate. I understand that such calls may include automated calls. NuHealth, and any third party contractor hired by NuHealth, agrees to comply with all state and federal laws and regulations which apply to these communications to me.

PATIENT VALUABLES. NuHealth recommends that you not bring money, jewelry and other patient valuables to the Medical Center. NuHealth maintains a safe for the safe keeping of patient valuables. I understand and agree that NuHealth will not be esponsible for my (the patient's) money, jewelry or other valuables unless they are itemized and placed in an NuHealth Valuables Envelope and I sign the Valuables Envelope which will then be placed in the safe.

ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICE. I cknowledge that I have received the HIPAA Notice of Privacy Practices for Protected Health nformation.

UNDERSTANDING THIS FORM. I confirm that I have read and fully understand this form, and that all the blank spaces have been completed or crossed off prior to my signing. I have been given an opportunity to ask questions and all of my questions have been answered fully and to my satisfaction.

Date _____ , 20 ____     Time _____

X _____     _____          SELF
Signature of Patient or Representative    Patient's/Representative's Name    Relation to Patient
                                          (Printed)

Documentation of attempts to obtain signatures: _____

_____

_____

_____

Witnessed by:

Date _____ , 20 ____     Time _____

_____          _____
Name of Employee (Printed)              Signature of Employee

_____          _____
Interpreter Signature (if present in person) I Date    Print Interpreter Name or Telephonic Interpreter's ID

NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD

Page 2 of 2 Pages

Besedin  0174

MRN: 1399005H Visit:                                          DocType: PATIENT FINANCIAL SERVICES



**NuHealth** ™
Together Through life

**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

MR 1399005    SER 6598257
BESEDIN, ROBERT
        3/6/1945   M
LU      BESEDIN
           ERF

1. I, _____, hereby consent to my treatment by the NuHealth Department of Emergency Medicine. I authorize NuHealth, its medical staff, nursing staff and other NuHealth personnel to provide care and administer such diagnostic, radiological, and/or therapeutic procedures and treatments as the medical staff determines is necessary or advisable in my care or, for obstetrical patients, in the care of my baby. I understand that if I have provided Emergency Contact names that NuHealth considers these individuals as my "Designated Representative(s)". NuHealth may share my protected health information ("PHI") with my Designated Representative(s) to the extent permitted by law and/or to the extent that I have directed otherwise.

2. At NUMC, all measures are taken to ensure patient privacy and confidentiality. In order to provide you with the most efficient and timely care, the Emergency Department routinely display patient names and    their room numbers on overhead screens (Tracking Board) that face inward toward our clinical staff. Please indicate below whether you consent or decline to have your name displayed on the screens.

☑ I consent to my name displayed on the Tracking Board       ☐ I decline to have my name displayed on the Tracking Board

3. New York State Public Health Law requires that an offer of HIV related testing be made to all persons between the ages of 13 and 64 receiving hospital or primary care services except under specific circumstances. This includes inpatients, persons seeking services in emergency departments those receiving primary care on an outpatient basis at a clinic orfrom a physician, physician assistant, nurse practitioner or midwife. HIV is the virus that causes AIDS and is passed from one person to another during unprotected sex (oral, anal or vaginal sex) with someone who has HIV. HIV is also passed through contact with blood as in sharing needles (piercing, tattooing or injecting drugs of any kind) or sharing "works" with a person who has HIV. If your test result is negative, you can learn how to protect yourself from being infected in the future. If you are positive, you can take steps to prevent passing the virus to others, and you can receive treatment for HIV and learn about other ways to stay healthy.

☐ Yes, I would like to speak to someone about HIV testing.

☑ No, I do not wish to have an HIV test today.

☐ Patient Unable to Consent and no Surrogate readily available

X _R. Besedin_             SELF        2·11·17
Signature                Relationship if other than patient           Date

X _Robert Besedin_           SELF       2·11:17
Print Name                Relationship if other than patient           Date

Interpreter, if applicable (Signature)      Print Name               Date

X _____         _L. HINTON_        2·11·17
Witness to signature (Signature)      Print Name              Date

MRN: 1399005H Visit:                                                    DocType: PATIENT FINANCIAL SERVICES

NASSAU HEALTH CARE CORPORATION
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, New York 11554

**HEALTHIX  CONSENT FORM**

```
MR 1399005        SER 6596257
BESEDIN, ROBERT
                  3/6/1945    M
     LU          BESEDIN
                              ERF
```
PATIENT IDENTIFIER

In this Consent Form, you can choose whether to allow Nassau Health Care Corporation to obtain access to your medical records through a computer network operated by Healthix, Inc., which is part of a statewide computer network. This can help collect the medical records you have in different places where you get health care, and make them available electronically to our office.

You may use this Consent Form to decide whether or not to allow Nassau Health Care Corporation to see and obtain access to your electronic health records in this way. You can give consent or deny consent, and this form may be filled out now or at a later date. Your choice will not affect your ability to get medical care or health insurance coverage. Your choice to give or to deny consent may not be the basis for denial of health services.

If you check the **"I GIVE CONSENT"** box below, you are saying "Yes, Nassau Health Care Corporation's staff involved in my care may see and get access to all of my medical records through Healthix, Inc."

If you check the **"I DENY CONSENT EXCEPT IN A MEDICAL EMERGENCY"** box below, you are saying "Yes, Nassau Health Care Corporation may access my medical records through Healthix, Inc. only in an emergency."

If you check the **"I DENY CONSENT"** box below, you are saying "No, Nassau Health Care Corporation may not be given access to my medical records through Healthix, Inc. for any purpose."

Healthix, Inc. is a not-for-profit organization. It shares information about people's health electronically and securely to improve the quality of health care services. This kind of sharing is called ehealth or health information technology (health IT). To learn more about ehealth in New York State, read the brochure, "Better Information Means Better Care." You can ask Healthix for it, or go to the website www.ehealth4ny.org .

**Please carefully read the information on the back of this form before making your decision.**

**Your Consent Choices.**
You can fill out this form now or in the future, you have three choices.

☐ I GIVE CONSENT for Nassau Health Care Corporation to access ALL of my electronic health information through Healthix, Inc. in connection with providing me any health care services, including emergency care.

☐ I DENY CONSENT EXCEPT IN A MEDICAL EMERGENCY for Nassau Health Care Corporation to access my electronic health information through Healthix.

☐ I DENY CONSENT for Nassau Health Care Corporation to access my electronic health information through Healthix, Inc. for any purpose, *even in a medical emergency.*

**NOTE: UNLESS YOU CHECK THIS BOX,** New York State law allows the people treating you in an emergency to get access to your medical records, including records that are available through Healthix, Inc..

If you want to deny consent for all Provider Organizations and Health Plans participating in Healthix to access your electronic health information through Healthix, you may do so by visiting Healthix's website at www.healthix.org or by calling Healthix at 877-695-4749.

| | | | |
|---|---|---|---|
| _Besedin_ (signature) | 2.11.17 | Robert Besedin | |
| Patient/Relative/Guardian* (Signature) | Date / Time | Print Name | Relationship if other than patient |

Telephonic Interpreter's ID # _____     Date / Time _____
OR

Signature/Interpreter _____     Date / Time _____     Print: Interpreter's Name and Relationship to Patient

_____     2-11-17
Witness to signature (Signature)     Date / Time     Print Witness Name

* The signature of the patient must be obtained unless the patient is an unemancipated minor under the age of 18 or is otherwise incapable of signing.

BARCODE CN3765
61584116 (12/5/16) L1

Besedin  0176

MRN: 1399005H Visit:

DocType: PATIENT FINANCIAL SERVICES

## NuHealth
*Together through life.* ™

### Nassau University Medical Center
DEPARTMENT OF EMERGENCY MEDICINE

| | | |
|---|---|---|
| BESEDIN, ROBERT | | |
| 2510 HARRISON AVE | | |
| BALDWIN, NY 11510 | NY | 11510 |
| Email | | |

| Patient Alias | |
|---|---|

| Temporary Address | | |
|---|---|---|

| Guarantor | | |
|---|---|---|
| BESEDIN, ROBERT | | |
| 2510 HARRISON AVE | | |
| BALDWIN | NY | 11510 |
| (516)546-4786 | | |

| Next of Kin | | |
|---|---|---|
| BESEDIAN, ROBERT JR | | SON |
| 2510 HARRISON AVE | | |
| BALDWIN | NY | 11510 |
| (516)376-0926 | | ** |

| MR# 1399005 | | S# 6594854 |
|---|---|---|
| Reg# | | Reg Area ERE |
| Reg Date 2/8/2017 | | Reg Time 10:20:00 |
| Door Time | | Triage Time |

| Sex M | D.O.B. 3/6/1945 | | Age | SS# 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 |
|---|---|---|---|---|

| Chief Complaint | | | | | |
|---|---|---|---|---|---|

| Marit Sts M | Race 2 | Religion LU | Birthplace | Fin Cls SLF | Reg By |
|---|---|---|---|---|---|
| ACD Type | | Date | | Time | |

| Location ERE | | |
|---|---|---|
| Hst Class | ARV Mode | Mother's Name BESEDIAN, ROBERT JR |
| Previous Admit | | Previous E/R Visit |
| Community Phys | | Prv |
| Refer Phys | | Prv |

| Notify | | |
|---|---|---|
| BESEDIAN, ROBERT JR | | SON |
| 2510 HARRISON AVE | | |
| BALDWIN | NY | 11510 |
| (516)376-0926 | | ** |

| Insurance | | |
|---|---|---|

| I have reviewed and agree with the above. | |
|---|---|
| Physician Notified By: | |
| Date: | |
| Consult Faxed By: | |
| Date: | |

1
2018-10-24 19:35:55

Besedin  0177

MRN: 1399005H Visit:                             DocType: PATIENT FINANCIAL SERVICES

**NuHealth** ™
Together through life.
**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

```
MR 1399005      SER 6594854
BESEDIN, ROBERT
                3/6/1945    M
LU          BESEDIN
            ERE
```

1. I, _____, hereby consent to my treatment by the NuHealth Department of Emergency Medicine. I authorize NuHealth, its medical staff, nursing staff and other NuHealth personnel to provide care and administer such diagnostic, radiological, and/or therapeutic procedures and treatments as the medical staff determines is necessary or advisable in my care or, for obstetrical patients, in the care of my baby. I understand that if I have provided Emergency Contact names that NuHealth considers these individuals as my "Designated Representative(s)". NuHealth may share my protected health information ("PHI") with my Designated Representative(s) to the extent permitted by law and/or to the extent that I have directed otherwise.

2. At NUMC, all measures are taken to ensure patient privacy and confidentiality. In order to provide you with the most efficient and timely care, the Emergency Department routinely display patient names and    their room numbers on overhead screens (Tracking Board) that face inward toward our clinical staff. Please indicate below whether you consent or decline to have your name displayed on the screens.

☐ I consent to my name displayed on the Tracking Board     ☐ I decline to have my name displayed on the Tracking Board

3. New York State Public Health Law requires that an offer of HIV related testing be made to all persons between the ages of 13 and- 64 receiving hospital or primary care services except under specific circumstances. This includes inpatients,persons seeking services in emergency departments those receiving primary care on an outpatient basis at a clinic orfrom a physician, physician assistant, nurse practitioner or midwife. HIV is the virus that causes AIDS and is passed from one person to another during unprotected sex (oral, anal or vaginal sex) with someone who has HIV. HIV is also passed through contact with blood as in sharing needles (piercing, tattooing or injecting drugs of any kind) or sharing "works" with a person who has HIV. If your test result is negative, you can learn how to protect yourself from being infected in the future. If you are positive, you can take steps to prevent passing the virus to others, and you can receive treatment for HIV and learn about other ways to stay healthy.

☐ **Yes, I would like to speak to someone about HIV testing.**

☐ **No, I do not wish to have an HIV test today.**

☑ **Patient Unable to Consent and no Surrogate readily available**

_____  _____  _____
Signature                Relationship if other than patient        Date

_____  _____  _____
Print Name            Relationship if other than patient        Date

_____  _____  _____
Interpreter, if applicable (Signature)    Print Name              Date

_____  _____  _____
Witness to signature  (Signature)     Print Name              Date

Besedin  0178

MRN: 1399005H Visit:

DocType: **PATIENT FINANCIAL SERVICES**



**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

```
MR 1399005      SER 6594854
BESEDIN, ROBERT
                3/8/1945    M
LU              BESEDIN
                ERE
```

## UNIVERSAL AGREEMENT / ACKNOWLEDGEMENT

**RELEASE OF INFORMATION.** I authorize and direct NuHealth to release to government agencies, insurance carriers, or any others who are or may be financially liable for my (the patient's) hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment. In the event that I am (the patient is) to be considered for placement in an alternate care facility, I hereby authorize NuHealth to release my (the patient's) medical record to such facility for the purpose of facilitating placement.

In addition, I hereby authorize and direct NuHealth, having treated me to release to government entities responsible for monitoring the activities of third parties (and any agents, contractors or employees thereof) responsible for payment for health care services and hospitalizations, including, but not limited to the review of payment and utilization review practices for compliance with state and federal laws.

**ASSIGNMENT OF BENEFITS.** I hereby assign, transfer, and set over to NuHealth sufficient monies and/or benefits to which I may be entitled from government agencies, insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said Medical Center.

**DESIGNATED REPRESSNTATIVE FOR APPEALS.** I hereby authorize NuHealth to represent me, and act on my behalf regarding any denial of health plan benefits for the services provided to me by NuHealth, in connection with this admission or visit, including authorization to appeal any adverse determination, and to pursue external appeal if internal appeals are unsuccessful. NuHealth may, in its discretion, decline to exercise it authority under this section for any reason. I understand that I may revoke this authority at any time by notifying NuHealth and my health plan in writing.

**FOR PATIENTS ENTITLED TO MEDICARE BENEFITS.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare or payment to me.

**FINANCIAL RESPONSIBILITY.** The undersigned agree to be jointly, severally and personally obligated to pay for hospital care and accommodations, and physician services provided at NUMC to the patient and the newborn baby(ies) of the patient, if applicable. It is understood and agreed that hospital charges not paid will be placed with an attorney and/or collection agency and (unless the patient is entitled to Medicare benefits) all expenses associated with such collection, including reasonable attorney's fees, will be added to the amount owed. The undersigned agree to be jointly, severally and personally obligated to pay for such hospital charges and (unless the patient is entitled to Medicare benefits) collection expenses, including reasonable attorney's fees.

Page 1 of 2 Pages

MRN: 1399005H Visit:

DocType: **PATIENT FINANCIAL SERVICES**



**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

> MR 1399005      SER 6594854
> BESEDIN, ROBERT
>                 3/6/1945    M
>          LU       BESEDIN
>                   ERE

TELEPHONE COMMUNICATIONS FROM THIRD PARTY CONTRACTORS. I understand that NuHealth may hire a third party contractor to assist NuHealth with the various matters, including, but not limited to, the collection of payments due to NuHealth for services rendered, appointment reminders and emergency alerts. I authorize NuHealth and/or any third party contractor to contact me in writing or by phone with regard to the matters listed above and other matters as necessary or appropriate. I understand that such calls may include automated calls. NuHealth, and any third party contractor hired by NuHealth, agrees to comply with all state and federal laws and regulations which apply to these communications to me.

PATIENT VALUABLES. NuHealth recommends that you not bring money, jewelry and other patient valuables to the Medical Center. NuHealth maintains a safe for the safe keeping of patient valuables. I understand and agree that NuHealth will not be esponsible for my (the patient's) money, jewelry or other valuables unless they are itemized and placed in an NuHealth Valuables Envelope and I sign the Valuables Envelope which will then be placed in the safe.

ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICE. I cknowledge that I have received the HIPAA Notice of Privacy Practices for Protected Health nformation.

UNDERSTANDING THIS FORM. I confirm that I have read and fully understand this form, and that all the blank spaces have been completed or crossed off prior to my signing. I have been given an opportunity to ask questions and all of my questions have been answered fully and to my satisfaction.

Date _____ , 20 _____ Time _____

Signature of Patient or Representative   Patient's/Representative's Name (Printed)   Relation to Patient

Documentation of attempts to obtain signatures: _Pt Uncble to sign_

_Restrained_

Witnessed by:

Date _2-8_ , 20 _17_   Time _10:25_

Name of Employee (Printed)   Signature of Employee

Interpreter Signature (If present In person) I Date   Print Interpreter Name or Telephonic Interpreter's ID

**NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD**

Page 2 of 2 Pages

MRN: 1399005H Visit:                             DocType: PATIENT FINANCIAL SERVICES

## NuHealth™
### Together through life.
## Nassau University Medical Center
### DEPARTMENT OF EMERGENCY MEDICINE

| MR# | Sr# |
|---|---|
| 1399005 | 6594543 |

| Regn | |
|---|---|
| | ERE |

**BESEDIN, ROBERT**

2510 HARRISON AVE

| BALDWIN, NY 11510 | NY | 11510 |
|---|---|---|

| Email | |
|---|---|

| Reg Date | Reg Time |
|---|---|
| 2/7/2017 | 23:34:00 |

| Door Time | Triage Time |
|---|---|

| Sex | D.O.B. | Age | SS# |
|---|---|---|---|
| M | 3/8/1945 | | 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 |

| Chief Complaint | | | | | |
|---|---|---|---|---|---|

**Patient Alias**

| Marl Sts | Race | Religion | Birthplace | Fin Cls | Reg By |
|---|---|---|---|---|---|
| M | 2 | LU | | SLF | |

**Temporary Address**

| ACD Type | Date | Time |
|---|---|---|

| Location | |
|---|---|
| ERE | |

**Guarantor**

**BESEDIN, ROBERT**

2510 HARRISON AVE

| Ref Cit# | ARV Mode | Mother's Name |
|---|---|---|
| | | BESEDIAN, ROBERT JR |

| BALDWIN | NY | 11510 |
|---|---|---|

| (516)546-4786 | | |
|---|---|---|

| Previous Admit | Previous E/R Visit |
|---|---|

**Next of Kin**

| Community Phys | | Prv |
|---|---|---|

| BESEDIAN, ROBERT JR | SON |
|---|---|
| 2510 HARRISON AVE | |

| Refer Phys | | Prv |
|---|---|---|

| BALDWIN | NY | 11510 |
|---|---|---|

| (516)376-0926 | ** |
|---|---|

**Insurance**

**Notify**

| BESEDIAN, ROBERT JR | SON |
|---|---|
| 2510 HARRISON AVE | |

| BALDWIN | NY | 11510 |
|---|---|---|

| (516)376-0926 | ** |
|---|---|

I have reviewed and agree with the above.

Physician Notified By:

Date:

Consult Faxed By:

Date:

Besedin  0181

MRN: 1399005H Visit:

DocType: PATIENT FINANCIAL SERVICES


**NuHealth** ™
*Together through life.*
**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

MR 1399005    SER 6594543
BESEDIN, ROBERT
           3/6/1945    M
LU          BESEDIN
           ERE

TELEPHONE COMMUNICATIONS FROM THIRD PARTY CONTRACTORS. I understand that NuHealth may hire a third party contractor to assist NuHealth with the various matters, including, but not limited to, the collection of payments due to NuHealth for services rendered, appointment reminders and emergency alerts. I authorize NuHealth and/or any third party contractor to contact me in writing or by phone with regard to the matters listed above and other matters as necessary or appropriate. I understand that such calls may include automated calls. NuHealth, and any third party contractor hired by NuHealth, agrees to comply with all state and federal laws and regulations which apply to these communications to me.

PATIENT VALUABLES. NuHealth recommends that you not bring money, jewelry and other patient valuables to the Medical Center. NuHealth maintains a safe for the safe keeping of patient valuables. I understand and agree that NuHealth will not be esponsible for my (the patient's) money, jewelry or other valuables unless they are itemized and placed in an NuHealth Valuables Envelope and I sign the Valuables Envelope which will then be placed in the safe.

ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICE. I cknowledge that I have received the HIPAA Notice of Privacy Practices for Protected Health nformation.

UNDERSTANDING THIS FORM. I confirm that I have read and fully understand this form, and that all the blank spaces have been completed or crossed off prior to my signing. I have been given an opportunity to ask questions and all of my questions have been answered fully and to my satisfaction.

Date  2/7 , 20 17    Time 2338

Signature of Patient or Representative    Patient's/Representative's Name (Printed)    Relation to Patient

Documentation of attempts to obtain signatures: *unable to obtain signatures. Pt is under arrest po will not uncuff.*

Witnessed by:

Date  , 20    Time

Name of Employee (Printed)    Signature of Employee

Interpreter Signature (if present in person) I Date    Print Interpreter Name or Telephonic Interpreter's ID

NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD

Page 2 of 2 Pages

Besedin 0182

MRN: 1399005H Visit:

DocType: **PATIENT FINANCIAL SERVICES**



**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

```
MR 1399005      SER 6594543
BESEDIN, ROBERT
                3/6/1945    M
LU          BESEDIN
            ERE
```

UNIVERSAL AGREEMENT / ACKNOWLEDGEMENT

**RELEASE OF INFORMATION.** I authorize and direct NuHealth to release to government agencies, insurance carriers, or any others who are or may be financially liable for my (the patient's) hospitalization and medical care, all information needed to substantiate payment for such hospitalization and medical care and to permit representatives thereof to examine and make copies of all records relating to such care and treatment. In the event that I am (the patient is) to be considered for placement in an alternate care facility, I hereby authorize NuHealth to release my (the patient's) medical record to such facility for the purpose of facilitating placement.

In addition, I hereby authorize and direct NuHealth, having treated me to release to government entities responsible for monitoring the activities of third parties (and any agents, contractors or employees thereof) responsible for payment for health care services and hospitalizations, including, but not limited to the review of payment and utilization review practices for compliance with state and federal laws.

**ASSIGNMENT OF BENEFITS.** I hereby assign, transfer, and set over to NuHealth sufficient monies and/or benefits to which I may be entitled from government agencies, Insurance carriers, or others who are financially liable for my hospitalization and medical care to cover the costs of the care and treatment rendered to myself or my dependent in said Medical Center.

**DESIGNATED REPRESSNTATIVE FOR APPEALS.** I hereby authorize NuHealth to represent me, and act on my behalf regarding any denial of health plan benefits for the services provided to me by NuHealth, in connection with this admission or visit, including authorization to appeal any adverse determination, and to pursue external appeal if internal appeals are unsuccessful. NuHealth may, in its discretion, decline to exercise it authority under this section for any reason. I understand that I may revoke this authority at any time by notifying NuHealth and my health plan in writing.

**FOR PATIENTS ENTITLED TO MEDICARE BENEFITS.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its Intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare or payment to me.

**FINANCIAL RESPONSIBILITY.** The undersigned agree to be jointly, severally and personally obligated to pay for hospital care and accommodations, and physician services provided at NUMC to the patient and the newborn baby(les) of the patient, if applicable. It is understood and agreed that hospital charges not paid will be placed with an attorney and/or collection agency and (unless the patient is entitled to Medicare benefits) all expenses associated with such collection, including reasonable attorney's fees, will be added to the amount owed. The undersigned agree to be jointly, severally and personally obligated to pay for such hospital charges and (unless the patient is entitled to Medicare benefits) collection expenses, including reasonable attorney's fees.

Page 1 of 2 Pages

Besedin 0183

MRN: 1399005H Visit:

DocType: PATIENT FINANCIAL SERVICES



**Nassau University Medical Center**
DEPARTMENT OF EMERGENCY MEDICINE

MR 1399005    SER 6594543
BESEDIN, ROBERT
3/6/1945    M
LU    BESEDIN
ERE

1. I, _____, hereby consent to my treatment by the NuHealth Department of Emergency Medicine. I authorize NuHealth, its medical staff, nursing staff and other NuHealth personnel to provide care and administer such diagnostic, radiological, and/or therapeutic procedures and treatments as the medical staff determines is necessary or advisable in my care or, for obstetrical patients, in the care of my baby. I understand that if I have provided Emergency Contact names that NuHealth considers these individuals as my "Designated Representative(s)". NuHealth may share my protected health information ("PHI") with my Designated Representative(s) to the extent permitted by law and/or to the extent that I have directed otherwise.

2. At NUMC, all measures are taken to ensure patient privacy and confidentiality. In order to provide you with the most efficient and timely care, the Emergency Department routinely display patient names and    their room numbers on overhead screens (Tracking Board) that face inward toward our clinical staff. Please indicate below whether you consent or decline to have your name displayed on the screens.

☐ I consent to my name displayed on the Tracking Board      ☐ I decline to have my name displayed on the Tracking Board

3. New York State Public Health Law requires that an offer of HIV related testing be made to all persons between the ages of 13 and- 64 receiving hospital or primary care services except under specific circumstances. This includes inpatients, persons seeking services in emergency departments those receiving primary care on an outpatient basis at a clinic ofrom a physician, physician assistant, nurse practitioner or midwife. HIV is the virus that causes AIDS and is passed from one person to another during unprotected sex (oral, anal or vaginal sex) with someone who has HIV. HIV is also passed through contact with blood as in sharing needles (piercing, tattooing or injecting drugs of any kind) or sharing "works" with a person who has HIV. If your test result is negative, you can learn how to protect yourself from being infected in the future. If you are positive, you can take steps to prevent passing the virus to others, and you can receive treatment for HIV and learn about other ways to stay healthy.

☐ **Yes, I would like to speak to someone about HIV testing.**

☐ **No, I do not wish to have an HIV test today.**

☑ **Patient Unable to Consent and no Surrogate readily available**

| | | |
|---|---|---|
| Signature | Relationship if other than patient | Date |
| Print Name | Relationship if other than patient | Date |
| Interpreter, if applicable (Signature)    Print Name | | Date  2338 |
| Witness to signature  (Signature)    Print Name | | Date |

Besedin  0184

MRN: 1399005H Visit: 6594543

DocType: AMBULANCE REPORT

Page 1 of 2 Patient: Besedin Incident #: 170063943 Nassau County

# Patient Care Report

**Incident Number:** 170063943
**Run Number:**
**Date of Service:** 02/07/2017
**Chief Complaint:** Behavioral / Psychiatric
Disorder - Aggressive behavior, abrasions to
left elbow
**Unit/Crew:** 2351 - MATTHEW O'CONNOR
244615 Driver - PO McCarrigle

MR 1399005      SER 6594543
BESEDIN, ROBERT
       3/6/1945     M
               DIN
               E



## Incident Information

**Location:** 900 Merrick Rd. - 1st Precinct, Baldwin NY    **Type:** Public    **Dispatch Complaint:** Mental
11510                                      Building         Aided

## Outcome: Transport Prisoner/10-64/FIT

**Destination:** Nassau University Medical Center,

Mileage - Starting 30966.5 Ending Total -30966.5

## Call Times

| Dispatched | EnRoute | At Scene | At Patient | Depart Scene | Destination | Transfer Care | Unit Clear |
|---|---|---|---|---|---|---|---|
| 22:31:00 | 22:31:00 | 22:38:00 | 22:40:00 | 23:06:00 | 23:21:00 | | 23:40:00 |

## Patient Information

**Last Name:** Besedin    **First Name:** Robert    MI:    DOB: 03/06/1945    Age: 71
**Sex:** Male    Race:    Phone:    SSN: 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    DL#:    Height:
**Address:** 2510 Harrison Ave.    City: Baldwin    State: NY Zip: 11510    County: Nassau    Weight:
**Insurance:** Medicare - Medicare ID #: 057428925a ,

Patient Medications: Unknown [
Patient Allergies: Medications - Unknown
Patient History: Cardio - Unknown Cancer - Unknown Neuro - Unknown GI - Unknown Genitourinary
- Unknown Infectious - Unknown Metabolic / Endocrine - Unknown Respiratory - Unknown Psych -
Unknown Womens Health - Unknown
Patient Symptoms:

## Patient Assessment

**Assessment:** Time - 02/07/2017 23:06:33 Skin - Normal Head/Face - Normal Neck - Normal
Chest/Lungs - Normal Heart - Normal LU Abdomen - Normal LL Abdomen - Normal RU Abdomen -
Normal RL Abdomen - Normal GU - Normal Back Cervical - Normal Back Thoracic - Normal Back
Lumbar - Normal RU Extremities - Normal RL Extremities - Normal LU Extremities - Normal LL
Extremities - Normal Left Eye - Normal Right Eye - Normal Mental Status - A/O X 4 Neuro - Normal
**OPQRST:** Onset Provocation - Quality - Radiation - Time -
Injury:

## Vitals

| Time | HR | RR | BPSys | BPDia | SPO2 | ETCO2 | CBG mg/dL | Temp | Position | EKG | GCS | RTS | Pain | SPCO | SFMET | DoneBy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23:06:47 | 104 | 18 | 154 | 88 | | | | | | | 6/4/4 | 12 | | | | |
| 23:15:23 | 108 | 18 | UTO | UTO | | | | | | | 6/4/4 | 12 | | | | O'CONNOR, MATTHEW |

## Treatments

| Time | Treatment | Details |
|---|---|---|
| 23:02:08 | Restraint | Type: Handcuffs Locations: Arms Applied By: Police |

This report contains confidential information and is protected by HIPAA regulations

1

2018-10-24 19:35:55

Besedin  0185

MRN: 1399005H Visit: 6594543                                    DocType: AMBULANCE REPORT

Page 2 of 2 Patient: Besedin Incident #: 170083943 Nassau County

## Protocols

| Time | Protocol |
|------|----------|

## Comments

**Narrative:** Arrived at the precinct to find a 71 year old male seated and cuffed to the detention bench. He was arrested a few hours ago and was involved in a altercation with the arresting officers. He has been uncooperative and belligerent since that time. He was reported to have been spitting and urinated on the floor in the cell. He had some abrasions to his left elbow that was oozing a small amount of blood, he was also continually rubbing it against the wall of the cell behind him. He appeared to be intoxicated with an odor of alcohol on his breath. He was alert, but seemed to be slightly confused.....he was very hard of hearing as well. He stated several times that he needed his medication, but didn't know what it was that he took. He wouldn't answer me when I asked what medical problems he had. He was cuffed and walked from the cell out to the bus. Upon getting him outside he became combative with one of the officers and was seated and belted on the stretcher. I was unable to obtain a fingerstick due to his positioning and combative nature in the bus. A spit hood was applied. He complained of pain to his wrists due to the cuffs. He was transported to the ED for an evaluation. ALS assessment.

