# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 10, 2022 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-18-819 (KAM) |
| **NAME OF CASE(S):** | **BESEDIN V. COUNTY OF NASSAU ET AL** |
| **FOR PLAINTIFF(S):** | Brewington |
| **FOR DEFENDANT(S):** | Radi |
| **NEXT CONFERENCE(S):** | **APRIL 11, 2022 AT 10:00 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM DISCOVERY CONFERENCE:**

In light of the issues discussed in the latest status report, including Plaintiff's health problems making it difficult to complete his deposition and IME, the deadline for completion of discovery is extended to April 11, 2022. The Court will hold a telephone conference on April 11, 2022 at 10:00 a.m. Counsel for all parties must participate and shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**