

**_Attorneys and Counselors at Law_**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K.Brewington
Albert D. Manuel III

Of Counsel
Oscar Holt III
Jay D. Umans

January 27, 2022

<u>*VIA ELECTRONIC CASE FILING*</u>
Honorable Steven Tiscione
United State Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    ***Besedin v. County of Nassau, et.al.***
             ***Docket No.: CV-18-819 (KAM)(ST)***

Dear Judge Tiscione:

    As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. We wish to inform the Court that a member of our staff, Maria Dyson, Esq., has resigned. Accordingly, we respectfully request that her name be removed as an attorney for this matter.

    We thank the Court for its kind consideration.

            Respectfully submitted,
            */S/ Frederick K. Brewington*
            FREDERICK K. BREWINGTON

FKB:pl