## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 22, 2022 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-819 (KAM) |
| **NAME OF CASE(S):** | **BESEDIN V. COUNTY OF NASSAU ET AL.** |
| **FOR PLAINTIFF(S):** | Brewington |
| **FOR DEFENDANT(S):** | Meehan |
| **NEXT CONFERENCE(S):** | **JUNE 10, 2022 AT 10:00 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | AT&T 11:02 - 11:07 |

**RULINGS FROM MOTION HEARING:**

The Letter MOTION for Extension of Time to Complete Discovery [75] is granted. The deadline for completion of discovery is extended to June 10, 2022. The Court will hold a telephone conference on June 10, 2022 at 10:00 a.m. The parties shall use the same dial-in information used for this conference.