

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
Kmeehan@sokoloffstern.com

SEPTEMBER 19, 2022

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Besedin v. County of Nassau, et al.*
        Docket No. 18-CV-0819 (KAM)(ST)
        File No. 210099

Your Honor:

  I represent the defendants in this action. I write in accordance with the Court's order of September 12, 2022 directing the parties to submit a joint status letter.

  As set forth in our letter dated September 9, 2022, plaintiff appeared for an independent neuropsychological examination with Dr. Thomas Myers. The examination could only be partially completed at that time as this type of examination typically takes multiple days to complete and plaintiff did not bring his prescription eyeglasses to the appointment.

  We wrote plaintiff's counsel and informed him that Dr. Myers is available to complete the examination on October 10, 2022, and/or October 14, 2022. Unfortunately, Mr. Brewington has been unable to discuss scheduling of the continued examination because his wife is hospitalized.

  We have been advised that Mrs. Brewington remains hospitalized. As a result, Mr. Brewington's office has not been able to provide us with new dates for the deposition of plaintiff's wife, Judith Besedin. Defense counsel wishes Mrs. Besedin well and we look forward to speaking with Mr. Brewington upon his return to the office.

  Thank you for your consideration of this matter.

            Respectfully submitted,

            SOKOLOFF STERN LLP

            KIERA J. MEEHAN

CC:

<u>Via ECF</u>
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550