

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

PO
KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

October 14, 2022

<u>VIA ECF</u>
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    *Besedin v. County of Nassau, et al.*
                Docket No. 18-CV-0819 (KAM)(ST)
                File No. 210099

Your Honor:

      I represent the defendants in this action. After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order of September 20, 2022 directing the parties to submit a joint status letter.

      The second session of the independent neuropsychological examination of plaintiff with Dr. Thomas Myers is scheduled for November 10, 2022. As previously advised, the examination could only be partially completed on September 2, 2022 because plaintiff had not brought his prescription eyeglasses to the appointment.

      Plaintiff's counsel wishes to review Dr. Myers' report before determining whether he will seek Dr. Myers' deposition. Defendants also reserve the right to take the deposition of plaintiff's expert neuropsychologist, N.G. Berill, Ph.D., and the deposition of plaintiff, Robert Besedin Sr.

      Additionally, the deposition of plaintiff's wife, Mrs. Besedin, is scheduled for November 2, 2022.

SOKOLOFF STERN LLP

Hon. Steven Tiscione
October 14, 2022
Page 2 of 2

Thank you for your consideration of this matter.

                    Respectfully submitted,

                    SOKOLOFF STERN LLP

                    */s/ Kiera J. Meehan*

                    KIERA J. MEEHAN

CC:

<u>Via ECF</u>
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550