

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 ■ PHONE (516) 334-4500 ■ FAX (516) 334-4501 ■ WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

January 13, 2022

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

           Re:    *Besedin v. County of Nassau, et al.*
                   Docket No. 18-CV-0819 (KAM)(ST)
                   File No. 210099

Your Honor:

      I represent the defendants in this action. After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order directing the parties to submit a joint status letter.

      The parties are still awaiting a copy of Dr. Myers report of his independent neuropsychological examination of the plaintiff. I have spoken with Dr. Myers and expect to receive the report within the next 14 days.

      Plaintiff's counsel wishes to review Dr. Myers' report before determining whether he will seek Dr. Myers' deposition. Defendants also reserve the right to take the deposition of plaintiff's expert neuropsychologist, N.G. Berill, Ph.D., and the deposition of plaintiff, Robert Besedin Sr.

      Thank you for your consideration of this matter.

                                               Respectfully submitted,

                                               SOKOLOFF STERN LLP

                                               KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington

SOKOLOFF STERN LLP

Hon. Steven Tiscione
January 13, 2023
Page 2 of 2

*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550