

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 ▪ PHONE (516) 334-4500 ▪ FAX (516) 334-4501 ▪ WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

February 3, 2023

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:   *Besedin v. County of Nassau, et al.*
                 Docket No. 18-CV-0819 (KAM)(ST)
                 File No. 210099

Your Honor:

     I represent the defendants in this action. After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order directing the parties to submit a joint status letter.

     We have received and exchanged Dr. Myers' report. The parties will confer regarding dates for Mr. Besedin's deposition and whether expert depositions will be necessary.

     Thank you for your consideration of this matter.

                                                   Respectfully submitted,

                                                   SOKOLOFF STERN LLP

                                                   KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550