

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

February 22, 2023

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re:   *Besedin v. County of Nassau, et al.*
                Docket No. 18-CV-0819 (KAM)(ST)
                File No. 210099

Your Honor:

      I represent the defendants in this action. After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order directing the parties to submit a joint status letter.

      Plaintiff's deposition will be held on March 31, 2023. The parties are conferring with their respective experts in order to ascertain their respective availability and schedule depositions.

      Thank you for your consideration of this matter.

                                                         Respectfully submitted,

                                                         SOKOLOFF STERN LLP

                                                         KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550

CARLE PLACE   ■   GOSHEN   ■   NEW YORK CITY   ■   EAST HAMPTON