

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

March 29, 2023

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Besedin v. County of Nassau, et al.*
               Docket No. 18-CV-0819 (KAM)(ST)
               File No. 210099

Your Honor:

      I represent the defendants in this action. After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order directing the parties to submit a joint status letter.

      Plaintiff's deposition will be held on March 31, 2023. The deposition of plaintiff's expert, Dr. Berrill has been scheduled for April 25, 2023. The parties are still working to agree upon a date for the deposition of defendants' expert, Dr. Myers. Dr. Myers has advised that he does not have any availability before May 2023. We are working to secure the first mutually available date for Dr. Myers and counsel.

      Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*

CARLE PLACE   ▪   GOSHEN   ▪   NEW YORK CITY

SOKOLOFF STERN LLP

Hon. Steven Tiscione
March 29, 2023
Page 2 of 2


556 Peninsula Blvd.
Hempstead, New York 11550