

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 ■ PHONE (516) 334-4500 ■ FAX (516) 334-4501 ■ WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

April 19, 2023

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re:    *Besedin v. County of Nassau, et al.*
                 Docket No. 18-CV-0819 (KAM)(ST)
                 File No. 210099

Your Honor:

      I represent the defendants in this action. I write in response to the Court's order of today's date.

      I apologize for the parties delay in updating the Court on the status of this matter. Last week I advised plaintiff's counsel that Dr. Myers is available to be deposed on June 2 or June 23, 2023. Unfortunately, I have a previously scheduled vacation on the only date Dr. Myers could offer in May.

      I was advised by Mr. Brewington's office that Mr. Brewington is scheduled to start trial on May 30, 2023, that he will also be on trial during the week of June 20, 2023, and that Mr. Brewington would contact me with his availability. While waiting to hear from Mr. Brewington regarding his availability I have asked Dr. Myers to provide additional proposed dates on which he is available.

      Thank you for your consideration of this matter.

                                                       Respectfully submitted,

                                                       SOKOLOFF STERN LLP

                                                       */s/ Kiera J. Meehan*
                                                       KIERA J. MEEHAN

CC:

SOKOLOFF STERN LLP

Hon. Steven Tiscione
April 19, 2023
Page 2 of 2

<u>Via ECF</u>
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550