

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

April 25, 2023

Via ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Besedin v. County of Nassau, et al.*
            Docket No. 18-CV-0819 (KAM)(ST)
            File No. 210099

Your Honor:

      I represent the defendants in this action.  After consulting with plaintiff's counsel, who consents to this letter, I write on behalf of all parties to update the Court on the status of discovery in accordance with the Court's order directing the parties to submit a joint status letter.

      Dr. Myer's deposition will be held on July 14, 2023.  As indicated in the parties' last status update, this date was chosen by the parties in order to accommodate both Dr. Myer's schedule and Mr. Brewington's trial schedule.

      The parties agree that given the circumstances of this case now is an appropriate time to schedule a settlement conference.

      Thank you for your consideration of this matter.

                        Respectfully submitted,

                        SOKOLOFF STERN LLP

                        KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington

CARLE PLACE    •    GOSHEN    •    NEW YORK CITY    •    EAST HAMPTON

SOKOLOFF STERN LLP

Hon. Steven Tiscione
March 29, 2023
Page 2 of 2

*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550