

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

January 13, 2022

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:     *Besedin v. County of Nassau, et al.*
                         Docket No. 18-CV-0819 (KAM)(ST)
                         File No. 210099

Your Honor:

       I represent the defendants in this action. I write to request an adjournment of the settlement conference presently scheduled for May 25, 2023, at 10:30 a.m.. The reasons for this request are that we are still awaiting receipt of the transcript of Dr. Berrill's recent deposition, which defendants' intend to rely on in support of their settlement memo, and to allow for a representative from the County Attorney's office to be in attendance at the conference, since the County is a self-insured municipality.

       This is the first request for an adjournment. I have spoken with plaintiff's counsel who consents to this request. The parties have conferred and propose that the conference be rescheduled to June 22, 2023 at 10:30a.m.

       Thank you for your consideration of this matter.

                                                                               Respectfully submitted,

                                                                               SOKOLOFF STERN LLP

                                                                               KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*

SOKOLOFF STERN LLP

Hon. Steven Tiscione
January 13, 2023
Page 2 of 2


556 Peninsula Blvd.
Hempstead, New York 11550