**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 7, 2023 |
| TIME: | 2:00 P.M. |
| DOCKET NUMBER(S): | CV-18-819 (NRM) |
| NAME OF CASE(S): | Besedin v. County of Nassau et al. |
| FOR PLAINTIFF(S): | Brewington |
| FOR DEFENDANT(S): | Meehan, Reissman |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Settlement Conference  :

Settlement discussions were held but the parties were unable to reach a disposition at this time.  Parties shall complete the remaining expert deposition and all other discovery by July 31, 2023.  The deadline for beginning dispositive motion practice is August 31, 2023.  If neither party intends to file dispositive motions, the parties shall confer and submit a proposed date for filing the Joint Pretrial Order.