

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

August 23, 2023

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Besedin v. County of Nassau, et al.*
        Docket No. 18-CV-0819 (NRM)(ST)
        File No. 210099

Your Honor:

  We represent the defendants in this action. We write to request an extension of time to begin the dispositive motion practice from August 31, 2023 to October 6, 2023. As Judge Morrison's rules require the moving party to file a Rule 56.1 statement of undisputed material facts with its pre-motion letter, I am requesting this extension in order to allow defendants sufficient time to prepare our Rule 56.1 statement in light of my scheduled family vacation and upcoming September trial in Nassau County State Supreme Court.

  Plaintiff's counsel consents to this request. This is defendants' first request for an extension of this deadline.

  Thank you for your consideration of this matter.

              Respectfully submitted,

              SOKOLOFF STERN LLP

              KIERA J. MEEHAN

CC:

Via ECF
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550