

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

April 1, 2024

VIA ECF

Honorable Nina R. Morrison
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Besedin v. County of Nassau, et al.*
        Docket No. 18-CV-0819 (NRM)(ST)
        File No. 210099

Your Honor:

  We represent the defendants in this action. We write in response to the Court's March 28, 2024 order directing the parties to advise of their availability between July 29, 2024 and August 31, 2024.

  Defendant Beckwith is unavailable between August 10th through August 23rd due to a scheduled vacation. Defendant Mantovani will be out of the country from September 1st through September 23rd.[1] Defendants and defense counsel are available for trial after September 23, 2024, but will be unavailable October 3rd and 4th (Rosh Hashanah), November 27th through November 29th (Thanksgiving), and December 20th through December 31st. Additionally, since the parties' joint letter of March 27, 2024, a personal family conflict has arisen for me between October 17th through October 19th as my daughter will be receiving the holy sacrament of confirmation on October 18, 2024.

**Plaintiff's Position**

  The month of August is the only vacation time that Plaintiff's counsel (Mr. Brewington) and his wife take all year. That has been set aside and is an annual scheduled time away. It is requested that the trial be set for any time after September 12, 2024.

---

[1] I initially incorrectly understood Officer Mantovani to be returning from abroad the previous week. I apologize to the Court for my error.

SOKOLOFF STERN LLP

Hon. Nina R. Morrison
April 1, 2024
Page 2 of 2

Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        SOKOLOFF STERN LLP

                                        KIERA J. MEEHAN

CC:

<u>Via ECF</u>
Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550