**stamps endicia**   **Shipping Label Receipt**

Tracking Number:

**9999 9999 9999 9999 9999 99**

PRIORITY MAIL with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $7.44
Weight: 5 lbs 3 oz
Print Date: 06/03/2024          Mailing Date: 06/03/2024

From:   SOKOLOFF STERN LLP
        179 WESTBURY AVENUE
        CARLE PLACE NY 11514

To:     LAW OFFICE OF FREDERICK K. BREWINGTON      USPS
        556 PENINSULA BLVD                         Postmark
        HEMPSTEAD NY 11550-5428                    Here

*Regular PRIORITY MAIL Service postage rates apply. There is no fee for Tracking service on PRIORITY MAIL services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.



**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

June 3, 2024

**VIA REGULAR MAIL**

Attn: Frederick K. Brewington
Law Office of Frederick K. Brewington
556 Peninsula Blvd.
Hempstead, NY 11550

      Re: *Besedin v. County of Nassau, et al.*,
        Index No.: 18-cv-0819 (NRM) (ST)
        File No.: 210099

Dear Mr. Brewington:

  We represent the defendants in this action. Enclosed please find the following papers in support of our Motion for Summary Judgment:

- Notice of Motion;
- Defendants' Statement of Undisputed Material Facts;
- Attorney Declaration of Kiera J. Meehan, with Exhibits A-N;
- Flash drive of Exhibit D – 911 Audio Recordings; and
- Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment.

  If you have any questions, please do not hesitate to contact me.

            Very truly yours,

            SOKOLOFF STERN LLP

            *Kiera J. Meehan*

            KIERA J. MEEHAN

Encl.