UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT BESEDIN, SR.,

                Plaintiff,

   -against-

COUNTY OF NASSAU, THE NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH AND POLICE OFFICER
JOHN MANTOVANI in their individual and
official capacities,

                Defendants.
------------------------------------------------------------------X

Docket No.
18-CV-00819 (KAM)(ST)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that ANDREW BLANCATO, an attorney with the firm SOKOLOFF STERN LLP, attorneys for defendants COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER JOHN MANTOVANI, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  Carle Place, New York
         September 4, 2024

                                        **SOKOLOFF STERN LLP**
                                        *Attorneys for Defendants*

                                        *Andrew Blancato*
                            By:   Andrew Blancato
                                 179 Westbury Avenue
                                 Carle Place, New York 11514
                                 (516) 334-4500
                                 File No.: 210099

To:    All Counsel of Record