UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERT BESEDIN, SR.,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH and POLICE OFFICER JOHN MANTOVANI, in their individual and official capacities,<br><br>                Defendants. | **NOTICE OF MOTION<br>IN LIMINE**<br><br>No. 18-cv-0819 (NRM) (ST) |

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Andrew Blancato, Esq., dated September 23, 2024, the exhibits annexed thereto, and the memorandum of law dated September 23, 2024, and upon all pleadings and proceedings heretofore had herein, Defendants shall move the Court, before the Honorable Nina R. Morrison, for an order: (i) precluding the testimony of N.G. Berrill at trial; (ii) precluding admission of the videos which purportedly captured the subject incident; (iii) precluding the introduction of evidence related to the litigation history of defendants; (iv) precluding the testimony of Lloyd J. Daniel at trial; (v) precluding the testimony of Laura Besedin at trial; and (vi) precluding Plaintiff from requesting a specific dollar amount at trial.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated September 4, 2024, any opposition to the Defendants' motions in limine should be filed by September 30, 2024.

Dated: Carle Place, New York
        September 23, 2024

SOKOLOFF STERN, LLP

*Andrew Blancato*

Kiera J. Meehan
Andrew Blancato
<u>Attorney for Defendants</u>
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500

Cc:  **via ECF**

Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550