## Signatures

Primary Medic - O'CONNOR, MATTHEW

PUTS Crew Signature - O'CONNOR, MATTHEW No ET Signature - Patient Physically unable to Sign

Receiving RN / Doctor - Abrason RN

Provider Info: Nassau County Police Emergency Ambulance Bureau 1490 Franklin Ave Mineola NY 11501 (516) 573-3161 @ 2910

RescueMedic - All rights reserved 2012          PCR Status: **Incomplete** Date/Time Created: **2/7/2017 10:38:29 PM**

This report contains confidential information and is protected by HIPAA regulations

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
**2201 Hempstead Turnpike, East Meadow, NY 11554**
**http://www.numc.edu/ Physician Order Summary**

Orders: All orders for this chart for order dates from 07-Feb-2017

| BESEDIN, ROBERT | A-Rm32-C | 73y | M | |
|---|---|---|---|---|
| Height: 170 cm, Weight: 108.8kg, BMI: 37.6 | 06-Mar-1945 | DSC | | 3228970 / 1399005H / 6594543 |

Length of stay: 1 day(s)          Admit date: 2/7/2017

| 08-Feb-2017 00:35 | | Requested By: | Rankov, Leonid (MD) | | |
|---|---|---|---|---|---|
| | ED Discharge Order | 08-Feb-2017 03:00 | Discontinued via Patient Discharge | 08-Feb-2017 00:17 | |
| 09-Feb-2017 01:40 | | Requested By: | ( / entered by: services (IT) | | |
| Discontinued | ED Discharge Order | 08-Feb-2017 03:00 | Discontinued via Patient Discharge | 08-Feb-2017 00:17 | |
| | Patient discharged - 08-Feb-2017 00:17. | | | | |

Printed By: Gomez, Martha (Auditor)          Printer Location: Nassau Univ. Medical Center

24-Oct-18 17:20          End Of Report          Page 1 Of 1

Besedin  0187

| Nassau Univ. Medical Center |
|---|
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | A-Rm32-C | | 73y | M | |
|---|---|---|---|---|---|---|
| 1399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | Feb-08-2017 | | Visit Date : Feb-07-2017 23:02 |

| Authored : Feb-07-2017 23:52 | ED Triage (Incomplete) | Altmann, Edward(Reg Nurse I) |
|---|---|---|

## EBOLA RISK SCREEN:
### Ebola Risk Screen:
- **Can patient answer Ebola questions?** Yes
- **Any of the following symptoms?** none
- **Travel to Ebola affected areas in the last month such as:** no travel to known Ebola area
- **Exposure risk to Ebola?** no known exposure

### ARRIVAL INFO:
- **Patient ID check:** ROBERT  BESEDIN  is a 71 yr old  Male. Date of Birth is  06-Mar-1945
- **Arrival Time** 07-Feb-2017 23:34
- **Triage Time** 07-Feb-2017 23:45
- **ID Band** ID Band in place
- **Prisoner** No
- **Requires Life Saving Intervention?** no
- **ESI Triage Acuity level** 3
- **Arrival From** Jail
- **Mode of Arrival** Police Ambulance
- **Means of Arrival** stretcher
- **Accompanied By** police
- **Triage Historian** EMS
- **Spoken Language Preferred** English

### Chief Complaint:
- **Chief Complaint** FFC
- **Chief Complaint Quote** Abrasion left elbow.
- **Pain - Evaluation or Reevaluation** Evaluation
- **Pain Scale Numeric** 0 - No Pain

### Vital Signs:
### Vitals Signs:
- **Temperature (degrees F)** 99.1 degrees F
- **Temperature (degrees C)** 37.2 degrees C
- **Temperature** Oral
- **Pulse** ♉ 128
- **Respiratory Rate** 18
- **O2 Saturation** 95 %

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

**BESEDIN, ROBERT**
1399005H/6594543          BMI: 37.6          A-Rm32-C          DSC          Mar-06-1945          73y          M          Visit Date : Feb-07-2017 23:02

- **BP**                                                        Blood pressure is unobtainable
- **Patient Height actual or estimated?**    estimated
- **Height inches**                                     72 inch
- **Height cm**                                          182 cm
- **Patient Weight is actual or estimated?**  estimated
- **Weight lbs**                                          300 lb
- **Weight kg**                                           136 kg
- **BMI**                                                    41.1

**Mental Status:**
- **Mental Status**                                     Alert

**Sepsis:**
- **Sepsis tool**                                         Adult Sepsis Tool
- **Does patient have any of the**               HR>90
  **following? Notify a physician if patient**
  **has 3 or more**
- **Sepsis Triage Score**                           1

**Advance Directives:**
- **Advanced Directive**                             Not obtainable at this time

**ELOPEMENT RISK:**
- **Is the patient an elopement risk?**          No

**Allergy Intolerance/Adverse Event:**
    **Allergies:**
    • **No Known Allergies**: Active

**Allergy Bands:**
- **Allergy Band/Signs Applied:**                N/A

**EPIDEMIC/PANDEMIC SURGE:**
Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:21

Printed from: Nassau Univ. M
Besedin  0189
Page 2 of 3

| Nassau Univ. Medical Center |
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | A-Rm32-C | | 73y | M | |
| 1399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

**HIV Test:**
- Offering of HIV testing:          Offered - patient declined

**Pneumonia:**
- Are symptoms suggestive of          No
  pneumonia

**SCREENINGS:**
**DOMESTIC VIOLENCE (Patients 12 years and older):**
- Is anyone hurting you at home?          no

**EXPLOITATION (Patients 12 years and older):**
- Is anyone misusing your money, food, no
  housing, or not allowing you to obtain
  healthcare?

**SUICIDE:**
- Do you have thoughts of hurting          no
  yourself or others?
- Are you currently being treated for          no
  any psychiatric issues?
- Have you recently suffered a recent          no
  loss or trauma?
- Are you experiencing discomfort          no
  because you are withdrawing from
  drugs and/or alcohol?

**Electronic Signatures:**
**Altmann, Edward (Reg Nurse I)** (Signed 07-Feb-17 23:58)
          *Authored: EBOLA RISK SCREEN, ARRIVAL INFO, TRIAGE, ALLERGIES, SCREENINGS*

*Last Updated: 07-Feb-17 23:58 by Altmann, Edward (Reg Nurse I)*

## Nassau Univ. Medical Center
### Documents Review Report
#### Documents: ALL

| BESEDIN ROBERT | | A-Rin32-G | 73y | M | |
|---|---|---|---|---|---|
| 1399005H/6594543 | BMI: 37.6 | DSC   Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

| Authored : Feb-08-2017 00:16 | ED Patient Discharge Instructions (Complete) | Rankov, Leonid(MD) |
|---|---|---|

Signed : Feb-08-2017 00:17

### Instructions:
This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself at home. PLEASE BRING THIS FORM TO YOUR NEXT APPOINTMENT WITH YOUR DOCTOR .

You were seen by Dr Rankov on 08-Feb-2017 00:17.

*Patient Currently Takes Medications as of 07-Jun-16 14:48 documented in Structured Notes*

### Discharge Instructions:
- **Discharge Activity** — resume normal activity
- **Diet** — no restrictions, low salt, cardiac
- **Check for These Symptoms and Call** — fever, pain, withdrawal symptoms, vomiting
  **or Schedule Appointment with Provider**

### Teaching and Education:
**Instructions Reviewed With** — patient
**Check for These Symptoms and Call or** — fever, pain, withdrawal symptoms, vomiting
**Schedule Appointment with Provider**

### ED Discharge Time:
Patient Signature/Date: _____, 08-Feb-2017 00:17.

### EMERGENCY IMAGING AND LAB RESULTS ARE ONLY PRELIMINARY:
- **Emergency Imaging And Lab Results Are Only Preliminary** — Emergency imaging and lab test results are only preliminary. You should follow up with Health Information Management/Medical Records Department to see if there were any changes in the reading of your imaging and lab tests by checking for official results. In order to receive official results, an authorization must be completed. Please contact the Health Information Management Department/Medical Record Department at 516-572-6446 or 516-572-8825 for more information. Please note, we are not permitted to give results over the telephone

  Los resultados de las pruebas de emergencia son solo preliminares. Usted debe dar seguimiento con el Departamento de Registros Médicos y Sistema de Información de Salud para ver si hubo algún cambio en la lectura de su estudio por imágenes y (o) de laboratorio mediante la comprobación de los resultados oficiales. Para poder recibir resultados

**BESEDIN, ROBERT**          A-Rm32-C          73y          M
1399005H/6594543    BMI: 37.6    DSC    Mar-06-1945          Visit Date : Feb-07-2017 23:02

oficiales se debe completar una autorización. Por
favor póngase en contacto con el Departamento de
Registros Médicos. Para mas información llame al
Departamento de Registros Médicos al 516-572-6446
o al 516-572-8625. Por Favor tenga en cuenta que no
estamos permitidos a dar resultados por teléfono.

**NASSAU UNIVERSITY MEDICAL CENTER:**

• **Nassau University Medical Center**    Thank you for choosing us for your health care needs.
  **Emergency Department**    Our team works to always meet or exceed your
expectations for care. We wish you the best of
health, but if you should need us anytime soon, we
are here ready to provide you with the best possible
care.

You will be receiving a Patient Satisfaction Survey in
the mail. Please take a few minutes to complete and
mail back this survey. Your feedback is important to
us as we strive to continually improve our service.

Gracias por elegirnos para sus necesidades de
atencion medica. Nuestro equipo de profesionales de
la salud trabaja para siempre satisfacer o superar sus
expectativas para su cuidado. Le deseamos la mejor
de la salud, pero, si nos necesita en cualquier
momento, estamos aqui dispuestos a brindarle la
mejor atencion sanitaria posible.

Usted estara recibiendo una Encuesta de
Satisfaccion del Paciente en el correo. Por favor
tome unos momentos para completar y enviar la
encuesta. Su opinion es importante para nosotros y
nos esforzamos por mejorar continuamente nuestro
servicio.

**Print Document:**
**PRINT:**
• **Print this document:**    Yes
**Electronic Signatures:**
**Rankov, Leonid (MD)**  (Signed 08-Feb-17 00:17)

| Nassau Univ. Medical Center |
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | | A-Rm32-C | | 73y | M | |
| 1399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | | | | Visit Date : Feb-07-2017 23:02 |

**Authored:** *Instructions, Print Document*

*Last Updated: 08-Feb-17 00:17 by Rankov, Leonid (MD)*

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

**BESEDIN, ROBERT**
1399005B/6594543       BMI: 37.6      DSC       A-Rm32-C      Mar-06-1945       73y    M       Visit Date : Feb-07-2017 23:02

Authored : Feb-08-2017 00:17       ED Fit For Confinement      Rankov, Leonid(MD)
(Complete)
Signed : Feb-08-2017 00:19

**Department of Emergency Medicine:**
**Fit for Confinement Form:**
Date: 08-Feb-2017.

Please be advised the above patient was evaluated in the Emergency Department at NUMC on the date listed above .

The patient has been found Fit For Confinement.

pt refused from physical exam , has no active medical issues at present time , Vitals signs checked : BP 135/78, HR 98, O2 sat on RA 96.

_____ .

_____ .

_____ .

_____ .

See Discharge instructions .

**PRINT:**
**PRINT:**
• **Print this document:**               Yes
**Electronic Signatures:**
**Rankov, Leonid (MD)**  (Signed 08-Feb-17 00:19)
        *Authored: Department of Emergency Medicine, PRINT*

*Last Updated: 08-Feb-17 00:19 by Rankov, Leonid (MD)*

| Nassau Univ. Medical Center |
| :-: |
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | A-Rm32-C | | 73y | M | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 1399005H/6594543 | BMI-37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

| Authored : Feb-08-2017 00:17 | ED Nurse Note (Complete) | Pogin, Janet(Reg Nurse II) |
| :-- | :-- | :-- |
| Signed : Feb-08-2017 00:20 | | |

## TRIAGE:
### Ebola Risk Screen:
- Can patient answer Ebola questions?  Yes (I)
- Any of the following symptoms?  none(I)
- Travel to Ebola affected areas in the last month such as:  no travel to known Ebola area(I)
- Exposure risk to Ebola?  no known exposure(I)

### CHIEF COMPLAINT:
- Chief Complaint  FFC
- Chief Complaint Quote  Abrasion left elbow.

### Acuity:
- ESI Triage Acuity level  3

### Vital Signs:
### Vitals Signs:
- Temperature (degrees F)  99.1 degrees F
- Temperature (degrees C)  37.2 degrees C
- Temperature  Oral
- Pulse  ↑ 128
- Respiratory Rate  18
- O2 Saturation  95 %
- BP  Blood pressure is unobtainable
- Patient Height actual or estimated?  estimated
- Height inches  72 inch
- Height cm  182 cm
- Patient Weight is actual or estimated?  estimated
- Weight lbs  299.82 lb
- Weight kg  136 kg
- BMI  41.1

### EMS Info:
- Means of Arrival  stretcher

### Primary Survey:
- Airway  open and patent
- Breathing  spontaneous, unlabored and symmetrical
- Breath Sounds  clear
- Circulation  strong peripheral pulses with regular rhythm

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN, ROBERT**
1399005H/6594543          **BMI-37.6**          A-Rm32-C          73y     M
                                     DSC     Mar-06-1945          Visit Date : Feb-07-2017-23:02

- **Skin Condition**           warm
- **Skin Color**               normal for race
- **Disability**               patient is alert, auditory defecit
- **Placed on Cardiac Monitor?**   Yes
- **Rhythm:**                  rsr
- **Placed on Pulse Oximeter?**    Yes
- **SPO2:**                    98

**Pain Assessment:**
- **Pain - Evaluation or Reevaluation**    Evaluation
- **Pain Scale Used**              Numerical
- **Pain Scale Numeric**           0 - No Pain

**SUBJECTIVE HISTORY OF ILLNESS:**
- **Complaint**          The patient is a 71 year old Male complaining of FFC.

**HISTORY:**
**Medication Reconciliation Assessment:**
- **Source of Medication List**       Primary care physician list

**SCREENINGS:**
**EPIDEMIC/PANDEMIC SURGE:**
Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

**SEPSIS:**
- **Sepsis tool**          Adult Sepsis Tool
- **Does patient have any of the**    HR>90
  **following? Notify a physician if patient
  has 3 or more**
- **Sepsis Triage Score**       1

**HIV SCREENING:**
- **Offering of HIV testing:**      Offered - patient declined

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

| BESEDIN, ROBERT | | A-Rm32-C | 73y | M | |
|---|---|---|---|---|---|
| 1399005H/6594543 | BMI: 37.6 | DSC   Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

## SUICIDE SCREENING:
### SUICIDE:
- **Do you have thoughts of hurting yourself or others?** — no
- **Are you currently being treated for any psychiatric issues?** — no
- **Have you recently suffered a recent loss or trauma?** — no
- **Are you experiencing discomfort because you are withdrawing from drugs and/or alcohol?** — no

### Advance Directives:
- Advanced Directive — No

## SCALES:
### BRADEN SCALE:
- **Mobility Status** — 4. no impairment
- **Moisture** — 4. rarely moist
- **Activity** — 4. walks frequently
- **Friction/Shear** — 3. no apparent problem
- **Nutritional Status** — 3. adequate
- **Sensory Perception** — 3. slightly limited
- **Braden Scale 24 hr Total Score** — 21

## HENDRICH II FALL RISK MODEL Modified for NUMC:
- **Confusion/Disorientation** — 0. No
- **Depression** — 0. No
- **Altered Elimination** — 0. No
- **Dizziness/Vertigo** — 0. No
- **Gender (MALE)** — 1. Yes
- **Altered Mobility** — 0. No
- **Any Antiepileptics (Anticonvulsants)** — 0. No
- **Any Benzodiazepines** — 0. No
- **Total Score** — 1

## Disposition:
### DISPOSITION INFORMATION:
- Disposition — discharged

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

| BESEDIN, ROBERT | | A Rm32 C | | 73y | M | |
|---|---|---|---|---|---|---|
| I399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

- **Discharge Type**     jail
- **Patient Discharge Condition**     stable
- **Brief Discharge Assessment**     alert and oriented to person, place and time
- **Belongings Returned**     not applicable
- **Accompanied By**     law enforcement officer(s)
- **Mode of Discharge**     ambulatory
- **Method of Transportation**     ambulate

<u>**SIGN OFFS:**</u>
<u>**SIGN OFF:**</u>
- **Discharge Sign Off**               Nursing Document Complete
**Electronic Signatures:**
<u>Pogan, Janet (Reg Nurse II)</u> (Signed 08-Feb-17 00:20)
       *Authored: TRIAGE, PRIMARY SURVEY, PAIN ASSESSMENT, CHIEF COMPLAINT HISTORY, HISTORY,*
       *SCREENINGS, Disposition, SIGN OFFS*

*Last Updated: 08-Feb-17 00:20 by Pogan, Janet (Reg Nurse II)*

**References:**
1. Data Referenced From "ED Triage" 2/7/2017 11:52 PM

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:21

End of Report

Printed from: Nassau Univ. M
Besedin 0198
Page 4 of 4

| Nassau Univ. Medical Center |
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | A-Rm32-C | | 73y | M | |
| 1399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |
| Authored : Feb-08-2017 00:21 | | ED Provider Note (Complete) | | Rankov, Leonid(MD) | | |
| Signed : Feb-08-2017 00:35 | | | | | | |

## Ebola Risk Screen:
### Ebola Risk Screen:
- **Can patient answer Ebola questions?** Yes [X]
- **Any of the following symptoms?** none [X]
- **Travel to Ebola affected areas in the last month such as:** no travel to known Ebola area [X]
- **Exposure risk to Ebola?** no known exposure [X]

## Presenting Information:
### TRIAGE INFORMATION:
- **Triage Historian** EMS
- **Accompanied By** police
- **Triage Information**

| Most recent Vital Sign | Value | Date |
|---|---|---|
| **Temp (F):** | 99.1 | 02-07-2017 23:52 |
| **Temp (C):** | 37.2 | 02-07-2017 23:52 |
| **Heart Rate (beats/min):** | 128 | 02-07-2017 23:52 |
| **Respirations (breaths/min):** | 18 | 02-07-2017 23:52 |
| **Chief Complaint:** | FFC | 02-07-2017 23:52 |
| **Chief Complaints Quote:** | Abrasion left elbow. | 02-07-2017 23:52 |

- **Spoken Language Preferred** English

## HISTORY OF PRESENT ILLNESS:
- **Complaint**
- **Time Seen**
- **Severity**
- **Presenting Symptoms**
- **Significant Negative Findings**
- **Objective Statement**

The patient is a 71 year old Male complaining of FFC.
07-Feb-2017 00:57
MILD
pt brought in for FFC
no specific complaints
pt with h/o HTN , dyslipidemia, TIA brought in by police for fit for confinement , pt very aggressive, verbally abusive.

## Social History:

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

| BESEDIN, ROBERT | | A-Rm32-C | 73y | M | |
|---|---|---|---|---|---|
| 139900SH/6594543 | BMI: 37.6 | DSC    Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

**Substance Use:**
- **Alcohol Use Status** — unknown if alcohol used
- **Smoking Status** — Smoker, current status unknown

**HISTORY ATTESTATION:**
- **Attestation Comment** — I have reviewed and confirmed nurses' notes for patient's medications, allergies, medical history, and surgical history.

**Review of Systems:**
- **All Other Systems** — Not Obtainable - unable to respond
- **Constitutional** — comments pt refused to talk

**Vital Signs:**
**Vital Signs (from VS Flowsheet):**
**Vital Signs:**
07-Feb-17 23:52

| | |
|---|---|
| Temperature (degrees C) degrees C | 37.2 |
| Temperature Site | Oral |
| Pulse Pulse/bpm | ↑↑128 |
| O2 Saturation O2 Saturation % | 95 |
| Respiratory Rate RR /min | 18 |
| Pulse Pulse/bpm | 128 |
| Respiratory Rate RR /min | 18 |

**PHYSICAL EXAM:**
- **CONSTITUTIONAL**
- **ENMT**

Well developed, well nourished.
Airway patent, ears with clear tympanic membranes bilaterally. Nasal mucosa clear. Mouth with normal mucosa. Throat has no vesicles, no oropharyngeal exudates and uvula is midline. Face with no lymph node enlargement.

- **CARDIAC**

Normal rate, regular rhythm. Heart sounds S1, S2. No murmurs, rubs or gallops.

- **RESPIRATORY**
- **Physical Examination**

Breath sounds clear and equal bilaterally.
pt appears comfortable in bed , very aggressive , refused to answer questions , VS checked - BP 135/78, HR 98 , RR 14 , O2 sat 96 on RA

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:21

Printed from: Nassau Univ. M
Besedin  0200
Page 2 of 4

**BESEDIN, ROBERT** 1399005H/6594543 **BMI: 37.6** **A-Rm32-C** **DSC** **Mar-06-1945** **73y** **M** **Visit Date : Feb-07-2017 23:02**

**ED Diagnosis:**
- An ED diagnosis must be entered and ED Diagnosis Selected Below
  checked off below

**ED DIAGNOSIS:**
- General medical exam: Onset Date: 08-Feb-2017, ICD-10: Z00.00

**DISCHARGE DISPOSTION:**
- Disposition          discharged
- Discharge Type       jail
- Discharge Date and Time    08-Feb-2017 00:17

**PROVIDER PAIN REASSESSMENT:**
- Pain Scale Used      Numerical

*Patient Currently Takes Medications as of 08-Feb-17 00:19 documented in Structured Notes*

**DISCHARGE INSTRUCTIONS:**
- Discharge Activity        resume normal activity
- Diet                      no restrictions, low salt, cardiac
- Check for These Symptoms and Call    fever, pain, withdrawal symptoms, vomiting
  or Schedule Appointment with
  Provider

**Faculty Statement:**
**Faculty Statement:**
- Attestation               Attending Only
- Attending Only
- Attending only statement:    I have performed a history and physical examination
                               on this patient and I personally directed the
                               management of the patient.

**MEDICAL DECISION MAKING:**
- Conducted a Detailed Discussion with  need for outpatient follow-up
  Patient and/or Guardian Regarding
- Treatment Plan            pt clinically appears NAD , has no active medical
                            issues at present time , fit for confinement

**Sign Offs:**
**Discharge Sign Off:**
- Discharge Sign Off        Attending Document Complete

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:21

Printed from: Nassau Univ. M... Besedin 0201
Page 3 of 4

| | Nassau Univ. Medical Center | | | | |
| :-- | :-- | :-- | :-- | :-- | :-- |
| | Documents Review Report | | | | |
| | Document: ALL | | | | |

| BESEDIN, ROBERT | | | A-Rm32-C | 73y | M | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 1399005H/6594543 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-07-2017 23:02 |

**Electronic Signatures:**
**Rankov, Leonid (MD)** (Signed 08-Feb-17 00:35)

*Authored: Ebola Risk Screen, Presenting Information, History of Present Illness, Social History, History Attestation, ROS, Vital Signs, Physical Exam, ED Diagnosis, Disposition, Instructions, Return to Work, Fax Follow-up, Faculty Statement, Medical Decision Making, Sign Offs*

*Last Updated: 08-Feb-17 00:35 by Rankov, Leonid (MD)*

**References:**
1. Data Referenced From "ED Nurse Note" 8-Feb-2017 12:17 AM

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:21

End of Report

Printed from: Nassau Univ. Medical Center
Besedin  0202
Page 4 of 4

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

# Pain Flowsheet

| Patient Name | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/07/2017 23:34:00 | DSC | 6594543 |
| DOB: 03/06/1945 (73y) | | Male | | |

Provider:

| Document Recorded | | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/7/2017 23:52:00 | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| PAIN EVALUATION | | | |
|---|---|---|---|
| Pain - Evaluation or Reevaluation | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| | Evaluation or Reevaluation | Evaluation | |
| Pain Scale Numeric | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| | Pain Scale Numeric | 0 - No Pain | |

| Document Recorded | 2/8/2017 0:17:00 | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| PAIN EVALUATION | | | |
|---|---|---|---|
| Pain - Evaluation or Reevaluation | | 02/08/2017 00:20 | Pogan, Janet(Reg Nurse II) |
| | Evaluation or Reevaluation | Evaluation | |
| Pain Scale Used | | 02/08/2017 00:20 | Pogan, Janet(Reg Nurse II) |
| | Pain Scale Used | Numerical | |
| Pain Scale Numeric | | 02/08/2017 00:20 | Pogan, Janet(Reg Nurse II) |
| | Pain Scale Numeric | 0 - No Pain | |

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

# Vital Signs

| Patient Name1 | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/07/2017 23:34:00 | DSC | 6594543 |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| Document Recorded | | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/7/2017 23:52:00 | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| VITAL SIGNS | | | |
|---|---|---|---|
| Temperature (degrees C) | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| degrees C | 37.2 | | |
| Temperature | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| Site | Oral | | |
| Pulse | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| Pulse/bpm | 128 | | |
| O2 Saturation | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| O2 Saturation % | 95 | | |
| Respiratory Rate | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| RR /min | 18 | | |
| Pulse | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| Pulse/bpm | 128 | | |
| Respiratory Rate | | 02/07/2017 23:58 | Altmann, Edward(Reg Nurse I) |
| RR /min | 18 | | |

| Document Recorded | 2/8/2017 0:23:00 | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| VITAL SIGNS | | | |
|---|---|---|---|
| BP Systolic | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| Systolic | 135 | | |
| BP Diastolic | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| Diastolic | 83 | | |

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| Patient Name | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| **BESEDIN, ROBERT** | **1399005H** | **02/07/2017 23:34:00** | **DSC** | **6594543** |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| | | | |
|---|---|---|---|
| Pulse | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| Pulse/bpm | 93 | | |
| PULSE QUALITY | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| Pulse Quality | strong | | |
| O2 Saturation | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| O2 Saturation % | 99 | | |
| Respiratory Rate | | 02/08/2017 00:24 | Pogan, Janet(Reg Nurse II) |
| RR /min | 19 | | |

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
**2201 Hempstead Turnpike, East Meadow, NY  11554**
**http://www.numc.edu/  Physician Order Summary**

| <u>MRN</u> | <u>Visit ID</u> | <u>Patient Name</u> | <u>Admit DTM</u> | <u>Discharge DTM</u> |
|---|---|---|---|---|
| 1399005H | 6594854 | BESEDIN, ROBERT | 2/8/2017 10:20:00 AM | 2/8/2017 2:44:00 PM |

**Order Category: All**

| **Shoulder Complete Min 2 Views Right** | **8-Feb-2017 12:02** | **Requested By: Karmin, Rianne** |
|---|---|---|

| | Clinical Indication: | right shoulder pain after assault |
|---|---|---|
| | Contact#/Pager: | 62400 |
| | Diagnosis: | M25.511 Right shoulder pain; M25.522 Pain and swelling of left elbo |
| | Priority: | ASAP |
| | Requested Date: | Feb 8 2017 |
| | Transport Method: | STRCTH |
| | Weight (kg): | 136 |

| **Elbow  3 Or More Views Left** | **8-Feb-2017 12:02** | **Requested By: Karmin, Rianne** |
|---|---|---|

| | Clinical Indication: | left shou;der pain after assault |
|---|---|---|
| | Contact#/Pager: | 62400 |
| | Diagnosis: | M25.511 Right shoulder pain; M25.522 Pain and swelling of left elbo |
| | Priority: | ASAP |
| | Requested Date: | Feb 8 2017 |
| | Transport Method: | STRCTH |
| | Weight (kg): | 136 |

| **Shoulder Complete Min 2 Views Left** | **8-Feb-2017 12:02** | **Requested By: Karmin, Rianne** |
|---|---|---|

| | Clinical Indication: | left shoulder pain after assault |
|---|---|---|
| | Contact#/Pager: | 62400 |
| | Diagnosis: | R03.0 Elevated blood pressure readin; Z79.899 Medication management; M25.511 Right shoulder pain; M25.522 Pain and swelling of left elbo |
| | Priority: | ASAP |
| | Transport Method: | STRCTH |
| | Weight (kg): | 136 |

| **Shoulder Complete Min 2 Views Left** | **8-Feb-2017 13:02** | **Requested By: Karmin, Rianne** |
|---|---|---|

| | Priority: | Routine |
|---|---|---|

Page: 1 of 1

**Besedin  0206**

### NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
**2201 Hempstead Turnpike, East Meadow, NY  11554**
**http://www.numc.edu/  Physician Order Summary**

Orders: All orders for this chart for order dates from 08-Feb-2017

| BESEDIN, ROBERT | B-Rm23-A | 73y | M | |
|---|---|---|---|---|
| Height: 170 cm, Weight: 108.8kg, BMI: 37.6 | 06-Mar-1945 | DSC | | 3228970 / 1399005H / 6594854 |

Length of stay:  **0 day(s)**          Admit date: 2/8/2017

---

**08-Feb-2017 10:57**                Requested By:   **Karmin, Rianne (Physicians Assistant I)**

| | | | |
|---|---|---|---|
| **amlodipine PO** | 08-Feb-2017 10:54 | Completed | 08-Feb-2017 11:20 |
| Tablet - NORVASC PO | | | |
| Give:10 mg  Oral  Once | | | |
| **losartan PO** | 08-Feb-2017 10:54 | Completed | 08-Feb-2017 11:20 |
| Tablet - COZAAR PO | | | |
| Give:50 mg  Oral  Once | | | |
| **rosuvastatin PO (Restricted Indication)** | 08-Feb-2017 10:56 | Discontinued via Patient Discharge | 08-Feb-2017 14:44 |
| Tablet - CRESTOR PO | | | |
| Give:20 mg  Oral  Daily | | | |
| Date Due to Review:20-Feb-2017, 00:00 | | | |
| **aspirin/dipyridamole PO** | 08-Feb-2017 10:56 | Completed | 08-Feb-2017 11:20 |
| 25 mg- 200 mg capsule - AGGRENOX 200 PO | | | |
| Give:1 Capsule(s)  Oral  Once | | | |
| Nurse Instructions: Swallow whole; do not crush or chew. | | | |
| May be given with or without food. | | | |

**08-Feb-2017 11:33**                Requested By:   **Karmin, Rianne (Physicians Assistant I)**

| | | | |
|---|---|---|---|
| **ED Discharge Order** | 08-Feb-2017 11:33 | Discontinued via Patient Discharge | 08-Feb-2017 14:44 |

**08-Feb-2017 12:07**                Requested By:   **Karmin, Rianne (Physicians Assistant I)**

| | | | |
|---|---|---|---|
| **Shoulder Complete Min 2 Views Right** | 08-Feb-2017 12:33 | 1 or more Final Results Received | |
| Transport by: STRCTH | | | |
| **Elbow  3 Or More Views Left** | 08-Feb-2017 12:33 | 1 or more Final Results Received | |
| Transport by: STRCTH | | | |

**08-Feb-2017 12:45**                Requested By:   **Karmin, Rianne (Physicians Assistant I)**

| | | | |
|---|---|---|---|
| **Shoulder Complete Min 2 Views Left** | 08-Feb-2017 13:58 | 1 or more Final Results Received | |
| Transport by: STRCTH | | | |

**08-Feb-2017 13:55**                Requested By:   **Karmin, Rianne (Physicians Assistant I / entered by: Interfaces (IT)**

| | | | |
|---|---|---|---|
| **Shoulder Complete Min 2 Views Left** | 08-Feb-2017 13:45 | Interim Results Received | |

Printed By: Gomez, Martha (Auditor)                    Printer Location: Nassau Univ. Medical Center

24-Oct-18 17:52                              Page 1 Of 2

**Besedin  0207**

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
**2201 Hempstead Turnpike, East Meadow, NY 11554**
**http://www.numc.edu/  Physician Order Summary**

Orders: All orders for this chart for order dates from 08-Feb-2017

| | | | | |
|---|---|---|---|---|
| BESEDIN, ROBERT | B-Rm23-A | 73y | M | |
| Height: 170 cm, Weight: 108.8kg, BMI: 37.6 | 06-Mar-1945 | DSC | | 3228970 / 1399005H / 6594854 |

Length of stay:  0 day(s)                    Admit date: 2/8/2017

| | | | | |
|---|---|---|---|---|
| **09-Feb-2017 14:44** | | Requested By:   ( / entered by: services (IT) | | |
| Discontinued | **rosuvastatin PO (Restricted Indication)**<br>Tablet - CRESTOR PO<br>Give:20 mg  Oral  Daily<br>Date Due to Review:20-Feb-2017, 00:00<br>Patient discharged - 08-Feb-2017 14:44. | 08-Feb-2017 10:56 | Discontinued via Patient Discharge | 08-Feb-2017 14:44 |
| **09-Feb-2017 14:44** | | Requested By:   ( / entered by: services (IT) | | |
| Discontinued | **ED Discharge Order**<br>Patient discharged - 08-Feb-2017 14:44. | 08-Feb-2017 11:33 | Discontinued via Patient Discharge | 08-Feb-2017 14:44 |

Printed By: Gomez, Martha (Auditor)                    Printer Location: Nassau Univ. Medical Center

**Besedin  0208**

24-Oct-18 17:52                    End Of Report        Page 2 Of 2

## NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY  11554   http://www.numc.edu/
### Patient Results Report - Sorted by Order Type
All results performed dates from 08-Feb-2017

**BESEDIN, ROBERT**                                    73y    M          DOB:06-Mar-1945

2510 HARRISON AVE / BALDWIN / New York / 11510

1399005H / 6594854              DSC        B-Rm23-A                              ( )

Report Date

Shoulder Complete Min 2 Views Right

  Order Entered Date : 02/08/2017 12:33
  Collection Date : Not Available
  Received Date : Not Available                                      02/08/2017 13:01

Shoulder Complete Min 2 Views
Right

Printed by:    Gomez, Martha (Auditor)        Printed From: Nassau Univ. Medical Center        Page: 1 of 10

24-Oct-18 17:52                                                                Besedin  0209

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 08-Feb-2017

| | | | |
|---|---|---|---|
| **BESEDIN, ROBERT** | 73y | M | DOB:06-Mar-1945 |
| **2510 HARRISON AVE / BALDWIN / New York / 11510** | | | |
| 1399005H / 6594854 | DSC | B-Rm23-A | ( ) |

Report Date

**Shoulder Complete Min 2 Views Right**

Order Entered Date : 02/08/2017 12:33
Collection Date : Not Available
Received Date : Not Available

02/08/2017 17:04

Exam Report

Printed by:  Gomez, Martha (Auditor)   Printed From: Nassau Univ. Medical Center   Page: 2 of 10
24-Oct-18 17:52

Besedin  0210

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY  11554   http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 08-Feb-2017

| | | |
|---|---|---|
| **BESEDIN, ROBERT** | 73y   M | DOB:06-Mar-1945 |
| 2510 HARRISON AVE / BALDWIN / New York / 11510 | | |
| 1399005H / 6594854     DSC     B-Rm23-A | | ( ) |

**Shoulder Complete Min 2 Views Right**

**Order Entered Date : 02/08/2017 12:33**
**Collection Date : Not Available**
**Received Date : Not Available**

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:BESEDIN,ROBERT          71Y M   MRN:1399005H
Loc:EMS-TR                    DOB:03/06/1945
Dr:KARMIN, RIANNE           Date of Exam:02/08/2017
Order #:  CR7909-17  SHOULDER COMPLETE MIN 2 VIEWS RIGHT
The undersigned attending reviewed and agreed with the interpretation.
=========================================================
EXAMINATION:
RIGHT SHOULDER RADIOGRAPHS: Internal rotation, External rotation,
Scapular Y-view

HISTORY:
right shoulder pain after assault

COMPARISON:
None provided

FINDINGS:
No acute fracture or dislocation.  Degenerative changes of the right
acromioclavicular joint.

Mild osteopenia is noted.

No air or radiopaque foreign body identified in the adjacent soft
tissues.

IMPRESSION:
No acute fracture or dislocation.

ICD-10 Code:  M79.609

Dictated on: 02/08/2017 13:00:22
Reviewed by: MAHER, ASIM
Dictated by: ROSEN, JOEL

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY  11554  http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 08-Feb-2017

**BESEDIN, ROBERT**                                    73y    M        DOB:06-Mar-1945
2510 HARRISON AVE / BALDWIN / New York / 11510
1399005H / 6594854                 DSC        B-Rm23-A                                    ( )

Report Date

Elbow  3 Or More Views Left

Order Entered Date : 02/08/2017 12:33
Collection Date : Not Available
Received Date : Not Available                                   02/08/2017 13:01

Elbow  3 Or More Views Left

Printed by:    Gomez, Martha (Auditor)        Printed From: Nassau Univ. Medical Center        Page: 4 of 10

24-Oct-18 17:52                                                          Besedin  0212

## NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY  11554   http://www.numc.edu/
### Patient Results Report – Sorted by Order Type
All results performed dates from 08-Feb-2017

| | | | |
|---|---|---|---|
| **BESEDIN, ROBERT** | | 73y   M | **DOB:**06-Mar-1945 |
| 2510 HARRISON AVE / BALDWIN / New York / 11510 | | | |
| 1399005H / 6594854 | DSC | B-Rm23-A | ( ) |

Report Date

**Elbow  3 Or More Views Left**

**Order Entered Date : 02/08/2017 12:33**
**Collection Date : Not Available**
**Received Date : Not Available**                              02/08/2017 17:08

Exam Report

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554   http://www.numc.edu/
**Patient Results Report – Sorted by Order Type**
All results performed dates from 08-Feb-2017

**BESEDIN, ROBERT**                                       73y   M        DOB:06-Mar-1945
2510 HARRISON AVE / BALDWIN / New York / 11510
1399005H / 6594854              DSC        B-Rm23-A                                ( )

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:BESEDIN,ROBERT          71Y M   MRN:1399005H
Loc:EMS-TR                       DOB:03/06/1945
Dr:KARMIN, RIANNE               Date of Exam:02/08/2017
Order #:  CR7910-17  ELBOW 3 OR MORE VIEWS LEFT
The undersigned attending reviewed and agreed with the interpretation.
=================================================================
EXAMINATION:
LEFT ELBOW RADIOGRAPHS: AP, Lateral

HISTORY:
left shou

COMPARISON:
None provided

FINDINGS:
There are calcific densities adjacent to the condyles which may
represent tendon calcification related to old injuries.

No acute fracture or dislocation.

Mild osteopenia is noted.

There is a possible small elbow joint effusion which raise the
possibility of an occult fracture.

IMPRESSION:
No acute fracture dislocation is identified.

There is a possible small elbow joint effusion which raise the
possibility of an occult fracture.  Clinical and radiographic follow
up suggested.

ICD-10 Code:  M79.609


Dictated on: 02/08/2017 12:53:20
Reviewed by: MAHER, ASIM
Dictated by: ROSEN, JOEL

Printed by:    Gomoz, Martha (Auditor)         Printed From: Nassau Univ. Medical Center        Page: 6 of 10
24-Oct-18 17:52

Besedin  0214

## NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY  11554   http://www.numc.edu/
### Patient Results Report - Sorted by Order Type
All results performed dates from 08-Feb-2017

**BESEDIN, ROBERT**                                          73y    M         DOB:06-Mar-1945

**2510 HARRISON AVE / BALDWIN / New York / 11510**

**1399005H / 6594854**              DSC         B-Rm23-A                              ( )

                                                                    **Report Date**

**Shoulder Complete Min 2 Views Left**

 Order Entered Date : 02/08/2017 13:45
 Collection Date : Not Available
 Received Date : Not Available                                 02/08/2017 13:55

Shoulder Complete Min 2 Views
Left

Printed by:     Gomez, Martha (Auditor)        Printed From: Nassau Univ. Medical Center       Page: 7 of 10

24-Oct-18 17:52                                                              Besedin  0215

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554   http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 08-Feb-2017

| | | | |
|---|---|---|---|
| **BESEDIN, ROBERT** | | 73y   M | DOB:06-Mar-1945 |
| 2510 HARRISON AVE / BALDWIN / New York / 11510 | | | |
| 1399005H / 6594854 | DSC | B-Rm23-A | ( ) |

**Report Date**

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY  11554   http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 08-Feb-2017

| | | | |
|---|---|---|---|
| **BESEDIN, ROBERT** | 73y | M | DOB:06-Mar-1945 |
| 2510 HARRISON AVE / BALDWIN / New York / 11510 | | | |
| 1399005H / 6594854 | DSC | B-Rm23-A | ( ) |

**Report Date**

**Shoulder Complete Min 2 Views Left**

**Order Entered Date : 02/08/2017 13:58**
**Collection Date : Not Available**
**Received Date : Not Available**

02/08/2017 17:46

Exam Report

Printed by:     Gomez, Martha (Auditor)     Printed From: Nassau Univ. Medical Center     Page: 9 of 10
24-Oct-18 17:52

Besedin  0217

### NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554   http://www.numc.edu/
#### Patient Results Report - Sorted by Order Type
All results performed dates from 08-Feb-2017

---

**BESEDIN, ROBERT**                                    73y   M        DOB:06-Mar-1945

2510 HARRISON AVE / BALDWIN / New York / 11510

1399005H / 6594854                DSC          B-Rm23-A                              ( )

---

Report Date

**Shoulder Complete Min 2 Views Left**

Order Entered Date : 02/08/2017 13:58
Collection Date : Not Available
Received Date : Not Available

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:BESEDIN,ROBERT          71Y M    MRN:1399005H
Loc:EMS-TR                   DOB:03/06/1945
Dr:KARMIN, RIANNE            Date of Exam:02/08/2017
Order #:  CR7934-17  SHOULDER COMPLETE MIN 2 VIEWS LEFT
The undersigned attending reviewed and agreed with the interpretation.
==================================================================
EXAMINATION:
LEFT SHOULDER RADIOGRAPHS: AP, Lateral, Oblique

HISTORY:
left shoulder pain after assault

COMPARISON:
None provided.

FINDINGS:
No acute fracture or dislocation.

There is diffuse osteopenia.  Degenerative change of the left
acromioclavicular joint.

No radiopaque foreign body identified in the adjacent soft tissues.

IMPRESSION:
No acute fracture or dislocation.

ICD-10 Code:  M79.609

Dictated on: 02/08/2017 14:21:58
Reviewed by: MAHER, ASIM
Dictated by: ROSEN, JOEL

---

| Printed by:   | Gomez, Martha (Auditor) | Printed From: Nassau Univ. Medical Center | Page: 10 of 10 |
| 24-Oct-18 17:52 | | End of Report | |

Besedin  0218

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

| BESEDIN, ROBERT | | | B-Rm23-A | | 73y | M | |
|---|---|---|---|---|---|---|---|
| 1399005H/6594854 | BMI: 37.6 | DSC | Mar-06-1945 | Feb-08-2017 | | Visit Date : Feb-08-2017 10:02 |

| Authored : Feb-08-2017 10:25 | ED Triage (Complete) | Williamsen, Barbara(Reg Nurse II) |
|---|---|---|
| Signed : Feb-08-2017 10:27 | | |

## EBOLA RISK SCREEN:
### Ebola Risk Screen:
- Can patient answer Ebola questions?  Yes
- Any of the following symptoms?  none
- Travel to Ebola affected areas in the last month such as:  no travel to known Ebola area
- Exposure risk to Ebola?  no known exposure

### ARRIVAL INFO:
- Patient ID check:  ROBERT  BESEDIN  is a 71 yr old  Male. Date of Birth is 06-Mar-1945
- Arrival Time  08-Feb-2017 10:20
- Triage Time  08-Feb-2017 10:25
- ID Band  ID Band in place
- Prisoner  Yes
- ESI Triage Acuity level  4
- Is patient Fast Track?  No
- Arrival From  JAIL
- Mode of Arrival  Police
- Means of Arrival  Ambulatory
- Significant Past Medical/Surgical History  Hypertension
- Triage Historian  EMS
- Spoken Language Preferred  English

### Chief Complaint:
- Chief Complaint  FFC
- Chief Complaint Quote  FFC  NEEDS BP MEDS  AMLODOPINE ?
- Pain - Evaluation or Reevaluation  Evaluation
- Pain Scale Numeric  0 - No Pain

### Vital Signs:
### Vitals Signs:
- Temperature (degrees F)  99 degrees F
- Temperature (degrees C)  37.2 degrees C
- Temperature  Oral
- Pulse  # 114
- Respiratory Rate  20

Nassau Univ. Medical Center
Documents Review Report
Documents: All

**BESEDIN ROBERT** 1399005H/6594854   **BMI: 37.6**   **DSC**   B-Rm23-A   Mar-06-1945   73y   M   Visit Date : Feb-08-2017 10:02

- **O2 Saturation** — 97 %
- **BP Systolic** — ↑ 154
- **BP Diastolic** — 80
- **Patient Height actual or estimated?** — estimated
- **Height inches** — 71 inch
- **Height cm** — 182 cm
- **Patient Weight is actual or estimated?** — estimated
- **Weight lbs** — 299.82 lb
- **Weight kg** — 136 kg
- **BMI** — 41.1

**Mental Status:**
- **Mental Status** — A+OX3

**Sepsis:**
- **Sepsis tool** — Adult Sepsis Tool
- **Does patient have any of the following? Notify a physician if patient has 3 or more** — N/A
- **Sepsis Triage Score** — 0

**Advance Directives:**
- **Advanced Directive** — No

**ELOPEMENT RISK:**
- **Is the patient an elopement risk?** — No

**Allergy Intolerance/Adverse Event:**
Allergies:
- No Known Allergies: Active

**Allergy Bands:**
- **Allergy Band/Signs Applied:** — N/A

**EPIDEMIC/PANDEMIC SURGE:**
Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Requested by: Gomez Martha (Auditor)
24 Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin  0220

| | Nassau Univ. Medical Center Documents Review Report Documents: ALL | |
|---|---|---|

| BESEDIN, ROBERT 1899005H/6594854 BMI: 37.6 | B-Rm23-A DSC Mar-06-1945 | 73y M Visit Date: Feb-08-2017 10:02 |

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

**HIV Test:**
- Offering of HIV testing:  Offered - patient declined

**Pneumonia:**
- Are symptoms suggestive of pneumonia  No

**SCREENINGS:**
**DOMESTIC VIOLENCE (Patients 12 years and older):**
- Is anyone hurting you at home?  no

**EXPLOITATION (Patients 12 years and older):**
- Is anyone misusing your money, food, housing, or not allowing you to obtain healthcare?  no

**SUICIDE:**
- Do you have thoughts of hurting yourself or others?  no
- Are you currently being treated for any psychiatric issues?  no
- Have you recently suffered a recent loss or trauma?  no
- Are you experiencing discomfort because you are withdrawing from drugs and/or alcohol?  no

**Electronic Signatures:**
Williamsen, Barbara (Reg Nurse II) (Signed 08-Feb-17 10:27)
    *Authored: EBOLA RISK SCREEN, ARRIVAL INFO, TRIAGE, ALLERGIES, SCREENINGS*

*Last Updated: 08-Feb-17 10:27 by Williamsen, Barbara (Reg Nurse II)*

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| | | | |
|---|---|---|---|
| BESEDIN, ROBERT | | B-Rm23-A | 73y   M |
| 1399005H/6594854 | BMI: 37.6   DSC | Mar-06-1945 | Visit Date : Feb-08-2017 10:02 |

| Authored : Feb-08-2017 11:12 | ED Nurse Note (Complete) | Franco, Heather(Reg Nurse I) | **Revised** |
| Signed : Feb-08-2017 11:14 | | | |

## TRIAGE:
### Ebola Risk Screen:
- Can patient answer Ebola questions?   Yes [?]
- Any of the following symptoms?   none [?]
- Travel to Ebola affected areas in the   no travel to known Ebola area [?]
  last month such as:
- Exposure risk to Ebola?   no known exposure [?]

### CHIEF COMPLAINT:
- Chief Complaint   FFC
- Chief Complaint Quote   FFC   NEEDS BP MEDS   AMLODOPINE ?

### Acuity:
- ESI Triage Acuity level   4

### Vital Signs:
### Vitals Signs:
- Temperature (degrees F)   99 degrees F
- Temperature (degrees C)   37.2 degrees C
- Temperature   Oral
- Pulse   ↑↑ 114
- Respiratory Rate   20
- O2 Saturation   97 %
- BP Systolic   ↑ 154
- BP Diastolic   80
- Patient Height actual or estimated?   estimated
- Height inches   71 inch
- Height cm   180 cm
- Patient Weight is actual or estimated?   estimated
- Weight lbs   299.82 lb
- Weight kg   136 kg
- BMI   42

### EMS Info:
- Means of Arrival   Ambulatory

### Primary Survey:
- Airway   open and patent
- Breathing   spontaneous, unlabored and symmetrical
- Breath Sounds   clear

Requested by:   Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin  0222

Besedin  0223

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN, ROBERT**
1099005H/6594854     **BMI: 37.6**    **B-Rm23-A**    **DSC**    **Mar-06-1945**    **73y**   **M**    **Visit Date : Feb-08-2017 10:02**

- **Circulation**
- **Skin Condition**
- **Skin Color**
- **Disability**
- **Placed on Cardiac Monitor?**
- **Placed on Pulse Oximeter?**

strong peripheral pulses with regular rhythm
warm
normal for race
confused
No
No

## PROGRESS NOTE:

- **Progress Note**

pt alert with confusion. evaluated by pa. medication given as ordered. no distress noted. ---- h franco rn
1134- abrasion noted to left elbow, left flank, right flank, left posterior upper arm. pt c/o left elbow pain and right
shoulder pain. pa notified. ----- h franco rn

## Pain Assessment:

- **Pain - Evaluation or Reevaluation**    Evaluation
- **Pain Scale Used**    Numerical
- **Pain Scale Numeric**    0 - No Pain

## SUBJECTIVE HISTORY OF ILLNESS:

- **Complaint**    The patient is a 71 year old Male complaining of FFC.

## HISTORY:

**Medication Reconciliation Assessment:**

- **Source of Medication List**    Unable to Obtain

## SCREENINGS:

**EPIDEMIC/PANDEMIC SURGE:**

Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

Have you traveled outside or had close contact with someone who has traveled recently outside of the United States, in the past 2 weeks? No .

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0224

**BESEDIN, ROBERT**
1099005H/6594854    BMI: 37.6    B-Rm23-A    DSC    Mar-06-1945    73y   M    Visit Date : Feb-08-2017 10:02

Are you a healthcare worker who has a recent exposure to an individual with a highly communicable disease or unexplained, severe febrile respiratory or rash disease? No .

Do any of the people who you have close contact with at home, work or you friends have the same symptoms? No .

**SEPSIS:**
- Sepsis tool    Adult Sepsis Tool
- Does patient have any of the following? Notify a physician if patient has 3 or more    N/A
- Sepsis Triage Score    0

**HIV SCREENING:**
- Offering of HIV testing:    Offered - patient declined

**SUICIDE SCREENING:**
**SUICIDE:**
- Do you have thoughts of hurting yourself or others?    no
- Are you currently being treated for any psychiatric issues?    no
- Have you recently suffered a recent loss or trauma?    no
- Are you experiencing discomfort because you are withdrawing from drugs and/or alcohol?    no

**Advance Directives:**
- Advanced Directive    No

**SCALES:**
**BRADEN SCALE:**
- Mobility Status    4. no impairment
- Moisture    4. rarely moist
- Activity    4. walks frequently
- Friction/Shear    3. no apparent problem
- Nutritional Status    4. excellent
- Sensory Perception    4 no impairment
- Braden Scale 24 hr Total Score    23

**HENDRICH II FALL RISK MODEL Modified for NUMC:**

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0225

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

| BESEDIN, ROBERT | | B-Rm23-A | | 73y | M | |
|---|---|---|---|---|---|---|
| 1399005H/6594854 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-08-2017 18:02 |

- **Confusion/Disorientation**    0. No
- **Depression**    0. No
- **Altered Elimination**    0. No
- **Dizziness/Vertigo**    0. No
- **Gender (MALE)**    0. No
- **Altered Mobility**    0. No
- **Any Antiepileptics (Anticonvulsants)**    0. No
- **Any Benzodiazepines**    0. No
- **Total Score**    0
- **Score of 5 or more indicates a risk for**   After Assessment Deemed Not At Risk
  **falls**

### GLASGOW COMA SCALE:
- **EYE OPENING**    4 - spontaneous
- **MOTOR RESPONSE**    6 - obeys commands
- **VERBAL**    5 - oriented X3
- **SCORE**    15

**Disposition:**
### DISPOSITION INFORMATION:
- **Disposition**    discharged
- **Discharge Type**    jail
- **Patient Discharge Condition**    stable
- **Brief Discharge Assessment**    patient baseline mental status
- **Mode of Discharge**    ambulatory
- **Method of Transportation**    ambulate

### DISCHARGE INSTRUCTIONS:
- **Discharge Meds Reviewed**    yes
- **Instructions Reviewed With**    patient
- **Response to Teaching**    questions
- **Exit Care Instructions Provided**    yes
- **Date/Time Provided**    08-Feb-2017 15:00
- **Information Provided**    dc instructions
- **Discharge Activity**    resume normal activity
- **Discharge Diet**    no restrictions
- **ED Bed Status**    Bed Available To be Cleaned

### SIGN OFFS:

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0226

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN ROBERT
1399005H/6594854       BMI: 37.6       DSC       B-Rm23-A       Mar-06-1945       73y       M
Visit Date : Feb-08-2017 10:02

SIGN OFF:
• Discharge Sign Off                    Nursing Document Complete

Electronic Signatures:
Franco, Heather (Reg Nurse I)  (Signed 08-Feb-17 15:00)
        *Authored: TRIAGE, PRIMARY SURVEY, PAIN ASSESSMENT, CHIEF COMPLAINT HISTORY, HISTORY,
        SCREENINGS, Disposition, SIGN OFFS*

*Last Updated: 08-Feb-17 15:00 by Franco, Heather (Reg Nurse I)*

References:
1.  Data Referenced From "ED Triage" 2/8/2017 10:25 AM

| Nassau Univ. Medical Center Documents Review Report Documents: ALL | | |
|---|---|---|
| **BESEDIN ROBERT** 1399005H/6594854 | **B-Rm23-A** BMI: 37.6   DSC   Mar-06-1945 | **73y   M** Visit Date: Feb-08-2017 10:02 |
| Authored : Feb-08-2017 11:01 Signed : Feb-08-2017 16:12 | ED Provider Note (Complete) | Karmin, Rianne(Physicians Assistant I)   **Revised** |

## Ebola Risk Screen:
**Ebola Risk Screen:**
- **Can patient answer Ebola questions?** Yes [1]
- **Any of the following symptoms?** none [1]
- **Travel to Ebola affected areas in the last month such as:** no travel to known Ebola area [1]
- **Exposure risk to Ebola?** no known exposure [1]

**Presenting Information:**
**TRIAGE INFORMATION:**
- **Triage Historian** EMS
- **Triage Information**

| Most recent Vital Sign | Value | Date |
|---|---|---|
| Temp (F): | 99 | 02-08-2017 10:25 |
| Temp (C): | 37.2 | 02-08-2017 10:25 |
| Heart Rate (beats/min): | 114 | 02-08-2017 10:25 |
| Respirations (breaths/min): | 20 | 02-08-2017 10:25 |
| BP Systolic (mm Hg): | 154 | 02-08-2017 10:25 |
| BP Diastolic (mm Hg): | 80 | 02-08-2017 10:25 |
| Chief Complaint: | FFC | 02-08-2017 10:25 |
| Chief Complaints Quote: | FFC  NEEDS BP MEDS  AMLODOPINE ? | 02-08-2017 10:25 |

- **Spoken Language Preferred** English

## HISTORY OF PRESENT ILLNESS:
- **Complaint** The patient is a 71 year old Male complaining of FFC.
- **Time Seen** 08-Feb-2017 11:04
- **Severity** MILD
- **Presenting Symptoms** elevated bp
- **Objective Statement** 71 y/o male PMHX: Hard of hearing, TBI, mild dementia, alcohol abuse, HTN, High cholesterol BIB NCPD handcuffed, under arrest, for assaulting a

Requested by: Gomez, Martha (Auditor) 24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center **Besedin  0228**

**BESEDIN, ROBERT**
1399005H/6594854  BMI: 37.6  **B-Rm23-A**  DSC  Mar-06-1945  73y  M  Visit Date: Feb-08-2017 10:02

police officer yesterday while drinking alcohol. States
he got thrown against stairs and c/o right and left
shoulder pain and left elbow pain. Up to date on
tetanus as per pt. Pt states he needs his medications.
Denies cp, sob, fever, vision changes, n/v/d.

## Past Medical History:

### Past Med Hx:

- **Mild dementia** (F03.90): Display Name: Unspecified dementia without behavioral disturbance, Status: Active, Scope: General, ICD-10: F03.90
- **Alcohol abuse** (F10.10): Display Name: Alcohol abuse, uncomplicated, Status: Active, Scope: General, ICD-10: F10.10
- **Hard of hearing** (H91.90): Display Name: Unspecified hearing loss, unspecified ear, Status: Active, Scope: General, ICD-10: H91.90
- **High cholesterol** (E78.00): Display Name: Pure hypercholesterolemia, unspecified, Status: Active, Scope: General, ICD-10: E78.00
- **CVA (cerebral vascular acciden** (I63.9): Display Name: Cerebral infarction, unspecified, Status: Active, Scope: General, ICD-10: I63.9
- **TBI (traumatic brain injury)** (S06.9X9A): Display Name: Unspecified intracranial injury with loss of consciousness of unspecified duration, initial encounter, Status: Active, Scope: General, ICD-10: S06.9X9A
- **Hypertension** (I10): Display Name: Essential (primary) hypertension, Status: Active, Scope: General, ICD-10: I10

## Past Surgical History:

### Past Surg Hx:

- **S/P wrist surgery** (Z98.890): Display Name: Other specified postprocedural states, Status: Active, Scope: General, ICD-10: Z98.890

## Family History Non Contributory:

- **Is family history non contributory**     Family history is non contributory

## Allergy, Intolerance, Adverse Event:

### Allergies:

- **No Known Allergies**: Active

## Outpatient Medication, Review/Add Meds:

*Patient Currently Takes Medications as of 08-Feb-17 00:19 documented in Structured Notes*
amlodipine 10 mg oral tablet: Rx, 1 tab(s) orally once a day, Schedule: 0, Status: Active
aspirin-dipyridamole 25 mg-200 mg oral capsule, extended release: Rx, 1 cap(s) orally every 12 hours, Schedule: 0, Status: Active

## Social History:

Printed from: Nassau Univ. Medical Center
Besedin 0229

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN, ROBERT | | B-Rm23-A | | 73y | M | |
| 1399005H/6594854 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-08-2017 10:02 |

**Substance Use:**
• Alcohol Use Status
• Smoking Status

current alcohol
Current some day smoker

**HISTORY ATTESTATION:**
• Attestation Comment

I have reviewed and confirmed nurses' notes for
patient's medications, allergies, medical history, and
surgical history.

**Review of Systems:**
• All Other Systems
• Ear

NEGATIVE
POSITIVE: hearing loss

**Vital Signs:**
**Vital Signs (from VS Flowsheet):**
**Vital Signs:**
08-Feb-17 10:25

| BP Systolic Systolic | ↑ 154 |
| BP Diastolic Diastolic | 80 |
| Temperature (degrees C) degrees C | 37.2 |
| Temperature Site | Oral |
| Pulse Pulse/bpm | ↑ 114 |
| O2 Saturation O2 Saturation % | 97 |
| Respiratory Rate RR /min | 20 |
| Pulse Pulse/bpm | 114 |
| Respiratory Rate RR /min | 20 |
| BP Systolic Systolic | 154 |
| BP Diastolic Diastolic | 80 |

**PHYSICAL EXAM:**
• CONSTITUTIONAL
• ENMT

• EYES

• CARDIAC

• RESPIRATORY

Well developed, well nourished in NAD.
Airway patent, Face with no lymph node
enlargement.
Clear bilaterally, pupils equal, round and reactive to
light.
tachycardic. Heart sounds S1, S2. No murmurs, rubs
or gallops.
Breath sounds clear and equal bilaterally.

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0230

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

| BESEDIN, ROBERT | | B-Rm23-A | 73y | M | |
|---|---|---|---|---|---|
| 1399005H/6594854 | BMI: 37.6 | DSC Mar-06-1945 | | | Visit Date : Feb-08-2017 10:02 |

- **GASTROINTESTINAL** — Abdomen soft, non-distended, no rebound, non-tender, no guarding. Bowel sounds normal in all 4 quadrants.

- **MUSCULOSKELETAL** — Spine appears normal, b/l shoulder tenderness generalized with dec ROM. Left elbow with abrasion and dry blood present. Tender left olecranon.

- **NEUROLOGICAL** — Alert and oriented, no focal deficits, no motor or sensory deficits.

- **SKIN** — Skin normal color for race, warm, dry and intact. No evidence of trauma.

- **PSYCHIATRIC** — no apparent risk to self or others.

## CURRENT ORDERS/ORDER ENTRY:
- amlodipine PO, Tablet - NORVASC PO
  Give:10 mg Oral Once, 08-Feb-2017, Active, 09-Feb-2017, Standard
- losartan PO, Tablet - COZAAR PO
  Give:50 mg Oral Once, 08-Feb-2017, Active, 09-Feb-2017, Standard
- aspirin/dipyridamole PO, 25 mg- 200 mg capsule - AGGRENOX 200 PO
  Give:1 Capsule(s) Oral Once
  Nurse Instructions: Swallow whole; do not crush or chew.
  May be given with or without food., 08-Feb-2017, Active, 09-Feb-2017, Standard
- rosuvastatin PO (Restricted Indication), Tablet - CRESTOR PO
  Give:20 mg Oral Daily
  Date Due to Review:20-Feb-2017, 00:00, 08-Feb-2017, Active, 22-Feb-2017, Standard
- Shoulder Complete Min 2 Views Left, Transport by: STRCTH, 08-Feb-2017, Pending, Standard

## Diagnostic Imaging Results Review:
DIAGNOSTIC IMAGING AND OTHERS:
General:
08-Feb-17 12:33, Elbow 3 Or More Views Left
Exam Report

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0231

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT          B-Rm23-A          73y      M
1399005H/6594854     BMI: 37.6    DSC    Mar-06-1945           Visit Date : Feb-08-2017 10:02

Nassau Health Care Corporation
     NASSAU UNIVERSITY MEDICAL CENTER
    2201 Hempstead Turnpike East Meadow, NY 11554
      (516) 572-6635
     Department of Radiology
       Preliminary

Patient:BESEDIN,ROBERT          71Y M   MRN:1399005H
Loc:EMS-TR                DOB:03/06/1945
Dr:KARMIN, RIANNE           Date of Exam:02/08/2017
Order #:  CR7910-17  ELBOW 3 OR MORE VIEWS LEFT
The undersigned attending reviewed and agreed with the interpretation.

===

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

EXAMINATION:
LEFT ELBOW RADIOGRAPHS: AP, Lateral

HISTORY:
left shou

COMPARISON:
None provided

FINDINGS:
There are cortical densities adjacent to the capitellum likely
represent osteophytes.

No acute fracture or dislocation.

Mild osteopenia is noted.

No air or radiopaque foreign body identified in the adjacent soft
tissues.

Requested by:  Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin  0232

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

| BESEDIN, ROBERT | | | B-Rm23-A | | 73y | M | |
| 1399005H/6594854 | BMI: 37.6 | DSC | Mar-06-1945 | | | | Visit Date : Feb-08-2017 10:02 |

IMPRESSION:
No acute fracture dislocation.

ICD-10 Code:

Dictated on: 02/08/2017 12:53:20
Reviewed by: MAHER, ASIM

**Elbow 3 Or More Views**
 **Left**
**08-Feb-17 12:33, Shoulder Complete Min 2 Views Right**
 **Exam Report**

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0233

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT          B-Rm23-A          73y    M
1399005H/6594854    BMI: 37.6    DSC    Mar-06-1945    Visit Date : Feb-08-2017 10:02

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

---

Patient:BESEDIN,ROBERT          71Y M    MRN:1399005H
Loc:EMS-TR                    DOB:03/06/1945
Dr:KARMIN, RIANNE              Date of Exam:02/08/2017
Order #: CR7909-17  SHOULDER COMPLETE MIN 2 VIEWS RIGHT
The undersigned attending reviewed and agreed with the interpretation.

====================================================================
===

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

EXAMINATION:
RIGHT SHOULDER RADIOGRAPHS: Internal rotation, External rotation,
Scapular Y-view

HISTORY:
right shoulder pain after assault

COMPARISON:
None provided

FINDINGS:
No acute fracture or dislocation.  Degenerative changes of the right
acromioclavicular joint.

Mild osteopenia is noted.

No air or radiopaque foreign body identified in the adjacent soft
tissues.

Requested by:  Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin  0234

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

| BESEDIN, ROBERT | | B-Rm23-A | | 73y | M | |
| 1399005H/6594854 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-08-2017 10:02 |

IMPRESSION:
No acute fracture or dislocation.

ICD-10 Code:

Dictated on: 02/08/2017 13:00:22
Reviewed by: MAHER, ASIM
**Shoulder Complete Min 2**
**Views Right**
**08-Feb-17 13:45, Shoulder Complete Min 2 Views Left**
**Shoulder Complete Min 2**
**Views Left**
**08-Feb-17 13:58, Shoulder Complete Min 2 Views Left**
**Exam Report**

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT                              B-Rm23-A                 73y    M
1399005H/6594854         BMI: 37.6    DSC    Mar-06-1945                         Visit Date : Feb-08-2017 10:02

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

---

Patient:BESEDIN,ROBERT          71Y M   MRN:1399005H
Loc:EMS-TR                  DOB:03/06/1945
Dr:KARMIN, RIANNE           Date of Exam:02/08/2017
Order #:  CR7934-17  SHOULDER COMPLETE MIN 2 VIEWS LEFT
The undersigned attending reviewed and agreed with the interpretation.

=================================================================
===

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

EXAMINATION:
LEFT SHOULDER RADIOGRAPHS: AP, Lateral, Oblique

HISTORY:
left shoulder pain after assault

COMPARISON:
None provided.

FINDINGS:
No acute fracture or dislocation.

There is diffuse osteopenia.  Degenerative change of the left
acromio clavicular joint.

No radiopaque foreign body identified in the adjacent soft tissues.

IMPRESSION:
No acute fracture or dislocation.

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN, ROBERT**            **B-Rm23-A**              **73y    M**
**1399005H/6S94354**    **BMI: 37.6**    **DSC**    **Mar-06-1945**              **Visit Date : Feb-08-2017 10:02**

ICD-10 Code:

Dictated on: 02/08/2017 14:21:58
Reviewed by: MAHER, ASIM

Treatments:
TREATMENTS:
- Treatments

ACE bandage applied to affected area  Dressing changed  abrasion cleaned with hydrogen peroxide and bacitracin nd clean gauze applied.

ED Diagnosis:
- An ED diagnosis must be entered and ED Diagnosis Selected Below
checked off below

ED DIAGNOSIS:
- **Contusion, shoulder and upper**: ICD-10: S40.019A
- **Contusion of left elbow**: ICD-10: S50.02XA
- **High cholesterol**: ICD-10: E78.00
- **Encounter for examination and**: ICD-10: Z04.9
- **HTN (hypertension)**: ICD-10: I10

DISCHARGE DISPOSTION:
- **Disposition**                       discharged
- **Discharge Type**               court under arrest
- **Discharge Date and Time**    08-Feb-2017 14:44

PROVIDER PAIN REASSESSMENT:
- **Pain Scale Used**           Numerical
- **Pain Scale Numeric**     2 - Mild

MEDICATION RECONCILIATION/DISCHARGE MEDS:
*Patient Currently Takes Medications as of 08-Feb-17 00:19 documented in Structured Notes*

DISCHARGE INSTRUCTIONS:
- **Check for These Symptoms and Call**    fever, pain, redness, withdrawal symptoms, vomiting,
or **Schedule Appointment with**                nonhealing wound, drainage
**Provider**

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin  0237

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN ROBERT**    **BMI: 37.6**    **B-Rm23-A**    **DSC**    **Mar-06-1945**    **73y**    **M**    **Visit Date : Feb-08-2017 10:02**
139900SH/6594854

| | |
|---|---|
| • **Additional Discharge Instructions** | Clean all wounds with soap and water, can apply bacitracin, Take all meds as prescribed, drink plenty of water, wear your hearing aids, must followup with your PMD when released, return for worsening symptoms., clean wound daily with bacitracin and apply clean gauze, wear ACE to left elbow, also f/u with an orthopedist for continued shoulder and elbow pain. |

**Faculty Statement:**
**Faculty Statement:**
• **Attestation**

Attending and Nurse Practitioner or Physician Assistant

• **Attending and Nurse Practitioner or Physician's Assistant**
• **Attending and Physician's Assistant:**

I evaluated the patient. I reviewed the Physician Assistant's note and agree with the findings and plan.

**MEDICAL DECISION MAKING:**
• **Conducted a Detailed Discussion with** radiology results, need for outpatient follow-up
**Patient and/or Guardian Regarding**
• **Treatment Plan**

71 yo male, aox3, nad, BIB Police for FFC, pt sts he was push 24h ago and is complaining of b/l shoulder pain, and left elbow pain,
'do : x-ray of shoulders and left elbow.

**Sign Offs:**
**Discharge Sign Off:**
• **Discharge Sign Off**
• **Discharge Sign Off**

Mid Level Provider/Resident Document Complete
Attending Document Complete

**Electronic Signatures:**
Altamirano, Leonardo (DO)  (Signed 08-Feb-17 16:12)
*Authored: Physical Exam, Faculty Statement, Medical Decision Making, Sign Offs*
Karmin, Rianne (Physicians Assistant I)  (Signed 08-Feb-17 14:47)
*Authored: Ebola Risk Screen, Presenting Information, History of Present Illness, Past Medical, Surgical and Family History, Allergies and Home Medications, Social History, History Attestation, ROS, Vital Signs, Physical Exam, Current Orders/Order Entry, Diagnostic Imaging Results Review, Treatments, ED Diagnosis, Disposition, Discharge Meds, Instructions, Return to Work, Fax Follow-up, Medical Decision Making*

Requested by: Gomez Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0238

| | Nassau Univ. Medical Center<br>Documents Review Report<br>Documents: ALL | | |
|---|---|---|---|
| **BESEDIN, ROBERT**<br>1399005H/6594854 | **BMI: 37.6**   DSC | **B-Rm23-A**<br>Mar-06-1945 | 73y   M<br>Visit Date : Feb-08-2017 10:02 |

*Last Updated:* 0B-Feb-17 16:12 by Altamirano, Leonardo (DO)

**References:**
1. Data Referenced From "ED Triage" 2/8/2017 10:25 AM

| Nassau Univ. Medical Center<br>Documents Review Report<br>Documents: ALL | | | |
|---|---|---|---|
| **BESEDIN, ROBERT**<br>1399005H/6594854 | **BMI: 37.6** | **B-Rm23-A**<br>**DSC**   Mar-06-1945 | **73y   M**<br>**Visit Date : Feb-08-2017 10:02** |
| Authored : Feb-08-2017 14:47 | ED Patient Discharge<br>Instructions (Complete) | Karmin, Rianne(Physicians<br>Assistant I) | |
| Signed : Feb-08-2017 14:48 | | | |

### Instructions:

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself at home. PLEASE BRING THIS FORM TO YOUR NEXT APPOINTMENT WITH YOUR DOCTOR .

You were seen by dr. altamariano on 08-Feb-2017 14:47.

### Diagnoses/Visit Problems:

- **Contusion, shoulder and upper**: ICD-10: S40.019A
- **Contusion of left elbow**: ICD-10: S50.02XA
- **High cholesterol**: ICD-10: E78.00
- **Encounter for examination and**: ICD-10: Z04.9
- **HTN (hypertension)**: ICD-10: I10

### Medication Reconciliation/Discharge Meds:

*Patient Currently Takes Medications as of 08-Feb-17 00:19 documented in Structured Notes*
amlodipine 10 mg oral tablet: Rx, 1 tab(s) orally once a day, Schedule: 0, Status: Active
aspirin-dipyridamole 25 mg-200 mg oral capsule, extended release: Rx, 1 cap(s) orally every 12 hours,
Schedule: 0, Status: Active

### Discharge Instructions:

| | |
|---|---|
| • Discharge Activity | resume normal activity |
| • Check for These Symptoms and Call or Schedule Appointment with Provider | fever, pain, redness, withdrawal symptoms, vomiting, nonhealing wound, drainage |
| • Additional Discharge Instructions | Clean all wounds with soap and water, can apply bacitracin, Take all meds as prescribed, drink plenty of water, wear your hearing aids, must followup with your PMD when released, return for worsening symptoms., clean wound daily with bacitracin and apply clean gauze, wear ACE to left elbow, also f/u with an orthopedist for continued shoulder and elbow pain. |

### Teaching and Education:

| | |
|---|---|
| Discharge Meds Reviewed | yes (1) |
| Instructions Reviewed With | patient (1) |
| Response to Teaching | questions (1) |
| Exit Care Instructions Provided | yes (1) |
| Date/Time Provided | 08-Feb-2017 00:00 (1) |
| Information Provided | dc instructions (1) |

Check for These Symptoms and Call or fever, pain, redness, withdrawal symptoms, vomiting,

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN, ROBERT**
1399005H/6594854     **BMI: 37.6**     **B-Rm23-A**     **DSC**     **Mar-06-1945**     **73y     M**     **Visit Date: Feb-08-2017 10:02**

**Schedule Appointment with Provider**   nonhealing wound, drainage<sup>⊕</sup>

**ED Discharge Time:**
Patient Signature/Date: _____, 08-Feb-2017 14:48.

**EMERGENCY IMAGING AND LAB RESULTS ARE ONLY PRELIMINARY:**

• **Emergency Imaging And Lab Results Are Only Preliminary**    Emergency imaging and lab test results are only preliminary. You should follow up with Health Information Management/Medical Records Department to see if there were any changes in the reading of your imaging and lab tests by checking for official results. In order to receive official results, an authorization must be completed. Please contact the Health Information Management Department/Medical Record Department at 516-572-6446 or 516-572-8825 for more information. Please note, we are not permitted to give results over the telephone

Los resultados de las pruebas de emergencia son solo preliminares. Usted debe dar seguimiento con el Departamento de Registros Médicos y Sistema de Información de Salud para ver si hubo algún cambio en la lectura de su estudio por imágenes y (o) de laboratorio mediante la comprobación de los resultados oficiales. Para poder recibir resultados oficiales se debe completar una autorización. Por favor póngase en contacto con el Departamento de Registros Médicos. Para mas información llame al Departamento de Registros Médicos al 516-572-6446 o al 516-572-8825. Por Favor tenga en cuenta que no estamos permitidos a dar resultados por teléfono.

**NASSAU UNIVERSITY MEDICAL CENTER:**

• **Nassau University Medical Center Emergency Department**    Thank you for choosing us for your health care needs. Our team works to always meet or exceed your expectations for care. We wish you the best of health, but if you should need us anytime soon, we are here ready to provide you with the best possible care.

You will be receiving a Patient Satisfaction Survey in the mail. Please take a few minutes to complete and

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:53

Printed from: Nassau Univ. Medical Center
Besedin 0241

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN, ROBERT | | B-Rm23-A | | 73y | M | |
|---|---|---|---|---|---|---|
| 1399005H/6594854 | BMI-37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-08-2017 10:02 |

mail back this survey. Your feedback is important to us as we strive to continually improve our service.

Gracias por elegirnos para sus necesidades de atencion medica. Nuestro equipo de profesionales de la salud trabaja para siempre satisfacer o superar sus expectativas para su cuidado. Le deseamos la mejor de la salud, pero, si nos necesita en cualquier momento, estamos aqui dispuestos a brindarle la mejor atencion sanitaria posible.

Usted estara recibiendo una Encuesta de Satisfaccion del Paciente en el correo. Por favor tome unos momentos para completar y enviar la encuesta. Su opinion es importante para nosotros y nos esforzamos por mejorar continuamente nuestro servicio.

**Print Document:**
**PRINT:**
• **Print this document:**          Yes
**Electronic Signatures:**
**Karmin, Rianne (Physicians Assistant I)**   (Signed 08-Feb-17 14:48)
    *Authored: Instructions, Print Document*

*Last Updated: 08-Feb-17 14:48 by Karmin, Rianne (Physicians Assistant I)*

**References:**
1. Data Referenced From "ED Nurse Note" 8-Feb-2017 11:12 AM
2. Data Referenced From "ED Provider Note" 8-Feb-2017 11:01 AM

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT
1399005H/6594854          BMI: 37.6          DSC          B-Rm23-A          73y     M
Mar-06-1945                              Visit Date : Feb-08-2017 10:02

Authored : Feb-08-2017 14:48          ED Fit For Confinement          Karmin, Rianne(Physicians
(Complete)                             Assistant I)
Signed : Feb-08-2017 14:48

**Department of Emergency Medicine:**
**Fit for Confinement Form:**
Date: 08-Feb-2017.

Please be advised the above patient was evaluated in the Emergency Department at NUMC on the date listed above .

_____ .

_____ .

_____ .

_____ .

See Discharge instructions .

**PRINT:**
**PRINT:**
• **Print this document:**          Yes
**Electronic Signatures:**
**Karmin, Rianne (Physicians Assistant I)**  (Signed 08-Feb-17 14:48)
     *Authored: Department of Emergency Medicine, PRINT*

*Last Updated: 08-Feb-17 14:48 by Karmin, Rianne (Physicians Assistant I)*

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

## Pain Flowsheet

| Patient Name1 | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/08/2017 10:20:00 | DSC | 6594854 |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| Document Recorded | | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/8/2017 10:25:00 | | Co-Signer | Signrature Status: |
|---|---|---|---|---|
| Sub - Category | | | Recorded Date And Time | Entered By |
| | Parameter | Result · | | |

| PAIN EVALUATION |
|---|

| Pain - Evaluation or Reevaluation | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
|---|---|---|---|
| Evaluation or Reevaluation | Evaluation | | |
| Pain Scale Numeric | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| Pain Scale Numeric | 0 - No Pain | | |

| Document Recorded | 2/8/2017 11:12:00 | | Co-Signer | Signrature Status: |
|---|---|---|---|---|
| Sub - Category | | | Recorded Date And Time | Entered By |
| | Parameter | Result | | |

| PAIN EVALUATION |
|---|

| Pain - Evaluation or Reevaluation | | 02/08/2017 11:14 | Franco, Heather(Reg Nurse I) |
|---|---|---|---|
| Evaluation or Reevaluation | Evaluation | | |
| Pain Scale Used | | 02/08/2017 11:14 | Franco, Heather(Reg Nurse I) |
| Pain Scale Used | Numerical | | |
| Pain Scale Numeric | | 02/08/2017 11:14 | Franco, Heather(Reg Nurse I) |
| Pain Scale Numeric | 0 - No Pain | | |

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

## Vital Signs

| Patient Name | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/08/2017 10:20:00 | DSC | 6594854 |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| Document Recorded | | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/8/2017 10:25:00 | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| VITAL SIGNS | | | | |
|---|---|---|---|---|
| BP Systolic | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Systolic | 154 | | |
| BP Diastolic | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Diastolic | 80 | | |
| Temperature (degrees C) | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | degrees C | 37.2 | | |
| Temperature | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Site | Oral | | |
| Pulse | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Pulse/bpm | 114 | | |
| O2 Saturation | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | O2 Saturation % | 97 | | |
| Respiratory Rate | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | RR /min | 20 | | |
| Pulse | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Pulse/bpm | 114 | | |
| Respiratory Rate | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | RR /min | 20 | | |
| BP Systolic | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Systolic | 154 | | |
| BP Diastolic | | | 02/08/2017 10:27 | Williamsen, Barbara(Reg Nurse II) |
| | Diastolic | 80 | | |

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| Patient Name | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/08/2017 10:20:00 | DSC | 6594854 |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| Document Recorded | 2/8/2017 11:33:00 | | Co-Signer | Signrature Status: |
|---|---|---|---|---|
| Sub - Category | | | Recorded Date And Time | Entered By |
| | Parameter | Result | | |

| VITAL SIGNS | | | | |
|---|---|---|---|---|
| BP Systolic | | | 02/08/2017 11:33 | Franco, Heather(Reg Nurse I) |
| | Systolic | 134 | | |
| BP Diastolic | | | 02/08/2017 11:33 | Franco, Heather(Reg Nurse I) |
| | Diastolic | 76 | | |
| Pulse | | | 02/08/2017 11:33 | Franco, Heather(Reg Nurse I) |
| | Pulse/bpm | 90 | | |
| O2 Saturation | | | 02/08/2017 11:33 | Franco, Heather(Reg Nurse I) |
| | O2 Saturation % | 99 | | |
| Respiratory Rate | | | 02/08/2017 11:33 | Franco, Heather(Reg Nurse I) |
| | RR /min | 16 | | |

## Nassau Univ. Medical Center
# Med Admin History Visit

**Criteria for selection:**   'Task Review Category: "Medications"'
'From Date: "08-Feb-2017"'
'To Date: "24-Oct-2018"'

| BESEDIN, ROBERT | B-Rm23-A | 73y | M | |
| DSC | | 06-Mar-1945 | | 1399005H / 6594854 |

## Scheduled

**rosuvastatin PO (Restricted Indication) Tablet - CRESTOR PO**
**Give:20 mg  Oral  Daily**
**Start:**   08-Feb-2017 10:56        **Stop:**   08-Feb-2017 14:44        **Requested By:**   Karmin, Rianne (Physicians Assistant I)

        11:20       Franco, Heather (Reg Nurse I)       20 mg

**Modifications:**

08-Feb-2017 11:20

| Modified | From | To | Date / Time | By |
|---|---|---|---|---|
| Dose: | | 20 | 08-Feb-2017 11:15 | Franco, Heather (Reg Nurse I) |
| Route: | | Oral | 08-Feb-2017 11:15 | Franco, Heather (Reg Nurse I) |
| Performed From Date/Time | | 08-Feb-2017 11:20 | 08-Feb-2017 11:15 | Franco, Heather (Reg Nurse I) |

## Nassau Univ Medical Center
## Med Admin History Visit

| BESEDIN ROBERT | B-Rm23-A | 73y | M |
| DSC | | 06-Mar-1945 | 1399005II / 6594854 |

### Unscheduled

**amlodipine PO Tablet - NORVASC PO**
**Give:10 mg  Oral  Once**

| **Start:** 08-Feb-2017 10:54 | **Stop:** 08-Feb-2017 11:20 | **Requested By:** Karmin, Rianne (Physicians Assistant I) |
| 11:20 | Franco, Heather (Reg Nurse I) | 10 mg |

**aspirin/dipyridamole PO 25 mg- 200 mg capsule - AGGRENOX 200 PO**
**Give:1 Capsule(s)  Oral  Once**
Nurse Instructions: Swallow whole; do not crush or chew.
**May be given with or without food.**

| **Start:** 08-Feb-2017 10:56 | **Stop:** 08-Feb-2017 11:20 | **Requested By:** Karmin, Rianne (Physicians Assistant I) |
| 11:20 | Franco, Heather (Reg Nurse I) | 1 Capsule(s) |

**losartan PO Tablet - COZAAR PO**
**Give:50 mg  Oral  Once**

| **Start:** 08-Feb-2017 10:54 | **Stop:** 08-Feb-2017 11:20 | **Requested By:** Karmin, Rianne (Physicians Assistant I) |
| 11:20 | Franco, Heather (Reg Nurse I) | 50 mg |

**Modifications:**

08-Feb-2017 11:20

| Modified | From | To | Date / Time | By |
| --- | --- | --- | --- | --- |
| Performed From Date/Time | | 08-Feb-2017 11:20 | 08-Feb-2017 11:14 | Franco, Heather (Reg Nurse I) |

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
**2201 Hempstead Turnpike, East Meadow, NY  11554**
**http://www.numc.edu/  Physician Order Summary**

| MRN | Visit ID | Patient Name | Admit DTM | Discharge DTM |
|---|---|---|---|---|
| 1399005H | 6596257 | BESEDIN, ROBERT | 2/11/2017 2:05:00 PM | 2/11/2017 4:16:00 PM |

**Order Category: All**

CT Head/Brain; w/o Contrast                    11-Feb-2017 14:02                    Requested By: Kuo, Daniel

| | |
|---|---|
| Clinical Indication: | Head trauma |
| Contact#/Pager: | 62400 |
| CPT Code: | 70450 |
| Diagnosis: | R51 Headache |
| Exam to be done after discharge? | No |
| Priority: | ASAP |
| Requested Date: | 11-Feb-2017 |
| Schedule Time: | Schedule all appts for 45min except Breast MRI (1.5hrs) |
| Transport Method: | AMB |
| Weight (kg): | 108.8 |

**Besedin  0249**

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
**2201 Hempstead Turnpike, East Meadow, NY  11554**
**http://www.numc.edu/  Physician Order Summary**

Orders: All orders for this chart for order dates from 11-Feb-2017

| | | | |
|---|---|---|---|
| BESEDIN, ROBERT | B-Rm20-C | 73y    M | |
| Height: 170 cm, Weight: 108.8kg, BMI: 37.6 | 06-Mar-1945 | DSC | 3228970 / 1399005H / 6596257 |

**Length of stay:  0 day(s)**                    **Admit date: 2/11/2017**

| | | | | |
|---|---|---|---|---|
| **11-Feb-2017 14:59** | | **Requested By:** | **Kuo, Daniel (Resident Physician)** | |
| | CT Head/Brain; w/o Contrast | 11-Feb-2017 15:19 | 1 or more Final Results Received | |
| | Transport by: AMB | | | |
| **11-Feb-2017 16:17** | | **Requested By:** | **Singh, Jatinder (MD)** | |
| | **ED Discharge Order** | 11-Feb-2017 16:17 | Discontinued via Patient Discharge | 11-Feb-2017 16:16 |
| **11-Feb-2017 16:34** | | **Requested By:** | **Kuo, Daniel (Resident Physician)** | |
| | **acetaminophen PO** | 11-Feb-2017 16:34 | Completed | 11-Feb-2017 16:34 |
| | Tablet - TYLENOL Give:650 mg  Oral  ONCE | | | |
| | **ibuprofen PO** | 11-Feb-2017 16:34 | Completed | 11-Feb-2017 16:34 |
| | Tablet - MOTRIN PO Give:400 mg  Oral  ONCE Nurse Instructions: Swallow whole; not crush or chew. | | | |
| | THIS DRUG HAS A BLACK BOX WARNING. | | | |
| **12-Feb-2017 16:16** | | **Requested By:** | **( / entered by: services (IT)** | |
| Discontinued | **ED Discharge Order** | 11-Feb-2017 16:17 | Discontinued via Patient Discharge | 11-Feb-2017 16:16 |
| | Patient discharged - 11-Feb-2017 16:16. | | | |

Printed By: Gomez, Martha (Auditor)                    Printer Location: Nassau Univ. Medical Center

24-Oct-18 17:44                    End Of Report                    Page 1 Of 1                    Besedin  0250

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554 http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 11-Feb-2017

**BESEDIN, ROBERT**                                    73y    M        **DOB:06-Mar-1945**

2510 HARRISON AVE / BALDWIN / New York / 11510

1399005H / 6596257              DSC          B-Rm20-C                                   ( )

**Report Date**

**CT Head/Brain; w/o Contrast**

**Order Entered Date : 02/11/2017 15:19**
**Collection Date : Not Available**
**Received Date : Not Available**                                          02/11/2017 15:26

CT Head/Brain; w/o Contrast                                               02/12/2017 09:44

Exam Report

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:BESEDIN,ROBERT          71Y M    MRN:1399005H
Loc:ER-FAS                   DOB:03/06/1945
Dr:KUO, DANIEL             Date of Exam:02/11/2017
Order #:  CT4225-17  CT HEAD/BRAIN W/O CONTRAST
The undersigned attending reviewed and agreed with the interpretation.
=========================================================
EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE HEAD

HISTORY:
Head trauma

TECHNIQUE:
Multiple contiguous axial sections of the head were obtained without
intravenous contrast.

COMPARISON:
CT dated 6/3/2014

FINDINGS:
Grossly unchanged encephalomalacias are identified of the bilateral
frontal lobes and right temporo-occipital region, grossly unchanged
in comparison with the prior CT.There are mild involutional and
chronic periventricular microvascular ischemic changes. The basilar
cisterns are patent.

No mass effect, acute hemorrhage, or acute appearing territorial
infarct is identified.

| Printed by: | **Gomez, Martha (Auditor)** | **Printed From: Nassau Univ. Medical Center** | **Page: 1 of 2** |
|---|---|---|---|
| 24-Oct-18 17:45 | | | |

**NuHealth, NASSAU UNIVERSITY MEDICAL CENTER**
2201 Hempstead Turnpike, East Meadow, NY 11554 http://www.numc.edu/
**Patient Results Report - Sorted by Order Type**
All results performed dates from 11-Feb-2017

**BESEDIN, ROBERT**                                73y    M          DOB:06-Mar-1945

2510 HARRISON AVE / BALDWIN / New York / 11510

1399005H / 6596257              DSC        B-Rm20-C                              ( )

The skull base and calvarium, tympanomastoid air cells, and
visualized portions of the orbits and paranasal sinuses are within
normal limits. Scattered atherosclerotic calcifications are
incidentally identified.

IMPRESSION:
1. No acute intracranial pathology on this unenhanced CT.
2. Additional findings, as above.

ICD-10 Code: F29

Dictated on: 02/11/2017 15:26:02
Reviewed by: RAMCHAND, MINAKSHI
Dictated by: LEV, STEVEN

Printed by:    Gomez, Martha (Auditor)          Printed From: Nassau Univ. Medical Center          Page: 2 of 2
24-Oct-18 17:45                                  End of Report

Besedin  0252

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT
1399005H/6596257        BMI: 37.6        B-Rm20-C        73y        M
                                         DSC        Mar-06-1945        Feb-11-2017        Visit Date : Feb-11-2017 14:02

Authored : Feb-11-2017 14:12        ED Triage (Complete)        Raniolo, Doris (Reg Nurse II)        **Revised**
Signed : Feb-11-2017 21:48

## EBOLA RISK SCREEN:
### Ebola Risk Screen:
- **Can patient answer Ebola questions?**  Yes
- **Any of the following symptoms?**  none
- **Travel to Ebola affected areas in the last month such as:**  no travel to known Ebola area
- **Exposure risk to Ebola?**  no known exposure

## ARRIVAL INFO:
- **Are you the Greeter RN beginning triage?**  Yes
- **Patient ID check:**  ROBERT  BESEDIN  is a 71 yr old  Male. Date of Birth is  06-Mar-1945
- **Arrival Time**  11-Feb-2017 14:05
- **Triage Time**  11-Feb-2017 14:19
- **ID Band**  ID Band in place
- **Prisoner**  No
- **ESI Triage Acuity level**  3
- **Arrival From**  home
- **Mode of Arrival**  Car/Private
- **Means of Arrival**  Ambulatory
- **Accompanied By**  son
- **Significant Past Medical/Surgical History**  Hypertension, High Cholesterol, S/P 2 subdural hematomas with 8 inch crown fx of skull 2005
- **Triage Historian**  son
- **Spoken Language Preferred**  English

## Chief Complaint:
- **Chief Complaint**  dizziness
- **Chief Complaint Quote**  Pt. C/O spots in visual field, headache left shoulder and back pain. Pt states he was thrown down 4 concrete steps on Tuesday evening, striking head. pt seen in er as FFC for complaints last week after incident happened. no having headaches and visual changes. No LOC, but son states some temporary confusion and memory loss shortly after accident. Was seen in ED Tuesday night,
- **Pain - Evaluation or Reevaluation**  Evaluation

**Nassau Univ Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN ROBERT | | B-Rm20-C | 73y | M | |
|---|---|---|---|---|---|
| 139900SH/6596257 | BMI: 37.6 | DSC    Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

**Vital Signs:**
**Vitals Signs:**
- Temperature (degrees F)            98.7 degrees F
- Temperature (degrees C)            37 degrees C
- Temperature                        Oral
- Pulse                              ↑ 90
- Respiratory Rate                   16
- O2 Saturation                      96 %
- BP Systolic                        ↑ 163
- BP Diastolic                       74
- Patient Height actual or estimated?   estimated
- Height inches                      67 inch
- Height cm                          170 cm
- Weight lbs                         240 lb
- Weight kg                          108.8 kg
- BMI                                37.6

**Mental Status:**
- Mental Status                      alert and oriented x 3

**Sepsis:**
- Sepsis tool                        Adult Sepsis Tool
- Does patient have any of the       N/A
  following? Notify a physician if patient
  has 3 or more
- Sepsis Triage Score                0

**Advance Directives:**
- Advanced Directive                 No

**ELOPEMENT RISK:**
- Is the patient an elopement risk?  No

**Allergy Intolerance/Adverse Event:**
  Allergies:
  - No Known Allergies: Active

**Allergy Bands:**
- Allergy Band/Signs Applied:        N/A

**EPIDEMIC/PANDEMIC SURGE:**

Requested by : Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin  0254

| Nassau Univ. Medical Center |
| --- |
| Documents Review Report |
| Documents: ALL |

| BESEDIN ROBERT | | B-Rm20-C | | 73y | M | |
| --- | --- | --- | --- | --- | --- | --- |
| 139900SH/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

Have you traveled outside or had close contact with someone who has traveled recently outside of the United States, in the past 2 weeks? No .

Are you a healthcare worker who has a recent exposure to an individual with a highly communicable disease or unexplained, severe febrile respiratory or rash disease? No .

Do any of the people who you have close contact with at home, work or you friends have the same symptoms? No .

**HIV Test:**
- **Offering of HIV testing:**  n/a

**Pneumonia:**
- **Are symptoms suggestive of pneumonia**  No

**SCREENINGS:**
**DOMESTIC VIOLENCE (Patients 12 years and older):**
- **Is anyone hurting you at home?**  no

**EXPLOITATION  (Patients 12 years and older):**
- **Is anyone misusing your money, food,** no
  **housing, or not allowing you to obtain**
  **healthcare?**

**SUICIDE:**
- **Do you have thoughts of hurting**  no
  **yourself or others?**
- **Are you currently being treated for**  no
  **any psychiatric issues?**
- **Have you recently suffered a recent**  no
  **loss or trauma?**

Requested by:  Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin 0255

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT    B-Rm20-C    73y    M
1399005H/6596257    BMI: 37.6    DSC    Mar-06-1945    Visit Date : Feb-11-2017 14:02

- Are you experiencing discomfort    no
  because you are withdrawing from
  drugs and/or alcohol?

Electronic Signatures:
Franco, Heather (Reg Nurse I)  (Signed 11-Feb-17 14:22)
    *Authored: ARRIVAL INFO, TRIAGE, ALLERGIES, SCREENINGS*
Gonzalez, Diana (Reg Nurse I)  (Signed 11-Feb-17 21:48)
    *Authored: ARRIVAL INFO, TRIAGE*
Raniolo, Doris (Reg Nurse II)  (Signed 11-Feb-17 14:18)
    *Authored: EBOLA RISK SCREEN, ARRIVAL INFO, TRIAGE, SCREENINGS*

*Last Updated: 11-Feb-17 21:48 by Gonzalez, Diane (Reg Nurse I)*

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN ROBERT | | B-Rm20-C | | 73y | M | |
|---|---|---|---|---|---|---|
| 1399005H/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

| Authored : Feb-11-2017 15:00 | ED Provider Note (Complete) | Kuo, Daniel(Resident Physician) | ^^Revised^^ |
|---|---|---|---|
| Signed : Feb-11-2017 16:17 | | | |

Ebola Risk Screen:
Ebola Risk Screen:
• Can patient answer Ebola questions?   Yes ⁽ᴵ⁾
• Any of the following symptoms?   none⁽ᴵ⁾
• Travel to Ebola affected areas in the   no travel to known Ebola area⁽ᴵ⁾
  last month such as:
• Exposure risk to Ebola?   no known exposure⁽ᴵ⁾

Presenting Information:
TRIAGE INFORMATION:
• Triage Historian   son
• Accompanied By   son
• Triage Information

| Most recent Vital Sign | Value | Date |
|---|---|---|
| Temp (F): | 98.7 | 02-11-2017 14:12 |
| Temp (C): | 37 | 02-11-2017 14:12 |
| Heart Rate (beats/min): | 90 | 02-11-2017 14:12 |
| Respirations (breaths/min): | 16 | 02-11-2017 14:12 |
| BP Systolic (mm Hg): | 163 | 02-11-2017 14:12 |
| BP Diastolic (mm Hg): | 74 | 02-11-2017 14:12 |
| Chief Complaint: | dizziness | 02-11-2017 14:12 |

| Nassau Univ. Medical Center |
|---|
| **Documents Review Report** |
| Documents: ALL |

| BESEDIN, ROBERT | | B-Rm20-C | 73y | M | |
|---|---|---|---|---|---|
| 399005H/6596257 | BMI: 37.6 | DSC   Mar-06-1945 | | | Visit Date: Feb-11-2017 14:02 |

| **Chief Complaints Quote:** | Pt. C/O spots in visual field, headache left shoulder and back pain. Pt states he was thrown down 4 concrete steps on Tuesday evening, striking head. pt seen in er as FFC for complaints last week after incident happened. no having headaches and visual changes. No LOC, but son states some temporary confusion and memory loss shortly after accident. Was seen in ED Tuesday night, | 02-11-2017 14:12 |
|---|---|---|

- Spoken Language Preferred    English

## HISTORY OF PRESENT ILLNESS:

| • Complaint | The patient is a 71 year old Male complaining of dizziness. |
|---|---|
| • Time Seen | 11-Feb-2017 14:30 |
| • Context | on aspirin |
| • Quality | anxiety producing |
| • Severity | MILD |
| • Presenting Symptoms | DIZZINESS, BLURRED VISION |
| • Time last well | known |
| • Time Last Known Well Date/Time (dd-mmm-yyyy hh:mm) | 07-Feb-2017 09:00 |
| • Arrival Time Within 3 hours since symptoms onset | n/a |
| • IV Thrombolytic[IV t-Pa] within 3 hrs of ED arrival[here] | n/a |
| • IV/IA Thrombolytic (IV-tPa) within 48 hrs of ED arrival (here/elsewhere) | n/a |
| • Objective Statement | 58yo M with PMHx of TBI, EtOH abuse, HTN, ASA use, dyslipidemia, hard of hearing and mild dementia presented to ED c/o dizziness and blurry vision x4 days. Patient states he was at home on 2/7/17 when he was tackled to the ground by police officers. Patient states he is unsure why he was tackled, and denies alcohol intoxication at the time. Patient cannot remember if he struck his head against the ground. |

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin  0258

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN, ROBERT**
1399005H/6596257   **BMI: 37.6**   B-Rm20-C   Mar-06-1945   73y   M
DSC   Visit Date : Feb-11-2017 14:02

Son states that patient lives down the street from the precinct and is frequently in altercations/arguments with the police officers. Patient was seen on the evening of 2/7/17 for medical clearance for FFC. Patient did not receive a CTH at the time. Currently c/o mild headache and dizziness. States the it feels like the "room is spinning." Patient also c/o "floaters" in his eyes that started after his arrest. Denies fever, chills, CP, SOB, abdominal pain, N/V/D/C.

## Past Medical History:
Past Med Hx:
- **Mild dementia** (F03.90): Display Name: Unspecified dementia without behavioral disturbance, Status: Active, Scope: General, ICD-10: F03.90
- **Alcohol abuse** (F10.10): Display Name: Alcohol abuse, uncomplicated, Status: Active, Scope: General, ICD-10: F10.10
- **Hard of hearing** (H91.90): Display Name: Unspecified hearing loss, unspecified ear, Status: Active, Scope: General, ICD-10: H91.90
- **High cholesterol** (E78.00): Display Name: Pure hypercholesterolemia, unspecified, Status: Active, Scope: General, ICD-10: E78.00
- **CVA (cerebral vascular accident** (I63.9): Display Name: Cerebral infarction, unspecified, Status: Active, Scope: General, ICD-10: I63.9
- **TBI (traumatic brain injury)** (S06.9X9A): Display Name: Unspecified intracranial injury with loss of consciousness of unspecified duration, initial encounter, Status: Active, Scope: General, ICD-10: S06.9X9A
- **Hypertension** (I10): Display Name: Essential (primary) hypertension, Status: Active, Scope: General, ICD-10: I10

## Past Surgical History:
Past Surg Hx:
- **S/P wrist surgery** (Z98.890): Display Name: Other specified postprocedural states, Status: Active, Scope: General, ICD-10: Z98.890

## Social History:
### Substance Use:
- **Alcohol Use Status**          current alcohol
- **Smoking Status**              Unknown if ever smoked

## HISTORY ATTESTATION:
- **Attestation Comment**         I have reviewed and confirmed nurses' notes for patient's medications, allergies, medical history, and surgical history.

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin  0259

**BESEDIN ROBERT**
1399005H/6596257     BMI: 37.6     DSC     B-Rm20-C     Mar-06-1945     73y     M     Visit Date : Feb-11-2017-14:02

## Review of Systems:

| | |
|---|---|
| • **Constitutional** | negative: anorexia, chills, fever, malaise/fatigue, weight loss |
| • **Eye** | POSITIVE: vision changes |
| | negative: itching, lacrimation, lid swelling, pain, photophobia, redness |
| • **Ear** | negative: discharge, hearing disturbance, hearing loss, pain, tinnitus |
| • **Nose** | negative: congestion, discharge, nose bleeds, obstruction, sneezing |
| • **Mouth/Throat/Teeth** | negative: dysphagia, gum bleeding, hoarseness, lesions, toothache, tooth caries, tooth trauma, throat pain |
| • **Neck** | negative: lumps, pain, stiffness, swollen glands |
| • **Cardiovascular** | negative: bradycardia, chest pain, claudication, diaphoresis, edema, irregular rhythm, orthopnea, palpitation, tachycardia |
| • **Respiratory** | negative: cough, dyspnea, hemoptysis, pleuritic chest pain, wheezing |
| • **Gastrointestinal** | negative: abdominal pain, constipation, diarrhea, nausea, change in bowel habits, hematochezia, melena, rectal pain, stool incontinence, vomiting |
| • **Genitourinary** | negative: cloudy urine, dysuria, frequency, hematuria, strong smelling urine, urgency, urine output decreased, urine output increased, penile discharge |
| • **Musculoskeletal** | negative: back pain, gout, joint pain, neck pain, pain, sensory deficits, stiffness, swelling, weakness |
| • **Integumentary** | negative: abrasions, diaphoresis, dryness, hives, itching, jaundice, lesions, lumps, mole changes, petechiae, pruritus, rash, thin skin |
| • **Neurological** | POSITIVE: dizziness |
| | negative: altered mental status, fecal incontinence, gait abnormality, headache, loss of consciousness, loss of function, lower extremity numbness, memory impairment, neck stiffness, sensory deficits, upper extremity numbness, urinary incontinence, vertigo, weakness |
| • **Psychiatric** | negative: anxiety, depression, hallucinations, insomnia, memory changes, mood swings |

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin 0260

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

**BESEDIN, ROBERT**
1399005H/6596257   **BMI: 37.6**   **DSC**   **B-Rm20-C**   **Mar-06-1945**   **73y**   **M**   **Visit Date : Feb-11-2017 14:02 :**

- **Endocrine**   negative: change in weight, change in glove/shoe size, cold/heat tolerance, diabetes, diaphoresis, polydipsia, polyuria, thyroid trouble
- **Heme/Lymph**   negative: anemia, easy bleeding, easy bruising, jaundice, night sweats, past transfusion, swollen lymph nodes, transfusion reaction
- **Allergic/Immunologic**   negative: dermatitis, environmental allergies, food allergies, hayfever, HIV, immunologic disorder, immunosuppressive disorder, latex allergy, pruritus, rash, rhinorrhea

**Vital Signs:**
**Vital Signs (from VS Flowsheet):**
**Vital Signs:**
  **11-Feb-17 14:12**

| | |
|---|---|
| BP Systolic Systolic | ↑163 |
| BP Diastolic Diastolic | 74 |
| Temperature (degrees C) degrees C | 37 |
| Temperature Site | Oral |
| Pulse Pulse/bpm | ↑90 |
| O2 Saturation O2 Saturation % | 96 |
| Respiratory Rate RR /min | 16 |
| Pulse Pulse/bpm | 90 |
| Respiratory Rate RR /min | 16 |
| BP Systolic Systolic | 163 |
| BP Diastolic Diastolic | 74 |

**PHYSICAL EXAM:**

- **CONSTITUTIONAL**   · · ·
- **Appearance**   well appearing
- **Development**   well developed
- **Distress**   no apparent
- **Manner**   appropriate for situation
- **Mentation**   awake, alert, oriented to person, place, time/situation
- **Mood**   appropriate
- **Nourishment**   OBESE

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin 0261

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

| BESEDIN ROBERT | | B- Rm20-C | 73y | M | |
|---|---|---|---|---|---|
| 1399005H/6596257 | BMI: 37.6 | DSC   Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

- **ENMT** — Dry mucous membranes. Mouth with normal mucosa. Throat has no vesicles, no oropharyngeal exudates and uvula is midline.
- **EYES** — Clear bilaterally, pupils equal, round and reactive to light.
- **CARDIAC** — Normal rate, regular rhythm.  Heart sounds S1, S2. No murmurs, rubs or gallops.
- **RESPIRATORY** — Breath sounds clear and equal bilaterally.
- **GASTROINTESTINAL** — Abdomen soft, non-distended, obese, no rebound, non-tender, no guarding. Bowel sounds normal in all 4 quadrants.
- **MUSCULOSKELETAL** — Range of motion is not limited, no muscle or joint tenderness.
- **NEUROLOGICAL** — - - -
- **Level of Consciousness** — alert  follows commands
- **Cranial Nerve and Pupillary Exam** — cranial nerves 2-12 intact
- **Neck** — normal  non-tender
- **Speech** — clear
- **Gait and Weight Bearing** — normal
- **Sensation** — present and normal in 4 extremities
- **Coordination** — normal
- **Pronator Drift** — none
- **SKIN** — Skin normal color for race, warm, dry and intact. No evidence of trauma.
- **PSYCHIATRIC** — normal mood and affect.

**CURRENT ORDERS/ORDER ENTRY:**
- CT Head/Brain; w/o Contrast, Transport by: AMB, 11-Feb-2017, Pending, Standard

**Diagnostic Imaging Results Review:**
**DIAGNOSTIC IMAGING AND OTHERS:**
**General:**
11-Feb-17 15:19, CT Head/Brain; w/o Contrast
Exam Report

Requested by:  Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
**Besedin  0262**

**BESEDIN, ROBERT**
1399005H/6596257          **BMI: 37.6**     **DSC**     **B-Rm20-C**     **Mar-06-1945**     73y     M     **Visit Date : Feb-11-2017 14:02**

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

---

Patient:BESEDIN,ROBERT          71Y M    MRN:1399005H
Loc:ER-FAS                    DOB:03/06/1945
Dr:KUO , DANIEL               Date of Exam:02/11/2017
Order #: CT4225-17  CT HEAD/BRAIN W/O CONTRAST
The undersigned attending reviewed and agreed with the interpretation.

=======================================================
===

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

EXAMINATION:
NONCONTRAST COMPUTED TOMOGRAPHY OF THE HEAD

HISTORY:
Head trauma

TECHNIQUE:
Multiple contiguous axial sections of the head were obtained without
intravenous contrast.

COMPARISON:
CT dated 6/3/2014

FINDINGS:
Grossly unchanged encephalomalacias are identified of the bilateral
frontal lobes and right temporo-occipital region, grossly unchanged
in comparison with the prior CT.There are mild involutional and
chronic periventricular microvascular ischemic changes. The basilar
cisterns are patent.

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN ROBERT**      **B-Rm20-C**     **73y**   **M**
139900SH/6596257    **BMI: 37.6**    **DSC**    Mar-06-1945     **Visit Date : Feb-11-2017 14:02**

No mass effect, acute hemorrhage, or acute appearing territorial infarct is identified.

The skull base and calvarium, tympanomastoid air cells, and visualized portions of the orbits and paranasal sinuses are within normal limits. Scattered atherosclerotic calcifications are incidentally identified.

IMPRESSION:
1. No acute intracranial pathology on this unenhanced CT.
2. Additional findings, as above.

ICD-10 Code:

Dictated on: 02/11/2017 15:26:02
Reviewed by: RAMCHAND, MINAKSHI
**CT Head/Brain; w/o**
   **Contrast**

**ED Diagnosis:**
- **An ED diagnosis must be entered and** ED Diagnosis Selected Below
**checked off below**

**ED DIAGNOSIS:**
- **Postconcussion syndrome**: Onset Date: 11-Feb-2017 , ICD-10: F07.81

**DISCHARGE DISPOSTION:**
- **Disposition**             discharged
- **Discharge Type**         home
- **Discharge Date and Time**    11-Feb-2017 16:16

**CONDITION ON DISCHARGE:**
- **Condition on Discharge**     stable

**PROVIDER PAIN REASSESSMENT:**
- **Pain Scale Used**         Numerical
- **Pain Scale Numeric**      1 - Mild

**MEDICATION RECONCILIATION/DISCHARGE MEDS:**

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
**Besedin 0264**

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

BESEDIN, ROBERT    BMI: 37.6    B-Rm20-C    73y    M
1399005H/6596257    DSC    Mar-06-1945    Visit Date : Feb-11-2017 14:02

*Patient Currently Takes Medications as of 08-Feb-17 00:19 documented in Structured Notes*

**Faculty Statement:**
**Faculty Statement:**
• **Attestation**                          Attending and Resident
• **Attending and Resident**
• **Attending and Resident:**              I evaluated the patient. I reviewed the Resident's note
                                           and agree with the findings and plan.

**MEDICAL DECISION MAKING:**
• **Differential Diagnosis**               post concussive syndrome
• **Discussed Clinical and Radiological**  patient, family
  **Findings With**
• **Conducted a Detailed Discussion with** radiology results, need for outpatient follow-up, return
  **Patient and/or Guardian Regarding**    to ED if symptoms worsen, persist or questions arise
• **Treatment Plan**                       a/p male with recent fall after intoxication few days
                                           ago and now here for s/s of postconcussive syndrome
                                           ct negative and so dc with pain meds and f/u and
                                           instructions

**Sign Offs:**
**Discharge Sign Off:**
• **Discharge Sign Off**                   Mid Level Provider/Resident Document Complete
• **Discharge Sign Off**                   Attending Document Complete

**Electronic Signatures:**
**Kuo, Daniel (Resident Physician)** (Signed 11-Feb-17 16:49)
   Authored: Ebola Risk Screen, Presenting Information, History of Present Illness, Past Medical, Surgical and
   Family History, Social History, History Attestation, ROS, Vital Signs, Physical Exam, Current Orders/Order Entry,
   Diagnostic Imaging Results Review, Discharge Meds, Medical Decision Making
**Singh, Jatinder (MD)** (Signed 11-Feb-17 16:17)
   Authored: Physical Exam, ED Diagnosis, Disposition, Faculty Statement, Medical Decision Making, Sign Offs

*Last Updated: 11-Feb-17 16:49 by Kuo, Daniel (Resident Physician)*

**References:**
1. Data Referenced From "ED Triage" 11-Feb-2017 14:12

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| | | | | |
|---|---|---|---|---|
| BESEDIN ROBERT | | B-Rm20-C | 73y | M |
| 1399005H/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | Visit Date : Feb-11-2017 14:02 |
| Authored : Feb-11-2017 16:09 | ED Nurse Note (Complete) | | Gonzalez, Diana(Reg Nurse I) | **Revised** |
| Signed : Feb-11-2017 21:43 | | | | |

## TRIAGE:
### Ebola Risk Screen:
- Can patient answer Ebola questions?   Yes (!)
- Any of the following symptoms?   none (!)
- Travel to Ebola affected areas in the   no travel to known Ebola area (!)
  last month such as:
- Exposure risk to Ebola?   no known exposure (!)

### CHIEF COMPLAINT:
- Chief Complaint   dizziness

### Acuity:
- ESI Triage Acuity level   3

### Vital Signs:
### Vitals Signs:
- Temperature (degrees F)   98.7 degrees F
- Temperature (degrees C)   37 degrees C
- Temperature   Oral
- Pulse   ↑ 90
- Respiratory Rate   16
- O2 Saturation   96 %
- BP Systolic   ↑ 163
- BP Diastolic   74
- Patient Height actual or estimated?   estimated
- Height inches   67 inch
- Height cm   170 cm
- Weight lbs   239.86 lb
- Weight kg   108.8 kg
- BMI   37.6

### EMS Info:
- Means of Arrival   Ambulatory

### Primary Survey:
- Airway   open and patent
- Breathing   spontaneous, unlabored and symmetrical
- Breath Sounds   clear
- Circulation   strong peripheral pulses with regular rhythm
- Skin Condition   warm

**Nassau Univ. Medical Center**
**Documents Review Report**
**Documents: ALL**

| BESEDIN, ROBERT | | B-Rm20-C | | 73y | M | |
|---|---|---|---|---|---|---|
| 1399005H/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

- **Skin Color** — normal for race
- **Disability** — patient is alert
- **Placed on Cardiac Monitor?** — No
- **Placed on Pulse Oximeter?** — No

## PROGRESS NOTE:
- **Progress Note**
02/11/17 1435 received pt A&OX3 C/O dizziness. md at bedside DG RN

## Pain Assessment:
- **Pain - Evaluation or Reevaluation** — Evaluation
- **Pain Scale Used** — Numerical
- **Pain Scale Numeric** — 0 - No Pain

## SUBJECTIVE HISTORY OF ILLNESS:
- **Complaint** — The patient is a 71 year old Male complaining of dizziness.

## HISTORY:
### Medication Reconciliation Assessment:
- **Source of Medication List** — Patient

## SCREENINGS:
### EPIDEMIC/PANDEMIC SURGE:
Can patient answer Epidemic/Pandemic questions? Yes .

Have you had a fever in the past 2 weeks? No .

Have you had cough in the past 2 weeks? No .

Have you had shortness of breath or difficulty breathing in the past 2 weeks? No .

Have you had a rash or unusual skin lesions in the past 2 weeks? No .

Have you traveled outside or had close contact with someone who has traveled recently outside of the United States, in the past 2 weeks? No .

Are you a healthcare worker who has a recent exposure to an individual with a highly communicable disease or unexplained, severe febrile respiratory or rash disease? No .

Do any of the people who you have close contact with at home, work or you friends have the same symptoms? No .

Requested by: Gomez,Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin  0267

Nassau Univ. Medical Center
Documents Review Report
Documents: ALL

**BESEDIN ROBERT**    139900SH/6596257    **BMI: 37.6**    B-Rm20-C    **DSC**    Mar-06-1945    73y   M    **Visit Date : Feb-11-2017 14:02**

## SEPSIS:
- **Sepsis tool** — Adult Sepsis Tool
- **Does patient have any of the following? Notify a physician if patient has 3 or more** — N/A
- **Sepsis Triage Score** — 0

## HIV SCREENING:
- **Offering of HIV testing:** — n/a

## SUICIDE SCREENING:
### SUICIDE:
- **Do you have thoughts of hurting yourself or others?** — no
- **Are you currently being treated for any psychiatric issues?** — no
- **Have you recently suffered a recent loss or trauma?** — no
- **Are you experiencing discomfort because you are withdrawing from drugs and/or alcohol?** — no

## Advance Directives:
- **Advanced Directive** — Not obtainable at this time

## SCALES:
### BRADEN SCALE:
- **Mobility Status** — 4. no impairment
- **Moisture** — 4. rarely moist
- **Activity** — 4. walks frequently
- **Friction/Shear** — 3. no apparent problem
- **Nutritional Status** — 3. adequate
- **Sensory Perception** — 4 no impairment
- **Braden Scale 24 hr Total Score** — 22

## HENDRICH II FALL RISK MODEL Modified for NUMC:
- **Confusion/Disorientation** — 0. No
- **Depression** — 0. No
- **Altered Elimination** — 0. No
- **Dizziness/Vertigo** — 0. No

Printed from: Nassau Univ. Medical Center
Besedin  0268

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN ROBERT | | B-Rm20-C | | 73y | M | |
|---|---|---|---|---|---|---|
| 139900SH/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

- **Gender (MALE)** — 1. Yes
- **Altered Mobility** — 0. No
- **Any Antiepileptics (Anticonvulsants)** — 0. No
- **Any Benzodiazepines** — 0. No
- **Total Score** — 1

**Disposition:**
**DISPOSITION INFORMATION:**
- **Disposition** — discharged
- **Discharge Type** — home

**SIGN OFFS:**
**SIGN OFF:**
- **Discharge Sign Off** — Nursing Document Complete

**Electronic Signatures:**
Gonzalez, Diana (Reg Nurse I) (Signed 11-Feb-17 21:48)
  *Authored: TRIAGE, PRIMARY SURVEY, PAIN ASSESSMENT, CHIEF COMPLAINT HISTORY, HISTORY, SCREENINGS, Head to Toe Assessment, Disposition, SIGN OFFS*

*Last Updated: 11-Feb-17 21:48 by Gonzalez, Diana (Reg Nurse I)*

**References:**
1. Data Referenced From "ED Provider Note" 2/11/2017 3:00 PM

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

End of Report

Printed from: Nassau Univ. Medical Center
Besedin 0269

**Nassau Univ. Medical Center**
**Documents Review Report**
Documents: ALL

| BESEDIN: ROBERT | | B-Rm20-C | | 73y | M | |
| 139900SH/6596257 | BMI-37.6 | DSC | Mar-06-1945 | | | Visit Date : Feb-11-2017 14:02 |

| Authored : Feb-11-2017 16:34 | ED Patient Discharge Instructions (Complete) | Kuo, Daniel(Resident Physician) |
| Signed : Feb-11-2017 16:39 | | |

## Instructions:
This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself at home. PLEASE BRING THIS FORM TO YOUR NEXT APPOINTMENT WITH YOUR DOCTOR .

You were seen by Singh / Kuo on 11-Feb-2017 14:30.

## Diagnoses/Visit Problems:
- **Postconcussion syndrome**: Onset Date: 11-Feb-2017 , ICD-10: F07.81

## Discharge Instructions:
- **Launch Discharge Instructions (Exit Care)**   Launch Discharge Instruction (Exit Care)
- **Discharge Activity**   no contact sports; no lifting
- **Diet**   no restrictions

## DISCHARGE PLAN:
### Discharge Plan
Thank you for coming to NUMC Emergency Department and allowing us to take care of you. If you were prescribed any medication please take them as directed. If you have any questions please ask us. We are here to help. We have provided you with emergency care only and it is important for you to follow up with a physician who can see you on a regular basis. Please follow up with your primary care physician or whatever appointment was made for you at the clinic. If your condition gets worse in any way or you are concerned please return to the emergency department anytime. We are open 24 hours a day 7 days a week. We are here to serve you and help you get better any way we can.

1) Take medicines as prescribed by your doctor.
2) Sleep with your head raised to help with headaches.
3) Avoid activities that can cause another head injury (i.e., contact sports, risky activities).
4) Drink enough fluids to make pee (urine) clear or pale yellow.
5) Follow-up with PCP in VA clinic in 1-2 weeks; call 516-572-6565 to schedule an appointment.
6) Return to ED if you feel confused, very sleepy, nauseous, vomiting, or experiencing severe headaches.

## Follow Up Appointments:
- **Follow up with private md within:**   7 days
- **Name of the Private MD**   VA Clinic

**Teaching and Education:**
**Instructions Reviewed With**   patient
**Response to Teaching**   verbalizes understanding
**Exit Care Instructions Provided**   yes

**ED Discharge Time:**

Requested by:  Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin  0270

| Nassau Univ. Medical Center |
| Documents Review Report |
| Documents: ALL |

| BESEDIN, ROBERT | | B-Rm20-C | 73y | M | |
| 1399005H/6596257 | BMI: 37.6 | DSC | Mar-06-1945 | | Visit Date : Feb-11-2017 14:02 |

Patient Signature/Date: _____, 11-Feb-2017 16:16.

## EMERGENCY IMAGING AND LAB RESULTS ARE ONLY PRELIMINARY:

• **Emergency Imaging And Lab Results Are Only Preliminary**
Emergency imaging and lab test results are only preliminary. You should follow up with Health Information Management/Medical Records Department to see if there were any changes in the reading of your imaging and lab tests by checking for official results. In order to receive official results, an authorization must be completed. Please contact the Health Information Management Department/Medical Record Department at 516-572-6446 or 516-572-8825 for more information. Please note, we are not permitted to give results over the telephone

Los resultados de las pruebas de emergencia son solo preliminares. Usted debe dar seguimiento con el Departamento de Registros Médicos y Sistema de Información de Salud para ver si hubo algún cambio en la lectura de su estudio por imágenes y (o) de laboratorio mediante la comprobación de los resultados oficiales. Para poder recibir resultados oficiales se debe completar una autorización. Por favor póngase en contacto con el Departamento de Registros Médicos. Para mas información llame al Departamento de Registros Médicos al 516-572-6446 o al 516-572-8825. Por Favor tenga en cuenta que no estamos permitidos a dar resultados por teléfono.

## NASSAU UNIVERSITY MEDICAL CENTER:

• **Nassau University Medical Center Emergency Department**
Thank you for choosing us for your health care needs. Our team works to always meet or exceed your expectations for care. We wish you the best of health, but if you should need us anytime soon, we are here ready to provide you with the best possible care.

You will be receiving a Patient Satisfaction Survey in the mail. Please take a few minutes to complete and mail back this survey. Your feedback is important to us as we strive to continually improve our service.

Requested by: Gomez, Martha (Auditor)
24-Oct-2018 17:45

Printed from: Nassau Univ. Medical Center
Besedin 0271

BESEDIN, ROBERT    B-Rm20-C    73y   M
139900SH/6596257    BMI: 37.6    DSC    Mar-06-1945    Visit Date : Feb-11-2017 14:02

Gracias por elegirnos para sus necesidades de
atencion medica.  Nuestro equipo de profesionales de
la salud trabaja para siempre satisfacer o superar sus
expectativas para su cuidado.  Le deseamos la mejor
de la salud, pero, si nos necesita en cualquier
momento, estamos aqui dispuestos a brindarle la
mejor atencion sanitaria posible.

Usted estara recibiendo una Encuesta de
Satisfaccion del Paciente en el correo.  Por favor
tome unos momentos para completar y enviar la
encuesta.  Su opinion es importante para nosotros y
nos esforzamos por mejorar continuamente nuestro
servicio.

**Print Document:**
**PRINT:**
• **Print this document:**    Yes
**Electronic Signatures:**
**Kuo, Daniel (Resident Physician)**  (Signed 11-Feb-17 16:39)
      *Authored: Instructions, Print Document*

*Last Updated: 11-Feb-17 16:39 by Kuo, Daniel (Resident Physician)*

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

## Pain Flowsheet

| Patient Name1 | MRN | Admit Date/Time | Visit Status | Visit ID | |
|---|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/11/2017 14:05:00 | DSC | 6596257 | |
| DOB: 03/06/1945 (73y) | | Male | | | Provider: |

| Document Recorded | | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| Parameter | Result | | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/11/2017 14:12:00 | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| Parameter | Result | | |

| PAIN EVALUATION |
|---|

| Pain - Evaluation or Reevaluation | | 02/11/2017 21:48 | Gonzalez, Diana(Reg Nurse I) |
|---|---|---|---|
| Evaluation or Reevaluation | Evaluation | | |

| Document Recorded | 2/11/2017 16:09:00 | Co-Signer | Signature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| Parameter | Result | | |

| PAIN EVALUATION |
|---|

| Pain - Evaluation or Reevaluation | | 02/11/2017 16:11 | Gonzalez, Diana(Reg Nurse I) |
|---|---|---|---|
| Evaluation or Reevaluation | Evaluation | | |
| Pain Scale Used | | 02/11/2017 16:11 | Gonzalez, Diana(Reg Nurse I) |
| Pain Scale Used | Numerical | | |
| Pain Scale Numeric | | 02/11/2017 16:11 | Gonzalez, Diana(Reg Nurse I) |
| Pain Scale Numeric | 0 - No Pain | | |

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

## Vital Signs

| Patient Name | MRN | Admit Date/Time | Visit Status | Visit ID |
|---|---|---|---|---|
| BESEDIN, ROBERT | 1399005H | 02/11/2017 14:05:00 | DSC | 6596257 |
| DOB: 03/06/1945 (73y) | | Male | | Provider: |

| Document Recorded | | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| Medications |
|---|

No Medications found.

| Document Recorded | 2/11/2017 14:12:00 | Co-Signer | Signrature Status: |
|---|---|---|---|
| Sub - Category | | Recorded Date And Time | Entered By |
| | Parameter | Result | |

| VITAL SIGNS | | | |
|---|---|---|---|
| BP Systolic | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Systolic | 163 | |
| BP Diastolic | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Diastolic | 74 | |
| Temperature (degrees C) | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | degrees C | 37 | |
| Temperature | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Site | Oral | |
| Pulse | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Pulse/bpm | 90 | |
| O2 Saturation | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | O2 Saturation % | 96 | |
| Respiratory Rate | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | RR /min | 16 | |
| Pulse | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Pulse/bpm | 90 | |
| Respiratory Rate | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | RR /min | 16 | |
| BP Systolic | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Systolic | 163 | |
| BP Diastolic | | 02/11/2017 14:22 | Franco, Heather(Reg Nurse I) |
| | Diastolic | 74 | |

## Nassau Univ. Medical Center
## Med Admin History Visit

Criteria for selection:   'Task Review Category: "Medications"'
'From Date: "11-Feb-2017"'
'To Date: "24-Oct-2018"'

| BESEDIN, ROBERT | B-Rm20-C | 73y | M |
|---|---|---|---|
| DSC | | 06-Mar-1945 | 1399005H / 6596257 |

## Scheduled

**acetaminophen PO Tablet - TYLENOL**
**Give:650 mg  Oral  ONCE**

Start:   11-Feb-2017 16:34          Stop:   11-Feb-2017 16:34          Requested By:   Kuo, Daniel (Resident Physician)

16:34          Gonzalez, Diana (Reg Nurse I)          650 mg

**ibuprofen PO Tablet - MOTRIN PO**
**Give:400 mg  Oral  ONCE**
Nurse Instructions: Swallow whole; not crush or chew.

**THIS DRUG HAS A BLACK BOX WARNING.**

Start:   11-Feb-2017 16:34          Stop:   11-Feb-2017 16:34          Requested By:   Kuo, Daniel (Resident Physician)

16:34          Gonzalez, Diana (Reg Nurse I)          400 mg

# FIRST DISTRICT COURT - FELONY COMPLAINT

CR #: 2017CR304734

Return Date: 02/08/2017 09:00:00

Arrest #: 2017AR300360      Date/Time: 02/07/2017    at: 19:1?

Court Docket #: CR-003642-17NA

---

**Count 1 Offense:**
120.05 03

**ASSAULT IN THE SECOND DEGREE**

**D**
**FELONY (VIOLENT)**

**Sector:**
121

**Case:** 2017CR304734

**Prepared By:**
(9926) BECKWITH, STEPHEN F

NASSAU COUNTY DISTRICT CT 1ST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

ROBERT BESEDIN        DOB: 03/06/1945        AGE: 71
2510 HARRISON AVE
BALDWIN, NY 11510

IN THE STATE OF NEW YORK COUNTY OF NASSAU:  PO STEPHEN F. BECKWITH , SHIELD#\3476,
BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT

ON OR ABOUT THE 7th DAY OF FEBRUARY, 2017, AT ABOUT 19:11, AT 2510 HARRISON AVE,
BALDWIN, THE DEFENDANT(s) DID VIOLATE NEW YORK STATE PL SECTIONS(s) $120.05 03

COUNT: 1

$120.05 03 ASSAULT IN THE SECOND DEGREE
A person is guilty of assault in the second degree when:
3. With intent to prevent a peace officer, a police officer,
prosecutor as defined in subdivision thirty-one of section 1.20 of the
criminal procedure law, registered nurse, licensed practical nurse,
sanitation enforcement agent, New York city sanitation worker, a
firefighter, including a firefighter acting as a paramedic or emergency
medical technician administering first aid in the course of performance
of duty as such firefighter, an emergency medical service paramedic or
emergency medical service technician, or medical or related personnel in
a hospital emergency department, a city marshal, a school crossing guard
appointed pursuant to section two hundred eight-a of the general
municipal law, a traffic enforcement officer or traffic enforcement
agent, from performing a lawful duty, by means including releasing or
failing to control an animal under circumstances evincing the actor's
intent that the animal obstruct the lawful activity of such peace
officer, police officer, prosecutor as defined in subdivision thirty-one
of section 1.20 of the criminal procedure law, registered nurse,
licensed practical nurse, sanitation enforcement agent, New York city
sanitation worker, firefighter, paramedic, technician, city marshal,
school crossing guard appointed pursuant to section two hundred eight-a
of the general municipal law, traffic enforcement officer or traffic
enforcement agent, he or she causes physical injury to such peace
officer, police officer, prosecutor as defined in subdivision thirty-one
of section 1.20 of the criminal procedure law, registered nurse,
licensed practical nurse, sanitation enforcement agent, New York city
sanitation worker, firefighter, paramedic, technician or medical or
related personnel in a hospital emergency department, city marshal,
school crossing guard, traffic enforcement officer or traffic
enforcement agent;

TO WIT: ON THE AFOREMENTIONED DATE, TIME AND PLACE OF OCCURRENCE YOUR DEPONENT STATES
THE DEFENDANT, AFTER BEING ADVISED THAT HE WAS UNDER ARREST BY OFFICERS BECKWITH AND
MANTOVANI AND TO PLACE HIS HANDS BEHIND HIS BACK, DID VIOLENTLY FLAIL HIS ARMS, KICK
AND SCREAM AND PUSH OFFICER MANTOVANI DOWN 4 STEPS ON THE EXTERIOR OF HIS HOME.  AS

BESEDIN.0276

## FIRST DISTRICT COURT - FELONY COMPLAINT

CR #: 2017CR304734

Arrest #: 2017AR300360          Date/Time: 02/07/2017     at: 19:12

Return Date: 02/08/2017 09:00:00

Court Docket #: _____

A RESULT OF STUMBLING DOWN 4 STEPS, PO MANTOVANI DID SUFFER PAIN AND SWELLING TO HIS LEFT WRIST AND BACK, SMALL LACERATIONS TO HIS HANDS, AND SUBSTANTIAL PAIN AND SWELLING TO HIS LEFT ANKLE WHICH WAS SUBSEQUENTLY DIAGNOSED AS SPRAINED AFTER RECEIVING MEDICAL TREATMENT AT SOUTH NASSAU COMMUNITIES HOSPITAL.

THE ABOVE IS BASED ON THE INFORMATION AND BELIEF, THE SOURCE OF SAID INFORMATION AND BELIEF BEING YOUR DEPONDENTS PERSONAL INTERACTIONS AND OBSERVATIONS WITH THE DEFENDANT AND A COPY OF PO MANTOVANI'S MEDICAL RELEASE FORMS FROM SOUTH NASSAU COMMUNITIES HOSPITAL DIAGNOSING PO MANTOVANI WITH A SPRAINED LEFT ANKLE.

*ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

SUBSCRIBED BEFORE ME THIS
8th DAY OF FEBRUARY, 2017

_____          _____
PO STEPHEN F. BECKWITH                LT KEVIN C. DRISCOLL

BESEDIN.0277

# FIRST DISTRICT COURT - INFORMATION

CR #: 2017CR304734

Return Date: 02/08/2017 09:00:00

Arrest #: 2017AR300360      Date/Time: 02/07/2017      at: 19:12

Court Docket #: _____

---

**Count 1 Offense:**
205.30

RESISTING ARREST

A
MISDEMEANOR

**Sector:**
121

**Case:** 2017CR304734

**Prepared By:**
(9926) BECKWITH, STEPHEN
F

NASSAU COUNTY DISTRICT CT 1ST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

ROBERT BESEDIN          DOB: 03/06/1945          AGE: 71
2510 HARRISON AVE
BALDWIN, NY 11510

IN THE STATE OF NEW YORK COUNTY OF NASSAU:  PO  STEPHEN F. BECKWITH , SHIELD#\3476,
BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT

ON OR ABOUT THE 7th DAY OF FEBRUARY, 2017, AT ABOUT 19:11, AT 2510 HARRISON AVE,
BALDWIN, THE DEFENDANT(s) DID VIOLATE NEW YORK STATE PL  SECTIONS(s) $205.30

COUNT: 1
$205.30 RESISTING ARREST
A person is guilty of resisting arrest when he intentionally prevents or attempts to
prevent a police officer or peace officer from effecting an authorized arrest of
himself or another person.

TO WIT: YOUR DEPONENT, STATES THAT BASED ON INFORMATION AND BELIEF, THE SOURCE OF
SUCH INFORMATION AND BELIEF BEING A POLICE INVESTIGATION AND PERSONAL OBSERVATIONS,
THE DEFENDANT ROBERT BESEDIN DID INTENTIONALLY PREVENT POLICE OFFICERS FROM
PERFORMING AN OFFICIAL FUNCTION BY REFUSING TO COMPLY WITH A LAWFUL ORDER OF THE
POLICE TO PLACE HIS HANDS BEHIND HIS BACK AND SUBMIT TO AN ARREST FOR SLAPPING YOUR
DEPONENTS OUTSTRETCHED HAND WHILE YOUR DEPONENT WAS GIVING THE DEFENDANT LAWFUL
ORDERS TO BACK AWAY FROM POLICE OFFICERS CONDUCTING A POLICE INVESTIGATION. WHEN
OFFICERS ATTEMPTED TO PLACE DEFENDANT BESEDIN UNDER ARREST HE VIOLENTLY FLAILED HIS
ARMS, KICKED, SCREAMED AND PUSHED OFFICER MANTOVANI DOWN 4 STEPS, AND REFUSED TO
COMPLY WITH LAWFUL ORDERS.  AS A RESULT, POLICE OFFICER MANTOVANI SUSTAINED CUTS,
SCRAPES AND A SPRAINED ANKLE.

*ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO
SECTION 210.45 OF THE PENAL LAW.

SUBSCRIBED BEFORE ME THIS
8th DAY OF FEBRUARY, 2017

PO STEPHEN F. BECKWITH                    LT KEVIN C. DRISCOLL

# FIRST DISTRICT COURT - INFORMATION

CR #: 2017CR304734

Return Date: 02/08/2017 09:00:00

Arrest #: 2017AR300360       Date/Time: 02/07/2017   at: 19:12

Court Docket #: _____

---

**Count 1 Offense:**
240.26 01

**HARASSMENT IN THE SECOND DEGREE**

**Sector:**
121

**Case:** 2017CR304734

**Prepared By:**
(9926) BECKWITH, STEPHEN F

NASSAU COUNTY DISTRICT CT 1ST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

     ROBERT BESEDIN          DOB: 03/06/1945          AGE: 71
     2510 HARRISON AVE
     BALDWIN, NY 11510

IN THE STATE OF NEW YORK COUNTY OF NASSAU:  PO  STEPHEN F. BECKWITH , SHIELD#\3476, BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT

ON OR ABOUT THE 7th DAY OF FEBRUARY, 2017, AT ABOUT 19:11, AT 2510 HARRISON AVE, BALDWIN, THE DEFENDANT(s) DID VIOLATE NEW YORK STATE PL  SECTIONS(s) §240.26 01

COUNT: 1
§240.26 01 HARASSMENT IN THE SECOND DEGREE
A person is guilty of harassment in the second degree when, with intent to harass, annoy or alarm another person:
1. He or she strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same.

TO WIT: YOUR DEPONENT STATES THAT BASED UPON INFORMATION AND BELIEF, THE SOURCE OF SUCH INFORMATION AND BELIEF BEING A POLICE INVESTIGATION, AND POLICE OBSERVATIONS, THE DEFENDANT ROBERT BESEDIN DID, WITH INTENT TO ALARM YOUR DEPONENT, SLAP YOUR DEPONENTS OUTSTRETCHED HAND WHILE YOUR DEPONENT WAS GIVING THE DEFENDANT LAWFUL ORDERS TO BACK AWAY FROM POLICE OFFICERS CONDUCTING A POLICE INVESTIGATION.

*ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

                       SUBSCRIBED BEFORE ME THIS
                       8th DAY OF FEBRUARY, 2017

PO STEPHEN F. BECKWITH                    LT KEVIN C. DRISCOLL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ROBERT BESEDIN, SR.,                          **DOCKET NO.: CV-18-819**

                    Plaintiff,

          -against-

                                              **COMPLAINT**

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER STEPHEN
BECKWITH AND POLICE OFFICER JOHN
MANTOVANI in their individual and official capacities,

                    Defendants.               *JURY TRIAL DEMANDED*
------------------------------------------------------------------X

        Plaintiff, ROBERT BESEDIN, SR., by and through his attorneys, THE LAW OFFICES

OF FREDERICK K. BREWINGTON, as and for his Complaint against the Defendants herein,

states and alleges as follows:

## PRELIMINARY STATEMENT

        1.      This is a civil action seeking monetary relief, a declaratory judgment, compensatory

and punitive damages, disbursements, costs and fees for violations of the Plaintiff's rights, false

arrest, wrongful imprisonment, abuse of process, assault, battery, unreasonable use of force,

excessive force, failure to intervene, denial of access to courts, fabrication of evidence, intentional

infliction of emotional distress, negligence and gross negligence, brought pursuant to 42 U.S.C. §

1983, the 4th, 5th, 6th and 14th Amendments to the United States Constitution and New York State

Law and depriving Plaintiff of rights secured by the Constitution and laws of the United States.

        2.      Plaintiff alleges that Defendant POLICE OFFICERS assaulted, battered, falsely

accused, falsely arrested, falsely imprisoned, and maliciously prosecuted ROBERT BESEDIN,

SR. all in violation of his constitutional and civil rights.

**BESEDIN.0280**

3.      Plaintiff alleges that Defendants NASSAU COUNTY, and Nassau COUNTY POLICE DEPARTMENT were negligent in training, hiring and supervising Defendant officers, thus leading to the unjustified excessive force, assault, false arrest, false imprisonment, malicious prosecution and other violations of ROBERT BESEDIN, SR.  Plaintiff alleges that the arrest was made in an attempt to justify the flagrantly improper and unjustified conduct of Defendant POLICE OFFICERS.

4.      Defendant POLICE OFFICERS without probable cause, justification or any reason except an intent to deprive Plaintiff of his rights, and their knowledge that their conduct has the tacit authorization of NASSAU COUNTY, and Nassau COUNTY POLICE DEPARTMENT, excessively beat, falsely charged, and falsely imprisoned Plaintiff in an effort to cover up their wrongdoing.   Said use of unjustified force upon Plaintiff deprived him of his civil and constitutional rights.

5.      Plaintiff alleges that NASSAU COUNTY, and Nassau COUNTY POLICE DEPARTMENT are liable for the assault, battery, excessive force, false arrest, and false imprisonment, because the NASSAU COUNTY, and Nassau COUNTY POLICE DEPARTMENT has abused, condoned, and permitted a pattern of abuse of process of arrested persons, and has failed to properly investigate such incidents and discipline the officers involved. As a result police officers including these Defendants (collectively and individually) were deliberately indifferent to the need to train Officers of the NASSAU COUNTY, and Nassau COUNTY POLICE DEPARTMENT. Police Officers, including these DEFENDANTS, are encouraged to believe that they could violate the rights of persons, such as the Plaintiff, with impunity, and that the Nassau COUNTY POLICE DEPARTMENT has, and will, continue to act in violation of an individual's rights, constituting through their actions and failures a policy and/or pattern.

2

**BESEDIN.0281**

6.      As a result of the Defendants' actions (or lack thereof), Plaintiff suffered physical pain and suffering, was caused to undergo medical treatment for serious physical injuries that he sustained at the hands of Defendants as a result of their use of excessive force and failure to provide medical attention to Plaintiff. Plaintiff incurred significant cost and expenses due to the Defendants' actions, including but not limited to: substantial legal fees, medical bills, loss of potential employment, serious physical injuries, and other cost/expenses.

## JURISDICTION AND VENUE

7.      This action is brought pursuant to 42 U.S.C. §§ 1981, 1983, 1985 and 1988 and the First, Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution Jurisdiction is founded upon 28 U.S.C. Sections 1331 and 1341 (3) & (4) and the aforementioned statutory and constitutional provisions. Plaintiff further invokes the pendent jurisdiction of this Court to hear and decide claims arising under state law.

8.      Venue herein is proper under 28 U.S.C. § 1391(b); the cause of action arose in the Eastern District of New York, and upon information and belief, all of the parties reside in or are located in Nassau County.

9.      That prior hereto Plaintiff in conjunction with his State claims filed a Notice of Claim in compliance with General Municipal Law Section 50 et. seq.

10.     That more than 30 days have elapsed and Defendants have failed and refused to pay or adjust same.

## PARTIES

11.     Plaintiff ROBERT BESEDIN, SR. is and was at all times relevant herein is an adult citizen of the United States.

3

BESEDIN.0282

12.    That Defendant the NASSAU COUNTY (hereinafter referred to as "COUNTY") was and is a duly constituted municipal corporation of the State of New York existing and operating under and by the virtue of the laws of the State of New York.

13.    Defendant Nassau COUNTY POLICE DEPARTMENT (hereinafter "POLICE DEPARTMENT") is an agency of NASSAU COUNTY.

14.    That DEFENDANT POLICE OFFICERS STEPHEN BECKWITH AND JOHN MANTOVANI, (hereinafter referred to as "DEFENDANT OFFICERS"), were at all times herein mentioned police officers, employed by the COUNTY and POLICE DEPARTMENT under the direction of COUNTY and POLICE DEPARTMENT, and DEFENDANT OFFICERS were acting in furtherance of the scope of their employment, acting under color of law, to wit under color of statutes, ordinances, regulations, policies, customs and usages of the State of New York and/or the COUNTY and POLICE DEPARTMENT.

15.    Upon information and belief, that all times hereinafter mentioned, and at the time of the commencement of this action, the DEFENDANT OFFICERS were, and are, citizens and residents of the State of New York.

16.    That Defendant COUNTY was and is the employer of members of the POLICE DEPARTMENT.

17.    That DEFENDANT OFFICERS were state actors on February 7, 2017 and continued to be so thereafter.

18.    That on February 7, 2017, DEFENDANT OFFICERS were Nassau COUNTY Police Officers, employed by Defendant COUNTY, and acted as agents of Defendant COUNTY.

19.    At all times relevant in this Complaint, and upon information and belief, DEFENDANT OFFICERS served as the complaining witnesses against Plaintiff in criminal

4

proceedings and served as the source of information to the District Attorney's Office, supplying allegations and claims against Mr. Besedin which were false.

## FACTUAL BACKGROUND

20.     Plaintiff is an White male and currently 73 years of age. At all times relevant to this Complaint Plaintiff was a resident of Nassau County.

21.     On or about February 7, 2017, at or about 7:10 p.m. in Baldwin, Nassau County, State of New York Plaintiff Besedin was peacefully and lawfully standing on the porch of his home speaking with officers who were not within his reach, when  DEFENDANT OFFICERS came up onto the porch and attacked Plaintiff.

22.     Plaintiff had recently spoken to the officers in his home as they apparently were responding to 911 calls previously made by Plaintiff.  Upon information and belief some or many of 911 calls were made by the Plaintiff's phone of which he was not fully aware that his phone had redialed the 911 number.  Upon exiting the home after speaking to Mr.  Besedin, Plaintiff remained on the porch of his home an the officers descended the approximately four steps to the ground level and continued to speak with Mr.  Besedin.

23.     While lawfully and peacefully talking to the Defendants, and without being disruptive to the public, Mr.  Besedin, Sr. was rushed by the POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI who hurriedly climbed the steps and violently seized Plaintiff by his neck and upper body and threw him head first down the set of stairs.

24.     The officers, without cause, used unnecessary and unwarranted force and grabbed Mr. Besedin, Sr. and in doing so grabbed Mr. Besedin, Sr. about his body, including his neck and forcibly propelled the then 72 year old man downward with the full force of their bodies.

5

BESEDIN.0284

25.     Then the officers abused Mr.   Besedin, Sr. and wrongfully and abusively handcuffed him. Although Mr.   Besedin, Sr. complied with the officers' request(s) the officers continued to abuse Mr. Besedin, Sr.

26.     Plaintiff was forcefully and brutally slammed and thrown to the ground, manhandled, kneed, cut and bruised as he was beaten by the aforementioned DEFENDANT OFFICERS to the point that he suffered scars to his head, back, elbows, wrists and legs. He was slammed down against the steps causing his back and buttock to violently collide with the edge and angle of the steps.

27.     Based on surveillance video tape,  which captured accounts at the scene of the incident at the time, Mr.   Besedin, Sr. was approached by the above-stated DEFENDANT OFFICERS as stated above and was victimized by the DEFENDANT OFFICERS.

28.     POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI wrote and gave false statements and testimony; provided false police reports, tampered with evidence, fabricated evidence, intimidated Mr. Besedin, Sr., falsely arrested Mr. Besedin, Sr., falsely accused Mr.   Besedin, Sr. of crimes which he did not commit, falsely prosecuted Mr. Besedin, Sr., subjected Mr. Besedin, Sr. to a malicious abuse of criminal process, abused process, wrote and submitted false investigation/reports, and/or provided false information in furtherance of an official investigation into the incident.

29.     DEFENDANT OFFICERS then, without cause or justifiable basis, charged Plaintiff with several crimes including Felony Assault in the Second Degree on a Police officer, Resisting Arrest and Harassment in the Second Degree.

30.     Mr. Besedin was falsely charged and DEFENDANTS continued to be falsely, abusively and maliciously prosecute Mr. Besedin for nearly a year until all charges were dismissed on January 29, 2018 after Mr. Besedin refused to allow the Office of the Nassau County District

BESEDIN.0285

Attorney any further adjournments.

31.     At all times, DEFENDANT OFFICERS were aware that Plaintiff committed no crimes and that their charges were false. Mr. Besedin suffered severe and serious injuries as a direct result of the beating, use of unreasonable force and excessive force by DEFENDANT OFFICERS.

32.     At all times, Defendant police officers POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI were aware that Mr. Besedin, Sr. committed no crimes and that their charges were false and manufactured to coverup the brutal and senseless actions of POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI. Thereafter, Mr. Besedin, Sr. was brought to the police Precinct. After Mr. Besedin, Sr. began to complain about the abuse to which he was subjected he was further abused verbally.

33.     Mr. Besedin, Sr. sustained multiple injuries including, but not limited to lacerations and cuts, mental anguish, bleeding, being subjected to the Criminal Justice system, being jailed, suffering a concussion, hitting his head, being knocked unconscious, lacerations and cuts, injury to his left elbow and arms, injury to his wrists, injury to his shoulders, injury to his back and being manhandled during his unlawful abuse, scarring, loss of blood, physical pain, embarrassment, mental pain and suffering, incarceration, damage to his name and reputation, court fees, legal fees and costs, medical costs/fees, property damage and other monetary damages due to the COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI's violation of his various rights, and other monetary damages due to the NASSAU COUNTY and NASSAU POLICE DEPARTMENT's violation of his various rights.

34.     Then in a course of retaliation and abuse, Mr. Besedin, Sr., was issued a series of

7

parking tickets and violations for parking his vehicle in the front of his own home as he had done for a long period of time before February 7, 2017. Mr. Besedin, Sr. suffered severe injuries as described above.

35.   Plaintiff was forced to answer false charges and at arraignment was further deprived of his freedom and had bail in the amount of $5,000 cash over $10,000 bond was set against him. As a result of the false and wrongful charges Mr. Besedin was detained in the Nassau County Correction Center for approximately three days before he could pay his bail and secure his liberty.

36.   Just prior to the time of the filing of this Complaint Plaintiff remained obligated to appear in Court to answer the charges which had been leveled against him by Defendants; including but not limited to DEFENDANT POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI each of whom have actively engaged in falsely charging and prosecuting the Plaintiff.

37.   DEFENDANT OFFICERS lodged false and malicious charges against Plaintiff, and wrongfully and improperly arrested Plaintiff without probable cause in an attempt to justify and cover up their own wrongful and violative actions. Each of the DEFENDANT OFFICERS have engaged in the preparation of false and misleading reports and documents intended to further the prosecution of Plaintiff, and to cause Mr. Besedin, Sr. further injury and distress following his abusive and violent treatment and beating.

38.   The Defendant Officers POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI filed a Felony Complaint and two District Court Informations under oath and falsely alleged that Mr. Besedin slapped the out stretched hand of Defendant Beckwith while Defendant Beckwith was giving Mr. Besedin orders to back away from

8

the Defendant Officers. They also falsely alleged that Mr. Besedin violently flailed his arms, kicked, screamed and pushed Defendant Mantovani down four steps and that Mr. Besedin refused to comply with lawful orders.

39.     Each of the three charging documents (Felony Complaint and two District Court Informations) were dated February 8, 2017 and were sworn documents which contained the statement "*Any false statement made herein is punishable as a class A misdemeanor, pursuant to Section 210.45 fo the penal law*." (Emphasis added)

40.     Rather than admit their wrongful actions and avoid perjury and making false statements, Defendant Officers colluded and conspired to violating Penal Law §120.05(03) (Felony Assault in the Second Degree conduct); §205.30 (Resisting Arrest); and §240.26(01) (Harassment in the Second Degree.) The commencement of the criminal proceeding was an abuse of the use of legal process and intended to mask the clear violations suffered by Mr. Besedin, Sr. at the hands of the Defendant Officers.

41.     Although Plaintiff was made to suffer serious injuries on February 7, 2017, which required intensive and specialized medical treatment. Mr. Besedin pleaded not guilty to all charges and has maintained his innocence to the charges.

42.     At no time during the attack on Plaintiff by DEFENDANT OFFICERS did Plaintiff resist or provide any form of force or resistance against any of the DEFENDANT POLICE OFFICERS that were attacking him.

43.     On said date, although the Plaintiff had committed no crime or broken any law for which he was charged, exhibited no assaultive behavior, said DEFENDANT OFFICERS engaged in the aforementioned prohibited conduct all in violation of the Plaintiff's constitutionally protected rights.

9

**BESEDIN.0288**

44.    DEFENDANT OFFICERS conspired and concocted the trumped up allegations of wrongdoing on the part of Plaintiff, wherein they accused Plaintiff of Harassment, Resisting Arrest and Felony Assault.

45.    DEFENDANT OFFICERS detained and arrested the Plaintiff, although no probable cause existed for said arrest. Despite the obvious violations occurring against Mr. Besedin, none of the DEFENDANT OFFICERS intervened to prevent the wrongful beating, abuse and mistreatment of Plaintiff including the filing of false criminal charges against him.

46.    DEFENDANT OFFICERS, with no provocation, handcuffed and brutally beat Plaintiff with their hands, feet, knees and fists as well subjecting him to use of hurling him down steps, slamming him against the ground and steps, causing severe physical and emotional injuries to Plaintiff's person.

47.    Plaintiff, ROBERT BESEDIN, SR., continues to suffer emotionally and physically, often coping with sleeplessness and night terrors, which affects his ability to function as he did before the incident.

48.    Plaintiff, ROBERT BESEDIN, SR., continues to suffer from physical disfigurement, scarring, abnormalities in movement, pain and aching as a result of Defendants', individually and collectively, actions and failures to act.

### AS AND FOR A FIRST COUNT
### 42 U.S.C. § 1983
### FALSE ARREST, MALICIOUS PROSECUTION, UNREASONABLE AND EXCESSIVE USE OF FORCE

49.    Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1 through 48 of this Complaint with the same force and effect as though fully set forth herein.

10

50.     On or about February 7, 2017, Plaintiff was placed in fear of his life, falsely seized, falsely detained and falsely arrested by DEFENDANTS and subjected to excessive and unreasonable use of force and unlawful search and seizure.

51.     On or about February 7, 2017, Plaintiff was placed in fear of his life, falsely arrested, falsely seized, detained, and held for an unreasonable period of time against his will without justification, explanation or rationale for such detention.

52.     On or about February 7, 2017, while being detained, Plaintiff was subject to excessive and unreasonable use of force, which was demeaning in nature.

53.     On or about February 7, 2017, while being detained, DEFENDANT OFFICERS beat Plaintiff about his body and head, subjected him to loss of consciousness, loss of blood, fear, permanent scarring, loss of function, loss of freedom, loss of use of body parts and other serious injuries, which they knew would be a likely outcome of their action and were indeed the outcomes and injuries that DEFENDANT OFFICERS caused.

54.     On or about February 7, 2017, while being detained, DEFENDANT OFFICERS kicked, punched, and otherwise subjected Plaintiff to excessive and unreasonable use of force which caused loss of consciousness, concussion, post concussion syndrome, permanent scarring, loss of blood, physical pain, headaches, neurological deficits, prolonged pain, medical treatment, embarrassment, mental pain and suffering, incarceration, damage to name and reputation, court fees, legal fees and costs, medical costs/fees, and other monetary damages. As a result of the DEFENDANT OFFICERS' actions Plaintiff suffered and continues to suffer.

55.     Upon information and belief such seizure, arrest and detention was ordered and was carried out by DEFENDANT COUNTY, DEFENDANT POLICE DEPARTMENT and DEFENDANT OFFICERS.

11

BESEDIN.0290

56.    DEFENDANT OFFICERS from DEFENDANT POLICE DEPARTMENT, were present on February 7, 2017 in or around the vicinity of 2510 Harrison Avenue in Baldwin, Nassau County, State of New York and participated in the unlawful detention, arrest, and beating of Plaintiff.

57.    DEFENDANT OFFICERS from the Nassau COUNTY Police Department failed to take any action to prevent this unlawful behavior by the DEFENDANT OFFICERS.

58.    Upon information and belief, such seizure, arrest, detention, and assault was ordered, condoned and authorized by the COUNTY DEFENDANTS and DEFENDANT OFFICERS, with a callous, deliberate indifference to Plaintiff's known constitutional rights.

59.    Upon information and belief, each DEFENDANT OFFICER took an active role in creating and manufacturing the allegations made against Plaintiff.

60.    As part of the false arrest, detention, and accusations, DEFENDANT OFFICERS caused Plaintiff to be seized, arrested, forced to get medical treatment and held in a dangerous, compromising position for an unreasonable time without, probable cause and caused him to be deprived of his liberty, without due process and was further exposed to disgrace, public humiliation and embarrassment.

61.    The DEFENDANT OFFICERS individually and collectively knew at the time of Plaintiff's arrest, and at all times since then, that they were not in possession of any evidence consistent with and sufficient to establish his guilt and were based solely, or in part, on DEFENDANTS' discriminatory and violative actions due to his race and color.

62.    Each of the DEFENDANTS, acting under color of law, acted separately and in concert and without authorization of law. Each of the DEFENDANTS, separately and in concert with each other, acted willfully, knowingly and purposefully with the specific intent to deprive

12

BESEDIN.0291

Plaintiff of his right to freedom from excessive force, illegal seizure of his person, freedom from illegal detention, and imprisonment. All of these rights are secured to Plaintiff by the provisions of the due process clause of the Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States, the Fourth Amendment, as well as the Equal Protection clause of the Fourteenth Amendment and by 42 U.S.C. § 1983. In addition, Plaintiff was denied access to an attorney at the time of his wrongful and abusive punishment and was subjected to summary punishment without providing any of the rights to which he was entitled including right to counsel.

63.     None of the Defendants took action to prevent the wrongful actions taken against the Plaintiff causing false criminal proceedings to continue against the Plaintiff, abuse of process and retaliation for trying to exercise her right to speak on a matter of public speech.

64.     Each of the Defendants condoned the wrongful, grossly negligent, reckless, callous, careless and intentional acts taken as set out herein and each had an affirmative responsibility to prevent, expose and reverse said wrongful, grossly negligent, reckless, callous, careless and intentional acts but instead furthered and condoned said wrongful acts.

65.     COUNTY and DEPARTMENT through their actions, violated the due process rights guaranteed to Mr. Besedin under the Fourteenth Amendment of the United States Constitution.

66.     In falsely arresting, falsely imprisoning, abusing, detaining, coercing, threatening, intimidating and falsely charging Plaintiff, and denying Plaintiff his right to be free from unreasonable search and seizure from the DEFENDANTS, and each of them, knew or should have known they were violating laws of the State of New York and those statutory and constitutional rights set forth herein causing harm to Plaintiff.

13

67.   As a direct and proximate result of the aforesaid acts of the DEFENDANTS, Plaintiff suffered great physical harm, property damage, mental anguish and violations of rights from then until now and he will continue to so suffer in the future, having been greatly humiliated and mentally injured, as a result of the foregoing acts of the DEFENDANTS.

68.   Plaintiff was forced to incur great expense due to the filing of this Complaint for attorney's fees, investigation expenses, and other expenses in clearing his name against the unfounded and unwarranted allegations by the DEFENDANTS, which have been a serious burden on Plaintiff.

69.   That by reason of the foregoing, Plaintiff has been placed in fear of his life, suffers significant emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and has been exposed to disgrace, public humiliation and embarrassment, was deprived of access to his family, was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

## AS AND FOR A SECOND COUNT
## 42 U.S.C. §1983 - ABUSE OF PROCESS

70.   The Plaintiff repeats, reiterates and re-alleges each and every allegation contained in paragraphs 1 through 69 of this Complaint with the same force and effect as though fully set forth herein.

71.   The Collective Defendants intentionally, recklessly and maliciously filed and/or caused to be filed, a false, inaccurate, and/or misleading criminal complaint against Plaintiff ROBERT BESEDIN, SR. Said criminal complaint was made by the aforementioned Defendants without research and investigation (of any kind) into the veracity and/or truthfulness of said complaint.

14

72.    The false criminal complaint lodged by Defendants against ROBERT BESEDIN, SR. was done with knowledge that the facts contained therein were false, misleading and/or otherwise inaccurate.

73.    Defendants POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI did not file said criminal complaint as a result of actual knowledge that a crime was committed, determined through investigation and/or a simple rudimentary search, which was available to Defendants.

74.    Instead, Defendants POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI filed said false criminal complaint against Plaintiff ROBERT BESEDIN, SR. with an ulterior purpose/motive to subject Plaintiff as punishment without lawful court order and to collect payment and various forms of restitutions from Plaintiff to which Defendants were not entitled.

75.    Defendants subjected Plaintiff to the criminal justice system without just cause or reason. DEFENDANTS abused the criminal justice system in arresting, charging, prosecuting and conducting a public trial in attempt to satisfy their personal attempt to satisfy their personal goals and their own warped sense of power.

76.    COUNTY and DEPARTMENT's motive for subjecting Plaintiff ROBERT BESEDIN, SR. to false criminal process included but was not limited to a cover-up of their wrong doings, and to level their charges against Plaintiff in an effort to ensure that Plaintiff would be convicted and would not be able to pursue hisr rights in court for her false arrest. Defendants also intended to cripple Plaintiff financially by forcing his into submitting to restitution payments, and courts fees/fines - not because they knew or believed that Plaintiff committed any criminal acts.

15

77.     The Defendants' clear intentions was to use the criminal justice system to cause harm to Plaintiffs without proper motive, excuse or justification of any kind.

78.     Defendants' use of criminal process for the aforementioned improper purpose amounted to an abuse of said process, which was initiated and used to the detriment of Plaintiffs solely for a purpose that was/is outside the legitimate ends of the legal process.

79.     Defendants COUNTY, POLICE OFFICER STEPHEN BECKWITH, POLICE OFFICER JOHN MANTOVANI and DEPARTMENT , with knowledge of the inaccuracy and/or falsity of said criminal complaints made by Defendants POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI, and without any investigation and/or rudimentary query, intentionally, recklessly and maliciously caused to be filed, said false, inaccurate, and/or misleading criminal complaint against Plaintiff ROBERT BESEDIN, SR.

80.     The subsequent false arrest and malicious prosecution of Plaintiff ROBERT BESEDIN, SR. was done by Defendants COUNTY, DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI with knowledge that the facts contained therein were false, misleading and/or otherwise inaccurate.

81.     Defendant POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI did not initiate the arrest and prosecution of Plaintiff as a result actual knowledge that a crime was committed.

82.     Instead, Defendant Officers searched, seized, harassed, annoyed, falsely arrested, falsely imprisoned, and maliciously prosecuted Plaintiff with an ulterior purpose/motive to collect payments, and fees. Defendants were motivated by the intent to subject Plaintiff to the criminal system in order to force, coerce and justify restitutions, payments and fees from Plaintiff and to shield themselves from liability from the wrongful actions committed against Plaintiff.

16

**BESEDIN.0295**

83.     Defendants' COUNTY, DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI, clear intention was to falsely arrest, and falsely prosecute Plaintiff ROBERT BESEDIN, SR. and cause harm to Plaintiff without proper motive, excuse, or justification of any kind.

84.     Defendants COUNTY, DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI's , use of criminal process for the aforementioned improper purpose amounted to an abuse of said process, which was initiated and used to the detriment of Plaintiff solely for a purpose that was/is outside the legitimate ends of the criminal process (i.e. to prevent criminal and professional liability to Defendants and to obtain personal monetary returns).

85.     As a direct consequence of the actions of POLICE OFFICER STEPHEN BECKWITH AND  POLICE OFFICER JOHN MANTOVANI , acting in furtherance of their duties as agents of COUNTY and DEPARTMENT, ROBERT BESEDIN, SR. suffered injuries, including but not limited to, temporary loss of pay, stigmatization, embarrassment, harassment, loss of liberty and the infringement of his rights guaranteed to his under the U.S. Constitution.

86.     As a direct consequence of the of the actions of the Collective DEFENDANTS, ROBERT BESEDIN, SR. suffered temporary loss of employment, loss of standing in the community, loss of time, criminal record, loss of freedom, loss of quality of life, arrest record, premature retirement and loss of regular income, damage to name and reputation, special damage, attorney's fees, incidental fees/costs, loss of property and other financial impairments.

87.     That by reason of the foregoing, Plaintiff suffered and continues to suffer irreparable injury and monetary damages in excess of FIVE MILLION ($5,000,000.00) DOLLARS, as well as punitive damages, costs and attorney's fees, and any other relief this Court

17

may find just and proper.

## AS AND FOR A THIRD COUNT
### 42 U.S.C. § 1983 - MUNICIPAL LIABILITY

88.     Plaintiff repeats and re-alleges each and every allegation contained in paragraph 1 through 87 of this Complaint with the same force and effect as though fully set forth herein.

89.     Prior to February 7, 2017 and since, the NASSAU COUNTY has permitted and tolerated a pattern and practice of unjustified, unreasonable and illegal uses of force, abuse of authority, beatings, and uses of weapons by police officers of the NASSAU COUNTY POLICE DEPARTMENT. Although such beatings, abuse of authority, illegal use of force, and use of weapons were improper, the officers involved were not seriously prosecuted, disciplined, or subjected to restraint, and such incidents were in fact covered up with official claims that the beatings, use of force, and uses of weapons were justified and proper. As a result, NASSAU COUNTY police officers within their jurisdiction were caused and encouraged to believe that civilian persons could be beaten or abused under circumstances not requiring the use of excessive force, and that such abuse and beatings would in fact be permitted by the DEFENDANT COUNTY.

90.     In addition to permitting a pattern and practice of improper beatings and abuses in DEFENDANT COUNTY and by DEFENDANT POLICE DEPARTMENT, DEFENDANTS have failed to maintain a proper system of investigation of all incidents of unjustified beatings, abuses of authority, and excessive use of force by police officers.

91.     DEFENDANT COUNTY has failed to respond to the continuing and urgent need to prevent, restrain, and discipline police officers who wrongfully, beat, abuse authority, use excessive force, and abuse civilians, and DEFENDANT COUNTY has failed to find that civilian

18

**BESEDIN.0297**

complaints made against police officers are founded or valid in anyway. Therefore, DEFENDANT COUNTY is liable under 42 U.S.C. §1983 because the DEFENDANT COUNTY has had actual and/or constructive knowledge of the patterns of abuse and excessive force against citizens by its police officers, employees, and/or agents in violation of the United State Constitution, and because of the DEFENDANT COUNTY'S, and DEFENDANT POLICE DEPARTMENT's un-meaningful policy and custom for reviewing complaints of misconduct, the DEFENDANT OFFICERS relied upon that flawed policy to continue their patterns of their abusive authority, physical abuse, excessive force, and false arrests, all in violation of the Plaintiff's rights.

92.    DEFENDANTS COUNTY and POLICE DEPARTMENT have maintained a system of review of unjustified seizures, beatings, shootings, and excessive use of force by police officers that has failed to identify the improper abuses of authority, brutality by police officers and failed to subject officers who abused, beat and/or brutalized citizens to discipline, closer supervision, or restraint, to the extent that it has become the custom of the DEFENDANT COUNTY to tolerate the improper abuses of authority beatings, illegal arrests and other wrongful actions by police officers.

93.    Further, the DEFENDANT COUNTY and DEFENDANT POLICE DEPARTMENT, who maintain either supervisory and/or decision-making positions, permitted a practice of improper investigation, supervision, discipline and retention of Defendant Officers. The DEFENDANT COUNTY and DEFENDANT POLICE DEPARTMENT also refused and failed to prosecute the DEFENDANT OFFICERS, thereby improperly and in violation of the Plaintiff's rights neglected, failed, and/or delayed in administering an investigation of the circumstances surrounding the instant matter and neglected, failed, and/or delayed in presenting the matter to the District Attorney of the County of Nassau for presentation to the Grand Jury.

19

BESEDIN.0298

94.     Upon information and belief, specific systemic flaws in the DEFENDANT COUNTY brutality review process include, but are not limited to, the following:

    a.    Preparing reports regarding investigations of beatings and abuse incidents as routine point-by-point justifications of police officer actions, regardless of whether such actions are justified;

    b.    Police officers investigating beatings systemically fail to credit testimony by non-police officer witnesses, and uncritically rely on reports by police officers involved in the incident;

    c.    Police officers investigating beatings fail to include in their reports relevant factual information which would tend to contradict the statements of the police officers involved;

    d.    Supervisory police officers at times issue public statements exonerating police officers for excessive use of force, improper beatings, and use of unnecessary and excessive force before the investigation of the incident by the police department has been completed;

    e.    Reports in brutality cases are not reviewed for accuracy by supervisory officers.  Conclusions are frequently permitted to be drawn on the basis of clearly incorrect or contradictory information.

95.     The foregoing acts, omissions, systemic flaws, policies and customs of the Defendants COUNTY and POLICE DEPARTMENT caused the DEFENDANT OFFICERS to believe that brutality and other improper actions would not be aggressively, honestly and properly investigated, with the foreseeable result that officers are most likely to use excessive force in situations where such force is neither necessary nor reasonable.

96.     As a consequence of Defendants' wrongful actions, intentional, negligent, and reckless behavior, and violations of state and federal laws, Plaintiff was deprived of his freedom, was made to suffer physical injuries, great pain and suffering, property damage, and was subjected to great fear and terror, personal humiliation, degradation, and continued to suffer physical pain and mental and emotional distress as a result of the aforesaid unlawful conduct of the Defendants.

BESEDIN.0299

97.     As a direct and proximate result of the aforesaid acts of the DEFENDANTS, Plaintiff suffered great physical harm, mental anguish and violations of rights from then until now and he will continue to so suffer in the future, having been greatly humiliated and mentally injured, as a result of the foregoing acts of the DEFENDANTS.

98.     Plaintiff was forced to incur great expense due to the filing of this complaint for attorney's fees, investigation expenses, and other expenses in clearing his name against the unfounded and unwarranted allegations by the DEFENDANTS, which have been a serious burden on Plaintiff.

99.     That by reason of the foregoing, Plaintiff suffered and continues to suffer irreparable injury and monetary damages in excess of FIVE MILLION ($5,000,000.00) DOLLARS, as well as punitive damages, costs and attorney's fees, and any other relief this Court may find just and proper.

### AND AS FOR A FOURTH COUNT
### 42 U.S.C. § 1983 – FAILURE TO INTERVENE

100.    The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1 through 99 of this Complaint with the same force and effect as though fully set forth herein.

101.    DEFENDANT OFFICERS from Nassau County Police Department knew or should have known that the detainment, false arrest, wrongful imprisonment and excessive beating of ROBERT BESEDIN, SR. violated the Plaintiff's rights, guaranteed to him under the Fourth, Fifth, and Fourteenth Amendments and 42 U.S.C. §1983.

102.    Each of the said DEFENDANTS had the authority, ability and concurrent duty under 42 U.S.C. § 1983 to prevent the false arrest, wrongful detainment and excessive beating of

21

the Plaintiff, yet neglected to prevent said violations from occurring, and further failed to intervene to protect or aid the Plaintiff when such violations did in fact occur.

103.    DEFENDANT OFFICERS from the DEFENDANT POLICE DEPARTMENT failed to stop these wrongful actions, which constitutes a breach of their duty to do so under 42 U.S.C. § 1983.

104.    DEFENDANT OFFICERS from the DEFENDANT POLICE DEPARTMENT knew or should have known that the fabricated accusations against, and physical beating of ROBERT BESEDIN, SR. were violative of his Fourth, Fifth and Fourteenth Amendment rights to due process, and were tantamount to unequal protection under the law, in violation of the Plaintiff's fundamental rights under the Constitution.

105.    Said DEFENDANTS had and continued to have the power to prevent the continued due process violations against ROBERT BESEDIN, SR., yet they failed to prevent or dismiss the pending fabricated charges against the Plaintiff, or to protect the Plaintiff from the unwarranted and potential penalties of said charges.

106.    DEFENDANT COUNTY's exoneration of and refusal to discipline the DEFENDANT OFFICERS for their misconduct against ROBERT BESEDIN, SR. is neglectful of their duty to prevent the further violation of ROBERT BESEDIN, SR.'s right to compensation under 42 U.S.C. §1983 and the State Law claims, with such violation occurring as a result of said officers being improperly allowed to engage in their wrongful acts and essentially being cleared of any wrongdoing, despite substantial physical evidence to the contrary.

107.    As a direct and proximate result of the aforesaid acts of the DEFENDANTS, Plaintiff suffered great physical harm, mental anguish, property damage, and violations of rights from then until now and he will continue to so suffer in the future, having been greatly humiliated

BESEDIN.0301

and mentally injured, as a result of the foregoing acts of the DEFENDANTS.

108.    Plaintiff was forced to incur great expense due to the filing of this complaint for attorney's fees, investigation expenses, and other expenses in clearing his name against the unfounded and unwarranted allegations by the DEFENDANTS, which have been a serious burden on Plaintiff.

109.    That by reason of the foregoing, Plaintiff has been placed in fear of his life, suffers serious emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and has been exposed to disgrace, public humiliation and embarrassment, was deprived of access to his family, was deprived of his constitutional rights, and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

### AND AS FOR A FIFTH COUNT
### ASSAULT and BATTERY (PENDENT STATE CLAIM)

110.    That Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1 through 109 of this Complaint, with the same force and effect as though fully set forth herein.

111.    During all times mentioned herein, the DEFENDANT OFFICERS engaged in the illegal conduct herein mentioned to the injury of Plaintiff ROBERT BESEDIN, SR. and deprived Plaintiff ROBERT BESEDIN, SR. of the rights, privileges and immunities secured to Plaintiff by the Fourth and Fourteenth Amendment of the Constitution of the United States, the laws of the United States and the laws of the State of New York, as pendant claims.

112.    That on said date DEFENDANT OFFICERS accosted Plaintiff, and brutally assaulted him without any justification, provocation or assaultive gestures on Plaintiff's part and despite the fact that the Plaintiff ROBERT BESEDIN, SR. had committed no crime or broken any

23

BESEDIN.0302

law, which he was charged with, DEFENDANT OFFICERS detained and arrested Plaintiff with no probable cause.

113.   The DEFENDANT OFFICERS visited unwanted, offensive and harmful physical contact upon the Plaintiff, with the intention of causing harm to Plaintiff.

114.   DEFENDANT OFFICERS, did cause physical injuries and harm to Plaintiff by punching and hitting him, kicking him, knocking him to the ground, and otherwise assaulting him with their hands.

115.   The Plaintiff did not in any way provoke or instigate such attacks, and did not create any threat of harm to the DEFENDANT OFFICERS.

116.   Although DEFENDANT OFFICERS acted contrary to the law, they continued their shocking and unjustified conduct by conspiring and contriving with each other on said criminal charges against Plaintiff and they placed Plaintiff in custody.

117.   Upon information and belief, said physical abuse and punishment were ordered by, carried out by, and condoned by DEFENDANT COUNTY its agents and employees, who were acting within the course or scope of their employment.

118.   That as a result of said beatings, slamming, kneeing, kicking, punches and other actions against Mr. Besedin  , the Plaintiff ROBERT BESEDIN, SR. sustained damages and injuries, including but not limited to, personal injuries to his body, property damage, violation of civil rights, loss of income, permanent damage to reputation and standing in the community, loss of comfort, support and companionship, extreme mental and emotional harm and stress, impairment of earning power and other injuries not yet fully ascertained.

119.   That by reason of the foregoing, Plaintiff has been placed in fear of his life, emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt  and  exposed him to

24

BESEDIN.0303

disgrace, public humiliation and embarrassment, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

## AND AS FOR A SIXTH COUNT
## FALSE IMPRISONMENT (PENDENT STATE CLAIM)

120.    The Plaintiff, repeats, reiterates and realleges each and every allegation contained in paragraph 1 through 119 of this Complaint, with the same force and effect as though fully set forth herein.

121.    On or about the 7th day of February, 2017 in the County of Nassau, DEFENDANT OFFICERS maliciously and deliberately, with force and violence, detained and arrested Plaintiff without any probable or reasonable cause and without any warrant or other legal process. DEFENDANT OFFICERS thereupon maliciously with wanton and reckless disregard for his life, beat Plaintiff,  and thereafter detained him for an unreasonable length of time against Plaintiff's will and without his consent.

122.    Plaintiff was detained for an unreasonable period of time as a result of said false arrest.

123.    That DEFENDANTS engaged in the above mentioned actions without probable cause in that they did not honestly, reasonably and in good faith believe Plaintiff to be guilty of any crimes.

124.    DEFENDANTS acted maliciously in arresting, detaining, battering, assaulting, and transporting Plaintiff, all against his will in that the DEFENDANTS desired to harm Plaintiff.

125.    As a result of the foregoing, Plaintiff has suffered injury to his good name and reputation and has suffered great mental and bodily distress during his false imprisonment and

25

BESEDIN.0304

afterwards, all to his damage.

126.    That as a result of said beatings, slamming, kneeing, kicking, punches and other actions against Mr. Besedin    , the Plaintiff ROBERT BESEDIN, SR. sustained damages and injuries, including but not limited to, personal injuries to his body, violation of civil rights, loss of income, permanent damage to reputation and standing in the community, loss of comfort, support and companionship, extreme mental and emotional harm and stress, impairment of earning power and other injuries not yet fully ascertained.

127.    That by reason of the foregoing, Plaintiff has been placed in fear of his life, emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and exposed him to disgrace, public humiliation and embarrassment, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

<u>AND AS FOR AN SEVENTH COUNT</u>
<u>FALSE ARREST (PENDENT STATE CLAIM)</u>

128.    Plaintiff, repeats, reiterates and realleges each and every allegation contained in paragraphs 1 through 127 of this Complaint, with the same force and effect as though fully set forth herein.

129.    On or about the 7th day of February 2017 in the DEFENDANT COUNTY OF NASSAU, DEFENDANT OFFICERS intentionally, falsely, unlawfully and wrongfully, with force and without Plaintiff's consent and against his will, assaulted, battered, falsely arrested and falsely imprisoned Plaintiff by detaining Plaintiff and imprisoning him, and depriving him of his liberty for an unreasonable time.

26

BESEDIN.0305

130.   By reason of the above and in particular said false arrest, Plaintiff's reputation has been greatly injured and he has been brought into public scandal and disgrace. Plaintiff has been greatly hindered and prevented from following and transacting his affairs, and business and has suffered great emotional trauma and harm, all to his damage.

131.   That by reason of the foregoing, Plaintiff has been placed in fear of his life, suffers extreme emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and exposed him to disgrace, public humiliation, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

### AND AS FOR A EIGHTH COUNT
### ABUSE OF PROCESS (PENDENT STATE CLAIM)

132.   Plaintiff, repeats reiterates and realleges each and every allegation contained in paragraphs 1 through 131 of this Complaint, with the same force and effect as though fully set forth herein.

133.   DEFENDANTS' used their legal power and authority to commence and continue false criminal charges against Plaintiff in an attempt to gain benefit from doing so. DEFENDANTS sought and used the criminal process to cover up and seek protection from loss of employment, discipline and possible criminal prosecution by alleging that Plaintiff had engaged in criminal activity when they each knew and were well aware that he had not. Said acts were a violation of Federal Law and State Law in that Plaintiff's Fourth and Fourteenth Amendment Rights were violated as well as common law.

134.   DEFENDANTS' accusations and allegations against Plaintiff were false, malicious, negligent, reckless, intentional and wrongful and were intended to cause Plaintiff injury and to harass Plaintiff and were clearly the improper exercise of the police power, the resources of

27

government, as well as an abuse of process.

135.    That the false arrest, false imprisonment, assault, battery, excessive and unreasonable use of force, illegal transportation, and violation of Plaintiff's civil rights were brought about and caused by the actions of DEFENDANTS and that the same were a clear and intentional abuse of process causing Plaintiff severe damage.

136.    As a result of the foregoing, Plaintiff has suffered injury to his good name and reputation and has suffered great mental and bodily distress during his false imprisonment and afterwards, all to his damage.

137.    That as a result of said beatings, slamming, kneeing, kicking, punches and other actions against Mr. Besedin  , the Plaintiff ROBERT BESEDIN, SR. sustained damages and injuries, including but not limited to, personal injuries to his body, violation of civil rights, loss of income, permanent damage to reputation and standing in the community, loss of comfort, support and companionship, extreme mental and emotional harm and stress, impairment of earning power and other injuries not yet fully ascertained.

138.    That by reason of the foregoing, Plaintiff has been placed in fear of his life, emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and exposed him to disgrace, public humiliation and embarrassment was prevented from attending his work and business for a long time, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

### AND AS FOR AN NINTH COUNT
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (PENDENT STATE CLAIM)

139.    Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs 1 through 138 of this Complaint with the same force and effect as though fully set forth herein.

BESEDIN.0307

140.   The DEFENDANT COUNTY and DEFENDANT OFFICERS acted outrageously for their above-stated roles in the wrongful stop, detainment, false arrest, prolonged captivity, intimidation and public humiliation of the Plaintiff, ROBERT BESEDIN, SR.

141.   Said emotional harm was exacerbated by the fabricated criminal charges against the Plaintiff, known by DEFENDANT COUNTY and DEFENDANT OFFICERS to be without basis. Yet DEFENDANTS prosecuted Plaintiff with the intention of causing extreme further harm, distress and duress to Plaintiff ROBERT BESEDIN, SR.

142.   The DEFENDANTS knew that their conduct would cause severe and extreme emotional harm to Plaintiff.

143.   DEFENDANT COUNTY and DEFENDANT OFFICERS,  through their conduct, acts and omissions as set forth in the above pleaded allegations, acted outrageously and beyond the bounds of decency, for their above-stated, respective roles in: **(a)** the wrongful detainment, punching, kicking, stomping, mutilating, manhandling, false arrest, prolonged captivity, intimidation, and public humiliation of the Plaintiff, and **(b)** the concealment, cover-up, and failure to redress the wrongs done to Plaintiff.

144.   The DEFENDANT COUNTY and DEFENDANT OFFICERS,  committed the above stated reprehensible, extreme and outrageous actions against Plaintiff, with full knowledge that their conduct could cause severe and extreme emotional harm to Plaintiff and to other close family members that were present in to view said conduct.

145.   Said extreme emotional harm, with psychological and physical symptoms manifesting therefrom, did in fact occur in this case, in that the Plaintiff Besedin was debilitated, terrified, humiliated, and caused to suffer fear for his life. As a result of the foregoing, Plaintiff has suffered injury to his good name and reputation and has suffered great mental and bodily distress during his false imprisonment and afterwards, all to his damage.

**BESEDIN.0308**

146.    That as a result of said beatings, slamming, kneeing, kicking, punches and other actions against Mr. Besedin, the Plaintiff ROBERT BESEDIN, SR. sustained damages and injuries, including but not limited to, personal injuries to his body, violation of civil rights, loss of income, permanent damage to reputation and standing in the community, loss of comfort, support and companionship, extreme mental and emotional harm and stress, impairment of earning power and other injuries not yet fully ascertained.

147.    That by reason of the foregoing, Plaintiff has been placed in fear of his life, suffers extreme emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and exposed him to disgrace, public humiliation and embarrassment was prevented from attending his work and business for a long time, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

## AND AS FOR A TENTH COUNT
## NEGLIGENCE (PENDENT STATE CLAIM)

148.    The Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs 1 through 147 of this Complaint with the same force and effect as though fully set forth herein.

149.    DEFENDANT COUNTY and DEFENDANT OFFICERS had a duty under 42 U.S.C. §1983, as well as under the Fourth, Fifth, Sixth and Fourteenth Amendments, and under New York State Law and their own rules and regulations, to prevent and cease the abusive treatment, beating, wrongful detainment, false arrest, false imprisonment, malicious and false charging and prosecuting, as well as a duty to investigate, supervise and discipline DEFENDANT OFFICERS and prevent other wrongful acts that were committed against Plaintiff ROBERT BESEDIN, SR.

150.    In actively inflicting harm and failing to prevent the above stated abuses incurred by ROBERT BESEDIN, SR., all of the DEFENDANTS acted unreasonably, recklessly, and

BESEDIN.0309

negligently in failing to exercise the slightest amount of due care to secure and protect the civil and constitutional rights of the Plaintiff against illegal search and seizure, detained custody and arrest without access to counsel, Miranda warnings, and other due process violations. Said rights are guaranteed to the Plaintiff by 42 U.S.C. §1983 and by the Fourth, Fifth, and Fourteenth Amendments of the Constitution.

151.    The breach of duty under each of the statutes, rules and regulations which formed the duty due to Plaintiff by DEFENDANT COUNTY and DEFENDANT OFFICERS was a direct and proximate cause of the harm suffered by Plaintiff ROBERT BESEDIN, SR. Said harm includes physical harm, pain and suffering, which continues to this day, monetary expenses in lost wages and legal costs, personal humiliation, damage to reputation and loss of standing in the community, and severe physical, emotional and psychological damage, resulting in the need to seek professional counseling for the trauma which he incurred.

152.    That by reason of the foregoing, Plaintiff has been placed in fear of his life, suffers extreme emotional damages, distress, pain, suffering, loss of self-esteem, self-doubt and exposed him to disgrace, public humiliation and embarrassment was prevented from attending his work and business for a long time, was deprived of access to his family and was deprived of his constitutional rights and has been damaged in the sum of Five Million ($5,000,000.00) Dollars.

**WHEREFORE,** the Plaintiff demands judgment against the DEFENDANTS:

a)    On the First Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

b)    On the Second Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

c)    On the Third Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

d)    On the Fourth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

e)    On the Fifth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

f)    On the Sixth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

g)    On the Seventh Cause of Action in the sum of Five Million ($5,000,000.00)

**BESEDIN.0310**

Dollars;

h)     On the Eighth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

i)      On the Ninth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

j)      On the Tenth Cause of Action in the sum of Five Million ($5,000,000.00) Dollars;

k)     Punitive damages in the sum of Ten Million ($10,000,000.00) Dollars;

l)      Declaratory Judgment that defendants willfully violated Plaintiffs' rights secured by federal and state law as alleged herein;

m)    Injunctive relief, requiring defendants to correct all past violations of federal and state law as alleged herein; to enjoin DEFENDANTS from continuing to violate federal and state law as alleged herein; and to order such other injunctive relief as may be appropriate to prevent any future violations of said federal and state laws;

n)     Award such other and further relief as this Court may deem appropriate, including costs and attorney's fees, pursuant to 42 U.S.C. §1988.

**A JURY TRIAL IS HEREBY DEMANDED.**

Dated: Hempstead, New York
       February 6, 2018

                      LAW OFFICES OF
                      FREDERICK K. BREWINGTON

By:     */S/ Frederick K. Brewington*
                      FREDERICK K. BREWINGTON
                      *Attorneys for Plaintiff*
                      556 Peninsula Boulevard
                      Nassau, New York 11550
                      (516) 489-6959

**BESEDIN.0311**

DOCKET NO.: CV-18-819

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

ROBERT BESEDIN, SR.,

Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER STEPHEN
BECKWITH AND POLICE OFFICER JOHN
MANTOVANI in their individual and official capacities,

Defendants.

-----------------------------------X

SUMMONS AND COMPLAINT

-----------------------------------X

LAW OFFICES OF
FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959

BESEDIN.0312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT BESEDIN, SR.,

                          Plaintiff,                    18-CV-00819 (JMA)(GRB)

         -against-
                                                        **ANSWER**

COUNTY OF NASSAU, THE NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH AND POLICE OFFICER
JOHN MANTOVANI in their individual and
official capacities,

                          Defendants.
-----------------------------------------------------------------X

         Defendants, County of Nassau, the Nassau County Police Department, Nassau County

Police Officer Stephen Beckwith and Nassau County Police Officer John Mantovani, by their

attorney, Jared A. Kasschau, Nassau County Attorney, by Ralph J. Reissman, Deputy County

Attorney, as and for their Answer to the Complaint of plaintiff Robert Besedin, Sr. ("plaintiff")

filed February 7, 2018 [DE 1], state upon information and belief as follows:

## AS AND FOR A RESPONSE TO "PRELIMINARY STATEMENT"

1.    Deny the allegations set forth in paragraph 1.

2.    Deny the allegations set forth in paragraph 2.

3.    Deny the allegations set forth in paragraph 3.

4.    Deny the allegations set forth in paragraph 4.

5.    Deny the allegations set forth in paragraph 5.

6.    Deny the allegations set forth in paragraph 6.

1

**BESEDIN.0313**

## AS AND FOR A RESPONSE TO "JURISDICTION AND VENUE"

7.    Paragraph 7 contains what purports to be federal question jurisdiction and pendent jurisdiction and, as such, requires no answer by defendants.  Defendants respectfully refer the Court to the statutes cited in paragraph 7 for their true text and legal import.

8.    Paragraph 8 contains what purports to be venue and, as such, requires no answer by defendants.  Defendants respectfully refer the Court to the statutes cited in paragraph 8 for their true text and legal import.

9.    Deny the allegations set forth in paragraph 9, and respectfully refer the Court to the documents and statues cited therein for their true text and import.

10.    Deny the allegations set forth in paragraph 10 insofar as they refer to the allegations set forth in paragraph 9, and respectfully refer the Court to the documents and statutes cited in paragraph 9 for their true text and import.

## AS AND FOR A RESPONSE TO "PARTIES"

11.    Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 11.

12.    Admit the allegations set forth in paragraph 12.

13.    Admit the allegations set forth in paragraph 13

14.    Deny the allegations set forth in paragraph 14, except admit that defendants Stephen Beckwith and John Mantovani are employed by the Nassau County Police Department; that they acted at all times relevant to the Complaint within the scope of such employment; and aver that since this paragraph fails to specify any "statutes, ordinances, regulations, policies, customs and usages of the State of New York and/or County," no response thereto is required from defendants.

15.    Admit the allegations set forth in paragraph 15.

2

**BESEDIN.0314**

16.  Admit the allegations set forth in paragraph 16.

17.  The allegations set forth in paragraph 17 call for a conclusion of law and, as such, require no response from defendants.

18.  Admit the allegations set forth in paragraph 18.

19.  Deny the allegations set forth in paragraph 19.

### AS AND FOR A RESPONSE TO "FACTUAL ALLEGATIONS"

20.  Deny the allegations set forth in paragraph 21.

21.  Since the allegations set forth in paragraph 22 call for a conclusion of law, no response is required from defendants.

22.  Deny the allegations set forth in paragraph 22.

23.  Deny the allegations set forth in paragraph 23.

24.  Deny the allegations set forth in paragraph 24.

25.  Deny the allegations set forth in paragraph 25.

26.  Deny the allegations set forth in paragraph 26.

27.  Deny the allegations set forth in paragraph 27.

28.  Deny the allegations set forth in paragraph 28.

29.  Deny the allegations set forth in paragraph 29.

30.  Deny the allegations set forth in paragraph 30.

31.  Deny the allegations set forth in paragraph 31.

32.  Deny the allegations set forth in paragraph 32.

33.  Deny the allegations set forth in paragraph 33.

34.  Deny the allegations set forth in paragraph 34.

35.  Deny the allegations set forth in paragraph 35.

BESEDIN.0315

36.    Deny the allegations set forth in paragraph 36.

37.    Deny the allegations set forth in paragraph 37.

38.    Deny the allegations set forth in paragraph 38.

39.    Deny the allegations set forth in paragraph 39, and respectfully refer the Court to the

documents cited therein for their true text and legal import.

40.    Deny the allegations set forth in paragraph 40.

41.    Deny the allegations set forth in paragraph 41.

42.    Deny the allegations set forth in paragraph 42.

43.    Deny the allegations set forth in paragraph 43.

44.    Deny the allegations set forth in paragraph 44.

45.    Deny the allegations set forth in paragraph 45.

46.    Deny the allegations set forth in paragraph 46.

47.    Deny the allegations set forth in paragraph 47.

48.    Deny the allegations set forth in paragraph 48.

## AS AND FOR A RESPONSE TO "FIRST COUNT" – 42 U.S.C. § 1983 – FALSE ARREST MALICIOUS PROSECUTION, UNREASONABLE AND EXCESSIVE USE OF FORCE

49.    In response to paragraph 49, defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 48 with the same force and effect as though fully

set forth herein.

50.    Deny the allegations set forth in paragraph 50.

51.    Deny the allegations set forth in paragraph 51

52.    Deny the allegations set forth in paragraph 52.

53.    Deny the allegations set forth in paragraph 53.

54.    Deny the allegations set forth in paragraph 54.

4

55.    Deny the allegations set forth in paragraph 55.

56.    Deny the allegations set forth in paragraph 56.

57.    Deny the allegations set forth in paragraph 57.

58.    Deny the allegations set forth in paragraph 58.

59.    Deny the allegations set forth in paragraph 59.

60.    Deny the allegations set forth in paragraph 60.

61.    Deny the allegations set forth in paragraph 61.

62.    Deny the allegations set forth in paragraph 62.

63.    Deny the allegations set forth in paragraph 63.

64.    Deny the allegations set forth in paragraph 64.

65.    Deny the allegations set forth in paragraph 65.

66.    Deny the allegations set forth in paragraph 66.

67.    Deny the allegations set forth in paragraph 67.

68.    Deny the allegations set forth in paragraph 68.

69.    Deny the allegations set forth in paragraph 69.

### AS AND FOR A RESPONSE TO "SECOND COUNT"
### 42 U.S.C. § 1983 – ABUSE OF PROCESS

70.    In response to paragraph 70, defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 69 with the same force and effect as though fully

set forth herein.

71.    Deny the allegations set forth in paragraph 71.

72.    Deny the allegations set forth in paragraph 72.

73.    Deny the allegations set forth in paragraph 73.

74.    Deny the allegations set forth in paragraph 74.

5

BESEDIN.0317

75.   Deny the allegations set forth in paragraph 75.

76.   Deny the allegations set forth in paragraph 76.

77.   Deny the allegations set forth in paragraph 77.

78.   Deny the allegations set forth in paragraph 78.

79.   Deny the allegations set forth in paragraph 79.

80.   Deny the allegations set forth in paragraph 80.

81.   Deny the allegations set forth in paragraph 81.

82.   Deny the allegations set forth in paragraph 82.

83.   Deny the allegations set forth in paragraph 83.

84.   Deny the allegations set forth in paragraph 84.

85.   Deny the allegations set forth in paragraph 85.

86.   Deny the allegations set forth in paragraph 86.

87.   Deny the allegations set forth in paragraph 87.

## AS AND FOR A RESPONSE TO "THIRD COUNT"
### 42 U.S.C. § 1983 MUNICIPAL LIABILITY

88.   In response to paragraph 88, defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 87 with the same force and effect as though fully

set forth herein.

89.   Deny the allegations set forth in paragraph 89.

90.   Deny the allegations set forth in paragraph 90.

91.   Deny the allegations set forth in paragraph 91.

92.   Deny the allegations set forth in paragraph 92.

93.   Deny the allegations set forth in paragraph 93.

94.   Deny the allegations set forth in paragraphs 94(a), 94(b), 94(c), 94(d) and 94(e.)

6

BESEDIN.0318

95.    Deny the allegations set forth in paragraph 95.

96.    Deny the allegations set forth in paragraph 96.

97.    Deny the allegations set forth in paragraph 97.

98.    Deny the allegations set forth in paragraph 98.

99.    Deny the allegations set forth in paragraph 99.

### AS AND FOR A RESPONSE TO "FOURTH COUNT"
### 42 U.S.C. § 1983 – FAILURE TO INTERVENE

100.  In response to paragraph 100. defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 99 with the same force and effect as though fully

set forth herein.

101.   Deny the allegations set forth in paragraph 101.

102.   Deny the allegations set forth in paragraph 102.

103.   Deny the allegations set forth in paragraph 103.

104.   Deny the allegations set forth in paragraph 104.

105.   Deny the allegations set forth in paragraph 105.

106.   Deny the allegations set forth in paragraph 106.

107.   Deny the allegations set forth in paragraph 107.

108.   Deny the allegations set forth in paragraph 108.

109.   Deny the allegations set forth in paragraph 109.

### AS AND FOR A RESPONSE TO "FIFTH COUNT"
### ASSAULT AND BATTERY (PENDENT STATE CLAIM

110.  In response to paragraph 110, defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 109 with the same force and effect as though

fully set forth herein.

7

**BESEDIN.0319**

111.  Deny the allegations set forth in paragraph 111.

112.  Deny the allegations set forth in paragraph 112.

113.  Deny the allegations set forth in paragraph 113.

114.  Deny the allegations set forth in paragraph 114.

115.  Deny the allegations set forth in paragraph 115.

116.  Deny the allegations set forth in paragraph 116.

117.  Deny the allegations set forth in paragraph 117.

118.  Deny the allegations set forth in paragraph 118.

119.  Deny the allegations set forth in paragraph 119.

## AS AND FOR A RESPONSE TO "SIXTH COUNT"
### FALSE IMPRISONMENT (PENDENT STATE CLAIM)

120.  In response to paragraph 120, defendants repeat and reallege each and every response

to paragraphs 1 through and including paragraph 119 with the same force and effect as though

fully set forth herein.

121.  Deny the allegations set forth in paragraph 121.

122.  Deny the allegations set forth in paragraph 122.

123.  Deny the allegations set forth in paragraph 123.

124.  Deny the allegations set forth in paragraph 124.

125.  Deny the allegations set forth in paragraph 125.

126.  Deny the allegations set forth in paragraph 126.

127.  Deny the allegations set forth in paragraph 127.

## AS AND FOR A RESPONSE TO "SEVENTH COUNT"
### FALSE ARREST (PENDENT STATE CLAIM)

BESEDIN.0320

128.   In response to paragraph 128, defendants repeat and reallege each and every response to paragraphs 1 through and including paragraph 127 with the same force and effect as though fully set forth herein.

129.   Deny the allegations set forth in paragraph 129.

130.   Deny the allegations set forth in paragraph 130.

131.   Deny the allegations set forth in paragraph 131.

## AS AND FOR A RESPONSE TO "EIGHTH COUNT"
### ABUSE OF PROCESS (PENDENT STATE CLAIM)

132.   In response to paragraph 132, defendants repeat and reallege each and every response to paragraphs 1 through and including paragraph 131 with the same force and effect as though fully set forth herein.

133.   Deny the allegations set forth in paragraph 133.

134.   Deny the allegations set forth in paragraph 134.

135.   Deny the allegations set forth in paragraph 135.

136.   Deny the allegations set forth in paragraph 136.

137.   Deny the allegations set forth in paragraph 137.

138.   Deny the allegations set forth in paragraph 138.

## AS AND FOR A RESPONSE TO "NINTH COUNT"
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (PENDENT STATE CLAIM)

139.   In response to paragraph 139, defendants repeat and reallege each and every response to paragraphs 1 through and including paragraph 138 with the same force and effect as though fully set forth herein.

140.   Deny the allegations set forth in paragraph 140.

141.   Deny the allegations set forth in paragraph 141.

BESEDIN.0321

142.   Deny the allegations set forth in paragraph 142.

143.   Deny the allegations set forth in paragraph 143.

144.   Deny the allegations set forth in paragraph 144.

145.   Deny the allegations set forth in paragraph 145.

146.   Deny the allegations set forth in paragraph 146.

147.   Deny the allegations set forth in paragraph 147.

## AS AND FOR A RESPONSE TO "TENTH COUNT"
## NEGLIGENCE (PENDENT STATE CLAIM)

148.   In response to paragraph 148, defendants repeat and reallege each and every response to paragraphs 1 through and including paragraph 147 with the same force and effect as though fully set forth

149.   Deny the allegations set forth in paragraph 149.

150.   Deny the allegations set forth in paragraph 150.

151.   Deny the allegations set forth in paragraph 151.

152.   Deny the allegations set forth in paragraph 152.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

153.   The Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

154.   Plaintiff's constitutional rights have not been violated by defendants.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

155.   Plaintiff's statutory rights have not been violated by defendants.

## AS A FOR A FOURTH AFFIRMATIVE DEFENSE

156.   At all applicable times herein, and at all times mentioned in the Complaint, defendant County of Nassau, its agencies, departments, officers, agents, servants and/or employees,

10

including the Nassau County Police Department and the Nassau County District Attorney's Office, and their officers, agents, servants and/or employees, enjoyed, and continue to enjoy, a full, partial or qualified immunity from civil suit.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

157. At all applicable times herein, and at all times mentioned in the Complaint, defendant County of Nassau, the Nassau County Attorney's Office, and defendants Stephen Beckwith and John Mantovani enjoyed, and continue to enjoy, a full, partial or qualified immunity from civil suit.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

158. At all applicable times herein, and at all times mentioned in the Complaint, defendants Stephen Beckwith and John Mantovani acted reasonably in the proper and lawful exercise of their discretion.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

159. At all applicable times herein, and at all times mentioned in the Complaint, the duties and functions of the County of Nassau's officials entailed the exercise of proper and lawful discretion. Therefore the County of Nassau enjoys governmental immunity from liability.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

160. At all applicable times herein, and at all times mentioned in the Complaint,  the County of Nassau, the Nassau County Police Department, and their officers, agents, servants and/or employees having anything to do with plaintiff, including defendants Stephen Beckwith and John Mantovani, were acting in the performance of their respective duties as officers, agents, servants and/or employees of the County of Nassau and the Nassau County Police Department,

BESEDIN.0323

and as officers, agents, servants and/or employees of the State of New York; that all of the acts of each officer, agent, servant and/or employee of the County of Nassau and the Nassau County Police Department in connection with the plaintiff were performed in good faith, without malice, and with reasonable and proper care in the ordinary course of their duties as officers, agents, servants and/or employees of the County of Nassau, the Nassau County Police Department and the State of New York.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

161.   Under the case of *Monell v. New York City Department of Social Services*, 436 U.S. 658 (1978) and its progeny, the alleged acts or omissions of County Defendants named in the Complaint, and/or any officers, agents, servants and/or employees of defendant County of Nassau, do not create vicarious liability against defendant County of Nassau pursuant to the doctrine of *respondeat superior* and, consequently, defendant County of Nassau cannot be liable for any acts or conduct of any individual defendant herein, and/or the acts or conduct of any agent, servant or employee of defendant County of Nassau with respect to any and all claims brought pursuant to 42 U.S.C. § 1983, as a matter of law.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

162.   Punitive damages may not be recovered against defendant County of Nassau, its agencies and departments as a matter of law.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

163.   Plaintiff has failed to mitigate his damages in this action.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

164.   Plaintiff has failed to comply with the requirements of New York General Municipal Law §§ 50-e, 50-h and/or 50-i.

12

**BESEDIN.0324**

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

165.  Plaintiff has failed to comply with the requirements of New York County Law § 52.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

166.  The arrest of plaintiff was supported by probable cause.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

167.  The prosecution of plaintiff was supported by probable cause.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

168.  If plaintiff sustained damages as alleged in the Complaint, such damages were sustained through and by virtue of the negligent and/or wrongful conduct of parties other than defendants, over whom said defendants exercised no control, without any negligent or wrongful conduct on the part of said defendants, their officials, agents, servants or employees contributing thereto.

**WHEREFORE**, defendants, County of Nassau, the Nassau County Police Department, Stephen Beckwith and John Mantovani, demand judgment dismissing the Complaint in its entirety, together with costs, disbursements and attorney's fees, together with all such other and further relief the Court deems just and proper .

Dated: Mineola, New York
      July 2, 2018

                                        **JARED A. KASSCHAU**
                                        Nassau County Attorney
                                        Attorney for Defendants

                                        By: /s/ Ralph J. Reissman
                                          RALPH J. REISSMAN
                                        Deputy County Attorney
                                        1 West Street
                                        Mineola, New York 11501
                                        (516) 571-3046

13

**BESEDIN.0325**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROBERT BESEDIN, SR.,

                   Plaintiff,                  18-CV-00819 (JMA)(GRB)

    -against-

COUNTY OF NASSAU, THE NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH AND POLICE OFFICER
JOHN MANTOVANI in their individual and
official capacities,

                  Defendants.

-----------------------------------------------------------------X

## ANSWER

JARED A. KASSCHAU
Nassau County Attorney
Attorney for Defendants
RALPH J. REISSMAN
Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046

14

BESEDIN.0326

Certificate #: U-000024842-F

Page 1 of 1



# NASSAU DISTRICT COURT

99 Main Street, Hempstead, NY 11550

Phone: (516) 493-4200

**FEE**
Non-Public
Version

The People of the State of New York

vs.

**Robert Besedin**

Defendant DOB: **03/06/1945**

**Certificate of Disposition**
Docket Number:         CR-003642-17NA

Arrest Date:                    Arraignment Date: **02/08/2017**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Nassau District Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.05 03 DF Assault In The Second Degree **SEALED 160.50** | DF | Reduced to (Count #4) | 01/29/2018 |
| 2 | PL 205.30 AM Resisting Arrest **SEALED 160.50** | AM | Dismissed (Other Jurisdictional/Legal Impediment (CPL 170.30 (1)(f)), Sealed 160.50) | 01/29/2018 |
| 3 | PL 240.26 01 V Harassment-2nd:Physical Cntact **SEALED 160.50** | V | Dismissed (Other Jurisdictional/Legal Impediment (CPL 170.30 (1)(f)), Sealed 160.50) | 01/29/2018 |
| 4 | PL 120.00 AM Assault-3rd **SEALED 160.50** | AM | Dismissed (Other Jurisdictional/Legal Impediment (CPL 170.30 (1)(f)), Sealed 160.50) | 01/29/2018 |

Dated:    **February 7, 2018**

MICHAEL BEGANSKAS

Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual, provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)] Arraignment charges may not be the same as the original arrest charges.

CPL 160.50:         All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

**BESEDIN.0327**



BESEDIN.0328



BESEDIN.0329



BESEDIN.0330

BESEDIN.0331



front of house cam POV

BESEDIN.0332



front of house camera

BESEDIN.0333



front of house.

BESEDIN.0334



front of house

BESEDIN.0335



front steps

BESEDIN.0336



Left Elbow

BESEDIN.0337



Left Elbow2

BESEDIN.0338



Left Hip

BESEDIN.0339



Left Lower Back

BESEDIN.0340



Left wrist Handcuffs



Left wrist slammed down on

BESEDIN.0342



Right Hip

BESEDIN.0343



Truck 1

BESEDIN.0344



Truck 2

BESEDIN.0345



Truck 3

BESEDIN.0346



Truck parked 1

BESEDIN.0347



Truck parked 2

BESEDIN.0348



Truck parked 3

BESEDIN.0349

DOCKET NO.: CV-18-819

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ROBERT BESEDIN, SR.,

Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER STEPHEN
BECKWITH AND POLICE OFFICER JOHN
MANTOVANI in their individual and official capacities,

Defendants.

--------------------------------------------------------------- X

PLAINTIFF'S INITIAL DISCLOSURES
PURSUANT TO FED.R.CIV.PRO. 26

--------------------------------------------------------------- X

LAW OFFICES OF
FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959

NASSAU CO. ATTORNEY
2019 APR 15   AM 11 08