```
 1                                             1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    -------------------------------------------x
      ROBERT BESEDIN, SR.,
 4                            Plaintiff,

 5                                          CV No.:
              - against -                   18-519
 6
      COUNTY OF NASSAU, NASSAU COUNTY
 7    POLICE DEPARTMENT, POLICE OFFICER
      STEPHEN BECKWITH and POLICE OFFICER
 8    JOHN MANTOVANI, in their individual
      and official capacities,
 9
                            Defendants.
10    -------------------------------------------x

11

12                                    Zoom Video

13                                    June 3, 2022
                                      10:06 a.m.
14

15            DEPOSITION of DOMINICK

16       MANTOVANI s/h/a JOHN MANTOVANI, a

17       defendant, in the above-titled

18       action, at the above-mentioned

19       place, before Nancy Dionisio, a

20       Notary Public of the State of New

21       York,taken pursuant to Federal

22       Rules of Civil Procedure and

23       pursuant to notice and order and

24       stipulations between Counsel.

25
```

*Rich Moffett Court Reporting, Inc.*

2

APPEARANCES:

THE LAW OFFICES OF FREDERICK K. BREWINGTON

Attorneys for Plaintiff

    556 Peninsula Boulevard

    Hempstead, New York 11550

BY:   FREDERICK K. BREWINGTON, ESQ.


COUNTY OF NASSAU

    OFFICE OF THE COUNTY ATTORNEY

    Attorney for COUNTY OF NASSAU

    One West Street

    Mineola, New York 11501

BY:   KIERA MEEHAN, ESQ.

*Rich Moffett Court Reporting, Inc.*

3

1

2

3          IT IS HEREBY STIPULATED AND

4      AGREED by and between the attorneys

5      for the respective parties herein,

6      that the filing, sealing and

7      certification of the within

8      deposition be waived.

9            IT IS FURTHER STIPULATED AND

10     AGREED that all objections, except

11     as to the form of the question,

12     shall be reserved to the time of

13     the trial.

14           IT IS FURTHER STIPULATED AND

15     AGREED that the within deposition

16     may be sworn to and signed before

17     any officer authorized to

18     administer an oath with the same

19     force and effect as if signed and

20     sworn to before the Court.

21

22            - oOo -

23

24

25

```
 1                                              4
 2              (Mantovani Exhibits 1 through
 3          19, Various Documents, premarked
 4          for identification.)
 5
 6   D O M I N I C K   M A N T O V A N I , a
 7          Defendant herein, having been first
 8          duly sworn by a Notary Public of
 9          the State of New York, was examined
10          and testified as follows:
11              *           *           *
12   EXAMINATION BY
13   MR. BREWINGTON:
14          Q     Please state your name for
15   the record.
16          A     Dominick Mantovani.
17          Q     What is your address?
18          A     1490 Franklin Avenue,
19   Mineola, New York 11501.
20          Q     Officer Mantovani, my name is
21   Fred Brewington, good morning.
22          A     Good morning.
23          Q     I'm the attorney representing
24   Robert Besedin in his action which is
25   pending in the Eastern District Court of
```

*Rich Moffett Court Reporting, Inc.*

5

New York which names yourself and other

individuals and County of Nassau as

Defendants.  I'm going to be asking you

questions today relating to this action

about your knowledge, information about

you and other things that are relevant to

this case.  If at any time you don't

understand the question as I pose it, let

me know that, I'll be happy to try and

rephrase the question in a way that it is

understandable if it doesn't seem to hit

the mark right away.  If you don't hear

the question, let me know that and I'll

be happy to restate the question or we'll

ask Nancy who is taking down everything

to restate it as it has been posed.  But

I'm going to ask you to make sure that

you hear and understand the question

before you respond, all right?

     A    Yes.

     Q    I'm also going to ask that if

indeed there is something that happens

with regard to us electronically, some

type of glitch or we have a freeze or

*Rich Moffett Court Reporting, Inc.*

6

someone doesn't hear something clearly
that we will try and let each other know
as soon as possible so that we can then
try to address that, we want to make sure
that everybody that should be part of
this deposition has a full and fair
opportunity to participate fully and have
all the information before them as we go
forward, all right?

    A    All right.

    Q    As you have been doing in
responding to the questions, I'm going to
ask you to respond verbally to each of
the questions, a head nod, a shrug, a
gesture is more difficult to try and
interpret and we don't want to place the
court reporter in trying to interpret
what your intention to respond to a
question is.  So if you could respond
verbally to each of the questions that
would be greatly appreciated, all right?

    A    All right.  Perfect.

    Q    If you do need a break at any
time to handle any particular needs,

7

whether or not it's biological or legal,
you need to speak to your attorney, you
let me know that and we will be happy to
try and take a break, the only request
that I have is that if there is a
question pending that we try and get a
question and answer on the record and if
that can't be done for some reason, the
lawyers will work it out, all right?

    A    All right.

    Q    Thank you.  Sir, are you
currently employed?

    A    Yes, sir.

    Q    By whom are you employed?

    A    The Nassau County Police
Department.

    Q    How long have you been
employed by the Nassau County Police
Department?

    A    Since October of 2015.

    Q    Is that when you entered the
academy?

    A    Yes, in October of 2015.

    Q    How long did you spend in the

8

1
2      academy?
3          A      Approximately six months with
4      an additional month and a half to two
5      months of field training.
6          Q      Let's take the six-month
7      period first.  During your six-month
8      period, did you take the prescribed
9      course selections as were required by
10     your other classmates?
11         A      Yes.
12         Q      During that six-month period,
13     were there any courses that you had to
14     repeat or retake as a result of not
15     completing them the first time?
16         A      No.
17         Q      During your time period in
18     the academy were you subject to any
19     disciplines?
20         A      No.
21         Q      I'm sorry?
22         A      No.
23         Q      Sir, did you at any time
24     during your time in the academy, take any
25     time off or did you go straight through?

*Rich Moffett Court Reporting, Inc.*

9

2      A       I went straight through.

3      Q       Did you graduate with your

4  class?

5      A       Yes, I did.

6      Q       Sir, where did you do your

7  field training?

8      A       In the First Precinct.

9      Q       Did you have one or more than

10  one field training officers?

11      A       I had one field training

12  officer.

13      Q       Who was that?

14      A       I believe his name is Robert

15  Connick and he's since retired.

16      Q       During your field training

17  work, were you largely working during

18  patrol?

19      A       Yes.

20      Q       At the conclusion of your

21  field training, were you permanently

22  assigned?

23      A       Yes, I was assigned to the

24  First Precinct.

25      Q       Was that a patrol assignment?

10

2      A      Yes, it was.

3      Q      What is your current

4 assignment, please?

5      A      I'm still on regular patrol.

6      Q      What precinct?

7      A      In the First Precinct.

8      Q      Since your field training up

9 until today, have you been working in the

10 First Precinct?

11      A      Yes.

12      Q      Current rank?

13      A      Police officer.

14      Q      Have you taken any

15 promotional examinations?

16      A      Yes.  I took the sergeants

17 exam.

18      Q      When did you take the

19 sergeants exam?

20      A      I don't remember the exact

21 date, but it was right after I finished

22 my probationary period.

23      Q      After taking the sergeants

24 exam were you on any eligible list?

25      A      Yes, I'm still on the

11

1

2      eligible list.

3          Q      Do you know where you fall on

4      the eligible list?

5          A      I do not offhand, no.

6          Q      Do you know when that list

7      expires?

8          A      No, I do not.

9          Q      Did you take the sergeants

10     exam once or more than once or only once?

11         A      Only once.

12         Q      Prior to entering the academy

13     in October of 2015, had you done any

14     prior police work?

15         A      Yes.

16         Q      Where?

17         A      I was in the NYPD.

18         Q      When did you enter the NYPD?

19         A      January 7th of 2015.

20         Q      You did approximately nine

21     months NYPD?

22         A      Approximately.

23         Q      Did that include the New York

24     City Academy, New York City PD Academy?

25         A      Yes.

```
 1                                    12
 2          Q      So actually how much time did
 3    you spend on the street as a NYPD
 4    officer?
 5          A      From July until October.
 6          Q      So approximately three and a
 7    half months?
 8          A      Approximately.
 9          Q      Did you have a period of
10    field training in the NYPD?
11          A      Yes.
12          Q      Where did you do your field
13    training?
14          A      I was assigned to the midtown
15    north precinct.
16          Q      Had you completed your field
17    training when you left the NYPD?
18          A      I had only completed the
19    first segment of the midnight field
20    training.
21          Q      Would it be accurate to say
22    at the time that you left the New York
23    City Police Department you were still in
24    the field training process?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

1                                          13

2          Q      At the time that you left the

3     NYPD, was that because you were

4     interested in coming to the Nassau County

5     Police Department?

6          A      Yes.

7          Q      Had you been on a list

8     waiting to be called for the Nassau

9     County Police Department?

10         A      Yes.

11         Q      Other than being on the

12    Nassau County list, were you on any other

13    lists to be called by any other police

14    department while you were at the NYPD?

15         A      I don't remember.

16         Q      Have you taken any other

17    examinations to be part of any other

18    police department other than Nassau and

19    NYPD?

20         A      I had taken the Port

21    Authority and Suffolk County.

22         Q      Were you ever called by Port

23    Authority?

24         A      I was called but then they

25    didn't get up to my number.  I started

*Rich Moffett Court Reporting, Inc.*

```
 1                                          14
 2   the process but then it stopped because I
 3   went into the city.
 4         Q      Because you went into NYPD?
 5         A      Yes, sir.
 6         Q      In the process you declined
 7   to go to NYPD?
 8              MS. MEEHAN:  Objection.  He
 9         declined to go to the Port
10         Authority, to go to NYPD.
11         Q      You declined in order to go
12   to NYPD, I left -- a word would be
13   helpful, is that right?
14         A      Yes.
15         Q      With regard to Suffolk, were
16   you ever on an eligible list for Suffolk?
17         A      I was on an eligible list,
18   yes.
19         Q      Were you ever called by
20   Suffolk?
21         A      No.
22         Q      Has that list that you were
23   on for Suffolk expired, if you know?
24         A      I don't know.
25         Q      Do you expect to be called by
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          15

2      Suffolk at some point?

3           A      No.

4           Q      Any other departments for

5      which you've tested and sought to be a

6      part of through the testing process?

7           A      The FDNY.

8           Q      When did you take the FDNY

9      test?

10          A      I don't remember.

11          Q      Were you on a list for FDNY?

12          A      I was.

13          Q      Do you remain on a list or

14     has that list expired as far as you know?

15          A      It's expired.

16          Q      Any other civil service

17     examinations that you've taken other than

18     fire department and PD?

19          A      No.

20          Q      Your current rank, please,

21     sir?

22          A      Police officer.

23          Q      Sir, prior to going on to the

24     New York City Police Department and then

25     into Nassau County Police Department, had
```

*Rich Moffett Court Reporting, Inc.*

1                                                    16

2      you had any other police experience?

3              A        No.

4              Q        Had you done any work in the

5      area of security, whether or not armed or

6      unarmed?

7              A        No.

8              Q        Prior to going into the New

9      York City Police Department, did you have

10     a firearms license?

11             A        No.

12             Q        Prior to becoming a police

13     officer, did you ever seek a firearms

14     license?

15             A        No.

16             Q        Do you currently possess

17     firearms as a result of your status as a

18     police and/or peace officer?

19             A        Yes.

20             Q        Any military service, sir?

21             A        No.

22             Q        Sir, with regard to the

23     Nassau County Police Department, did you

24     take more than one test for that

25     department?

```
 1                                    17
 2          A      No.
 3          Q      When you finished your field
 4   training at Nassau County Police
 5   Department, were you working any regular
 6   hours or were you rotating?
 7          A      I was working regular set
 8   hours with just, like, the days would
 9   rotate.
10          Q      So you would go four on,
11   three off, something like that?
12          A      Yes.  When I was first
13   assigned I was working ten-hour tours, so
14   I worked from 19:00 until 05, four days
15   on, four days off.
16          Q      At some point, did that
17   change?
18          A      Yes.
19          Q      Did it change to your current
20   work scheduled?
21                 MS. MEEHAN:  Objection to
22          form.
23          A      Could you just repeat that?
24          Q      Sure.  When it changed, did
25   it change to the work schedule that
```

*Rich Moffett Court Reporting, Inc.*

1

2    you're currently working on?

3        A    No.  I was on -- so I changed

4    from nights and I went to days and I'm

5    back on nights currently.

6        Q    How long were you on days?

7        A    Approximately six months.

8        Q    What was your tour, if it was

9    a regular time period?

10       A    From 07 in the morning until

11   19:00 at night.

12       Q    Was that a request to go to

13   days at that time?

14       A    No, it wasn't a request.

15   They automatically switched everyone

16   after six months.

17       Q    Now you're back on nights?

18       A    Yes.

19       Q    Have you made any

20   applications for other work hours other

21   than 19:00 to 07:00?

22           MS. MEEHAN:  Objection to

23       form.  You can answer.

24       A    No.

25       Q    Sir, is that assignment

19

1

2  currently an assignment for patrol?

3      A      Yes.

4      Q      At any time during your work

5  at the Nassau County Police Department,

6  have you been part of any special units?

7      A      I was assigned temporarily to

8  Community Affairs and then I discontinued

9  and came back to patrol.

10      Q      When were you assigned to

11  Community Affairs?

12      A      April of 2019 until August of

13  2019.

14      Q      Was that an application that

15  you made to go to Community Affairs?

16      A      Yes.

17      Q      That four-month period from

18  April to August, did you make a

19  determination that that assignment was

20  not one that you wanted to continue in?

21      A      Yes.

22      Q      Why?

23      A      I had a family -- a family

24  situation I had to attend to that the

25  current schedule was preventing me from.

20

1

2      Q      Was the Community Affairs

3   assignment a uniform detail?

4      A      It was a uniform detail, not

5   like the one that I have on now, it was

6   just like the soft uniform.  So still

7   gun, badge, but it was more like the polo

8   shirts.

9      Q      Have you been a part of any

10   other special units within the Nassau

11   County Police Department?

12      A      No.

13      Q      Have you applied for any

14   other special units within the Nassau

15   County Police Department?

16      A      Yes.

17      Q      Which ones?

18      A      The Emergency Service Unit.

19      Q      When did you apply for EMS?

20      A      I just recently applied about

21   two weeks ago on the 15th of May.

22      Q      Is that request pending?

23      A      Yes.

24      Q      Have you heard anything from

25   any of the bosses or commanders as to

```
1                                    21
2    whether or not it's likely you're going
3    to get that?
4         A      No, I have not.
5         Q      Was that from a posting?
6         A      Yes.
7         Q      Sir, do you have EMS training
8    at this point?
9         A      I'm sorry, did you say EMS?
10        Q      Yes.
11        A      I think there might be a
12   little confusion.  So it's the Emergency
13   Service, so it's like --
14        Q      Okay, you said Emergency
15   Service, I thought you said EMS.
16        A      No, sorry about that.  So the
17   Emergency Service Unit.
18        Q      So ESU?
19        A      Yes, ESU.
20        Q      Okay.  Do you know how many
21   spots were sought to be filled in ESU?
22        A      I do not.
23        Q      During your time in the
24   Nassau County Police Department, have you
25   been tasked with working any special
```

22

1

2    assignments such as individuals,

3    dignitary protection, special units on

4    debates, presidential debates, anything

5    like that?

6         A     No.

7         Q     Has all your work other than

8    the stint that you did in Community

9    Affairs been in regular uniform?

10        A     Yes.

11        Q     Sir, in your work in the

12   Nassau County Police Department, have you

13   worked any other precinct other than the

14   first?

15        A     No.

16        Q     Sir, what area of the First

17   Precinct are you patrolling, if there is

18   a regular area, currently?

19        A     I'm currently patrolling

20   Merrick.

21        Q     Are you riding a regular

22   sector car?

23        A     Yes.

24        Q     What car do you normally

25   ride?

```
1                                          23
2          A        119.
3          Q        Is that a single car?
4          A        Yes.
5          Q        What is your highest level of
6   education, please?
7          A        Bachelor's degree.
8          Q        From what institution?
9          A        Long Island University C.W.
10  Post.
11         Q        What years did you attend
12  C.W. Post LIU?
13         A        From 2011 until -- I'm sorry,
14  2012 until 2014.
15         Q        Prior to LIU, did you attend
16  any other institution of higher learning?
17         A        I got my associates degree
18  from Suffolk Community College.
19         Q        While attending Suffolk
20  and/or LIU C.W. Post did you participate
21  in any extracurricular activities?
22         A        Yes.
23         Q        What extracurricular
24  activities?
25         A        I was on the lacrosse team
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    24
 2    for both.
 3          Q       Did you play mini or what?
 4          A       I was the face off.
 5                  MS. MEEHAN:  Note my
 6          objection to the mini language, I
 7          don't understand that.
 8                  MR. BREWINGTON:  That's
 9          alright.  I apologize.
10          Q       Sir, did you understand what
11    I meant when I asked mini?
12                  MS. MEEHAN:  He understands.
13          A       I understand, yes.
14          Q       Did you ever play football?
15          A       In high school.
16          Q       Where did you go to high
17    school?
18          A       West Babylon.
19          Q       That's right on Deer Park
20    Avenue, right?
21          A       No.
22          Q       No, that's North Babylon,
23    that's on Deer Park Avenue?
24          A       Yes, just off of 231.
25          Q       Sir, other than your college
```

```
 1                                          2 5
 2    work at Suffolk County Community College
 3    and C.W. Post LIU, any other college
 4    work?
 5            A      No.
 6            Q      Sir, during your time period
 7    in the New York City Police Department,
 8    were you the subject of any disciplines?
 9            A      No.
10            Q      During your time period in
11    the New York City Police Department, were
12    you the subject of any civilian
13    complaints?
14            A      No.
15            Q      During your time period in
16    the Nassau County Police Department have
17    you been the subject of any disciplines?
18            A      No.
19            Q      And in the time period that
20    you've been at the Nassau County Police
21    Department have you been the subject of
22    any civilian complaints?
23            A      No.
24            Q      Sir, have you been a
25    Defendant in any lawsuits as a police
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          26
2     officer, other than this one?
3           A       Yes.
4           Q       How many?
5           A       One.
6           Q       Was that as a Nassau County
7     police officer?
8           A       Yes.
9           Q       What is the name of that
10    lawsuit or the Plaintiff?
11          A       I don't recall offhand.
12          Q       When did you learn of that?
13          A       Approximately two years ago.
14          Q       Sometime in 2020, is that
15    right?
16          A       I'm sorry, say that again.
17          Q       Approximately 2020?
18          A       Yes.
19          Q       What's the subject or the
20    substance of the allegations in that
21    lawsuit against you?
22          A       I don't recall offhand, I
23    just remember getting the -- like the
24    indemnification, I didn't even know I was
25    the subject of it until I received the
```

```
                                                      27
 1
 2    indemnification e-mail.
 3          Q     Do you know anything with
 4    regard to the alleged allegations of that
 5    complaint?
 6          A     I do not.  I just remember it
 7    was -- we responded to a call and the man
 8    in question had a knife and we had to
 9    place him under arrest and there was a
10    struggle and I don't know the exact
11    details or allegations within that.
12          Q     You were there for whatever
13    the event was that's alleged, correct?
14          A     Yes.
15          Q     Where did that take place?
16          A     That was in Roosevelt.
17          Q     What's the name of the person
18    that you were dealing with that you say
19    had a knife?
20                MS. MEEHAN:  Objection.
21          Asked and answered.  He said he
22          didn't know.
23                MR. BREWINGTON:  That was the
24          name of the person that brought the
25          lawsuit.
```

28

1

2          MS. MEEHAN:  Okay, fair

3      enough.

4      A      I do not remember his name.

5      Q      Do you recall where in

6  Roosevelt that took place?

7      A      I believe it was Jefferson

8  Street, I don't remember the exact

9  address.

10      Q      Were you working with any

11  other members of the First Precinct in

12  addressing that situation on Jefferson

13  Street in Roosevelt?

14      A      Yes.

15      Q      Who?

16      A      I was with my partner at the

17  time Officer Piasecki.

18      Q      Can you give us your best

19  spelling of Piasecki for our court

20  reporter nice and slow?

21      A      P-I-A-S-E-C-K-I.

22      Q      Thank you.

23          Sir, any other lawsuits that

24  you've been the subject of?

25      A      No.

29

1

2      Q      Sir, have you been deposed

3   before today?

4      A      No.

5      Q      Have you testified in court

6   at any time as a police officer prior to

7   today?

8      A      In grand jury.

9      Q      Other than grand jury, have

10   you testified in any other court

11   proceedings?

12      A      No.

13      Q      Sir, have you been a

14   Plaintiff in any lawsuits?

15           MS. MEEHAN:  Objection.  Over

16      my objection you can answer.

17      Q      Do you understand my

18   question?

19      A      No, I don't.

20      Q      Have you sued anybody?

21      A      Me, no.

22      Q      Outside of your work as a

23   police officer, have you been sued by

24   anybody else?

25      A      No.

                                                    30

1

2          Q        Sir, with regard to your work

3   as a police officer, have you received

4   any awards?

5          A        Yes.

6          Q        Like what?

7          A        I was awarded Top Cop.

8          Q        When was that?

9          A        I don't recall the exact

10  dates, but it was sometime in 2018.

11         Q        Was that as a result of any

12  particular action or activity or was that

13  just as a general reference to your work?

14         A        It was for apprehending a

15  subject who was committing burglaries and

16  we were able to find and catch him and

17  place him under arrest.

18         Q        What community were these

19  burglaries taking place in, if they were

20  limited to any particular community?

21         A        That night it started in East

22  Meadow and ended in Uniondale.

23         Q        Were you working with any

24  other police officer or officers in

25  making that apprehension?

```
 1                                        31
 2         A      Yes, I was with my partner,
 3    Officer Cohen at the time.
 4         Q      Did he get Top Cop honors as
 5    well?
 6         A      I believe he did, yes.
 7         Q      Any other awards or
 8    recognitions from the department?
 9         A      No.
10         Q      Sir, I see that you have your
11    shield on, is that correct?
12         A      Yes.
13         Q      I'm going to ask you a
14    question concerning the shield holder
15    that you have over it, the band.  Is that
16    regulation?
17         A      It is.
18         Q      So the thin blue line that's
19    on that holder is part of the recognized
20    uniform of the Nassau County Police
21    Department?
22         A      Yes, there's stipulations
23    when we can wear it, yes.
24         Q      When can you wear it and when
25    can't you wear it?
```

                                                    32

          A       That -- I know normally
you're allowed X amount of days after a
police officer has passed in the line of
duty.

          Q       Are you wearing it because a
police officer has passed in the line of
duty?

          A       I've had it on and I don't
recall if someone has recently, I just --
it's just been on.

          Q       When was the last time you
took it off?

          A       Probably about two months
ago.

          Q       Can you just tell me, sir,
with regard to the rule or regulation
that allows you to wear that for any
period of time while working as a Nassau
County police officer, where is that
stipulated, just so I can look it up,
please?

          A       I believe it's in the
department manual.

          Q       The OPS manual?

```
 1                                          33
 2        A      I'm sorry?
 3        Q      Operating Procedures Manual?
 4        A      I would -- I guess so.  It's
 5   either there or the actual department
 6   manual, I'm not --
 7               MS. MEEHAN:  Don't guess.  If
 8          you don't know say you don't know.
 9        Q      Have you actually seen any
10   rule or regulation that allows you to do
11   that, to wear that?
12        A      In one of the procedures,
13   yes.
14        Q      Do you know what procedure
15   number that is, if there is one?
16        A      I do not.
17               MR. BREWINGTON:  At this time
18          we're going to make a request
19          pursuant to Rule 34 for any rule,
20          regulation, procedure or policy
21          that addresses the departmental
22          allowances for wearing bands on
23          badges by police officers that have
24          a blue line on them.
25               MS. MEEHAN:  Take it under
```

```
                                                    34
1

2          advisement, please follow-up in

3          writing.

4                 MR. BREWINGTON:  Sure, will

5          do.

6          Q      Sir, this deposition that's

7   taking place today, are you actually on

8   the payroll today?

9                 MS. MEEHAN:  Over objection,

10         you can answer.

11         A      Yes.

12         Q      Is this during your regular

13  shift?

14         A      No.

15         Q      Are you receiving overtime as

16  a result of this?

17         A      Yes.

18         Q      When did your overtime start?

19         A      9:00 A.M.

20         Q      Sir, do you know the name

21  Ernest Curry?

22         A      That sounds familiar, yes.

23         Q      Is that the individual that

24  brought a lawsuit against yourself?

25         A      I really don't remember.
```

```
 1                                        35

 2        Q      Do you know the name Joseph

 3   Philbin?

 4        A      Yes.

 5        Q      Who is that?

 6        A      That was someone that used to

 7   work in the First Precinct with me.

 8        Q      Was that someone that was

 9   also involved in that arrest that you

10   talked about in Roosevelt?

11        A      I don't recall.

12        Q      Do you know the name Sean

13   Conroy?

14        A      Yes.

15        Q      Who is that?

16        A      Another former member that I

17   used to work with in the First.

18        Q      Was he involved in that

19   arrest that you talked about in

20   Roosevelt?

21        A      Again, I don't recall.

22        Q      I'm sorry?

23        A      I don't recall.

24        Q      How about Steven Spiegelfire

25   (phonetic), do you know that name?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          36
2          A        Spiegelfire, no.
3          Q        Do you know someone by the
4    name of Steven and I'm going to mess the
5    last name, Spiegelfare (phonetic)?
6          A        Spiegeliere.
7          Q        Spiegeliere, do you know who
8    that is?
9          A        Yes, another former member
10   that I used to work with.
11         Q        Was he part of that arrest
12   that you talked about in Roosevelt?
13         A        I don't recall if he was, no.
14         Q        Do you know the name Sean
15   Ledwith?
16         A        Yes.
17         Q        How do you know that name?
18         A        He was another member that I
19   used to work with in the First.
20         Q        Was he part of that arrest
21   that you talked about in Roosevelt?
22         A        Ledwith, yes and I believe
23   his partner was Tatoma (phonetic), they
24   were there that night.
25         Q        During that night, that event
```

1

2    that you talked about in Roosevelt, does

3    the address 24 Jefferson Avenue in

4    Roosevelt sound familiar?

5            A        Yes.

6            Q        At the time a Taser was

7    deployed, correct?

8            A        Yes.

9            Q        Who deployed the Taser?

10           A        Myself and my partner Officer

11   Piasecki.

12           Q        Do you recall the name of the

13   person who was tased?

14           A        I do not.

15           Q        How many times was that

16   person tased by you?

17           A        Just once.

18           Q        Was that person injured

19   during your interaction with him?

20           A        To my knowledge, no.

21           Q        Sir, at the time that this

22   event happened in Roosevelt on Jefferson

23   Avenue, you went to someone's house and

24   knocked on the door, correct?

25           A        Correct.

```
 1                                    38
 2          Q      Then you went into the house
 3   when the person answered the door,
 4   correct?
 5          A      Correct.
 6          Q      At the time that you went
 7   into this person's house, it was
 8   nighttime, correct?
 9          A      Yes.
10          Q      Did you have a warrant?
11          A      Excuse me?
12          Q      Did you have a warrant?
13          A      To enter the home?
14          Q      Yes.
15          A      No, we were let in by the
16   victim.
17          Q      Just so that we are clear,
18   when you say the victim, what was the
19   name of the alleged victim that you just
20   mentioned?
21          A      I don't know.
22          Q      Sir, the indication that you
23   said before that this person I think you
24   said had a knife, is that correct?
25          A      Correct, yes.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    39
 2        Q      Was the knife recovered from
 3   him or was it recovered from someplace in
 4   the house?
 5              MS. MEEHAN:   Objection.
 6        A      The knife was recovered from
 7   the Defendant when we placed him under
 8   arrest, he was actively reaching for the
 9   knife that he held in his hand.
10        Q      I just want to be clear.  Did
11   he actually have the knife in his hand or
12   are you saying he was reaching for a
13   knife?
14        A      I'm sorry, so he had the
15   knife in his hand and then when we were
16   on the floor the knife was on the floor
17   and he was still trying to actively reach
18   and grab the knife.
19        Q      Who is representing you in
20   that case?
21        A      I don't know.  I haven't
22   received any notifications or any -- any
23   insight to if it's still pending or the
24   only thing I received was the
25   indemnification letter.
```

*Rich Moffett Court Reporting, Inc.*

40

1

2      Q      As a result of that lawsuit,

3  have you been the subject of any Internal

4  Affairs investigation?

5      A      Aside from this one, no.

6      Q      While you were in the City of

7  New York working for their police

8  department, were you the subject of any

9  Internal Affairs investigations?

10      A      No.

11      Q      Sir, with regard to this

12  case, were you working as a police

13  officer on February 7th of 2017?

14      A      Yes.

15      Q      Do you recall what your

16  normal hours of work were at that time,

17  if they were normal?

18      A      From 07 until 19:00.

19      Q      On that day were you assigned

20  to RMP 122?

21      A      Yes.

22      Q      122 is a sector car, is that

23  correct?

24      A      Yes.

25      Q      What does it normally patrol?

41

2      A      122 sector covers Baldwin
3   Harbor.
4      Q      Does Baldwin Harbor encompass
5   Harrison Avenue in Baldwin?
6      A      No.
7      Q      The 122 sector is actually
8   further south and east of Harrison
9   Avenue, is that right?
10     A      It's south.
11     Q      South?
12     A      Yes.
13     Q      Sir, on February 7, 2017,
14  were you operating RMP 122 as a single
15  car?
16     A      Yes.
17     Q      Then at some point on that
18  day, did you get a call to go to 2510
19  Harrison Avenue?
20     A      Yes.
21     Q      When did you first get such a
22  call?
23     A      I believe it was sometime in
24  the early afternoon.
25     Q      How did that call come to

```
                                          42
1

2   you?

3        A     It first came over as a

4   burglary report.

5        Q     From dispatch?

6        A     Yes.

7        Q     Were you initially responding

8   or were you assisting in the response?

9        A     I was assisting in the

10  response.

11       Q     Did someone else respond in

12  addition to yourself?

13       A     Yes.

14       Q     Who was that?

15       A     Officer Beckwith was

16  responding and Sergeant Price and

17  Lenarduzzi, they also responded.

18       Q     To the initial call?

19       A     To the initial call, yes.

20       Q     Sergeant Price you mentioned

21  and who was the other individual?

22       A     Lenarduzzi.

23       Q     Can you spell that last name

24  for us, please?

25       A     L-E-N-A-R-D-U-Z-Z-I.
```

```
 1                                          43

 2          Q       Oh, that's all one word

 3   Lenarduzzi?

 4          A       Yes, it's all one word.

 5          Q       Okay, got it.

 6                  Sir, can you tell us, please,

 7   when yourself, Officer Beckwith, Sergeant

 8   Price and Lenarduzzi appeared at 2510,

 9   did you all go to the house that is

10   located at that address?

11          A       Yes.

12          Q       Were you present during any

13   conversation at that first call with any

14   civilian at that address?

15          A       Yes.

16          Q       Who else of the officers was

17   present during any conversation with the

18   civilian at that address?

19          A       Myself, Officer Beckwith and

20   both Sergeant Price and Lenarduzzi.

21          Q       At the time that you all were

22   there, did you arrive in separate cars?

23          A       Yes.

24          Q       So that would have had at

25   least four police vehicles at 2510
```

*Rich Moffett Court Reporting, Inc.*

1                                                  44

2      Harrison at that time, is that right?

3           A      I believe Sergeant Price and

4      Lenarduzzi were doubled, so they were in

5      one vehicle.

6           Q      Was Sergeant Price the patrol

7      sergeant at that time?

8           A      I believe he was, yes.

9           Q      So there would have been at

10     least three police cars at the scene?

11          A      Yes.

12          Q      Tell us what happened.

13                 MS. MEEHAN:  Objection to

14          form.  You can answer.

15          A      So the first -- the first

16     call Sergeant Price and Lenarduzzi were

17     there prior to myself and Officer

18     Beckwith getting there.  And when we --

19     well, myself and Officer Beckwith when we

20     started to approach, Sergeant Price and

21     Lenarduzzi were a few feet ahead of us

22     and they were already speaking with the

23     homeowner at the time and we kind of were

24     just hanging back, like, listening to the

25     conversation.  Sergeant Price was telling

45

the gentleman that, you know, he was

trying to help gather as much information

as possible and that the first squad was

already taking care of and investigating

the report that he was referring to.

Shortly after Sergeant Price

kind of informed myself and Officer

Beckwith of the situation, apparently

sometime during the summer of the

previous year, I guess, he had an auto

mechanic shop and it was burglarized, a

report was done and that the first squad

was investigating it and he called us

that day, I guess, to try to follow-up

with it. And at that point Sergeant

Price told us and we could see just from

being there that he was irate, he wasn't

cooperating with the supervisor when he

was trying to get, you know, just basic

information.

And then after we left and

before we resumed to go back on normal,

you know, patrol he told us to -- he went

over the air and told the CB operators to

*Rich Moffett Court Reporting, Inc.*

```
1                                          46
2    disregard any further calls and that it
3    was currently being handled by the first
4    squad.
5          Q      The "he" that you're
6    referring to that went over the air, who
7    was that?
8          A      Sergeant Price.
9          Q      About how long did that first
10   response to a call take, as far as you
11   can recall?
12         A      Approximately 20 minutes.
13         Q      Did you leave that location?
14         A      Yes.
15         Q      When you left that location,
16   where did you go?
17         A      I don't remember.
18         Q      By the way, did you maintain
19   a memo book during that time?
20         A      I did, yes.
21         Q      You provided that memo book
22   to your attorney?
23         A      Yes.
24                MR. BREWINGTON:  Off the
25         record.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        47

 2                (Discussion off the record.)

 3        Q       Officer Mantovani, do you

 4   maintain that memo book from February 7,

 5   2017 to today?

 6        A       That exact memo book?

 7        Q       Yes.

 8        A       That memo book has since been

 9   closed out.

10        Q       I know it's been closed out,

11   but under your own rules and regulations

12   you're required to maintain your memo

13   books during your career, aren't you?

14        A       Yes.

15        Q       Do you still have that memo

16   book?

17        A       Yes, we still do memo books.

18        Q       Do you still have that memo

19   book from February 7th of 2017?

20        A       Oh, yes, I'm sorry, I

21   misunderstood you, yes, I still have

22   that.

23                MR. BREWINGTON:  Would you be

24           kind enough to supply that to your

25           attorney so that we could get a
```

*Rich Moffett Court Reporting, Inc.*

48

1

2          good copy of it at some point,

3          please?

4                  THE WITNESS:  Yes.

5                  MR. BREWINGTON:  And our

6          request is being made pursuant to

7          Rule 34 for the best copy that

8          Counsel can provide.

9                  MS. MEEHAN:  Take it under

10         advisement, please follow-up in

11         writing.

12                 MR. BREWINGTON:  Sure.  I'll

13         just note at the time that this

14         transcript is provided there will a

15         listing of requests that were made

16         in the transcript and we will

17         endeavor also to provide an

18         additional writing, but at the time

19         that the transcript is provided the

20         writing request will be there as

21         well.

22                 MS. MEEHAN:  Okay.

23         Q      Sir, did you review any

24    records prior to testifying here today?

25         A      I'm sorry?  Just can you

*Rich Moffett Court Reporting, Inc.*

```
1                                              49
2    repeat that?
3         Q      Did you review any records
4    prior to testifying here today?
5         A      Yes.
6         Q      What did you review?
7         A      I went over the case with my
8    attorney and she went over --
9              MS. MEEHAN:  He's not asking
10             for any conversation that you had
11             with me.  He's just asking did you
12             personally look at documents and
13             read them.
14             THE WITNESS:  Other than the
15             ones that we went over, no.
16             MS. MEEHAN:  He's asking what
17             documents did you personally
18             review, meaning you looked at them
19             with your own eyeballs.
20        A      Oh, then I didn't look at
21   anything.
22        Q      Did you have documents read
23   to you, without telling me the content of
24   what was read to you?
25        A      I'm sorry, I'm like --
```

```
 1                                    50
 2          Q       Sure, I'll be more clear and
 3   I'll be more precise.  Without telling me
 4   what was said and what was read, did
 5   somebody read information to you?
 6          A       Yes.
 7          Q       Then a discussion took place?
 8          A       Yes.
 9          Q       Just so the record is now
10   clear, with regard to your preparation
11   for this deposition, you, yourself, did
12   not actually review, that being look at
13   any documents, is that correct?
14          A       Correct.
15          Q       With regard to this incident
16   that's the subject of this lawsuit, did
17   you fill out any paperwork?
18          A       Could you repeat that one
19   more time?
20          Q       With regard to this incident
21   that's the subject of this lawsuit, did
22   you fill out any paperwork?
23          A       Yes.
24          Q       What type of paperwork did
25   you fill out?
```

51

2        A        I had filled out the incident

3   statement from when I was injured and

4   then when I went to Internal Affairs and

5   I prepared a statement for them.

6        Q        Any others that you're aware

7   of?

8        A        Not that I'm aware of.

9        Q        Did you give any oral

10  statements to anyone concerning the

11  incidents which are the subject of this

12  lawsuit?

13        A        No.

14        Q        Were you interviewed by

15  anyone concerning the incidents which are

16  the subject of this lawsuit?

17        A        Aside from my attorney, no.

18        Q        Were you ever interviewed by

19  Internal Affairs?

20        A        Yes.

21        Q        Was that in person?

22        A        Yes.

23        Q        Was that recorded, if you

24  know?

25        A        Not that I know of.

1

2        Q       Were you present in an

3   interview with internal affairs where you

4   had representation?

5        A       Yes.

6        Q       Who represented you?

7        A       The PBA.

8        Q       There was a PBA rep with you?

9        A       Yes.

10       Q       Who was that?

11       A       I believe it was Chris

12   Acrolino (phonetic) and I don't know how

13   to spell his last name.

14       Q       Did you have an attorney

15   present that was provided by the PBA?

16       A       Not to my recollection.

17       Q       Were you ever interviewed by

18   anyone from the district attorney's

19   office?

20       A       Yes.

21       Q       By whom?

22       A       I don't recall their names.

23       Q       When was that?

24       A       Back in -- I really don't

25   know.  Sometime in 2018.

*Rich Moffett Court Reporting, Inc.*

```
 1                                        53
 2          Q       How did you come to know that
 3      you were being asked to be interviewed by
 4      the DA's office?
 5                  MS. MEEHAN:  Objection to
 6          form.  You can answer.
 7          A       I received a court
 8      notification to go to court for this
 9      case.
10          Q       When you appeared, anybody
11      else appear there with you from the
12      police department?
13          A       Yes.  Officer Beckwith.
14          Q       Did you speak to one or more
15      assistant district attorneys?
16          A       I don't remember.
17          Q       What was the subject matter
18      of your discussion in the DA's office?
19          A       They asked us to explain to
20      them what happened with the incident.
21          Q       How many people were there
22      that you were speaking to?
23          A       There was myself, Officer
24      Beckwith and I believe there was one
25      attorney.
```

*Rich Moffett Court Reporting, Inc.*

54

Q    In that interview with yourself and Officer Beckwith, you gave your version of what had taken place, is that correct?

A    Yes.

Q    Any notes being taken by the DA at that time?

A    I don't recall.

Q    Was it a man or a woman that was interviewing you?

A    I know at one point there was a man and I know there was a female as well, but I don't know if they were on the same date or if they were separate because we went multiple times to court.

Q    How many times did you actually go to court and/or the DA's office concerning this case?

A    At least two to three times.

Q    Each time did you speak with assistant district attorneys?

A    Yes.

Q    Sir, do you know if any of those times that you went to speak with

55

the district attorney's office were

recorded?

        A       Not to my knowledge.

        Q       Were you asked to provide

anything in writing to the district

attorney's office for any of those two or

three times that you appeared?

        A       No.

        Q       That was a no?

        A       Yes, that was a no.

        Q       Sir, while you were at the

district attorney's office, did you

review any video?

        A       Yes.

        Q       How many times?

        A       I don't recall the number of

times.

        Q       Were you asked questions

while watching or after watching the

video?

        A       They asked us questions while

we were watching the video.

        Q       Do you recall what type of

questions were asked of you?

56

2      A      I do not.

3      Q      Ever watch a video with

4   anyone from Internal Affairs?

5      A      No.

6      Q      Ever asked any questions by

7   Internal Affairs about the video?

8      A      Not that I remember.

9      Q      Sir, when you went to the

10   district attorney's office during the two

11   or three times that you did go, what did

12   you understand was the reason for you

13   going to the district attorney's office?

14      A      The reason obviously that

15   there was an arrest and that they were --

16   this was going to court and they were

17   trying to just ascertain our, you know,

18   side of the story of what happened and

19   kind of walk them through so that way

20   they could do their preparation for

21   whatever they needed to do in court.

22      Q      You actually were called down

23   in support of the prosecution?

24      A      Yes.

25      Q      Sir, during the time that you

did go down to the district attorney's

office, particularly the time that you

went to the DA's office and you say

Officer Beckwith was there, was he there

each time that you went down?

        A       To the best of my knowledge,

yes.

        Q       When you and he were

interviewed, were you officers asked to

put anything in any form of writing?

        A       No.

        Q       Outside of the district

attorney's office, did you and Officer

Beckwith talk about the events of

February 7, 2017?

        A       No.

        Q       At no time?

        A       No.   The only time was when,

like, we saw each other in passing which

was very infrequent, like right after the

initial, I guess, when they played it on

the news he's, like, hey, did you see the

news?  I said, yeah.  And then that was

about the extent because he worked days,

```
1                                    58
2    I worked nights and we were opposite in
3    schedules.  So the days he was at work I
4    was off and the only time I would see him
5    is if he was either on overtime or he
6    was, like, stuck on an arrest and I came
7    in to the precinct.
8         Q    Sir, with regard to him
9    saying, did you see it on the news, what
10   were you referring to?
11        A    The videos and the news
12   story.
13        Q    Had you seen the videos
14   before seeing them on the news?
15        A    No, that was the first time.
16        Q    Were you aware that there was
17   video?
18        A    Was I aware if there was
19   video, no.
20        Q    At the time that you saw it
21   on the news, tell me what you recall
22   seeing.
23        A    I just recall they showed the
24   video of myself and Officer Beckwith at
25   the house and then they were -- I don't
```

59

remember the exact news -- what they were
saying, but then they just showed the
video of us on his porch and then we, you
know, ended up down the flight of stairs
and onto the ground.

    Q    Do you know the name Robert
Besedin?

    A    Yes.

    Q    That was the name of the
homeowner at 2510, correct?

    A    Yes.

    Q    Prior to that day, had you
known Mr. Besedin?

    A    No.

    Q    Prior to that date, had you
had any interactions with him as far as
you know in any way?

    A    No.

    Q    How many times did you
actually end up going to his home on that
day?

    A    About three times.

    Q    So after the first time that
you went, what was your next contact with

```
                                              60
 1
 2   Mr. Besedin or that address?
 3        A      I believe we responded back
 4   for a harassment, I believe it was a
 5   harassment call.
 6        Q      When you responded back, who
 7   was present from the police department?
 8        A      Myself and Officer Beckwith.
 9        Q      What did you do when you
10   responded back the second time?
11        A      We attempted to speak with
12   Mr. Besedin, find out, you know, why he
13   was calling.  We were trying to gather as
14   much information from him as possible.
15   He wasn't cooperating with us, he was
16   refusing to tell us why he was calling,
17   he was irate, he was rambling on, he was
18   telling us to come in the house, then he
19   would say, no, stay out here.  We were
20   just trying to gather and help him and
21   figure out why it was actually dispatched
22   as a harassment which we found out later,
23   I guess, he was making numerous calls to
24   the 911 dispatchers.
25        Q      You didn't know it at that
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                61
2    time, though, correct?
3         A       At that time, no.
4         Q       You learned about it after
5    his arrest, is that correct?
6         A       After the arrest, no.  We --
7    prior to, we found out that he was
8    calling the 911 dispatch operators.
9         Q       During the second call you
10   didn't know that, you learned it between
11   the second and third call?
12        A       Yes.
13        Q       The second call, how long did
14   you remain at that address?
15        A       I don't recall the exact
16   amount of time.  I would say about 20
17   minutes.
18        Q       After the 20 minutes, what
19   occurred?
20        A       We got back in our cars,
21   updated our memo books and we resumed
22   regular patrol and drove away.
23        Q       Sir, did there come a time
24   when you went back to Mr. Besedin's house
25   a third time?
```

```
                                            62
 1

 2        A       Yes.

 3        Q       What led you to go back

 4   there?

 5        A       We were dispatched, a

 6   miscellaneous complaint and prior to

 7   going there the desk officer at the time

 8   informed us -- they dispatch us the call

 9   and prior to us arriving back there they

10   made us call the command to speak to the

11   desk officer.  So that was -- they said,

12   you know, prior to responding, call to

13   speak to the desk officer.  And that's

14   when we called and the desk officer had

15   informed us of -- he wanted us to go back

16   there and tell Mr. Besedin, you know, he

17   can't keep calling because at that point

18   he was threatening the 911 operators, the

19   dispatchers.  He had called I don't know

20   how many times, but he was irate and

21   threatening the dispatchers.

22               So the desk officer wanted us

23   to go there and inform him, you know,

24   that we were there two times previously,

25   we had a supervisor there on scene the
```

*Rich Moffett Court Reporting, Inc.*

63

first time telling him that the squad was

investigating the initial complaint of

the burglary report and that if he

continues to call that the desk officer

informed us and wanted us to tell

Mr. Besedin that if he continued to call

making these threats over the phone that

he would be arrested for aggravated

harassment.

    Q    So when you went back the

third time you went with a message from

the desk officer, is that correct?

    A    Yes.

    Q    Who was the desk officer?

    A    Lieutenant Pizzimenti,

P-I-Z-Z-I-M-E-N-T-I.

    Q    You spoke to Lieutenant

Pizzimenti by radio, by phone or some

other way?

    A    By phone.

    Q    Was that on your personal

cell phone?

    A    At that time I believe it

was, yes.

*Rich Moffett Court Reporting, Inc.*

```
1                                          64
2          Q       When you had that
3   conversation on your personal cell phone,
4   did you call someone or did someone call
5   you?
6          A       I called the precinct.
7          Q       In your conversation with
8   Lieutenant Pizzimenti, was that a number
9   that you called at the precinct?
10         A       Yes.
11         Q       Was it at the precinct number
12  or was it a cell phone that you called
13  that you believe Lieutenant Pizzimenti
14  had at the precinct?
15         A       It was at extension 6130.
16         Q       How long did your
17  conversation with Lieutenant Pizzimenti
18  last?
19         A       Approximately five minutes.
20         Q       Sir, at the time that you had
21  this conversation with Lieutenant
22  Pizzimenti, did you then go to the
23  location of 2510 Harrison Avenue?
24         A       Yes, after the conversation
25  with the lieutenant that's when we
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    65
 2   responded back to that 2510.
 3         Q      When you got there, what did
 4   you do?
 5         A      We walked up to the door,
 6   attempted to speak with Mr. Besedin.  At
 7   this point he was even more irate and was
 8   physically intoxicated, he was combative,
 9   he was talking to us through the glass
10   storm door.  When I tried to, you know,
11   get him to come out he wouldn't come out.
12              Then he was telling me to
13   come in.  When I attempted to come in he
14   would slam the door and he would say
15   don't come in my house.  He was cursing
16   at me.  After a couple of minutes I was
17   able to reason with him and he allowed me
18   inside the front, like, one step inside,
19   like, his front door.  So I just stepped
20   into his home right at -- right past the
21   storm door and I was talking with him.
22   After a couple of minutes he wasn't
23   making much sense, he was still irate, he
24   began cursing saying how we are all
25   incompetent and at that point I decided
```

66

1

2    to leave and walk from the outside back

3    onto the porch.

4        Q       Then what happened?

5        A       Then Mr. Besedin followed

6    myself and Officer Beckwith out onto the

7    porch.

8        Q       At that time that he came

9    onto the porch were you on the porch?

10       A       I was walking down the

11   stairs.

12       Q       Did you get down to the

13   bottom of the stairs?

14       A       I was not at the bottom of

15   the stairs, no.

16       Q       Did you ever get to the

17   bottom of the stairs?

18       A       No.

19       Q       Then what happened?

20               MS. MEEHAN:  Objection to the

21           form of the last question.

22       Q       Then what happened?

23       A       At that point we were still

24   having a conversation with Mr. Besedin

25   trying to, you know, explain to him we

*Rich Moffett Court Reporting, Inc.*

have been here numerous times, we are

just trying to help him figure out what's

going on, he's not cooperating with us.

And at this point I remember Officer

Beckwith was, you know, politely asking

him, like, hey, you don't want us here,

you want us to leave, so if you go in

your house we'll leave.  Because at this

point he was being aggressive and we felt

it wasn't safe for us to just turn our

backs and just walk down the stairs just

because of how aggressive he was being

towards us and --

     Q    Okay and -- I'm sorry, let's

take it step by step, I'll definitely let

you finish.

         Did you have a conversation

with Officer Beckwith that you shouldn't

leave because he was being aggressive,

did you have that conversation with

Officer Beckwith at that time?

     A    Verbally, no.  But we kind

of, like, looked at each other and it's,

like, it's not safe for us to just walk

```
 1                                         68

 2    and leave, granted because he was also

 3    intoxicated, his heightened state he was

 4    very aggressive towards us and if we just

 5    turned and left we felt it wouldn't have

 6    been the safest for us and/or him.

 7         Q      When you say not the safest

 8    for us, why not?

 9         A      Just because dealing with

10    people who are either intoxicated or they

11    are in a heightened emotional state,

12    things, you know and situations people

13    can become a little unpredictable so we

14    were trying to mitigate that as much as

15    possible and deescalate the situation

16    before leaving.

17         Q      Just so we are clear, you're

18    saying he was intoxicated, right?

19         A      Yes.

20         Q      He was in his house or on his

21    porch, correct?

22         A      Yes.

23         Q      He was not at that point

24    committing any crimes, was he?

25         A      At that point, no.
```

```
1                                              69
2          Q       He had told you to leave,
3    correct?
4          A       Yes.
5          Q       You decided to stay, correct?
6          A       Correct.
7          Q       Just so that I'm clear, what
8    danger did he pose to you when he told
9    you to leave and you decided to stay?
10               MS. MEEHAN:  Objection.  It
11          mischaracterizes his testimony.
12          Q       What danger did he pose to
13    you at the time when he was on the porch
14    and you were heading down the steps or
15    about to leave?
16          A       So we were -- well, let me
17    rephrase that.  I didn't feel safe, like,
18    just turning my back completely to
19    someone and just walking away.  I'm sure
20    Officer Beckwith felt the same.  Because
21    he was aggressive, he was standing within
22    one to two feet of us which was -- there
23    was not a lot of room on the actual porch
24    and he was talking very, like -- he was
25    very animated with his hands when he was
```

*Rich Moffett Court Reporting, Inc.*

yelling at us.  So we had just felt that
if we were to just leave and turn our
backs to him we didn't know what he could
have done.

Q    I just want to be clear.  You
keep say "we."  You never had a
conversation with Officer Beckwith about
what he was thinking, did you?

A    Again verbally, no.

Q    At that time, you keep saying
you didn't want to turn your backs but
you actually were facing Mr. Besedin as
you spoke to him, correct?

A    Correct.

Q    And you know what it is to
walk backwards, don't you?

A    Yes.

Q    And you had the ability to
walk backwards on that day, didn't you?

A    I had the ability, yes.

Q    So you chose not to walk
backwards away from Mr. Besedin, is that
correct?

A    Correct.

```
                                              71
 1

 2        Q      With regards to your

 3   conversation with Mr. Besedin, about how

 4   long were you outside of his home when he

 5   was on the porch, speaking with him?

 6        A      Had to have been only a

 7   couple of minutes that was -- like, as we

 8   were speaking to him it was only a couple

 9   of minutes before he then struck Officer

10   Beckwith.

11        Q      Okay, we're going to get

12   there.  Just so I understand, at the

13   time, that couple of minutes, Mr. Besedin

14   was on his porch, correct?

15        A      I'm sorry, can you repeat

16   that?

17        Q      Those couple of minutes that

18   you just referenced, Mr. Besedin was on

19   his porch, correct?

20        A      Correct.

21        Q      And you were not fully on his

22   porch, perhaps one or two or three steps

23   down from him, correct?

24        A      Correct.

25        Q      So at that time, when he was
```

1

2    on his porch and you were below him one,

3    two or three steps and we will get to

4    that in a bit as well, did Mr. Besedin

5    attempt to come down the steps at you?

6         A    No.

7         Q    At that time, sir, you had

8    seen Mr. Besedin physically, hadn't you?

9         A    Yes.

10        Q    Describe what you observed

11   with regard to his physical makeup.

12        A    I remember he's -- he was

13   wearing glasses, he was, I guess, a

14   little stocky, he had, like, big

15   shoulders, he was kind of, like, built.

16   I didn't really at this point know how

17   old he was, I was guessing in his late

18   50s or early 60s, had a little bit of a

19   belly, but it looked like at some point

20   he was -- at some point he probably did

21   keep himself in good shape because he

22   was, like, a little, you know, stocky.

23        Q    When you say a little belly,

24   tell us what you mean by that, sir.

25        A    I don't really know how to

*Rich Moffett Court Reporting, Inc.*

73

describe it.  Like, you know, like a
stomach --

Q    Sir, do you know what the
term beer belly means?

A    Yeah.

Q    Did he have a beer belly?

A    Yeah, that would be an
accurate description of it, yes.

Q    It was more than a little
belly, right?

A    Yeah.  I don't know if beer
belly is accurate.

MS. MEEHAN:  Note my
objection.  It's not really a
medical term, right?

Q    Sir, with regard to beer
belly, what do you understand the term
beer belly to mean?

A    That people who drink a lot
of beer they get a belly from it,
that's...

Q    Sir, you said that there came
a time when I think you said that
Mr. Besedin, according to you, violently

74

2  struck Officer Beckwith's hand, is that

3  right?

4      A     Yes.

5      Q     Tell us how that occurred.

6  What did you see and what transpired?

7      A     So I was on the steps,

8  Officer Beckwith was on the porch area,

9  Mr. Besedin was in front of me and those

10  two were facing each other and when

11  Officer Beckwith was speaking to

12  Mr. Besedin trying to explain that, you

13  know, we were going to leave, you know,

14  if he would go in the house we would

15  leave.  He made a motion with his arm

16  pointing, like, in towards the house.  At

17  that point Mr. Besedin took his hand and

18  struck Officer Beckwith, he smacked him

19  in the arm.

20      Q     Okay, just describe this

21  smacking him in the arm, what did you

22  actually see?

23          MS. MEEHAN:  Objection.  You

24      can answer.

25      A     I saw him strike or smack

75

Officer Beckwith in his arm.

        Q        Which part of his arm did he smack?

        A        I believe it was his forearm.

        Q        Describe the amount of force that was used in smacking Officer Beckwith's forearm?

                MS. MEEHAN:  Objection.  If you can answer.

        A        Can you just repeat that one more time?

        Q        Describe the amount of force that was used in striking Officer Beckwith's forearm as you described?

        A        I mean, he hit him with enough force that his arm was in the air at about shoulder height, that after he smack it, his arm came down to, like, his thighs.

        Q        At the time that Officer Beckwith's forearm, as you said, was smacked, where was Officer Beckwith standing?

        A        He was standing just to,

```
 1                                    76
 2    like, the left of the -- like he was kind
 3    of, like, splitting the door.  Like, he
 4    wasn't completely -- let me rephrase
 5    that.  He was, like, on the left side of
 6    the door -- like the door swang (sic)
 7    open, so he wasn't, like, in the middle
 8    of it, he was just, like, to the left of
 9    it a little bit.
10         Q      Would he be south of the
11    door?
12         A      Yes.
13         Q      Was he completely on the
14    porch?
15         A      Officer Beckwith, yes.
16                MS. MEEHAN:  Can we just take
17         two minutes before you move on so I
18         can go get a phone charger?
19                MR. BREWINGTON:  Sure, we
20         will take five minutes.
21                MS. MEEHAN:  Sure.
22                (A short recess was taken.)
23    CONTINUED EXAMINATION BY
24    MR. BREWINGTON:
25         Q      Sir, at the time that you
```

*Rich Moffett Court Reporting, Inc.*

77

indicate that Mr. Besedin smacked the
forearm of Officer Beckwith, what did you
do?

A    After I saw that I kind of
was, like, initially, like, perked up.  I
was, like, kind of shocked and then at
that point I heard Officer Beckwith tell
Mr. Besedin to, you know, turn around,
put his hands behind his back, so I knew
that he was going to be under arrest at
that time.  And then I had attempted to
assist Officer Beckwith with placing
Mr. Besedin under arrest.

Q    When you say attempted to
assist Officer Beckwith, what did you
actually do as you attempted to assist?

A    I grabbed the -- I grabbed
his arm, it would be his left arm and I
was trying to take and put his arm behind
his back.

Q    How did you do that?

A    How did I do... I'm sorry?

Q    How did you attempt to place
his left arm behind his back?

78

     A     By taking one hand on his
wrist and one hand on his -- the back of
what would be his tricep and maneuver,
you know, his arm kind of, like, push the
hand behind his back, like putting -- I
was trying to get his wrist behind his
back (indicating).

     Q     Indicating raising the arm
with a bend at the elbow to try and bring
the hand toward the back?

     A     Correct.

     Q     Sir, what did you do after
you attempted to do that?

     A     At that point once I
attempted to do that Mr. Besedin was
resisting and we were -- we ended up
going and hitting into the exterior wall
of the front of his house.  And at that
point he ended up pushing and then all of
our momentum started to take and carry us
back down towards the stairs.

     Q     It's your testimony that you
actually went from where Mr. Besedin was
standing toward his front door initially,

```
 1                                        79

 2      is that correct?

 3           A       We were off to the right of

 4      his door.

 5           Q       But you went toward the house

 6      where the door was, is that what you're

 7      saying?

 8           A       Correct, yes, that

 9      exterior --

10           Q       And then after that, came

11      forward toward the edge of the porch?

12           A       Correct.

13           Q       Then what happened once you

14      came forward toward the edge of the

15      porch?

16           A       At that point I rotated to

17      avoid having Officer Beckwith and

18      Mr. Besedin fall on top of me and go down

19      the stairs.

20           Q       What did you do with regard

21      to the arm that you were grabbing?

22           A       I ended up letting go of the

23      arm and my whole body -- I guess, just as

24      an attempt to grab on and not fall

25      completely backwards I ended up grabbing
```

80

on and just rotating to Mr. Besedin.

Q     When you say rotating to Mr. Besedin, I'm not quite sure I visualize it and I apologize for being dense, just tell me what you actually did with regard to Mr. Besedin's body?

A     So as I was falling backwards I just rotated, I guess, my left hand came up and we rotated, as I was, like, trying to attempt to fall backwards I, like, grabbed on to him and we all just rotated and went back down towards the stairs (indicating).

Q     Indicating turning to your right?

A     Yes.

Q     Sir, what did you have ahold of when you were, you say, turning to your right?

A     At that point I didn't realize what -- everything happened so quick, I just rotated and just grabbed onto whatever I could.

Q     And my question was what did

```
 1                                    81
 2    you have ahold of as you were rotating to
 3    your right?
 4         A      I'm sorry, I held onto
 5    Mr. Besedin.
 6         Q      What part of Mr. Besedin?
 7         A      At that moment I wasn't sure
 8    and then after seeing the video I was,
 9    like, I grabbed him kind of by, like, the
10    back of his head.
11         Q      When you say the back of his
12    head, you actually, like, palmed the back
13    of his head (indicating), what did you
14    actually do?
15         A      I ended up grabbing, I guess
16    right behind his ear where, like, my hand
17    was on the back of his head.
18         Q      Sir, below the ear, what's
19    that part of the body called?
20         A      Below the ear?  The neck.
21         Q      Sir, didn't you grab
22    Mr. Besedin by his neck, sir?
23         A      No.
24         Q      Never happened?
25         A      No.
```

```
 1                                        82

 2          Q      Is that what you're saying?

 3          A      I did not grab Mr. Besedin by

 4   his neck, no.

 5          Q      Your hand never was on his

 6   neck, is that what you're saying?

 7          A      It was not.

 8          Q      Sir, you watched the video,

 9   didn't you?

10          A      I did.

11          Q      How many times?

12          A      I don't know the exact

13   amount.

14          Q      Approximately how many times?

15          A      20 times.

16          Q      You actually have a copy of

17   the video for your own personal review,

18   don't you?

19          A      I personally don't have one.

20          Q      Sir, you have a copy of a

21   video that's been supplied to you so that

22   you could review it at your leisure,

23   haven't you?

24               MS. MEEHAN:  Objection.

25          A      No.
```

```
 1                                    8 3
 2        Q      Sir, the 20 times that you've
 3   reviewed it has been in what office, if
 4   any?
 5        A       Only with my attorney and
 6   when I was preparing with the defense --
 7   the district attorneys.
 8        Q      Sir, I think you said you
 9   never watched the video with internal
10   affairs so they have never questioned you
11   about the content of the video, have
12   they?
13        A      Not to my recollection.
14        Q      Sir, after I think you said
15   you grabbed Mr. Besedin, I think you said
16   toward the back of his head, is that
17   right?
18        A      Yes.
19        Q      After you say you did that,
20   what's the next thing that happened?
21        A      After that as we rotated I
22   ended up missing one of the steps on the
23   stairs and injuring my ankle, so the
24   first thing that I remember feeling was
25   there was pain in my left ankle and then
```

84

Officer Beckwith and Mr. Besedin ended up going down, falling down the flight of stairs as I ended up -- I managed to catch myself.

Q    Sir, didn't you throw Mr. Besedin down the stairs?

A    Not intentionally.

Q    Well, let's just deal with the intentional and non-intentional first.  Didn't you actually throw, propel, Mr. Besedin down the steps, yes or no?

A    I would say yes.

Q    Let's just go to some documents I want to look at.

MR. BREWINGTON:  Are you okay Counsel, you look puzzled.

MS. MEEHAN:  I think your question was compound.

MR. BREWINGTON:  I think it wasn't.

MS. MEEHAN:  I think it was because you said didn't you throw him and you also said didn't you

85

propel him.

MR. BREWINGTON:  I have my answer.

MS. MEEHAN:  So I'm going to note my objection.

MR. BREWINGTON:  Objection noted.

Q     Sir, with regard to documents, I want to take a look at some documents.  What I'm going to do is I'm going to put documents on the screen and you should see on the screen now something that says Mantovani 1 for identification with today's date.

MR. BREWINGTON:  (Screen sharing.)

Q     Do you have that in front of you?

A     Yes.

Q     Just so that I'm clear, did I spell your last name right?

A     No, you did not.

Q     All right, I'm sorry, it's an A, right, not an O?

```
 1                                              86
 2          A       Yes.  The A and the O are
 3     mixed up.
 4          Q       So it should be M-A-N-T-O-V-O-N-I,
 5     is that right?
 6          A       It's the O needs to be turned
 7     to an A.
 8          Q       This one right here (indicating)?
 9          A       Yes, that one.
10          Q       I just put a little box on
11     the first O, that should be an A,
12     correct?
13          A       Yes.
14          Q       No disrespect intended, I
15     apologize, sir.
16          A       It's okay.
17          Q       Just so you know it's going
18     to happen over and over again so we will
19     note that my apology is on the record.
20               Sir, as I scroll up or down
21     if there is a need for you to look at
22     something more carefully or ask me to
23     look at another portion of the document
24     just let me know that and consistent with
25     whatever the questions are I'll be happy
```

*Rich Moffett Court Reporting, Inc.*

```
1                                                  87

2      to oblige, all right?

3              A       Okay.

4              Q       If we need to increase for

5      any reason, for instance like this

6      (indicating) and move the document

7      around, I'll be able to do that for you,

8      I don't want to make you crazy.  And we

9      also can make it smaller (indicating) so

10     we can see larger parts of the document,

11     all right?

12             A       All right.

13             Q       Let's take a look at

14     Mantovani 1 for identification and start

15     with this looks like a Bates stamp

16     number, it might be from the County or

17     from the DA's office, hard to tell, but

18     it looks like it's 000 -- and I'll forgo

19     those in the future -- 40 and 41.

20                     Let me just scroll back to

21     the top and ask my initial question, this

22     document which says Internal

23     Correspondence dated May 15, 2018, do you

24     recognize what it is?

25                     Do you want me to make it
```

                                                    88

larger?

        A       No, that's fine.  That's the
statement I wrote when I was in Internal
Affairs.

        Q       This statement, by the way it
starts out with a To From and it's to
Commanding Officer of IAU, Internal
Affairs Unit from you, is that correct?

        A       Correct.

        Q       Is that your serial number
and your shield number?

        A       Yes.

        Q       The subject is IAU 20-2017.
You understood that that was an Internal
Affairs investigation where you were one
of the subjects, correct?

        A       Correct.

        Q       First paragraph says, "I am
making this statement for administrative
purposes only.  I have not done so
voluntarily but in compliance with an
order of a superior officer.  This
statement in no way constitutes any
waiver of my rights and this statement or

*Rich Moffett Court Reporting, Inc.*

                                                        89

1    any part thereof may not be used against

2    me in any criminal proceeding."  Sir,

3    that information was provided to you by

4    someone from the department or the union,

5    correct?

6            A       Correct.

7            Q       Do you know that to be

8    accurate that no part of this statement

9    can be used against you in any criminal

10   proceeding?

11           A       Can you repeat that again?

12   I'm sorry.

13           Q       Sure.  Do you know that to be

14   accurate that no part of this statement

15   can be used against you in any criminal

16   proceeding?

17           A       I don't -- I'm not entirely

18   sure.

19           Q       Sir, this document we are

20   just going to go down to the bottom of it

21   for a quick second.

22                   MR. BREWINGTON:  (Scrolling.)

23           Q       At the bottom of the page

24   there appear to be initials, do you know

*Rich Moffett Court Reporting, Inc.*

1                                             90

2    whose initials those are?

3         A      I do not know whose are on

4    the left, but mine are on the right.

5         Q      Just so we are clear, where

6    it says D.M., those are your initials?

7         A      Yes.

8         Q      Then going to the second page

9    which is Bates stamp Number 41 after

10   Paragraph 13 there appears to be a

11   signature, is that your signature?

12        A      Yes.

13        Q      And then that would be the

14   end of the document there appears to be

15   some signature by a sergeant, do you know

16   whose signature that is?

17        A      I don't.

18             MR. BREWINGTON:  Let's go

19        back to the top of the document.

20        (Scrolling.)

21        Q      This indicates that on

22   February 7, 2017 you worked at 07:00 to

23   19:00 in RMP 122, is that accurate?

24        A      You kind of broke up the last

25   part.

```
1                                          91
2            Q      Sure.  Is that accurate?
3                   MS. MEEHAN:  07:00 to 19:00,
4       is that accurate?
5            A      I'm sorry, yes, the Internet
6       cutout.
7            Q      Okay, I'm sorry.  Then it
8       goes on to say in the fourth paragraph
9       that you were first called to 2510
10      Harrison at or about 13:40 hours, is that
11      right?
12           A      Yes.
13           Q      That would be 1:40 in the
14      afternoon?
15           A      Correct.
16           Q      This was about his shop
17      having been burglarized and then there is
18      a reference that you write that, "And the
19      first squad are a bunch of incompetent
20      morons," that Mr. Besedin had that
21      opinion, is that right?
22           A      Yes.
23           Q      Let's go down to the seventh
24      paragraph which is the major paragraph on
25      this page, do you see that in front of
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              92
2   you, sir?
3        A     Yes.
4        Q     Prior to today in preparation
5   for the deposition, did you actually read
6   this page?
7        A     The only time I read this was
8   when I submitted it, right before I
9   submitted it and I haven't seen it since.
10       Q     So let's give you a chance to
11  read this paragraph if that's all right
12  with you and let me know when you're done
13  reading this paragraph, all right?
14       A     Okay.  (Reading.)
15             Okay, I finished.
16       Q     Sir, did you write this
17  document, including this paragraph, in
18  consultation with anyone?
19       A     Yes.
20       Q     With whom?
21       A     With the delegate that was
22  there with me at the time.
23       Q     That being from the union?
24       A     Yes.
25       Q     Was this done at Internal
```

```
 1                                        93
 2   Affairs or someplace else?
 3        A      This was done in Internal
 4   Affairs.
 5        Q      On their little computer
 6   system they have in one of the small
 7   rooms, correct?
 8        A      Correct.
 9        Q      It was then identified in the
10   Internal Affairs Unit system as a
11   document and I'll just show you down
12   here, do you see that?
13        A      Okay, yes.
14        Q      Did you name it that or did
15   someone else name it that and then give
16   you the blank screen?
17        A      I did not see that.  I just
18   had it as a blank screen.
19        Q      Did you actually do the
20   typing or did the representative from the
21   union do the typing?
22        A      I did the typing.
23        Q      Let's look at this.  In the
24   third line there is a reference to, "He
25   allowed me," I assume Mr. Besedin, "to
```

```
 1                                              94
 2    step inside the front storm door."  So
 3    you actually stepped into the, at least
 4    the doorway of the home, is that correct?
 5          A     Correct.
 6          Q     Then it goes on to say that,
 7    "He would not allow Police Officer
 8    Beckwith inside."  Is that accurate?
 9          A     Yes.
10          Q     Do you recall what his
11    problem was with Officer Beckwith?
12          A     For some reason he did not
13    like him.  He was continually, like,
14    insulting him, making fun of his age, I
15    guess because he looked young and he just
16    did not want anything to do with Officer
17    Beckwith.
18          Q     Then it says, "I realized I
19    was not getting anywhere with him and I
20    exited the house and I walked down a
21    couple of steps."  You were not on the
22    porch when you exited the house, you
23    actually walked down a couple of steps
24    initially, correct?
25          A     Correct.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        95
 2          Q      How many total steps were
 3    there to the ground?
 4          A      I don't recall offhand.
 5          Q      Then it goes on to say,
 6    "Before I made it to the ground level
 7    Mr. Besedin began exiting the house.
 8    P.O. Beckwith told Mr. Besedin to go back
 9    inside as P.O. Beckwith gestured toward
10    the house with his hand."  Let me just
11    stop there.  You said before I made it to
12    the ground Mr. Besedin began exiting, did
13    you actually make it to the ground?
14          A      No.
15          Q      But you weren't on the porch,
16    were you --
17          A      No.
18          Q      -- is that correct?
19          A      That's correct.
20          Q      At some point you had gotten
21    stationary and were fixed not on the
22    porch, correct?
23          A      Correct.
24          Q      Then it says, "Mr. Besedin
25    violently struck P.O. Beckwith's hand."
```

*Rich Moffett Court Reporting, Inc.*

1                                                    96

2    Do you see where you have hand there?

3        A      Yes.

4        Q      So it wasn't his forearm, it

5    was his hand, is that right?

6        A      The hand, forearm area, it

7    could have been -- it could have been the

8    hand, it could have been the forearm, the

9    space in between, I don't recall exactly

10   which.

11       Q      You wrote hand back then.  Is

12   your memory more clear today or is it

13   different today?

14       A      I don't recall exactly --

15   today it's -- I don't recall.

16       Q      Then it says, "I immediately

17   went back up the stairs."  So you had to

18   actually go upstairs to get to

19   Mr. Besedin, correct?

20       A      Correct.

21       Q      "I tried to grasp

22   Mr. Besedin's left hand to prevent him

23   from swinging at us."  So Mr. Besedin was

24   swinging at you?

25       A      At that moment, no.

*Rich Moffett Court Reporting, Inc.*

97

2     Q    Then it says, "Police Officer

Beckwith tried to grasp Mr. Besedin's

right hand.  The three of us went towards

the house.  The three of us hit into the

house and bounced off of the house as our

momentum now took us towards the stairs."

Is that what happened?

    A    Yes.

    Q    So there actually was a

bounce off the house?

    A    That's what it -- in that

moment that's what it seemed like, we

went into the house and we were being

propelled towards the stairs, whether he

bounced off, whether he pushed off, I

can't say exactly.  I just remember going

into the front of the house and then my

momentum was taking me backwards towards

the stairs.

    Q    Let's just deal with the

going to the house and bouncing off the

house.  What was the force that caused

all of you to bounce off the house?

    A    I'm not entirely sure.  I

98

don't know, I can't definitively say at this time if it was him pushing us, if it was maybe he might have kicked off the wall with his foot, I really don't recall.  I just remember hitting into the front of the house and next thing I knew I was going backwards.

Q      Perhaps my question wasn't clear.  The momentum that led you to go toward the house, what caused that momentum?

A      That was a combination of myself and Officer Beckwith trying to get Mr. Besedin under control and put his hand behind his back and him backing up in -- backing away from us.

Q      It says, "The three of us rotated down the stairs.  I remained on my feet while both Police Officer Beckwith and Mr. Besedin ended up on the ground."  Is that accurate?

A      Yes.

Q      Then it says, "After a struggle we managed to control his hands

```
 1                                        99

 2     and handcuff him."  Sir, you're saying

 3     Mr. Besedin struggled with you?

 4         A       Yes, he was cursing at us, he

 5     was telling us to, you know, stop, we

 6     were trying to -- we were giving him

 7     verbal commands to take his hands out

 8     from underneath him and put his hands

 9     behind his back, he was refusing to do

10     so, he was, like, laying on top of his

11     hands so we had to try to get him to, you

12     know, cooperate with us.

13         Q       Sir, him laying on his hands,

14     that's not in this statement, is it?

15         A       I'm sorry?

16         Q       Him allegedly laying on his

17     hands, that's not written in this

18     statement anywhere, is it?

19         A       No.

20         Q       Then it says, "We sat him on

21     the steps.  He was yelling and cursing.

22     He stood up and came towards us ignoring

23     our verbal commands to stay seated.  We

24     sat him back down."  Who was it that

25     actually sat him back down?  Was it both
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    100

2    of you?

3        A      I did.  I was the one that

4    sat him back down.

5            MR. BREWINGTON:  Just so you

6        know, my screen is frozen so I

7        don't know if you can hear me?

8            MS. MEEHAN:  We can hear you,

9        I don't know if you can hear us?

10           MR. BREWINGTON:  I can.  I

11       can.  So luckily we will see what

12       happens.

13       Q      Sir, it says --

14           MR. BREWINGTON:  Oh, now I'm

15       back.

16       Q      It says, "He slowly starting

17   rolling on the ground and he refused to

18   get up."  That was after you sat him

19   down, correct?

20       A      Correct.

21       Q      Do you know why he was

22   rolling, sir?

23       A      I do not.

24       Q      Sir, isn't it true that when

25   you say you sat him back down, you
```

*Rich Moffett Court Reporting, Inc.*

```
1                                           101
2    actually slammed him down on his back
3    against the stairs, didn't you?
4         A     No.
5         Q     You're sure of that?
6         A     Yes.
7         Q     How much force was used to
8    sit him or as you say, "we sat him back
9    down," describe the force, sir?
10        A     I don't -- I did not use any
11   force.  I simply walked him towards the
12   stairs and the back of the stairs I
13   guess, were in line with his knees and
14   that's when I assisted him in sitting
15   down.
16        Q     I know you used the word
17   assisting him, tell me how it was you
18   assisted him?
19        A     So I put my hands on his
20   shoulders and I sat him -- like I guided
21   him down so he didn't fall to either
22   direction, I just sat him upright
23   (indicating).
24        Q     Sir, you had your hands on
25   the side it looks like, I couldn't see
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         102

 2      the other hand, are you saying you sat

 3      him with your hands on each of the balls

 4      of his shoulder down to guide him down,

 5      is that what you're saying?

 6           A      I don't recall, like, the

 7      exact hand placement.

 8           Q      Sir, isn't it true that you

 9      actually put your hands on top of his

10      shoulders and pushed him down with your

11      palms going down toward the ground?

12           A      I don't recall the exact

13      placement of my hands.

14                  MR. BREWINGTON:  Let's go to

15           the second page.  (Scrolling.)

16           Q      "We walked Mr. Besedin to the

17      RMP."  I'm on Paragraph 8 on Bates stamp

18      Number 41 page.  "He went limp and

19      refused to walk.  We virtually carried

20      him to the RMP."  Sir, do you know if

21      Mr. Besedin was rendered unconscious

22      based on what occurred with regard to

23      him?

24           A      No.  At no point did he lose

25      consciousness.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         103
 2          Q       Sir, have you seen any
 3   hospital reports concerning Mr. Besedin
 4   in this incident?
 5          A       I did not see any reports
 6   concerning him.
 7          Q       Were you aware that there is
 8   indication that he was unconscious at
 9   some point?
10          A       At no point was he
11   unconscious.
12          Q       You're sure of that?
13          A       Yes.
14          Q       Then it says, "We virtually
15   carried him to the RMP.  When we go to
16   the RMP Mr. Besedin kicked P.O. Beckwith
17   in the leg."  How did he do that?  That
18   being Mr. Besedin, how did he kick
19   Officer Beckwith in the leg?
20          A       As we were attempting to sit
21   him in the passenger side back seat of
22   the RMP he was refusing to get in and
23   then eventually he, like, laid -- he,
24   like, rolled onto his side so, like, his
25   upper body was in the car and his legs
```

```
 1                                        104
 2   were, like, still out and while Officer
 3   Beckwith was trying to, like, help get
 4   his legs in that's when Mr. Besedin
 5   kicked Officer Beckwith.
 6        Q     With his back in the car
 7   you're saying Mr. Besedin kicked Officer
 8   Beckwith at that time?
 9        A     I'm sorry, can you just
10   repeat that first part?
11        Q     With his back in the car,
12   that being Mr. Besedin, is that when you
13   say he kicked Officer Beckwith in the
14   leg?
15        A     Yes.  Yes, he was more on his
16   side versus like -- he was, like, leaning
17   on, like, it would be his left side when
18   he kicked Officer Beckwith.
19        Q     What part of the leg did he
20   kick Officer Beckwith in?
21        A     That I'm not entirely sure.
22        Q     Did you actually see it?
23        A     I did see it, but I was
24   around the car -- I was attempting to get
25   Mr. Besedin in from the opposite side.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      105
 2          Q      Sir, just so we are clear,
 3   the rear doors of the RMP were open and
 4   Mr. Besedin was attempting to be put in
 5   from the passenger side of the door,
 6   correct?
 7          A      Yes, from the rear passenger
 8   side.
 9          Q      And you went around the car
10   to the driver's side rear passenger door,
11   is that correct?
12          A      Yes.
13          Q      Is it your testimony that you
14   saw Mr. Besedin kick Officer Beckwith,
15   that you saw Mr. Besedin kick Officer
16   Beckwith through the rear of the car?
17          A      Yes, I was in the back seat
18   of the car when Mr. Besedin kicked
19   Officer Beckwith.
20          Q      Officer Beckwith get any
21   treatment for that?
22          A      Not to my knowledge, I'm not
23   entirely sure.
24          Q      Sir, do you know Officer
25   LaSala?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        106
2         A       Yes, I know Officer LaSala.
3         Q       He worked on your shift back
4    in 2017?
5         A       I'm not sure if he worked the
6    day shift or if he was on nights, I'm not
7    entirely sure.
8         Q       Did you ever have a
9    conversation with him about what happened
10   with Mr. Besedin?
11        A       No, I did not.
12        Q       Were you aware that
13   Mr. Besedin received tickets from Officer
14   LaSala on the vehicle, his own truck
15   parked in front of his own house?
16        A       I was not aware of that.
17        Q       When did you become aware
18   that that had occurred, if at all?
19        A       Once I was with the district
20   attorneys, they had asked me that.
21        Q       Ever speak to Officer LaSala
22   about any tickets he issued to
23   Mr. Besedin?
24        A       No, I did not.
25              MR. BREWINGTON:  Let's go to
```

*Rich Moffett Court Reporting, Inc.*

107

2          Mantovani 2 for identification.

3          (Scrolling.)

4          Q      I just ask you, do you

5     recognize what is in this photograph

6     that's on the screen and it's Bates stamp

7     Number 205, do you recognize who that is?

8          A      Yes, that's a picture of

9     myself.

10         Q      Is that a photograph that was

11    taken as part of your records here in the

12    Nassau County Police Department?

13         A      Yes, I believe that's from my

14    police ID.

15               MR. BREWINGTON:  Then let's

16               take a look at Bates stamp page

17               Number 204.  (Scrolling.)

18         Q      Do you recognize who that is

19    in the picture there?

20         A      Yes.

21         Q      Who is that?

22         A      That's Officer Beckwith.

23         Q      Is that the officer that is

24    identified in your To From to Internal

25    Affairs?

*Rich Moffett Court Reporting, Inc.*

```
 1                                    108
 2          A      Can you just repeat that
 3     again?  I'm sorry.
 4          Q      That's the same officer that
 5     was with you on February 2017 that you
 6     identified in your To From to Internal
 7     Affairs?
 8          A      Yes.
 9          Q      Did you guys come in at the
10     same time into the department?
11                 Sir, did you hear my
12     question?
13                 MS. MEEHAN:  No, you broke
14          up.
15          Q      Did you and Officer Beckwith
16     come in the same time into the police
17     department?
18          A      No.
19          Q      You were ahead of him or was
20     he ahead of you?
21          A      I was ahead of him.
22          Q      So at the time that you were
23     at Mr. Besedin's house on February 7th of
24     2017 you were the more senior officer?
25          A      Yes.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    109
 2         Q      By how long?
 3         A      Including my time in the NYPD
 4    I would say about a year and a half.
 5         Q      Sir, this last photograph
 6    which is Bates stamp 206.
 7                MR. BREWINGTON:  (Scrolling.)
 8         Q      Is that Officer LaSala?
 9         A      Yes.
10         Q      Is he still in the First
11    Precinct?
12         A      Yes, he is.
13         Q      Is he working your same tour?
14         A      Yes, we work the same working
15    hours, just different squads so our days
16    are different.
17         Q      What squad are you in?
18         A      I'm in Squad 22.
19         Q      Does that have a color?
20         A      No.
21                MR. BREWINGTON:  Let's look
22            at Mantovani 3 for identification.
23            (Scrolling.)
24         Q      This is a record from South
25    Nassau Communities Hospital Bates stamp
```

*Rich Moffett Court Reporting, Inc.*

```
 1                              110
 2    Number 88 references you and at the time
 3    that this happened you were 24 years of
 4    age, is that correct?
 5         A     Correct.
 6         Q     How old are you now, please,
 7    sir?
 8         A     30.
 9         Q     This references that you as
10    the patient, that you were stable,
11    disposition home, left ankle pain, S/P
12    fall.  Just going down to exam, it says
13    X-ray ankle complete.  Did you have an
14    X-ray of your ankle?
15         A     I believe I did.
16         Q     Do you know what the
17    diagnosis was of your ankle?
18         A     Yes.  When I was discharged
19    they told me it was a sprained ankle.
20         Q     Playing lacrosse you've
21    sprained your ankle before, haven't you?
22         A     Not to this extent.
23         Q     That wasn't my first
24    question, I'll get to the extent.  You've
25    sprained your ankle before as a lacrosse
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    111
 2    player or an athlete, correct?
 3         A      Correct.
 4         Q      Sir, with regard to this
 5    extent, were you given any crutches?
 6         A      I was given a brace.
 7         Q      That wasn't my question.
 8    Were you given any crutches?
 9         A      No.
10         Q      With regard to this injury
11    that you indicated you had to your ankle,
12    how many days did you take off?
13         A      I don't recall the exact
14    amount of days.
15         Q      Did you take days off?
16         A      I did.
17         Q      Did you make a claim of
18    Workers Compensation?
19         A      I did.
20         Q      How many days of Workers
21    Comp. did you get as a result of this
22    incident?
23              MS. MEEHAN:  I'm sorry, you
24         broke up, can you repeat that.
25              MR. BREWINGTON:  As a result
```

```
1                                          112

2          of this incident.

3                    MS. MEEHAN:  No, the first

4          half you broke up.

5          Q       How many days of Workers

6   Compensation did you receive as a result

7   of this incident?

8                    MS. MEEHAN:  Objection to

9          form.  You can answer.

10         A       I don't know.

11         Q       Were you paid Workers

12  Compensation benefits?

13         A       I believe so.

14         Q       Did you take any physical

15  therapy for your sprained ankle, sir?

16         A       Yes.

17         Q       Where did you conduct the

18  physical therapy?

19                   MS. MEEHAN:  Objection to

20         form.  You can answer.

21         A       I did it in Amityville.  I

22  don't remember the name of the place.

23         Q       Can you just tell us the

24  place in Amityville that you went to, was

25  it a physical rehab center?
```

```
1                                         113
2        A       It was physical therapy,
3    occupational therapy, I did pretty much
4    everything.
5        Q       How many sessions did you go
6    to, sir?
7        A       I don't know offhand.  I was
8    there at least -- I did at least three
9    month's worth.
10       Q       Did you do the three months
11   while you were working or were you out
12   for that entire time that you were doing
13   the physical therapy?
14       A       I did it while I was -- when
15   I came back while I was working.
16               MR. BREWINGTON:  We will just
17           go to Mantovani 4 for
18           identification.  It's a form that's
19           Bates-stamped 91.  (Scrolling.)
20       Q       Do you recognize this form,
21   sir?
22               MR. BREWINGTON:  Let me just
23           go down to the bottom just so you
24           can see it.  It goes to 92 and it
25           has a signature at the bottom.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      114

 2          (Scrolling.)

 3          Q      Do you recognize this

 4   two-page document?

 5          A      I recognize the second page.

 6          Q      That has your signature on

 7   it, correct?

 8          A      Yes, the one with my

 9   signature.

10          Q      And the first page you don't

11   recognize?

12          A      No, I believe that is a

13   supervisor report.

14          Q      I just want to be clear with

15   regard to this first page, this is not

16   something that you filled out?

17          A      I did not.

18          Q      This indicates that your

19   height and weight is five-foot six

20   inches, 180 pounds, is that accurate?

21          A      That is not accurate.

22          Q      I didn't think so.  What's

23   your height?

24          A      Five-foot nine.

25          Q      On that date approximately
```

```
1                                      115
2    how much were you weighing?
3         A      About 200 pounds.
4         Q      Let's just go to the second
5    page because you said that's the page
6    that you do recognize, correct?
7                MR. BREWINGTON:  (Scrolling.)
8         Q      Is that right?
9         A      Yes.
10        Q      There is a narrative, did you
11   write this narrative?
12        A      I did.
13        Q      Did anybody help you write
14   this narrative on that day with regard to
15   the police department?
16        A      Yes, one of the PBA
17   delegates.
18        Q      You had a PBA delegate on
19   February 7, 2017?
20        A      Yes.
21        Q      Why did you have a PBA
22   delegate to fill out an injury form?
23        A      Why did we have one, was that
24   your question?
25        Q      Yes, sir.
```

```
 1                                116
 2        A      That's just how -- that's
 3   just a standard procedure when you get
 4   injured or whatever, the PBA is just
 5   there just to make sure that everything
 6   goes smoothly and that you fill
 7   everything out properly, you don't miss
 8   any boxes, they are just there to make
 9   sure it's done correctly.
10        Q      You signed this document at
11   the bottom, correct?
12        A      Correct.
13             MR. BREWINGTON:  Let's go to
14        Mantovani 5 for identification.
15        (Scrolling.)
16        Q      Have you ever seen the felony
17   complaint in this case?
18        A      No, I have not.
19        Q      Did you have anything to do
20   with the drafting of the felony
21   complaint?
22        A      No.
23        Q      Did you ever speak to Officer
24   Beckwith about what should go into the
25   felony complaint?
```

117

1

2          A      No.

3          Q      Sir, as you sit here now, do

4    you recall how many actual steps there

5    were from the top of the porch to the

6    bottom?

7          A      Offhand I do not.

8          Q      I just want to point out, do

9    you see where Officer Beckwith writes on

10   the Besedin 276 page where he says, "Push

11   Officer Mantovani down four steps on the

12   exterior of his home" and the next page

13   says, "As result of stumbling down four

14   steps."  Were there four steps leading to

15   the porch, does that help refresh your

16   recollection?

17         A      That sounds accurate.

18         Q      Were you aware that

19   Mr. Besedin was being charged with

20   assaulting you?

21              MS. MEEHAN:  Objection to

22         form.  At what time?

23              MR. BREWINGTON:  On February

24         7, 2017.

25         A      At first I was not.  The only

*Rich Moffett Court Reporting, Inc.*

```
1                                    118
2    thing that when I went to the hospital
3    they just told me to call them with the
4    results with what I was diagnosed with.
5         Q      Sir, did you come to learn
6    that Mr. Besedin was 71 years old?
7         A      I did not know his age until,
8    I guess, the news.
9         Q      Sir, when was the first time,
10   if at all, that you actually saw the
11   felony complaint in this case, if you
12   did?
13        A      I didn't.  I didn't see it
14   until I went over it with Counsel.
15        Q      Just so I'm clear, prior to
16   today, you had gone over it but you had
17   actually not seen it at any time prior to
18   your preparation for the deposition, is
19   that accurate?
20        A      That's accurate.
21             MR. BREWINGTON:  Just so we
22        are clear, the second page is
23        Besedin 277.
24             Let's look at Mantovani 6.
25        (Scrolling.)
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                119

 2          Q      Ever seen the district court

 3    information alleging resisting arrest in

 4    this case on or about February 7, 2017?

 5          A      No.

 6          Q      When for the first time, if

 7    at all, did you learn or see a copy of

 8    this?

 9          A      Just with preparing with

10    Counsel.

11          Q      For the deposition?

12          A      Yes.

13          Q      So in your discussions with

14    the DA's office and Internal Affairs, you

15    were not shown a copy of the information

16    that charges Mr. Besedin with resisting

17    arrest?

18          A      No, I did not see these

19    documents.

20                 MR. BREWINGTON:  Let's go to

21          the next one.  Mantovani 7.

22          (Scrolling.)

23          Q      This is alleging harassment

24    in the second degree, would it be

25    accurate to say you didn't see this
```

```
1                                           120

2    either, Bates stamp number Besedin 279?

3         A     I did not see this one.

4         Q     Would it be accurate to say

5    that the time that Mr. Besedin was

6    allegedly slapping Officer Beckwith's

7    forearm or hand or whatever it was, that

8    Officer Beckwith was asking him to go

9    back into the house?

10        A     Could you just repeat the

11   question again?

12        Q     Sure.  At the time that

13   Mr. Besedin allegedly slapped Officer

14   Beckwith's forearm or hand and I said

15   whichever it was, that Mr. Besedin was

16   being asked to go back into his house,

17   correct?

18        A     Correct.

19        Q     And he was lawfully on his

20   porch, is that correct?

21        A     Correct.

22        Q     Did you or Officer Beckwith,

23   as far as you know as a trained officer

24   having worked in New York City and at

25   that time in the First Precinct, have any
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         121

 2     right to tell Mr. Besedin to go back into

 3     his house?

 4                MS. MEEHAN:  Objection.

 5          Calls for a legal conclusion.  Over

 6          my objection you can answer the

 7          question if you can.

 8          A     We -- we understood that it

 9     was his house and again for our safety

10     and his, just given his heightened

11     condition, you know, he was very

12     emotional, irate, we had asked him to

13     please go back inside and then we would

14     leave.

15          Q     I want to go back.  With

16     regard to your status as a police

17     officer, you had no authority to actually

18     tell him to go back into his house, did

19     you?

20                MS. MEEHAN:  Same objection.

21          Over my objection you can answer if

22          you can.

23                THE WITNESS:  I don't know

24          how to answer that.

25          Q     Excuse me, sir?
```

```
1                                        122
2        A     I just said I'm not really
3   sure how to answer that.
4        Q     I'll see if I can break it
5   down.
6              Mr. Besedin was irate, you
7   said, correct?
8        A     Correct.
9        Q     He was cursing, correct?
10       A     Correct.
11       Q     He had been drinking,
12   correct?
13       A     Correct.
14       Q     And he was on his porch,
15   correct?
16       A     Correct.
17       Q     His ability to curse is a
18   right that he has, correct?
19       A     Correct.
20       Q     His ability to holler and
21   scream on his own property is his right,
22   correct?
23       A     Correct.
24       Q     And his right to drink at
25   home on his own property is his right,
```

```
 1                               123

 2     correct?

 3           A      Correct.

 4           Q      What authority did you have

 5     as a police officer to instruct

 6     Mr. Besedin or Officer Beckwith to go

 7     back into his house?

 8                  MS. MEEHAN:  Objection to

 9           form.  You can answer.

10           Q      If any.

11           A      Again we weren't -- it's not

12     like we were giving him an order, we were

13     just making a suggestion, I wouldn't say

14     we were telling him, like, forcing him,

15     we were just suggesting -- suggesting

16     that, so I guess, legally, you know,

17     there was no right, he could have stood

18     there but for our sake and our purposes

19     of trying to resolve this we were making

20     a suggestion for him to go inside.

21                  MR. BREWINGTON:  Let's take a

22           look at Mantovani 8 for identification,

23           a case summary report.

24           (Scrolling.)

25           Q      Ever review the case summary
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    124

2     report in this case?

3          A     No.

4          Q     This is Bates stamp number

5     looks like the DA's 47, ever seen this

6     document?

7          A     No.

8               MR. BREWINGTON:  Let's go to

9          Mantovani 9 for identification.

10         (Scrolling.)

11              Looks like Bates stamp number

12         I think it's 65 -- it's either 65

13         or 05.

14              MS. MEEHAN:  It looks like a

15         six, I think it's 65.

16              MR. BREWINGTON:  Yes, hard to

17         tell.

18         Q     This is arrest narrative,

19    ever seen this document before, sir?

20         A     No.

21         Q     Have anything to do with its

22    drafting?

23         A     No.

24         Q     I just want to ask you to

25    take a look at this section that's right
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                          125

 2      here (indicating).  Do you see where it

 3      says, "The Defendant continued onto the

 4      deck yelling as the officers backed up.

 5      Police Officer Beckwith then pointed at

 6      the door and told the Defendant to stop

 7      and go back inside."  Is that what

 8      happened?

 9                  Sir, do you have my question?

10          A     Yes, I was just reading --

11          Q     I'm on one sentence right

12      now.

13              MS. MEEHAN:  Just focus on

14          this, the part that's highlighted.

15              THE WITNESS:  The part that's

16          highlighted.

17          Q     Do you want me to do it

18      again?

19              MS. MEEHAN:  It's still

20          highlighted on the screen.

21          Q     Do you see where it says,

22      "Police Officer Beckwith then pointed at

23      the door and told the Defendant to stop

24      and go back inside."  Do you see that?

25          A     Yes, I see that.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    126
 2         Q     My question is that what
 3    happened?
 4         A     He pointed -- he pointed, you
 5    know, at the door and I would say, yes,
 6    he did say, you know, if you go back
 7    inside we're going to leave.
 8         Q     This doesn't say if you go
 9    back inside we're going to leave.  This
10    says, "Told the Defendant to stop and go
11    back inside."  Is that what happened?
12         A     Yes.
13              MR. BREWINGTON:  Let's go to
14         Mantovani 10 for identification.
15         (Scrolling.)
16         Q     Sir, during your
17    conversations with the DA's office, were
18    you aware that they were taking notes?
19         A     I was not aware, no.
20         Q     Have you ever seen their
21    notes?
22         A     No.
23         Q     Going to April of 2017, did
24    you ever receive a call from an ADA
25    concerning this case in or about that
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          127
2    time?
3         A      I don't recall.
4         Q      Were you aware that
5    Mr. Besedin was diagnosed with
6    postconcussion syndrome?
7         A      No.
8         Q      Were you aware that
9    Mr. Besedin was a veteran?
10        A      No.
11        Q      Mr. Besedin, did he hit his
12   head when he went down the steps or do
13   you know?
14        A      I did not see him hit his
15   head, no.
16        Q      Well, there is a difference,
17   my question is do you know or he did not
18   hit his head?
19        A      I don't recall definitively.
20        Q      Sir, do you remember an ADA
21   by the name of Schwartz, meeting with an
22   ADA?
23        A      It sounds familiar, but I
24   don't recall.
25        Q      Do you know the name Steven
```

```
1                                    128

2    Schwartz?

3         A      Again it sounds familiar but

4    I can't tell you definitively.

5         Q      Do you recall meeting with

6    him and an ADA by the name of Dan Looney

7    in or about September of 2017?

8         A      I remember Looney, yes.

9         Q      Do you recall what your

10   conversation was with Mr. Looney when you

11   met with him?

12        A      I do not.

13        Q      Were you aware that, "Police

14   Officer Beckwith" according to this,

15   "wants the felony but thinks the

16   misdemeanor is a better bet."  Were you

17   aware that that was Officer Beckwith's

18   conversation with the DA?

19        A      I was not aware of that at

20   the time.

21        Q      Did you ever tell an ADA to

22   have whatever charge will stick with

23   Mr. Besedin?

24        A      I don't recall.

25               MS. MEEHAN:  Objection to
```

```
 1                                      129
 2        form.
 3             Q       Do you recall having a
 4        conversation about what you wanted to
 5        happen with regard to Mr. Besedin's case?
 6             A       I remember having a
 7        conversation about that, yes.
 8             Q       What did you say?
 9             A       I had told them to proceed
10        with the felony.
11             Q       So you wanted Mr. Besedin to
12        be convicted of a felony, correct?
13             A       Correct.
14             Q       In January of 2018, do you
15        recall having a conversation with an ADA
16        Dan Looney?
17             A       Not entirely, no.  I know I
18        spoke to Mr. Looney, but I don't recall
19        the exact date and what was said.
20             Q       Do you recall being advised
21        by someone from the DA's office that they
22        were moving to dismiss the case after
23        their review and you telling them okay?
24             A       I remember them telling me
25        that they were dismissing the case, but I
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    130
 2    never said that I was okay with it.
 3         Q     Because you weren't, were
 4    you?
 5         A     No.
 6         Q     Sir, when you weren't okay
 7    with the dismissal that's because you
 8    wanted Mr. Besedin to be prosecuted, is
 9    that right?
10         A     Correct.
11              MR. BREWINGTON:  Mantovani 11
12         for identification.  (Scrolling.)
13         Q     Have you ever seen this
14    document from ADA and I'm going to spell
15    it for the court reporter, N-A-D-E-A-U,
16    Nadeau, ever seen that?
17         A     No.
18              MR. BREWINGTON:  It's NC 25
19         is the Bates stamp number and I
20         believe the second page is 26, but
21         there is really nothing on the
22         second page and then the third page
23         appears to be a repeat if I'm
24         correct.  But it goes up to Bates
25         stamp number NC 028. (Scrolling.)
```

*Rich Moffett Court Reporting, Inc.*

131

Q      Sir, we will just go to the
first page which is NC 25.  I'm going to
read this section to you, it says, this
is instructions for today's court
appearance of January 29, 2018 in Part 9.
Sir, do you know where Part 9 is in
Nassau County?

A      No.

Q      It says, "Per Steve Schwartz,
dismiss CPL 170.30 (1)(f) the people have
made a determination to the acts of the
Defendant on the date of incident to not
constitute harassment and therefore
must -- I'm just reading it as it is --
"and therefore must dismiss all charges
as the remaining charges of resisting
arrest and assaulting an officer flow
from the harassment charge."  Anybody
ever tell you that?

A      No.

MR. BREWINGTON:  Just going
down to the third page.
(Scrolling.)

Q      In January of 2018 do you

*Rich Moffett Court Reporting, Inc.*

```
1                                    132

2     know if there was still an Internal

3     Affairs investigation going on?

4          A      No.

5          Q      Do you recall what date it

6     was that you gave your statement, your

7     written statement to Internal Affairs?

8          A      I don't recall.

9          Q      Let me just take a look at

10    that I think it's May of 2018.

11              MR. BREWINGTON:  (Scrolling.)

12         Q      Does that help refresh your

13    recollection?

14         A      Yes.

15         Q      So May 15th you gave your

16    statement, the written statement to

17    Internal Affairs, was that the same day

18    you were interviewed by them?

19         A      Yes.

20         Q      So at the time of the

21    dismissal we're going back now to

22    Mantovani 11.

23              MR. BREWINGTON:  (Scrolling.)

24         Q      At the time of the dismissal

25    in and January of 2018 your Internal
```

```
1                                    133

2      Affairs investigation was still ongoing,

3      is that correct?

4           A      That's correct.

5           Q      So at the time your Internal

6      Affairs interview took place were you

7      aware that the case had been dismissed?

8           A      At the time of my Internal

9      Affairs investigation --

10          Q      Interview, yes.

11          A      I'm sorry, you asked if I was

12     aware at that point that the case was

13     dismissed, correct?

14          Q      Yes, sir.

15          A      Yes, by that point, yes.

16                 MR. BREWINGTON:  Let's look

17            at Mantovani 12 for identification.

18            (Scrolling.)

19          Q      Ever seen any of the tickets

20     that were issued by Officer LaSala to

21     Mr. Besedin?

22          A      No.

23          Q      Were you aware that he got a

24     ticket for no front license plate?

25          A      I was not aware, no.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        134
 2          Q      Harrison Avenue, people park
 3    in front of their homes on that street?
 4          A      Yes.
 5          Q      You've traversed that street
 6    going to and from the precinct on prior
 7    occasions, haven't you?
 8          A      Yes.
 9          Q      As a matter of fact, the
10    precinct is located on what corner?
11          A      Harrison and Merrick Road.
12          Q      So in order to get to the
13    precinct coming from Baldwin Harbor,
14    there is a route that you can take to
15    come down Harrison, isn't there?
16          A      There is, yes.
17          Q      Had you been up and down
18    Harrison times prior to February 7, 2017?
19          A      Not to my recollection, no.
20          Q      You hadn't?
21          A      No.
22          Q      Have you been up and down
23    that block since then?
24          A      Yes.
25          Q      People park on the street
```

*Rich Moffett Court Reporting, Inc.*

```
1                                     135

2     overnight in front of their homes,

3     correct?

4          A      Correct.

5          Q      As far as you know, any

6     restrictions on parking on Harrison?

7          A      As far as restrictions go I'm

8     not entirely sure, no.

9          Q      Sir, this is the second

10    ticket that I'm looking at.

11               MR. BREWINGTON:  I don't know

12          if it has a Bates stamp number, it

13          doesn't --

14               MS. MEEHAN:  It does.

15               MR. BREWINGTON:  It does?

16          Hold on.  Am I missing it?  Oh,

17          there it is, NC 119.

18          Q      Looking at that, have you

19    ever seen this document before?

20          A      No.

21          Q      Sir, have you ever seen

22    Mr. Besedin's truck that he owned?

23          A      No.

24          Q      You've never seen this one

25    which is Bates stamp number NC 120,
```

```
 1                              136
 2    improperly parked ticket?
 3              MR. BREWINGTON:  (Scrolling.)
 4        A    No.
 5              MR. BREWINGTON:  Let's take a
 6         look at Mantovani 13.  (Scrolling.)
 7        Q    Sir, I'm showing you a
 8    picture of this truck, do you know if
 9    this is Mr. Besedin's truck?
10        A    I do not know.
11              MR. BREWINGTON:  That's
12         Besedin 344.
13        Q    So would it be accurate to
14    say you don't recognize the front of this
15    vehicle either, is that right?
16              MR. BREWINGTON:  (Scrolling.)
17        A    I do not recognize it, no.
18        Q    Do you see where it appears
19    to have a hydraulic hitch on the front?
20        A    What was the question?  I'm
21    sorry.
22        Q    Do you see where it appears
23    to have a hydraulic hitch on the front?
24        A    Yes.
25        Q    Do you know what that was for
```

*Rich Moffett Court Reporting, Inc.*

```
1                                         137

2     that hydraulic hitch?

3          A     No.

4                MR. BREWINGTON:  (Scrolling.)

5          Q     I'm looking at Besedin 346,

6     that's a closer view of the grille of

7     that truck but you've never seen this

8     prior to this case or us talking about it

9     here today, is that correct?

10         A     Yes, I haven't seen this

11    before, no.

12               MR. BREWINGTON:  (Scrolling.)

13         Q     Sir, do you recognize the

14    house that's depicted in the background

15    of this picture with the two cars in

16    front of it?

17         A     Yes.

18         Q     Is that Mr. Besedin's home?

19         A     Yes.

20         Q     These cars that are parked

21    here, the truck and what appears to be

22    the car or the van right behind it, as

23    far as you know, in that area where

24    Mr. Besedin's house was, were those cars

25    parked legally?
```

```
 1                                  138
 2               MS. MEEHAN:  Did you hear
 3          that?  It was little --
 4               THE WITNESS:  He kind of
 5          broke up.
 6          Q      These cars that are parked
 7     here that are shown in this photograph
 8     that are Bates stamped Number 347, are
 9     they parked legally, from what you can
10     see?
11          A      Yeah, from what I can see I
12     don't see anything, you know...
13               MR. BREWINGTON:  Going to
14          348.  (Scrolling.)
15          Q      Appears as though the van and
16     the truck are parked legally along the
17     sidewalk?
18          A      Yeah, it appears so.
19               MR. BREWINGTON:  I'm going to
20          skip 349 and go to Mantovani 14.
21          (Scrolling.)
22          Q      Sir, do you recognize what's
23     depicted in Bates stamp Number 332?
24          A      Yes.
25          Q      What do you recognize that to
```

```
1                                    139

2    be?

3         A       The front porch of

4    Mr. Besedin's home.

5         Q       Do you see where there's the

6    porch and there appears to be a step

7    that's there extending from the porch?

8         A       Yes.

9         Q       Then there are steps, based

10   on your memory, steps that go down, is

11   that correct?

12        A       Correct.

13        Q       Where with regard to this

14   photograph, if you had to describe to me,

15   would the front door be placed?

16        A       Can you scroll up a little

17   bit?

18                MR. BREWINGTON:  (Scrolling.)

19        A       I mean, I would say it would

20   be towards the right middle of the screen

21   directly in line with the staircase.

22        Q       So if I put a line straight

23   back it would be somewhere here

24   (indicating) but not in the photograph,

25   you can't see it, is that correct?
```

```
1                                  140
2         A      Correct.
3                MR. BREWINGTON:  I put a blue
4         line straight back from the middle
5         of the steps going toward the
6         house.
7         Q      And that would be the
8  direction toward the front door, is that
9  right?
10        A      Yes.
11               MR. BREWINGTON:  Let's go to
12        photograph and Bates stamp number
13        Besedin 333.  (Scrolling.)
14        Q      Is that a more clear view of
15 the front door in relation to the porch?
16        A      Yes.
17        Q      Based on your memory, is the
18 front door pretty much centered with
19 regard to how it lines up with the steps?
20        A      Yes, it's pretty much
21 centered.
22        Q      So if you came out the front
23 door and you traversed the front porch,
24 then eventually you come to the steps, is
25 that right?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      141

 2          A      Yes.

 3                 MR. BREWINGTON:  Let's go to

 4          Bates stamp number, I'll skip this,

 5          which is 334 and let's go to 335.

 6          (Scrolling.)

 7          Q      Sir, this appears to be a

 8   view looking toward the front door from

 9   the front yard, is that correct?

10          A      Yes.

11          Q      You can see steps going up to

12   the porch, correct?

13          A      Correct.

14          Q      And then the front door, is

15   that right?

16          A      Yes.

17          Q      From the ground, if you can

18   remember, from the ground to the top of

19   the stairs where you would end up on the

20   porch, what's the distance?

21          A      The distance from you're

22   saying the bottom -- the bottom of, like,

23   where the walkway starts to the top of

24   the porch?

25          Q      Yes, sir.
```

```
 1                                    142
 2        A       Approximately -- it's hard to
 3   tell from this picture, I would say...
 4               MS. MEEHAN:  Don't guess.
 5        A       Yeah, it's hard to determine
 6   from this picture.
 7        Q       Were the steps normal steps
 8   in terms of normal height as far as you
 9   recall?
10        A       I don't really recall.
11               MR. BREWINGTON:  Let's go to
12        Besedin 336.  (Scrolling.)
13        Q       Do you recognize this as
14   being a shot looking down the porch, down
15   the steps?
16        A       Yes.
17        Q       So if the first edge which
18   I'm going to draw a blue line right here
19   (indicating), or put a box, is the edge
20   of the porch, to get to the ground, would
21   it be one, two, three and the fourth
22   would be the ground going down, if you
23   recall?
24               Sir?
25        A       Yes, I'm thinking because I'm
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    143
2    just unsure.  So you're saying from the
3    top step down?
4         Q     Yes, sir.
5         A     Yeah, that would be four
6    steps.
7              MS. MEEHAN:  With the fourth
8         being the ground?
9              THE WITNESS:  The fourth
10        being the ground.
11             MR. BREWINGTON:  Let's take a
12        look at Mantovani 15.  (Scrolling.)
13        Q     It's not a very good picture,
14   but did you ever see Mr. Besedin's elbow
15   after he was taken into custody?
16        A     No.
17        Q     Did he have any noticeable
18   injuries, to you, when he was taken into
19   custody?
20        A     No.
21        Q     Any cuts or bruises that you
22   could tell?
23        A     No, not that I could tell.
24        Q     Did you ever exam him to make
25   sure he did or didn't?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    144

 2         A      Did we examine him?

 3         Q      Yes.

 4                MS. MEEHAN:  Did you?

 5         Q      Did you?

 6         A      I mean, we looked him over

 7    but we did not -- I did not see anything.

 8         Q      This injury to his elbow, do

 9    you know how this occurred?

10         A      I do not.

11                MR. BREWINGTON:  Another

12         picture of his elbow which is

13         Besedin 338. (Scrolling.)

14         Q      That's the same elbow, so you

15    don't know how that occurred, is that

16    correct?

17         A      That's correct.

18                MR. BREWINGTON:  (Scrolling.)

19         Q      With regard to Mr. Besedin's

20    middle of his back and then lower back

21    right by the crease of his buttocks, do

22    you know how those injuries happened?

23         A      I do not.

24         Q      Do you recognize those as

25    being on his body at the time that you
```

```
 1                                        145

 2     had him in custody on February 7, 2017?

 3          A      I did not.

 4          Q      Mr. Besedin complained about

 5     injury to his back on that night to you,

 6     didn't he?

 7          A      I don't recall him saying

 8     that, no.

 9                 MR. BREWINGTON:  (Scrolling.)

10          Q      Showing again 340, injuries

11     to the left side middle of his back and

12     lower back, are those the same injuries,

13     you don't know how he got those, correct?

14          A      Correct.

15                 MR. BREWINGTON:  (Scrolling.)

16          Q      His wrists, you see any

17     injuries to his wrist from handcuffs?

18          A      I did not see any, no.

19          Q      Do you see any injuries to

20     his wrists at all?

21          A      No.

22                 MR. BREWINGTON:  Bates stamp

23          Number 341 and 342.  (Scrolling.)

24          Q      Those are not things that you

25     noticed with regard to his wrists,
```

*Rich Moffett Court Reporting, Inc.*

```
1                                        146

2    correct?

3         A        Correct.

4                  MR. BREWINGTON:  (Scrolling.)

5         Q        Sir, I ask you to take a look

6    at what appears to be the other side of

7    his back or another portion of his back,

8    the lower portion of his back at Besedin

9    343, do you know how that scar or scratch

10   got there?

11        A        I did not.

12                 MR. BREWINGTON:  We looked at

13            this document already, this we'll

14            skip over Mantovani 16 and go to

15            17.

16                 That's Beckwith's statement.

17            Let's go to Mantovani 18.  (Scrolling.)

18        Q        Sir, were you aware that

19   there had been an evaluation, a citizens

20   complaint concerning yourself and Officer

21   Beckwith relating to Mr. Besedin?

22        A        No.

23        Q        Did you ever get the response

24   to the Internal Affairs report concerning

25   the investigation where you were accused
```

```
 1                              147

 2    in this case?

 3              MS. MEEHAN:  Objection to

 4         form.

 5         A     I received an indemnification

 6    letter.

 7         Q     Other than an indemnification

 8    letter did you ever receive anything from

 9    Internal Affairs saying that the charges

10    against you were unfounded or

11    unsubstantiated or you were exonerated?

12         A     Not that I recall.

13         Q     So you haven't seen any part

14    of the Internal Affairs report, the

15    numbers that we are looking at here, the

16    pages or any of the documents that were

17    part of their Internal Affairs report,

18    you never actually saw all of those, did

19    you?

20         A     No.

21         Q     And you never saw the actual

22    report itself, correct?

23         A     No.

24         Q     Is that correct?

25              MS. MEEHAN:  You did not, is
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        148
 2          that correct?
 3          A      I'm sorry, I did not see the
 4    report, that is correct.
 5                  MR. BREWINGTON:  (Scrolling.)
 6          Q      Sir, have you ever seen the
 7    federal complaint in this case?
 8          A      Yes.
 9          Q      When did you see that?
10          A      I don't recall exactly when,
11    but it was in my work, like, folder at
12    the precinct.
13          Q      Did you read it?
14          A      Parts of it.
15          Q      How much of it did you read?
16          A      As much as I could understand
17    and I didn't read it front to back.  I
18    just read that, I guess, I was being sued
19    and then I went to my delegates and then
20    the Counsel.
21          Q      Have you ever actually gone
22    through this document paragraph by
23    paragraph?
24          A      No.
25          Q      I'm just going to ask you to
```

149

take a look at Paragraph 26 where it says
"Plaintiff was forcefully and brutally
slammed and thrown to the ground,
manhandled, kneed, cut, bruised as he was
beaten by the aforementioned Defendant
officer to the point that he suffered
scars to his head, back, elbows, wrists
and legs."  Sir, were you aware that
Mr. Besedin had scars to his head?

    A    No.

    Q    And to the other parts of the
body that are referenced here, you
weren't aware of those either, is that
correct?

    A    That's correct.

    Q    Then where it says he was,
"Slammed down against the steps causing
his back and buttock to violently collide
with the edge and angle of the steps," do
you remember me asking you about you
saying that you placed him down or asked
him to sit down again?

    A    Yes, I remember that.

    Q    You're saying you didn't slam

```
 1                                    150

 2   him down, correct?

 3        A       Correct, I did not slam him

 4   down.

 5                MR. BREWINGTON:  So let's

 6        come out of this document.  (Screen

 7        sharing stopped.)

 8                MS. MEEHAN:  Before we move

 9        on can we just go off for a second?

10                MR. BREWINGTON:  Sure.

11                (Discussion off the record.)

12                (A short recess was taken.)

13                MR. BREWINGTON:  I have no

14        further questions for this witness.

15                MS. MEEHAN:  I have a

16        clarification before we closeout

17        the record.

18                *            *            *

19   EXAMINATION BY

20   MS. MEEHAN:

21        Q       Officer Mantovani, earlier

22   Counsel asked you if you threw or

23   propelled Mr. Besedin down the stairs and

24   your answer was yes.  What did you mean

25   by that?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                    151

2        A     I meant my initial momentum

3   combined with his is what led us down the

4   stairs.  I didn't intentionally throw him

5   down.

6            MS. MEEHAN:  I have no

7        further questions, thank you.

8            MR. BREWINGTON:  Now that you

9        asked that question I may have

10       questions now.

11           MS. MEEHAN:  That's fair.

12           *            *            *

13  CONTINUED EXAMINATION BY

14  MR. BREWINGTON:

15       Q     Sir, with regard to

16  Mr. Besedin, who is the taller of the two

17  men, you or he?

18       A     Honestly I don't really

19  remember how tall he was.

20       Q     With regard to the 20 or so

21  times that you viewed this video, anybody

22  ever ask you if you threw him down the

23  steps?

24           MS. MEEHAN:  Exclusive of

25       conversations with Counsel?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          152
2              MR. BREWINGTON:  Yes.
3        Q     I'm talking about from the DA
4    or Internal Affairs.
5        A     I never discussed this
6    outside of Counsel or with anyone,
7    they -- people friends and family, like,
8    when it was on the news they asked me if
9    I had seen it, but I had left it like
10   that.  I didn't go into any discussion
11   with them about it.
12       Q     Not my question.  My question
13   was with the DA or Internal Affairs,
14   anybody ever ask you if you threw
15   Mr. Besedin down the steps?
16       A     No.
17             MR. BREWINGTON:  No further
18       questions.
19             MS. MEEHAN:  Okay.
20             (Time noted:  1:38 P.M.)
21
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

1                                                   153

2                    A C K N O W L E D G E M E N T

3

4     STATE OF NEW YORK    )
                           :ss
5     COUNTY OF            )

6

7

8              I, DOMINICK MANTOVANI, hereby

9     certify that I have read the transcript

10    of my testimony taken under oath in my

11    deposition of June 3, 2022; that the

12    transcript is a true, complete and

13    correct record of my testimony, and that

14    the answers on the record as given by me

15    are true and correct.

16

17

18                      _____

19                      DOMINICK MANTOVANI

20

21    Signed and subscribed to before
      me, this            day
22    of                    , 2022

23    _____
      Notary Public, State of New York

24

25

*Rich Moffett Court Reporting, Inc.*

```
1                                                    154

2       ----------------------I N D E X--------------------

3       WITNESS              EXAMINATION BY          PAGE

4       DOMINICK           MR. BREWINGTON             4
        MANTOVANI
5                          MS. MEEHAN                150

6                          MR. BREWINGTON           151

7

8       DIRECTIONS:  None

9       RULINGS:  None

10      MOTIONS:  None

11      ---------------DOCUMENT REQUEST----------------

12      PAGE

13      33   Any rule, regulation, procedure or policy
             that addresses the departmental
14           allowances for wearing bands on badges by
             police officers that have a blue line on
15           them

16      47   Memo book from February 7th of 2017

17

18      ----------INFORMATION TO BE FURNISHED----------

19      PAGE

20      None

21

22      --------------------EXHIBITS--------------------

23      MANTOVANI FOR I.D.                          PAGE

24      1    Bates Number 040-041                     4

25                              Continued...
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              155

2       ------------------I N D E X Cont'd----------------

3       ----------------------EXHIBITS-------------------

4       MANTOVANI FOR I.D.                          PAGE

5       2      Bates Number 205-206                 4

6       3      Bates Number 088-090                 4

7       4      Bates Number 091-092                 4

8       5      Besedin 0276-0277                    4

9       6      Besedin 0278                         4

10      7      Besedin 0279                         4

11      8      Besedin 047                          4

12      9      Besedin 065                          4

13      10     Nassau County 021-024                4

14      11     Nassau County 025-028                4

15      12     Nassau County 118-120                4

16      13     Besedin 0344-0346                    4

17      14     Besedin 0332-0336                    4

18      15     Besedin 0337-0343                    4

19      16     Besedin 0093-0094                    4

20      17     Besedin 0038                         4

21      18     Officer History & Internal
                    Affairs (26 Pages)              4
22
        19     Complaint                            4
23

24

25
```

*Rich Moffett Court Reporting, Inc.*

```
1                                              156
2                  C E R T I F I C A T E
3       STATE OF NEW YORK  )
4                          ) ss.:
5       COUNTY OF SUFFOLK  )
6
7              I, NANCY DIONISIO, a Notary
8         Public within and for the State of
9         New York, do hereby certify:
10             That DOMINICK MANTOVANI, the
11        witness whose deposition is
12        hereinbefore set forth, was duly
13        sworn by me and that such
14        deposition is a true record of the
15        testimony given by such witness.
16             I further certify that I am not
17        related to any of the parties to this
18        action by blood or marriage; and that I
19        am in no way interested in the outcome
20        of this matter.
21             IN WITNESS WHEREOF, I have
22        hereunto set my hand this 17th day
23        of June, 2022.
24             --------------------------
25                  NANCY DIONISIO
```

*Rich Moffett Court Reporting, Inc.*

# 0

**000** [1] - 87:18
**0038** [1] - 155:20
**0093-0094** [1] - 155:19
**021-024** [1] - 155:13
**025-028** [1] - 155:14
**0276-0277** [1] - 155:8
**0278** [1] - 155:9
**0279** [1] - 155:10
**028** [1] - 130:25
**0332-0336** [1] - 155:17
**0337-0343** [1] - 155:18
**0344-0346** [1] - 155:16
**040-041** [1] - 154:24
**047** [1] - 155:11
**05** [2] - 17:14, 124:13
**065** [1] - 155:12
**07** [2] - 18:10, 40:18
**07:00** [3] - 18:21,
90:22, 91:3
**088-090** [1] - 155:6
**091-092** [1] - 155:7

# 1

**1** [4] - 4:2, 85:14,
87:14, 154:24
**1)(f** [1] - 131:11
**10** [2] - 126:14, 155:13
**10:06** [1] - 1:13
**11** [3] - 130:11,
132:22, 155:14
**11501** [2] - 2:13, 4:19
**11550** [1] - 2:6
**118-120** [1] - 155:14
**119** [2] - 23:2, 135:17
**12** [2] - 133:17, 155:15
**120** [1] - 135:25
**122** [6] - 40:20, 40:22,
41:2, 41:7, 41:14,
90:23
**13** [3] - 90:10, 136:6,
155:16
**13:40** [1] - 91:10
**14** [2] - 138:20, 155:17
**1490** [1] - 4:18
**15** [3] - 87:23, 143:12,
155:18
**150** [1] - 154:5
**151** [1] - 154:6
**15th** [2] - 20:21,
132:15
**16** [2] - 146:14, 155:19
**17** [2] - 146:15, 155:20
**170.30** [1] - 131:11
**17th** [1] - 156:22
**18** [2] - 146:17, 155:21
**18-519** [1] - 1:5

**180** [1] - 114:20
**19** [2] - 4:3, 155:22
**19:00** [6] - 17:14,
18:11, 18:21, 40:18,
90:23, 91:3
**1:38** [1] - 152:20
**1:40** [1] - 91:13

# 2

**2** [2] - 107:2, 155:5
**20** [6] - 46:12, 61:16,
61:18, 82:15, 83:2,
151:20
**20-2017** [1] - 88:14
**200** [1] - 115:3
**2011** [1] - 23:13
**2012** [1] - 23:14
**2014** [1] - 23:14
**2015** [4] - 7:21, 7:24,
11:13, 11:19
**2017** [17] - 40:13,
41:13, 47:5, 47:19,
57:16, 90:22, 106:4,
108:5, 108:24,
115:19, 117:24,
119:4, 126:23,
128:7, 134:18,
145:2, 154:16
**2018** [8] - 30:10,
52:25, 87:23,
129:14, 131:6,
131:25, 132:10,
132:25
**2019** [2] - 19:12, 19:13
**2020** [2] - 26:14, 26:17
**2022** [4] - 1:13,
153:11, 153:22,
156:23
**204** [1] - 107:17
**205** [1] - 107:7
**205-206** [1] - 155:5
**206** [1] - 109:6
**22** [1] - 109:18
**231** [1] - 24:24
**24** [2] - 37:3, 110:3
**25** [2] - 130:18, 131:3
**2510** [7] - 41:18, 43:8,
43:25, 59:11, 64:23,
65:2, 91:9
**26** [3] - 130:20, 149:2,
155:21
**276** [1] - 117:10
**277** [1] - 118:23
**279** [1] - 120:2
**29** [1] - 131:6

# 3

**3** [4] - 1:13, 109:22,

**153:11, 155:6**
**30** [1] - 110:8
**33** [1] - 154:13
**332** [1] - 138:23
**333** [1] - 140:13
**334** [1] - 141:5
**335** [1] - 141:5
**336** [1] - 142:12
**338** [1] - 144:13
**34** [2] - 33:19, 48:7
**340** [1] - 145:10
**341** [1] - 145:23
**342** [1] - 145:23
**343** [1] - 146:9
**344** [1] - 136:12
**346** [1] - 137:5
**347** [1] - 138:8
**348** [1] - 138:14
**349** [1] - 138:20

# 4

**4** [22] - 113:17, 154:4,
154:24, 155:5,
155:6, 155:7, 155:8,
155:9, 155:10,
155:11, 155:12,
155:13, 155:14,
155:15, 155:16,
155:17, 155:18,
155:19, 155:20,
155:21, 155:22
**40** [1] - 87:19
**41** [3] - 87:19, 90:9,
102:18
**47** [2] - 124:5, 154:16

# 5

**5** [2] - 116:14, 155:8
**50s** [1] - 72:18
**556** [1] - 2:5

# 6

**6** [2] - 118:24, 155:9
**60s** [1] - 72:18
**6130** [1] - 64:15
**65** [3] - 124:12, 124:15

# 7

**7** [11] - 41:13, 47:4,
57:16, 90:22,
115:19, 117:24,
119:4, 119:21,
134:18, 145:2,
155:10
**71** [1] - 118:6
**7th** [5] - 11:19, 40:13,

47:19, 108:23,
154:16

# 8

**8** [3] - 102:17, 123:22,
155:11
**88** [1] - 110:2

# 9

**9** [4] - 124:9, 131:6,
131:7, 155:12
**91** [1] - 113:19
**911** [3] - 60:24, 61:8,
62:18
**92** [1] - 113:24
**9:00** [1] - 34:19

# A

**a.m** [1] - 1:13
**A.M** [1] - 34:19
**ability** [4] - 70:19,
70:21, 122:17,
122:20
**able** [3] - 30:16, 65:17,
87:7
**above-mentioned** [1]
- 1:18
**above-titled** [1] - 1:17
**academy** [5] - 7:23,
8:2, 8:18, 8:24,
11:12
**Academy** [1] - 11:24
**according** [2] - 73:25,
128:14
**accurate** [18] - 12:21,
73:9, 73:13, 89:9,
89:15, 90:23, 91:2,
91:4, 94:8, 98:22,
114:20, 114:21,
117:17, 118:19,
118:20, 119:25,
120:4, 136:13
**accused** [1] - 146:25
**Acrolino** [1] - 52:12
**action** [5] - 1:18, 4:24,
5:5, 30:12, 156:18
**actively** [2] - 39:8,
39:17
**activities** [2] - 23:21,
23:24
**activity** [1] - 30:12
**acts** [1] - 131:12
**actual** [4] - 33:5,
69:23, 117:4, 147:21
**ADA** [7] - 126:24,
127:20, 127:22,
128:6, 128:21,

129:15, 130:14
**addition** [1] - 42:12
**additional** [2] - 8:4,
48:18
**address** [9] - 4:17,
6:5, 28:9, 37:3,
43:10, 43:14, 43:18,
60:2, 61:14
**addresses** [2] - 33:21,
154:13
**addressing** [1] - 28:12
**administer** [1] - 3:18
**administrative** [1] -
88:20
**advised** [1] - 129:20
**advisement** [2] - 34:2,
48:10
**Affairs** [33] - 19:8,
19:11, 19:15, 20:2,
22:9, 40:4, 40:9,
51:4, 51:19, 56:4,
56:7, 88:5, 88:9,
88:16, 93:2, 93:4,
93:10, 107:25,
108:7, 119:14,
132:3, 132:7,
132:17, 133:2,
133:6, 133:9,
146:24, 147:9,
147:14, 147:17,
152:4, 152:13,
155:21
**affairs** [2] - 52:3,
83:10
**aforementioned** [1] -
149:6
**afternoon** [2] - 41:24,
91:14
**age** [3] - 94:14, 110:4,
118:7
**aggravated** [1] - 63:9
**aggressive** [5] -
67:10, 67:13, 67:20,
68:4, 69:21
**ago** [3] - 20:21, 26:13,
32:15
**AGREED** [3] - 3:4,
3:10, 3:15
**ahead** [4] - 44:21,
108:19, 108:20,
108:21
**ahold** [2] - 80:18, 81:2
**air** [3] - 45:25, 46:6,
75:17
**allegations** [3] -
26:20, 27:4, 27:11
**alleged** [3] - 27:4,
27:13, 38:19
**allegedly** [3] - 99:16,
120:6, 120:13

**alleging** [2] - 119:3, 119:23
**allow** [1] - 94:7
**allowances** [2] - 33:22, 154:14
**allowed** [3] - 32:3, 65:17, 93:25
**allows** [2] - 32:18, 33:10
**alright** [1] - 24:9
**Amityville** [2] - 112:21, 112:24
**amount** [6] - 32:3, 61:16, 75:6, 75:13, 82:13, 111:14
**AND** [3] - 3:3, 3:9, 3:14
**angle** [1] - 149:20
**animated** [1] - 69:25
**ankle** [11] - 83:23, 83:25, 110:11, 110:13, 110:14, 110:17, 110:19, 110:21, 110:25, 111:11, 112:15
**answer** [17] - 7:8, 18:23, 29:16, 34:10, 44:14, 53:6, 74:24, 75:10, 85:4, 112:9, 112:20, 121:6, 121:21, 121:24, 122:3, 123:9, 150:24
**answered** [2] - 27:21, 38:3
**answers** [1] - 153:14
**apologize** [3] - 24:9, 80:5, 86:15
**apology** [1] - 86:19
**appear** [2] - 53:11, 89:25
**appearance** [1] - 131:6
**appeared** [3] - 43:8, 53:10, 55:8
**application** [1] - 19:14
**applications** [1] - 18:20
**applied** [2] - 20:13, 20:20
**apply** [1] - 20:19
**appreciated** [1] - 6:22
**apprehending** [1] - 30:14
**apprehension** [1] - 30:25
**approach** [1] - 44:20
**April** [3] - 19:12, 19:18, 126:23
**area** [6] - 16:5, 22:16, 22:18, 74:8, 96:6,

137:23
**arm** [15] - 74:15, 74:19, 74:21, 75:2, 75:3, 75:17, 75:19, 77:19, 77:20, 77:25, 78:5, 78:9, 79:21, 79:23
**armed** [1] - 16:5
**arrest** [17] - 27:9, 30:17, 35:9, 35:19, 36:11, 36:20, 39:8, 56:15, 58:6, 61:5, 61:6, 77:11, 77:14, 119:3, 119:17, 124:18, 131:18
**arrested** [1] - 63:9
**arrive** [1] - 43:22
**arriving** [1] - 62:9
**ascertain** [1] - 56:17
**aside** [2] - 40:5, 51:17
**assaulting** [2] - 117:20, 131:18
**assigned** [7] - 9:22, 9:23, 12:14, 17:13, 19:7, 19:10, 40:19
**assignment** [6] - 9:25, 10:4, 18:25, 19:2, 19:19, 20:3
**assignments** [1] - 22:2
**assist** [3] - 77:13, 77:16, 77:17
**assistant** [2] - 53:15, 54:22
**assisted** [2] - 101:14, 101:18
**assisting** [3] - 42:8, 42:9, 101:17
**associates** [1] - 23:17
**assume** [1] - 93:25
**athlete** [1] - 111:2
**attempt** [4] - 72:5, 77:24, 79:24, 80:11
**attempted** [8] - 60:11, 65:6, 65:13, 77:12, 77:15, 77:17, 78:14, 78:16
**attempting** [3] - 103:20, 104:24, 105:4
**attend** [3] - 19:24, 23:11, 23:15
**attending** [1] - 23:19
**attorney** [9] - 4:23, 7:3, 46:22, 47:25, 49:8, 51:17, 52:14, 53:25, 83:5
**ATTORNEY** [1] - 2:10
**Attorney** [1] - 2:11
**attorney's** [8] - 52:18,

55:2, 55:7, 55:13, 56:10, 56:13, 57:2, 57:14
**Attorneys** [1] - 2:4
**attorneys** [5] - 3:4, 53:15, 54:22, 83:7, 106:20
**August** [2] - 19:12, 19:18
**Authority** [3] - 13:21, 13:23, 14:10
**authority** [2] - 121:17, 123:4
**authorized** [1] - 3:17
**auto** [1] - 45:11
**automatically** [1] - 18:15
**Avenue** [10] - 4:18, 24:20, 24:23, 37:3, 37:23, 41:5, 41:9, 41:19, 64:23, 134:2
**avoid** [1] - 79:17
**awarded** [1] - 30:7
**awards** [2] - 30:4, 31:7
**aware** [23] - 51:6, 51:8, 58:16, 58:18, 103:7, 106:12, 106:16, 106:17, 117:18, 126:18, 126:19, 127:4, 127:8, 128:13, 128:17, 128:19, 133:7, 133:12, 133:23, 133:25, 146:18, 149:9, 149:14

## B

**Babylon** [2] - 24:18, 24:22
**Bachelor's** [1] - 23:7
**backed** [1] - 125:4
**background** [1] - 137:14
**backing** [2] - 98:16, 98:17
**backs** [3] - 67:12, 70:4, 70:12
**backwards** [8] - 70:17, 70:20, 70:23, 79:25, 80:8, 80:11, 97:19, 98:8
**badge** [1] - 20:7
**badges** [2] - 33:23, 154:14
**Baldwin** [4] - 41:2, 41:4, 41:5, 134:13
**balls** [1] - 102:3
**band** [1] - 31:15

**bands** [2] - 33:22, 154:14
**based** [3] - 102:22, 139:9, 140:17
**basic** [1] - 45:20
**Bates** [24] - 87:15, 90:9, 102:17, 107:6, 107:16, 109:6, 109:25, 113:19, 120:2, 124:4, 124:11, 130:19, 130:24, 135:12, 135:25, 138:8, 138:23, 140:12, 141:4, 145:22, 154:24, 155:5, 155:6, 155:7
**Bates-stamped** [1] - 113:19
**BE** [1] - 154:18
**beaten** [1] - 149:6
**BECKWITH** [1] - 1:7
**Beckwith** [63] - 42:15, 43:7, 43:19, 44:18, 44:19, 45:9, 53:13, 53:24, 54:3, 57:5, 57:15, 58:24, 60:8, 66:6, 67:6, 67:19, 67:22, 69:20, 70:8, 71:10, 74:8, 74:11, 74:18, 75:2, 75:23, 76:15, 77:3, 77:8, 77:13, 77:16, 79:17, 84:2, 94:8, 94:11, 94:17, 95:8, 95:9, 97:3, 98:14, 98:21, 103:16, 103:19, 104:3, 104:5, 104:8, 104:13, 104:18, 104:20, 105:14, 105:16, 105:19, 105:20, 107:22, 108:15, 116:24, 117:9, 120:8, 120:22, 123:6, 125:5, 125:22, 128:14, 146:21
**Beckwith's** [9] - 74:2, 75:8, 75:15, 75:22, 95:25, 120:6, 120:14, 128:17, 146:16
**become** [2] - 68:13, 106:17
**becoming** [1] - 16:12
**beer** [6] - 73:5, 73:7, 73:12, 73:17, 73:19, 73:21
**began** [3] - 65:24, 95:7, 95:12

**behind** [9] - 77:10, 77:20, 77:25, 78:6, 78:7, 81:16, 98:16, 99:9, 137:22
**belly** [9] - 72:19, 72:23, 73:5, 73:7, 73:11, 73:13, 73:18, 73:19, 73:21
**below** [3] - 72:2, 81:18, 81:20
**bend** [1] - 78:10
**benefits** [1] - 112:12
**BESEDIN** [1] - 1:3
**Besedin** [105] - 4:24, 59:8, 59:14, 60:2, 60:12, 62:16, 63:7, 65:6, 66:5, 66:24, 70:13, 70:23, 71:3, 71:13, 71:18, 72:4, 72:8, 73:25, 74:9, 74:12, 74:17, 77:2, 77:9, 77:14, 78:16, 78:24, 79:18, 80:2, 80:4, 81:5, 81:6, 81:22, 82:3, 83:15, 84:2, 84:7, 84:12, 91:20, 93:25, 95:7, 95:8, 95:12, 95:24, 96:19, 96:23, 98:15, 98:21, 99:3, 102:16, 102:21, 103:3, 103:16, 103:18, 104:4, 104:7, 104:12, 104:25, 105:4, 105:14, 105:15, 105:18, 106:10, 106:13, 106:23, 117:10, 117:19, 118:6, 118:23, 119:16, 120:2, 120:5, 121:2, 122:6, 123:6, 127:5, 127:9, 127:11, 128:23, 129:11, 130:8, 133:21, 136:12, 137:5, 140:13, 142:12, 144:13, 145:4, 146:8, 146:21, 149:10, 150:23, 151:16, 152:15, 155:8, 155:9, 155:10, 155:11, 155:12, 155:16, 155:17, 155:18, 155:19, 155:20
**Besedin's** [13] - 61:24, 80:7, 96:22, 97:3,

108:23, 129:5, 135:22, 136:9, 137:18, 137:24, 139:4, 143:14, 144:19
**best** [3] - 28:18, 48:7, 57:7
**bet** [1] - 128:16
**better** [1] - 128:16
**between** [4] - 1:24, 3:4, 61:10, 96:9
**big** [1] - 72:14
**biological** [1] - 7:2
**bit** [4] - 72:4, 72:18, 76:9, 139:17
**blank** [2] - 93:16, 93:18
**block** [1] - 134:23
**blood** [1] - 156:18
**blue** [5] - 31:18, 33:24, 140:3, 142:18, 154:14
**body** [6] - 79:23, 80:7, 81:19, 103:25, 144:25, 149:13
**book** [8] - 46:19, 46:21, 47:4, 47:6, 47:8, 47:16, 47:19, 154:16
**books** [3] - 47:13, 47:17, 61:21
**bosses** [1] - 20:25
**bottom** [11] - 66:13, 66:14, 66:17, 89:21, 89:24, 113:23, 113:25, 116:11, 117:6, 141:22
**Boulevard** [1] - 2:5
**bounce** [2] - 97:11, 97:24
**bounced** [2] - 97:6, 97:16
**bouncing** [1] - 97:22
**box** [2] - 86:10, 142:19
**boxes** [1] - 116:8
**brace** [1] - 111:6
**break** [3] - 6:24, 7:5, 122:4
**BREWINGTON** [78] - 2:3, 2:7, 4:13, 24:8, 27:23, 33:17, 34:4, 46:24, 47:23, 48:5, 48:12, 76:19, 76:24, 84:17, 84:21, 85:3, 85:7, 85:16, 89:23, 90:18, 100:5, 100:10, 100:14, 102:14, 106:25, 107:15, 109:7, 109:21, 111:25,

113:16, 113:22, 116:13, 117:23, 118:21, 119:20, 123:21, 124:8, 124:16, 126:13, 130:11, 130:18, 131:22, 132:11, 132:23, 133:16, 135:11, 135:15, 136:3, 136:5, 136:11, 136:16, 137:4, 137:12, 138:13, 138:19, 139:18, 140:3, 140:11, 141:3, 142:11, 143:11, 144:11, 144:18, 145:9, 145:15, 145:22, 146:4, 146:12, 148:5, 150:5, 150:10, 150:13, 151:8, 151:14, 152:2, 152:17, 154:4, 154:6
**bREWINGTON** [1] - 115:7
**Brewington** [1] - 4:21
**bring** [1] - 78:10
**broke** [5] - 90:24, 108:13, 111:24, 112:4, 138:5
**brought** [2] - 27:24, 34:24
**bruised** [1] - 149:5
**bruises** [1] - 143:21
**brutally** [1] - 149:3
**built** [1] - 72:15
**bunch** [1] - 91:19
**burglaries** [2] - 30:15, 30:19
**burglarized** [2] - 45:12, 91:17
**burglary** [2] - 42:4, 63:4
**buttock** [1] - 149:19
**buttocks** [1] - 144:21
**BY** [7] - 2:7, 2:14, 4:12, 76:23, 150:19, 151:13, 154:3

## C

**C.W** [4] - 23:9, 23:12, 23:20, 25:3
**capacities** [1] - 1:8
**car** [13] - 22:22, 22:24, 23:3, 40:22, 41:15, 103:25, 104:6, 104:11, 104:24, 105:9, 105:16,

105:18, 137:22
**care** [1] - 45:5
**career** [1] - 47:13
**carefully** [1] - 86:22
**carried** [2] - 102:19, 103:15
**carry** [1] - 78:21
**cars** [7] - 43:22, 44:10, 61:20, 137:15, 137:20, 137:24, 138:6
**case** [21] - 5:8, 39:20, 40:12, 49:7, 53:9, 54:19, 116:17, 118:11, 119:4, 123:23, 123:25, 124:2, 126:25, 129:5, 129:22, 129:25, 133:7, 133:12, 137:8, 147:2, 148:7
**catch** [2] - 30:16, 84:5
**caused** [2] - 97:23, 98:11
**causing** [1] - 149:18
**CB** [1] - 45:25
**cell** [3] - 63:23, 64:3, 64:12
**center** [1] - 112:25
**centered** [2] - 140:18, 140:21
**certification** [1] - 3:7
**certify** [3] - 153:9, 156:9, 156:16
**chance** [1] - 92:10
**change** [3] - 17:17, 17:19, 17:25
**changed** [2] - 17:24, 18:3
**charge** [2] - 128:22, 131:19
**charged** [1] - 117:19
**charger** [1] - 76:18
**charges** [4] - 119:16, 131:16, 131:17, 147:9
**chose** [1] - 70:22
**Chris** [1] - 52:11
**citizens** [1] - 146:19
**City** [9] - 11:24, 12:23, 15:24, 16:9, 25:7, 25:11, 40:6, 120:24
**city** [1] - 14:3
**Civil** [1] - 1:22
**civil** [1] - 15:16
**civilian** [4] - 25:12, 25:22, 43:14, 43:18
**claim** [1] - 111:17
**clarification** [1] - 150:16

**class** [1] - 9:4
**classmates** [1] - 8:10
**clear** [16] - 38:17, 39:10, 50:2, 50:10, 68:17, 69:7, 70:6, 85:21, 90:5, 96:12, 98:10, 105:2, 114:14, 118:15, 118:22, 140:14
**clearly** [1] - 6:2
**closed** [2] - 47:9, 47:10
**closeout** [1] - 150:16
**closer** [1] - 137:6
**Cohen** [1] - 31:3
**College** [2] - 23:18, 25:2
**college** [2] - 24:25, 25:3
**collide** [1] - 149:19
**color** [1] - 109:19
**combative** [1] - 65:8
**combination** [1] - 98:13
**combined** [1] - 151:3
**coming** [2] - 13:4, 134:13
**command** [1] - 62:10
**commanders** [1] - 20:25
**Commanding** [1] - 88:8
**commands** [2] - 99:7, 99:23
**committing** [2] - 30:15, 68:24
**Communities** [1] - 109:25
**Community** [7] - 19:8, 19:11, 19:15, 20:2, 22:8, 23:18, 25:2
**community** [2] - 30:18, 30:20
**Comp** [1] - 111:21
**Compensation** [3] - 111:18, 112:6, 112:12
**complained** [1] - 145:4
**Complaint** [1] - 155:22
**complaint** [9] - 27:5, 62:6, 63:3, 116:17, 116:21, 116:25, 118:11, 146:20, 148:7
**complaints** [2] - 25:13, 25:22
**complete** [2] - 110:13, 153:12

**completed** [2] - 12:16, 12:18
**completely** [4] - 69:18, 76:4, 76:13, 79:25
**completing** [1] - 8:15
**compliance** [1] - 88:22
**compound** [1] - 84:20
**computer** [1] - 93:5
**concerning** [9] - 31:14, 51:10, 51:15, 54:19, 103:3, 103:6, 126:25, 146:20, 146:24
**conclusion** [2] - 9:20, 121:5
**condition** [1] - 121:11
**conduct** [1] - 112:17
**confusion** [1] - 21:12
**Connick** [1] - 9:15
**Conroy** [1] - 35:13
**consciousness** [1] - 102:25
**consistent** [1] - 86:24
**constitute** [1] - 131:14
**constitutes** [1] - 88:24
**consultation** [1] - 92:18
**Cont'd** [1] - 155:2
**contact** [1] - 59:25
**content** [1] - 49:23, 83:11
**continually** [1] - 94:13
**continue** [1] - 19:20
**CONTINUED** [2] - 76:23, 151:13
**continued** [2] - 63:7, 125:3
**Continued..** [1] - 154:25
**continues** [1] - 63:5
**control** [2] - 98:15, 98:25
**conversation** [20] - 43:13, 43:17, 44:25, 49:10, 64:3, 64:7, 64:17, 64:21, 64:24, 66:24, 67:18, 67:21, 70:8, 71:3, 106:9, 128:10, 128:18, 129:4, 129:7, 129:15
**conversations** [2] - 126:17, 151:25
**convicted** [1] - 129:12
**cooperate** [1] - 99:12
**cooperating** [3] - 45:19, 60:15, 67:4
**Cop** [2] - 30:7, 31:4
**copy** [6] - 48:2, 48:7,

82:16, 82:20, 119:7, 119:15
**corner** [1] - 134:10
**correct** [118] - 27:13, 31:11, 37:7, 37:24, 37:25, 38:4, 38:5, 38:8, 38:24, 38:25, 40:23, 50:13, 50:14, 54:5, 59:11, 61:2, 61:5, 63:13, 68:21, 69:3, 69:5, 69:6, 70:14, 70:15, 70:24, 70:25, 71:14, 71:19, 71:20, 71:23, 71:24, 78:12, 79:2, 79:8, 79:12, 86:12, 88:9, 88:10, 88:17, 88:18, 89:6, 89:7, 91:15, 93:7, 93:8, 94:4, 94:5, 94:24, 94:25, 95:18, 95:19, 95:22, 95:23, 96:19, 96:20, 100:19, 100:20, 105:6, 105:11, 110:4, 110:5, 111:2, 111:3, 114:7, 115:6, 116:11, 116:12, 120:17, 120:18, 120:20, 120:21, 122:7, 122:8, 122:9, 122:10, 122:12, 122:13, 122:15, 122:16, 122:18, 122:19, 122:22, 122:23, 123:2, 123:3, 129:12, 129:13, 130:10, 130:24, 133:3, 133:4, 133:13, 135:3, 135:4, 137:9, 139:11, 139:12, 139:25, 140:2, 141:9, 141:12, 141:13, 144:16, 144:17, 145:13, 145:14, 146:2, 146:3, 147:22, 147:24, 148:2, 148:4, 149:15, 149:16, 150:2, 150:3, 153:13, 153:15
**correctly** [1] - 116:9
**Correspondence** [1] - 87:23
**Counsel** [9] - 1:24, 48:8, 84:18, 118:14, 119:10, 148:20, 150:22, 151:25, 152:6

**County** [27] - 5:3, 7:16, 7:19, 13:4, 13:9, 13:12, 13:21, 15:25, 16:23, 17:4, 19:5, 20:11, 20:15, 21:24, 22:12, 25:2, 25:16, 25:20, 26:6, 31:20, 32:20, 87:16, 107:12, 131:8, 155:13, 155:14, 155:15
**COUNTY** [7] - 1:6, 2:9, 2:10, 2:11, 153:5, 156:5
**couple** [8] - 65:16, 65:22, 71:7, 71:8, 71:13, 71:17, 94:21, 94:23
**course** [1] - 8:9
**courses** [1] - 8:13
**Court** [2] - 3:20, 4:25
**COURT** [1] - 1:2
**court** [13] - 6:18, 28:19, 29:5, 29:10, 53:7, 53:8, 54:16, 54:18, 56:16, 56:21, 119:2, 130:15, 131:5
**covers** [1] - 41:2
**CPL** [1] - 131:11
**crazy** [1] - 87:8
**crease** [1] - 144:21
**crimes** [1] - 68:24
**criminal** [3] - 89:3, 89:10, 89:16
**crutches** [2] - 111:5, 111:8
**current** [5] - 10:3, 10:12, 15:20, 17:19, 19:25
**Curry** [1] - 34:21
**curse** [1] - 122:17
**cursing** [5] - 65:15, 65:24, 99:4, 99:21, 122:9
**custody** [3] - 143:15, 143:19, 145:2
**cut** [1] - 149:5
**cutout** [1] - 91:6
**cuts** [1] - 143:21
**CV** [1] - 1:5

# D

**D.M** [1] - 90:6
**DA** [4] - 54:8, 128:18, 152:3, 152:13
**DA's** [9] - 53:4, 53:18, 54:18, 57:4, 87:17, 119:14, 124:5, 126:17, 129:21

**Dan** [2] - 128:6, 129:16
**danger** [2] - 69:8, 69:12
**date** [8] - 10:21, 54:15, 59:16, 85:15, 114:25, 129:19, 131:13, 132:5
**dated** [1] - 87:23
**dates** [1] - 30:10
**days** [15] - 17:8, 17:14, 17:15, 18:4, 18:6, 18:13, 32:3, 57:25, 58:3, 109:15, 111:12, 111:14, 111:15, 111:20, 112:5
**deal** [2] - 84:9, 97:21
**dealing** [2] - 27:18, 68:9
**debates** [1] - 22:4
**decided** [3] - 65:25, 69:5, 69:9
**deck** [1] - 125:4
**declined** [3] - 14:6, 14:9, 14:11
**Deer** [2] - 24:19, 24:23
**deescalate** [1] - 68:15
**Defendant** [9] - 4:7, 25:25, 39:7, 125:3, 125:6, 125:23, 126:10, 131:13, 149:6
**defendant** [1] - 1:17
**Defendants** [2] - 1:9, 5:4
**defense** [1] - 83:6
**definitely** [1] - 67:16
**definitively** [3] - 98:2, 127:19, 128:4
**degree** [3] - 23:7, 23:17, 119:24
**delegate** [3] - 92:21, 115:18, 115:22
**delegates** [2] - 115:17, 148:19
**dense** [1] - 80:6
**DEPARTMENT** [1] - 1:7
**department** [14] - 13:14, 13:18, 15:18, 16:25, 31:8, 32:24, 33:5, 40:8, 53:12, 60:7, 89:5, 108:10, 108:17, 115:15
**Department** [21] - 7:17, 7:20, 12:23, 13:5, 13:9, 15:24, 15:25, 16:9, 16:23, 17:5, 19:5, 20:11,

20:15, 21:24, 22:12, 25:7, 25:11, 25:16, 25:21, 31:21, 107:12
**departmental** [2] - 33:21, 154:13
**departments** [1] - 15:4
**depicted** [2] - 137:14, 138:23
**deployed** [2] - 37:7, 37:9
**deposed** [1] - 29:2
**DEPOSITION** [1] - 1:15
**deposition** [11] - 3:8, 3:15, 6:7, 34:6, 50:11, 92:5, 118:18, 119:11, 153:11, 156:11, 156:14
**describe** [7] - 72:10, 73:2, 74:20, 75:6, 75:13, 101:9, 139:14
**described** [1] - 75:15
**description** [1] - 73:9
**desk** [8] - 62:7, 62:11, 62:13, 62:14, 62:22, 63:5, 63:13, 63:15
**detail** [2] - 20:3, 20:4
**details** [1] - 27:11
**determination** [2] - 19:19, 131:12
**determine** [1] - 142:5
**diagnosed** [2] - 118:4, 127:5
**diagnosis** [1] - 110:17
**difference** [1] - 127:16
**different** [3] - 96:13, 109:15, 109:16
**difficult** [1] - 6:16
**dignitary** [1] - 22:3
**DIONISIO** [2] - 156:7, 156:25
**Dionisio** [1] - 1:19
**direction** [2] - 101:22, 140:8
**DIRECTIONS** [1] - 154:8
**directly** [1] - 139:21
**discharged** [1] - 110:18
**disciplines** [3] - 8:19, 25:8, 25:17
**discontinued** [1] - 19:8
**discussed** [1] - 152:5
**discussion** [3] - 50:7, 53:18, 152:10
**Discussion** [2] - 47:2, 150:11
**discussions** [1] - 119:13

**dismiss** [3] - 129:22, 131:11, 131:16
**dismissal** [3] - 130:7, 132:21, 132:24
**dismissed** [2] - 133:7, 133:13
**dismissing** [1] - 129:25
**dispatch** [3] - 42:5, 61:8, 62:8
**dispatched** [2] - 60:21, 62:5
**dispatchers** [3] - 60:24, 62:19, 62:21
**disposition** [1] - 110:11
**disregard** [1] - 46:2
**disrespect** [1] - 86:14
**distance** [2] - 141:20, 141:21
**District** [1] - 4:25
**district** [13] - 52:18, 53:15, 54:22, 55:2, 55:6, 55:13, 56:10, 56:13, 57:2, 57:13, 83:7, 106:19, 119:2
**DISTRICT** [2] - 1:2, 1:2
**do..** [1] - 77:23
**DOCUMENT** [1] - 154:11
**document** [18] - 86:23, 87:6, 87:10, 87:22, 89:20, 90:14, 90:19, 92:17, 93:11, 114:4, 116:10, 124:6, 124:19, 130:14, 135:19, 146:13, 148:22, 150:6
**documents** [10] - 49:12, 49:17, 49:22, 50:13, 84:16, 85:10, 85:11, 85:12, 119:19, 147:16
**Documents** [1] - 4:3
**Dominick** [1] - 4:16
**DOMINICK** [5] - 1:15, 153:8, 153:19, 154:4, 156:10
**done** [10] - 7:9, 11:13, 16:4, 45:13, 70:5, 88:21, 92:12, 92:25, 93:3, 116:9
**door** [27] - 37:24, 38:3, 65:5, 65:10, 65:14, 65:19, 65:21, 76:3, 76:6, 76:11, 78:25, 79:4, 79:6, 94:2, 105:5, 105:10, 125:6, 125:23,

126:5, 139:15, 140:8, 140:15, 140:18, 140:23, 141:8, 141:14
**doors** [1] - 105:3
**doorway** [1] - 94:4
**doubled** [1] - 44:4
**down** [64] - 5:16, 56:22, 57:2, 57:6, 59:5, 66:10, 66:12, 67:12, 69:14, 71:23, 72:5, 75:19, 78:22, 79:18, 80:13, 84:3, 84:7, 84:12, 86:20, 89:21, 91:23, 93:11, 94:20, 94:23, 98:19, 99:24, 99:25, 100:4, 100:19, 100:25, 101:2, 101:9, 101:15, 101:21, 102:4, 102:10, 102:11, 110:12, 113:23, 117:11, 117:13, 122:5, 127:12, 131:23, 134:15, 134:17, 134:22, 139:10, 142:14, 142:22, 143:3, 149:18, 149:22, 149:23, 150:2, 150:4, 150:23, 151:3, 151:5, 151:22, 152:15
**drafting** [2] - 116:20, 124:22
**draw** [1] - 142:18
**drink** [2] - 73:20, 122:24
**drinking** [1] - 122:11
**driver's** [1] - 105:10
**drove** [1] - 61:22
**duly** [2] - 4:8, 156:12
**during** [23] - 8:7, 8:12, 8:17, 8:24, 9:16, 9:17, 19:4, 21:23, 25:6, 25:10, 25:15, 34:12, 36:25, 37:19, 43:12, 43:17, 45:10, 46:19, 47:13, 56:10, 56:25, 61:9, 126:16
**duty** [2] - 32:5, 32:8

## E

**e-mail** [1] - 27:2
**ear** [3] - 81:16, 81:18, 81:20
**early** [2] - 41:24, 72:18
**East** [1] - 30:21

**east** [1] - 41:8
**Eastern** [1] - 4:25
**EASTERN** [1] - 1:2
**edge** [5] - 79:11, 79:14, 142:17, 142:19, 149:20
**education** [1] - 23:6
**effect** [1] - 3:19
**either** [8] - 33:5, 58:5, 68:10, 101:21, 120:2, 124:12, 136:15, 149:14
**elbow** [5] - 78:10, 143:14, 144:8, 144:12, 144:14
**elbows** [1] - 149:8
**electronically** [1] - 5:24
**eligible** [5] - 10:24, 11:2, 11:4, 14:16, 14:17
**Emergency** [4] - 20:18, 21:12, 21:14, 21:17
**emotional** [2] - 68:11, 121:12
**employed** [3] - 7:13, 7:15, 7:19
**EMS** [4] - 20:19, 21:7, 21:9, 21:15
**encompass** [1] - 41:4
**end** [3] - 59:21, 90:14, 141:19
**endeavor** [1] - 48:17
**ended** [11] - 30:22, 59:5, 78:17, 78:20, 79:22, 79:25, 81:15, 83:22, 84:2, 84:4, 98:21
**enter** [2] - 11:18, 38:13
**entered** [1] - 7:22
**entering** [1] - 11:12
**entire** [1] - 113:12
**entirely** [7] - 89:18, 97:25, 104:21, 105:23, 106:7, 129:17, 135:8
**Ernest** [1] - 34:21
**ESQ** [2] - 2:7, 2:14
**ESU** [3] - 21:18, 21:19, 21:21
**evaluation** [1] - 146:19
**event** [3] - 27:13, 36:25, 37:22
**events** [1] - 57:15
**eventually** [2] - 103:23, 140:24
**exact** [1] - 10:20,

27:10, 28:8, 30:9, 47:6, 59:2, 61:15, 82:12, 102:7, 102:12, 111:13, 129:19
**exactly** [4] - 96:9, 96:14, 97:17, 148:10
**exam** [6] - 10:17, 10:19, 10:24, 11:10, 110:12, 143:24
**EXAMINATION** [5] - 4:12, 76:23, 150:19, 151:13, 154:3
**examinations** [3] - 10:15, 13:17, 15:17
**examine** [1] - 144:2
**examined** [1] - 4:9
**except** [1] - 3:10
**exclusive** [1] - 151:24
**excuse** [2] - 38:11, 121:25
**EXHIBITS** [2] - 154:22, 155:3
**Exhibits** [1] - 4:2
**exited** [2] - 94:20, 94:22
**exiting** [1] - 95:7, 95:12
**exonerated** [1] - 147:11
**expect** [1] - 14:25
**experience** [1] - 16:2
**expired** [3] - 14:23, 15:14, 15:15
**expires** [1] - 11:7
**explain** [3] - 53:19, 66:25, 74:12
**extending** [1] - 139:7
**extension** [1] - 64:15
**extent** [4] - 57:25, 110:22, 110:24, 111:5
**exterior** [3] - 78:18, 79:9, 117:12
**extracurricular** [2] - 23:21, 23:23
**eyeballs** [1] - 49:19

## F

**face** [1] - 24:4
**facing** [2] - 70:13, 74:10
**fact** [1] - 134:9
**fair** [3] - 6:7, 28:2, 151:11
**fall** [6] - 11:3, 79:18, 79:24, 80:11, 101:21, 110:12
**falling** [2] - 80:8, 84:3

**familiar** [4] - 34:22, 37:4, 127:23, 128:3
**family** [3] - 19:23, 152:7
**far** [8] - 15:14, 46:10, 59:17, 120:23, 135:5, 135:7, 137:23, 142:8
**FDNY** [3] - 15:7, 15:8, 15:11
**February** [14] - 40:13, 41:13, 47:4, 47:19, 57:16, 90:22, 108:5, 108:23, 115:19, 117:23, 119:4, 134:18, 145:2, 154:16
**Federal** [1] - 1:21
**federal** [1] - 148:7
**feet** [3] - 44:21, 69:22, 98:20
**felony** [7] - 116:16, 116:20, 116:25, 118:11, 128:15, 129:10, 129:12
**felt** [4] - 67:10, 68:5, 69:20, 70:2
**female** [1] - 54:13
**few** [1] - 44:21
**field** [13] - 8:5, 9:7, 9:10, 9:11, 9:16, 9:21, 10:8, 12:10, 12:12, 12:16, 12:19, 12:24, 17:3
**figure** [2] - 60:21, 67:3
**filing** [1] - 3:6
**fill** [5] - 50:17, 50:22, 50:25, 115:22, 116:6
**filled** [3] - 21:21, 51:2, 114:16
**fine** [1] - 88:3
**finish** [1] - 67:17
**finished** [3] - 10:21, 17:3, 92:15
**fire** [1] - 15:18
**firearms** [3] - 16:10, 16:13, 16:17
**first** [34] - 4:7, 8:7, 8:15, 12:19, 17:12, 22:14, 41:21, 42:3, 43:13, 44:15, 45:4, 45:13, 46:3, 46:9, 58:15, 59:24, 63:2, 83:24, 84:11, 86:11, 88:19, 91:9, 91:19, 104:10, 110:23, 112:3, 114:10, 114:15, 117:25, 118:9, 119:6, 131:3, 142:17

**First** [11] - 9:8, 9:24, 10:7, 10:10, 22:16, 28:11, 35:7, 35:17, 36:19, 109:10, 120:25
**five** [4] - 64:19, 76:20, 114:19, 114:24
**five-foot** [2] - 114:19, 114:24
**fixed** [1] - 95:21
**flight** [2] - 59:5, 84:3
**floor** [2] - 39:16
**flow** [1] - 131:18
**focus** [1] - 125:13
**folder** [1] - 148:11
**follow** [3] - 34:2, 45:15, 48:10
**follow-up** [3] - 34:2, 45:15, 48:10
**followed** [1] - 66:5
**follows** [1] - 4:10
**foot** [3] - 98:5, 114:19, 114:24
**football** [1] - 24:14
**FOR** [2] - 154:23, 155:4
**force** [8] - 3:19, 75:6, 75:13, 75:17, 97:23, 101:7, 101:9, 101:11
**forcefully** [1] - 149:3
**forcing** [1] - 123:14
**forearm** [10] - 75:5, 75:8, 75:15, 75:22, 77:3, 96:4, 96:6, 96:8, 120:7, 120:14
**forgo** [1] - 87:18
**form** [16] - 3:11, 17:22, 18:23, 44:14, 53:6, 57:11, 66:21, 112:9, 112:20, 113:18, 113:20, 115:22, 117:22, 123:9, 129:2, 147:4
**former** [2] - 35:16, 36:9
**forth** [1] - 156:12
**forward** [3] - 6:10, 79:11, 79:14
**four** [9] - 17:10, 17:14, 17:15, 19:17, 43:25, 117:11, 117:13, 117:14, 143:5
**four-month** [1] - 19:17
**fourth** [4] - 91:8, 142:21, 143:7, 143:9
**Franklin** [1] - 4:18
**Fred** [1] - 4:21
**FREDERICK** [2] - 2:3, 2:7
**freeze** [1] - 5:25

**friends** [1] - 152:7
**front** [29] - 65:18, 65:19, 74:9, 78:19, 78:25, 85:18, 91:25, 94:2, 97:18, 98:7, 106:15, 133:24, 134:3, 135:2, 136:14, 136:19, 136:23, 137:16, 139:3, 139:15, 140:8, 140:15, 140:18, 140:22, 140:23, 141:8, 141:9, 141:14, 148:17
**frozen** [1] - 100:6
**full** [1] - 6:7
**fully** [2] - 6:8, 71:21
**fun** [1] - 94:14
**FURNISHED** [1] - 154:18
**FURTHER** [2] - 3:9, 3:14
**future** [1] - 87:19

### G

**gather** [3] - 45:3, 60:13, 60:20
**general** [1] - 30:13
**gentleman** [1] - 45:2
**gesture** [1] - 6:16
**gestured** [1] - 95:9
**given** [6] - 111:5, 111:6, 111:8, 121:10, 153:14, 156:15
**glass** [1] - 65:9
**glasses** [1] - 72:13
**glitch** [1] - 5:25
**grab** [4] - 39:18, 79:24, 81:21, 82:3
**grabbed** [6] - 77:18, 80:12, 80:23, 81:9, 83:15
**grabbing** [3] - 79:21, 79:25, 81:15
**graduate** [1] - 9:3
**grand** [2] - 29:8, 29:9
**granted** [1] - 68:2
**grasp** [2] - 96:21, 97:3
**greatly** [1] - 6:22
**grille** [1] - 137:6
**ground** [15] - 59:6, 95:3, 95:6, 95:12, 95:13, 98:22, 100:17, 102:11, 141:17, 141:18, 142:20, 142:22, 143:8, 143:10, 149:4

**guess** [16] - 33:4, 33:7, 45:11, 45:15, 57:22, 60:23, 72:13, 79:23, 80:9, 81:15, 94:15, 101:13, 118:8, 123:16, 142:4, 148:18
**guessing** [1] - 72:17
**guide** [1] - 102:4
**guided** [1] - 101:20
**gun** [1] - 20:7
**guys** [1] - 108:9

### H

**half** [4] - 8:4, 12:7, 109:4, 112:4
**hand** [27] - 39:9, 39:11, 39:15, 74:2, 74:17, 78:2, 78:3, 78:6, 78:11, 80:9, 81:16, 82:5, 95:10, 95:25, 96:2, 96:5, 96:6, 96:8, 96:11, 96:22, 97:4, 98:16, 102:2, 102:7, 120:7, 120:14, 156:22
**handcuff** [1] - 99:2
**handcuffs** [1] - 145:17
**handle** [1] - 6:25
**handled** [1] - 46:3
**hands** [13] - 69:25, 77:10, 98:25, 99:7, 99:8, 99:11, 99:13, 99:17, 101:19, 101:24, 102:3, 102:9, 102:13
**hanging** [1] - 44:24
**happy** [4] - 5:10, 5:15, 7:4, 86:25
**harassment** [7] - 60:4, 60:5, 60:22, 63:10, 119:23, 131:14, 131:19
**Harbor** [3] - 41:3, 41:4, 134:13
**hard** [4] - 87:17, 124:16, 142:2, 142:5
**Harrison** [11] - 41:5, 41:8, 41:19, 44:2, 64:23, 91:10, 134:2, 134:11, 134:15, 134:18, 135:6
**head** [16] - 6:15, 81:10, 81:12, 81:13, 81:17, 83:16, 127:12, 127:15, 127:18, 149:8, 149:10
**heading** [1] - 69:14

**hear** [8] - 5:13, 5:19, 6:2, 100:7, 100:8, 100:9, 108:11, 138:2
**heard** [2] - 20:24, 77:8
**height** [4] - 75:18, 114:19, 114:23, 142:8
**heightened** [3] - 68:3, 68:11, 121:10
**held** [2] - 39:9, 81:4
**help** [7] - 45:3, 60:20, 67:3, 104:3, 115:13, 117:15, 132:12
**helpful** [1] - 14:13
**Hempstead** [1] - 2:6
**hereby** [2] - 153:8, 156:9
**HEREBY** [1] - 3:3
**herein** [2] - 3:5, 4:7
**hereinbefore** [1] - 156:12
**hereunto** [1] - 156:22
**high** [2] - 24:15, 24:16
**higher** [1] - 23:16
**highest** [1] - 23:5
**highlighted** [3] - 125:14, 125:16, 125:20
**himself** [1] - 72:21
**History** [1] - 155:21
**hit** [6] - 5:12, 75:16, 97:5, 127:11, 127:14, 127:18
**hitch** [3] - 136:19, 136:23, 137:2
**hitting** [2] - 78:18, 98:6
**hold** [1] - 135:16
**holder** [2] - 31:14, 31:19
**holler** [1] - 122:20
**home** [10] - 38:13, 59:21, 65:20, 71:4, 94:4, 110:11, 117:12, 122:25, 137:18, 139:4
**homeowner** [2] - 44:23, 59:11
**homes** [2] - 134:3, 135:2
**honestly** [1] - 151:18
**honors** [1] - 31:4
**hospital** [2] - 103:3, 118:2
**Hospital** [1] - 109:25
**hour** [1] - 17:13
**hours** [6] - 17:6, 17:8, 18:20, 40:16, 91:10, 109:15
**house** [41] - 37:23,

38:2, 38:7, 39:4, 43:9, 58:25, 60:18, 61:24, 65:15, 67:9, 68:20, 74:14, 74:16, 78:19, 79:5, 94:20, 94:22, 95:7, 95:10, 97:5, 97:6, 97:11, 97:14, 97:18, 97:22, 97:23, 97:24, 98:7, 98:11, 106:15, 108:23, 120:9, 120:16, 121:3, 121:9, 121:18, 123:7, 137:14, 137:24, 140:6
**hydraulic** [3] - 136:19, 136:23, 137:2

### I

**I.D** [2] - 154:23, 155:4
**IAU** [2] - 88:8, 88:14
**ID** [1] - 107:14
**identification** [12] - 4:4, 85:15, 87:14, 107:2, 109:22, 113:18, 116:14, 123:22, 124:9, 126:14, 130:12, 133:17
**identified** [3] - 93:9, 107:24, 108:6
**ignoring** [1] - 99:22
**immediately** [1] - 96:16
**improperly** [1] - 136:2
**IN** [1] - 156:21
**inches** [1] - 114:20
**incident** [9] - 50:15, 50:20, 51:2, 53:20, 103:4, 111:22, 112:2, 112:7, 131:13
**incidents** [2] - 51:11, 51:15
**include** [1] - 11:23
**including** [2] - 92:17, 109:3
**incompetent** [2] - 65:25, 91:19
**increase** [1] - 87:4
**indeed** [1] - 5:23
**indemnification** [5] - 26:24, 27:2, 39:25, 147:5, 147:7
**indicate** [1] - 77:2
**indicated** [1] - 111:11
**indicates** [2] - 90:21, 114:18
**indicating** [8] - 78:9, 80:15, 81:13, 86:8,

87:6, 87:9, 139:24, 142:19
**indicating)** [4] - 78:8, 80:14, 101:23, 125:2
**indication** [2] - 38:22, 103:8
**individual** [3] - 1:8, 34:23, 42:21
**individuals** [2] - 5:3, 22:2
**inform** [1] - 62:23
**INFORMATION** [1] - 154:18
**information** [9] - 5:6, 6:9, 45:3, 45:21, 50:5, 60:14, 89:4, 119:3, 119:15
**informed** [4] - 45:8, 62:8, 62:15, 63:6
**infrequent** [1] - 57:21
**initial** [6] - 42:18, 42:19, 57:22, 63:3, 87:21, 151:2
**initials** [3] - 89:25, 90:2, 90:6
**injured** [3] - 37:18, 51:3, 116:4
**injuries** [5] - 143:18, 144:22, 145:10, 145:12, 145:17, 145:19
**injuring** [1] - 83:23
**injury** [4] - 111:10, 115:22, 144:8, 145:5
**inside** [12] - 65:18, 94:2, 94:8, 95:9, 121:13, 123:20, 125:7, 125:24, 126:7, 126:9, 126:11
**insight** [1] - 39:23
**instance** [1] - 87:5
**institution** [2] - 23:8, 23:16
**instruct** [1] - 123:5
**instructions** [1] - 131:5
**insulting** [1] - 94:14
**intended** [1] - 86:14
**intention** [1] - 6:19
**intentional** [2] - 84:10
**intentionally** [2] - 84:8, 151:4
**interaction** [1] - 37:19
**interactions** [1] - 59:17
**interested** [2] - 13:4, 156:19
**Internal** [29] - 40:3, 40:9, 51:4, 51:19, 56:4, 56:7, 87:22,

88:4, 88:8, 88:15, 92:25, 93:3, 93:10, 107:24, 108:6, 119:14, 132:2, 132:7, 132:17, 132:25, 133:5, 133:8, 146:24, 147:9, 147:14, 147:17, 152:4, 152:13, 155:21
**internal** [2] - 52:3, 83:9
**Internet** [1] - 91:5
**interpret** [2] - 6:17, 6:18
**interview** [4] - 52:3, 54:2, 133:6, 133:10
**interviewed** [6] - 51:14, 51:18, 52:17, 53:3, 57:10, 132:18
**interviewing** [1] - 54:11
**intoxicated** [4] - 65:8, 68:3, 68:10, 68:18
**investigating** [3] - 45:5, 45:14, 63:3
**investigation** [6] - 40:4, 88:16, 132:3, 133:2, 133:9, 146:25
**investigations** [1] - 40:9
**involved** [2] - 35:9, 35:18
**irate** [7] - 45:18, 60:17, 62:20, 65:7, 65:23, 121:12, 122:6
**IS** [3] - 3:3, 3:9, 3:14
**Island** [1] - 23:9
**issued** [2] - 106:22, 133:20
**IT** [3] - 3:3, 3:9, 3:14
**itself** [1] - 147:22

## J

**January** [5] - 11:19, 129:14, 131:6, 131:25, 132:25
**Jefferson** [4] - 28:7, 28:12, 37:3, 37:22
**JOHN** [2] - 1:8, 1:16
**Joseph** [1] - 35:2
**July** [1] - 12:5
**June** [3] - 1:13, 153:11, 156:23
**jury** [2] - 29:8, 29:9

## K

**keep** [4] - 62:17, 70:7,

70:11, 72:21
**kick** [4] - 103:18, 104:20, 105:14, 105:15
**kicked** [7] - 98:4, 103:16, 104:5, 104:7, 104:13, 104:18, 105:18
**KIERA** [1] - 2:14
**kind** [13] - 44:23, 45:8, 47:24, 56:19, 67:23, 72:15, 76:2, 77:5, 77:7, 78:5, 81:9, 90:24, 138:4
**kneed** [1] - 149:5
**knees** [1] - 101:13
**knife** [1] - 27:8, 27:19, 38:24, 39:2, 39:6, 39:9, 39:11, 39:13, 39:15, 39:16, 39:18
**knocked** [1] - 37:24
**know..** [1] - 138:12
**knowledge** [5] - 5:6, 37:20, 55:4, 57:7, 105:22
**known** [2] - 59:14

## L

**L-E-N-A-R-D-U-Z-Z-I** [1] - 42:25
**lacrosse** [3] - 23:25, 110:20, 110:25
**laid** [1] - 103:23
**language** [1] - 24:6
**largely** [1] - 9:17
**larger** [2] - 87:10, 88:2
**LaSala** [6] - 105:25, 106:2, 106:14, 106:21, 109:8, 133:20
**last** [9] - 32:12, 36:5, 42:23, 52:13, 64:18, 66:21, 85:22, 90:24, 109:5
**late** [1] - 72:17
**LAW** [1] - 2:3
**lawfully** [1] - 120:19
**lawsuit** [9] - 26:10, 26:21, 27:25, 34:24, 40:2, 50:16, 50:21, 51:12, 51:16
**lawsuits** [3] - 25:25, 28:23, 29:14
**lawyers** [1] - 7:10
**laying** [3] - 99:10, 99:13, 99:16
**leading** [1] - 117:14
**leaning** [1] - 104:16

**learn** [3] - 26:12, 118:5, 119:7
**learned** [2] - 61:4, 61:10
**learning** [1] - 23:16
**least** [6] - 43:25, 44:10, 54:20, 94:3, 113:8
**leave** [15] - 46:13, 66:2, 67:8, 67:9, 67:20, 68:2, 69:2, 69:9, 69:15, 70:3, 74:13, 74:15, 121:14, 126:7, 126:9
**leaving** [1] - 68:16
**led** [3] - 62:3, 98:10, 151:3
**Ledwith** [2] - 36:15, 36:22
**left** [20] - 12:17, 12:22, 13:2, 14:12, 45:22, 46:15, 68:5, 76:2, 76:5, 76:8, 77:19, 77:25, 80:9, 83:25, 90:4, 96:22, 104:17, 110:11, 145:11, 152:9
**leg** [4] - 103:17, 103:19, 104:14, 104:19
**legal** [2] - 7:2, 121:5
**legally** [4] - 123:16, 137:25, 138:9, 138:16
**legs** [3] - 103:25, 104:4, 149:9
**leisure** [1] - 82:22
**Lenarduzzi** [8] - 42:17, 42:22, 43:3, 43:8, 43:20, 44:4, 44:16, 44:21
**letter** [3] - 39:25, 147:6, 147:8
**letting** [1] - 79:22
**level** [2] - 23:5, 95:6
**license** [3] - 16:10, 16:14, 133:24
**lieutenant** [2] - 63:16, 64:25
**Lieutenant** [5] - 63:18, 64:8, 64:13, 64:17, 64:21
**likely** [1] - 21:2
**limited** [1] - 30:20
**limp** [1] - 102:18
**line** [11] - 31:18, 32:4, 32:7, 33:24, 93:24, 101:13, 139:21, 139:22, 140:4, 142:18, 154:14

**lines** [1] - 140:19
**list** [12] - 10:24, 11:2, 11:4, 11:6, 13:7, 13:12, 14:16, 14:17, 14:22, 15:11, 15:13, 15:14
**listening** [1] - 44:24
**listing** [1] - 48:15
**lists** [1] - 13:13
**LIU** [4] - 23:12, 23:15, 23:20, 25:3
**located** [2] - 43:10, 134:10
**location** [3] - 46:13, 46:15, 64:23
**look** [22] - 32:21, 49:12, 49:20, 50:12, 84:16, 84:18, 85:10, 86:21, 86:23, 87:13, 93:23, 107:16, 109:21, 118:24, 123:22, 124:25, 132:9, 133:16, 136:6, 143:12, 146:5, 149:2
**looked** [6] - 49:18, 67:24, 72:19, 94:15, 144:6, 146:12
**looking** [6] - 135:10, 135:18, 137:5, 141:8, 142:14, 147:15
**looks** [6] - 87:15, 87:18, 101:25, 124:5, 124:11, 124:13
**Looney** [5] - 128:6, 128:8, 128:10, 129:16, 129:18
**lose** [1] - 102:24
**lower** [3] - 144:20, 145:12, 146:8
**luckily** [1] - 100:11

## M

**mail** [1] - 27:2
**maintain** [3] - 46:18, 47:4, 47:12
**major** [1] - 91:24
**makeup** [1] - 72:11
**man** [3] - 27:7, 54:10, 54:13
**managed** [2] - 84:4, 98:25
**maneuver** [1] - 78:4
**manhandled** [1] - 149:5
**MANTOVANI** [2] - 1:8, 1:16, 153:8, 153:19,

154:4, 154:23, 155:4, 156:10
**mantovani** [1] - 4:2
**Mantovani** [24] - 4:16, 4:20, 47:3, 85:14, 87:14, 107:2, 109:22, 113:17, 116:14, 117:11, 118:24, 119:21, 123:22, 124:9, 126:14, 130:11, 132:22, 133:17, 136:6, 138:20, 143:12, 146:14, 146:17, 150:21
**MANTOVONI** [1] - 86:4
**Manual** [1] - 33:3
**manual** [3] - 32:24, 32:25, 33:6
**mark** [1] - 5:13
**marriage** [1] - 156:18
**matter** [3] - 53:17, 134:9, 156:20
**Meadow** [1] - 30:22
**mean** [6] - 72:24, 73:19, 75:16, 139:19, 144:6, 150:24
**meaning** [1] - 49:18
**means** [1] - 73:5
**meant** [2] - 24:11, 151:2
**mechanic** [1] - 45:12
**medical** [1] - 73:16
**MEEHAN** [60] - 2:14, 14:8, 17:21, 18:22, 24:5, 24:12, 27:20, 28:2, 29:15, 33:7, 33:25, 34:9, 39:5, 44:13, 48:9, 48:22, 49:9, 49:16, 53:5, 66:20, 69:10, 73:14, 74:23, 75:9, 76:16, 76:21, 82:24, 84:19, 84:23, 85:5, 91:3, 100:8, 108:13, 111:23, 112:3, 112:8, 112:19, 117:21, 121:4, 121:20, 123:8, 124:14, 125:13, 125:19, 128:25, 135:14, 138:2, 142:4, 143:7, 144:4, 147:3, 147:25, 150:8, 150:15, 150:20, 151:6, 151:11, 151:24, 152:19, 154:5

**meeting** [2] - 127:21, 128:5
**member** [3] - 35:16, 36:9, 36:18
**members** [1] - 28:11
**Memo** [1] - 154:16
**memo** [10] - 46:19, 46:21, 47:4, 47:6, 47:8, 47:12, 47:15, 47:17, 48:18, 61:21
**memory** [3] - 96:12, 139:10, 140:17
**men** [1] - 151:17
**mentioned** [3] - 1:18, 38:20, 42:20
**Merrick** [2] - 22:20, 134:11
**mess** [1] - 36:4
**message** [1] - 63:12
**met** [1] - 128:11
**middle** [5] - 76:7, 139:20, 140:4, 144:20, 145:11
**midnight** [1] - 12:19
**midtown** [1] - 12:14
**might** [3] - 21:11, 87:16, 98:4
**military** [1] - 16:20
**mine** [1] - 90:4
**Mineola** [2] - 2:13, 4:19
**mini** [3] - 24:3, 24:6, 24:11
**minutes** [12] - 46:12, 61:17, 61:18, 64:19, 65:16, 65:22, 71:7, 71:9, 71:13, 71:17, 76:17, 76:20
**miscellaneous** [1] - 62:6
**mischaracterizes** [1] - 69:11
**misdemeanor** [1] - 128:16
**miss** [1] - 116:7
**missing** [2] - 83:22, 135:16
**misunderstood** [1] - 47:21
**mitigate** [1] - 68:14
**mixed** [1] - 86:3
**moment** [3] - 81:7, 96:25, 97:13
**momentum** [6] - 78:21, 97:7, 97:19, 98:10, 98:12, 151:2
**month** [5] - 8:4, 8:6, 8:7, 8:12, 19:17
**month's** [1] - 113:9
**months** [8] - 8:3, 8:5,

11:21, 12:7, 18:7, 18:16, 32:14, 113:10
**morning** [3] - 4:21, 4:22, 18:10
**morons** [1] - 91:20
**motion** [1] - 74:15
**MOTIONS** [1] - 154:10
**move** [3] - 76:17, 87:6, 150:8
**moving** [1] - 129:22
**MR** [77] - 4:13, 24:8, 27:23, 33:17, 34:4, 46:24, 47:23, 48:5, 48:12, 76:19, 76:24, 84:17, 84:21, 85:3, 85:7, 85:16, 89:23, 90:18, 100:5, 100:10, 100:14, 102:14, 106:25, 107:15, 109:7, 109:21, 111:25, 113:16, 113:22, 115:7, 116:13, 117:23, 118:21, 119:20, 123:21, 124:8, 124:16, 126:13, 130:11, 130:18, 131:22, 132:11, 132:23, 133:16, 135:11, 135:15, 136:3, 136:5, 136:11, 136:16, 137:4, 137:12, 138:13, 138:19, 139:18, 140:3, 140:11, 141:3, 142:11, 143:11, 144:11, 144:18, 145:9, 145:15, 145:22, 146:4, 146:12, 148:5, 150:5, 150:10, 150:13, 151:8, 151:14, 152:2, 152:17, 154:4, 154:6
**MS** [59] - 14:8, 17:21, 18:22, 24:5, 24:12, 27:20, 28:2, 29:15, 33:7, 33:25, 34:9, 39:5, 44:13, 48:9, 48:22, 49:9, 49:16, 53:5, 66:20, 69:10, 73:14, 74:23, 75:9, 76:16, 76:21, 82:24, 84:19, 84:23, 85:5, 91:3, 100:8, 108:13, 111:23, 112:3, 112:8, 112:19, 117:21, 121:4,

121:20, 123:8, 124:14, 125:13, 125:19, 128:25, 135:14, 138:2, 142:4, 143:7, 144:4, 147:3, 147:25, 150:8, 150:15, 150:20, 151:6, 151:11, 151:24, 152:19, 154:5
**multiple** [1] - 54:16
**must** [2] - 131:15, 131:16

# N

**NADEAU** [1] - 130:15
**Nadeau** [1] - 130:16
**name** [28] - 4:14, 4:20, 9:14, 26:9, 27:17, 27:24, 28:4, 34:20, 35:2, 35:12, 35:25, 36:4, 36:5, 36:14, 36:17, 37:12, 38:19, 42:23, 52:13, 59:7, 59:10, 85:22, 93:14, 93:15, 112:22, 127:21, 127:25, 128:6
**names** [2] - 5:2, 52:22
**Nancy** [2] - 1:19, 5:16
**NANCY** [2] - 156:7, 156:25
**narrative** [4] - 115:10, 115:11, 115:14, 124:18
**Nassau** [26] - 5:3, 7:16, 7:19, 13:4, 13:8, 13:12, 13:18, 15:25, 16:23, 17:4, 19:5, 20:10, 20:14, 21:24, 22:12, 25:16, 25:20, 26:6, 31:20, 32:19, 107:12, 109:25, 131:8, 155:13, 155:14, 155:15
**NASSAU** [4] - 1:6, 2:9, 2:11
**NC** [5] - 130:18, 130:25, 131:3, 135:17, 135:25
**neck** [4] - 81:20, 81:22, 82:4, 82:6
**need** [4] - 6:24, 7:3, 86:21, 87:4
**needed** [1] - 56:21
**needs** [2] - 6:25, 86:6
**never** [11] - 70:7, 81:24, 82:5, 83:9,

83:10, 130:2, 135:24, 137:7, 147:18, 147:21, 152:5
**NEW** [3] - 1:2, 153:4, 156:3
**New** [17] - 1:20, 2:6, 2:13, 4:9, 4:19, 5:2, 11:23, 11:24, 12:22, 15:24, 16:8, 25:7, 25:11, 40:7, 120:24, 153:23, 156:9
**news** [9] - 57:23, 57:24, 58:9, 58:11, 58:14, 58:21, 59:2, 118:8, 152:8
**next** [5] - 59:25, 83:20, 98:7, 117:12, 119:21
**nice** [1] - 28:20
**night** [5] - 18:11, 30:21, 36:24, 36:25, 145:5
**nights** [5] - 18:4, 18:15, 18:17, 58:2, 106:6
**nighttime** [1] - 38:8
**nine** [2] - 11:20, 114:24
**non** [1] - 84:10
**non-intentional** [1] - 84:10
**None** [4] - 154:8, 154:9, 154:10, 154:20
**normal** [5] - 40:16, 40:17, 45:23, 142:7, 142:8
**normally** [3] - 22:24, 32:2, 40:25
**North** [1] - 24:22
**north** [1] - 12:15
**Notary** [4] - 1:20, 4:8, 153:23, 156:7
**note** [5] - 24:5, 48:13, 73:14, 85:6, 86:19
**noted** [2] - 85:8, 152:20
**notes** [3] - 54:7, 126:18, 126:21
**nothing** [1] - 130:21
**notice** [1] - 1:23
**noticeable** [1] - 143:17
**noticed** [1] - 145:25
**notification** [1] - 53:8
**notifications** [1] - 39:22
**Number** [12] - 90:9, 102:18, 107:7, 107:17, 110:2, 138:8, 138:23,

145:23, 154:24, 155:5, 155:6, 155:7
**number** [17] - 13:25, 33:15, 55:17, 64:8, 64:11, 87:16, 88:11, 88:12, 120:2, 124:4, 124:11, 130:19, 130:25, 135:12, 135:25, 140:12, 141:4
**numbers** [1] - 147:15
**numerous** [2] - 60:23, 67:2
**NYPD** [14] - 11:17, 11:18, 11:21, 12:3, 12:10, 12:17, 13:3, 13:14, 13:19, 14:4, 14:7, 14:10, 14:12, 109:3

# O

**oath** [2] - 3:18, 153:10
**objection** [22] - 14:8, 17:21, 24:6, 29:15, 29:16, 34:9, 39:5, 66:20, 69:10, 73:15, 74:23, 75:9, 82:24, 85:6, 85:7, 112:19, 117:21, 121:4, 121:6, 121:20, 121:21, 147:3
**Objection** [7] - 18:22, 27:20, 44:13, 53:5, 112:8, 123:8, 128:25
**objections** [1] - 3:10
**oblige** [1] - 87:2
**observed** [1] - 72:10
**obviously** [1] - 56:14
**occasions** [1] - 134:7
**occupational** [1] - 113:3
**occurred** [6] - 61:19, 74:5, 102:22, 106:18, 144:9, 144:15
**October** [4] - 7:21, 7:24, 11:13, 12:5
**OF** [10] - 1:2, 1:6, 2:3, 2:9, 2:10, 2:11, 153:4, 153:5, 156:3, 156:5
**offhand** [6] - 11:5, 26:11, 26:22, 95:4, 113:7, 117:7
**OFFICE** [1] - 2:10
**office** [17] - 52:19, 53:4, 53:18, 54:19, 55:2, 55:7, 55:13, 56:10, 56:13, 57:3,

57:4, 57:14, 83:3,
87:17, 119:14,
126:17, 129:21
**OFFICER** [2] - 1:7, 1:7
**Officer** [82] - 4:20,
28:17, 31:3, 37:10,
42:15, 43:7, 43:19,
44:17, 44:19, 45:8,
47:3, 53:13, 53:23,
54:3, 57:5, 57:14,
58:24, 60:8, 66:6,
67:5, 67:19, 67:22,
69:20, 70:8, 71:9,
74:2, 74:8, 74:11,
74:18, 75:2, 75:7,
75:14, 75:21, 75:23,
76:15, 77:3, 77:8,
77:13, 77:16, 79:17,
84:2, 88:8, 94:7,
94:11, 94:16, 97:2,
98:14, 98:20,
103:19, 104:2,
104:5, 104:7,
104:13, 104:18,
104:20, 105:14,
105:15, 105:19,
105:20, 105:24,
106:2, 106:13,
106:21, 107:22,
108:15, 109:8,
116:23, 117:9,
117:11, 120:6,
120:8, 120:13,
120:22, 123:6,
125:5, 125:22,
128:14, 128:17,
133:20, 146:20,
150:21, 155:21
**officer** [34] - 3:17,
9:12, 10:13, 12:4,
15:22, 16:13, 16:18,
26:2, 26:7, 29:6,
29:23, 30:3, 30:24,
32:4, 32:7, 32:20,
40:13, 62:7, 62:11,
62:13, 62:14, 62:22,
63:5, 63:13, 63:15,
88:23, 107:23,
108:4, 108:24,
120:23, 121:17,
123:5, 131:18, 149:7
**officers** [7] - 9:10,
30:24, 33:23, 43:16,
57:10, 125:4, 154:14
**OFFICES** [1] - 2:3
**official** [1] - 1:8
**old** [3] - 72:17, 110:6,
118:6
**once** [8] - 11:10,
11:11, 37:17, 78:15,

79:13, 106:19
**One** [1] - 2:12
**one** [40] - 9:9, 9:10,
9:11, 16:24, 19:20,
20:5, 26:2, 26:5,
33:12, 33:15, 40:5,
43:2, 43:4, 44:5,
50:18, 53:14, 53:24,
54:12, 65:18, 69:22,
71:22, 72:2, 75:11,
78:2, 78:3, 82:19,
83:22, 86:8, 86:9,
88:16, 93:6, 100:3,
114:8, 115:16,
115:23, 119:21,
120:3, 125:11,
135:24, 142:21
**ones** [2] - 20:17, 49:15
**ongoing** [1] - 133:2
**oOo** [1] - 3:22
**open** [2] - 76:7, 105:3
**Operating** [1] - 33:3
**operating** [1] - 41:14
**operators** [3] - 45:25,
61:8, 62:18
**opinion** [1] - 91:21
**opportunity** [1] - 6:8
**opposite** [2] - 58:2,
104:25
**OPS** [1] - 32:25
**oral** [1] - 51:9
**order** [5] - 1:23, 14:11,
88:23, 123:12,
134:12
**outcome** [1] - 156:19
**outside** [5] - 29:22,
57:13, 66:2, 71:4,
152:6
**overnight** [1] - 135:2
**overtime** [3] - 34:15,
34:18, 58:5
**own** [7] - 47:11, 49:19,
82:17, 106:14,
106:15, 122:21,
122:25
**owned** [1] - 135:22

## P

**P-I-A-S-E-C-K-I** [1] -
28:21
**P-I-Z-Z-I-M-E-N-T-I** [1]
- 63:17
**P.M** [1] - 152:20
**P.O** [4] - 95:8, 95:9,
95:25, 103:16
**page** [21] - 89:24,
90:8, 91:25, 92:6,
102:15, 102:18,
107:16, 114:4,

114:5, 114:10,
114:15, 115:5,
117:10, 117:12,
118:22, 130:20,
130:22, 131:3,
131:23
**PAGE** [5] - 154:3,
154:12, 154:19,
154:23, 155:4
**Pages** [1] - 155:21
**pages** [1] - 147:16
**paid** [1] - 112:11
**pain** [2] - 83:25,
110:11
**palmed** [1] - 81:12
**palms** [1] - 102:11
**paperwork** [3] - 50:17,
50:22, 50:24
**paragraph** [9] - 88:19,
91:8, 91:24, 92:11,
92:13, 92:17,
148:22, 148:23
**Paragraph** [3] - 90:10,
102:17, 149:2
**park** [2] - 134:2,
134:25
**Park** [2] - 24:19, 24:23
**parked** [7] - 106:15,
136:2, 137:20,
137:25, 138:6,
138:9, 138:16
**parking** [1] - 135:6
**part** [22] - 6:6, 13:17,
15:6, 19:6, 20:9,
31:19, 36:11, 36:20,
75:3, 81:6, 81:19,
89:2, 89:9, 89:15,
90:25, 104:10,
104:19, 107:11,
125:14, 125:15,
147:13, 147:17
**Part** [2] - 131:6, 131:7
**participate** [2] - 6:8,
23:20
**particular** [3] - 6:25,
30:12, 30:20
**particularly** [1] - 57:3
**parties** [2] - 3:5,
156:17
**partner** [4] - 28:16,
31:2, 36:23, 37:10
**parts** [3] - 87:10,
148:14, 149:12
**passed** [2] - 32:4, 32:7
**passenger** [4] -
103:21, 105:5,
105:7, 105:10
**passing** [1] - 57:20
**past** [1] - 65:20
**patient** [1] - 110:10

**patrol** [9] - 9:18, 9:25,
10:5, 19:2, 19:9,
40:25, 44:6, 45:24,
61:22
**patrolling** [2] - 22:17,
22:19
**payroll** [1] - 34:8
**PBA** [7] - 52:7, 52:8,
52:15, 115:16,
115:18, 115:21,
116:4
**PD** [2] - 11:24, 15:18
**peace** [1] - 16:18
**pending** [4] - 4:25,
7:7, 20:22, 39:23
**Peninsula** [1] - 2:5
**people** [8] - 53:21,
68:10, 68:12, 73:20,
131:11, 134:2,
134:25, 152:7
**Per** [1] - 131:10
**perfect** [1] - 6:23
**perhaps** [2] - 71:22,
98:9
**period** [13] - 8:7, 8:8,
8:12, 8:17, 10:22,
12:9, 18:9, 19:17,
25:6, 25:10, 25:15,
25:19, 32:19
**perked** [1] - 77:6
**permanently** [1] - 9:21
**person** [8] - 27:17,
27:24, 37:13, 37:16,
37:18, 38:3, 38:23,
51:21
**person's** [1] - 38:7
**personal** [3] - 63:22,
64:3, 82:17
**personally** [2] - 49:12,
49:17, 82:19
**Philbin** [1] - 35:3
**phone** [7] - 63:8,
63:19, 63:21, 63:23,
64:3, 64:12, 76:18
**phonetic** [4] - 35:25,
36:5, 36:23, 52:12
**photograph** [7] -
107:5, 107:10,
109:5, 138:7,
139:14, 139:24,
140:12
**physical** [6] - 72:11,
112:14, 112:18,
112:25, 113:2,
113:13
**physically** [2] - 65:8,
72:8
**Piasecki** [3] - 28:17,
28:19, 37:11
**picture** [8] - 107:8,

107:19, 136:8,
137:15, 142:3,
142:6, 143:13,
144:12
**Pizzimenti** [6] - 63:16,
63:19, 64:8, 64:13,
64:17, 64:22
**place** [14] - 1:19, 6:17,
27:9, 27:15, 28:6,
30:17, 30:19, 34:7,
50:7, 54:4, 77:24,
112:22, 112:24,
133:6
**placed** [3] - 39:7,
139:15, 149:22
**placement** [2] - 102:7,
102:13
**placing** [1] - 77:13
**Plaintiff** [5] - 1:4, 2:4,
26:10, 29:14, 149:3
**plate** [1] - 133:24
**play** [2] - 24:3, 24:14
**played** [1] - 57:22
**player** [1] - 111:2
**playing** [1] - 110:20
**point** [32] - 15:2,
17:16, 21:8, 41:17,
45:16, 48:2, 54:12,
62:17, 65:7, 65:25,
66:23, 67:5, 67:10,
68:23, 68:25, 72:16,
72:19, 72:20, 74:17,
77:8, 78:15, 78:20,
79:16, 80:21, 95:20,
102:24, 103:9,
103:10, 117:8,
133:12, 133:15,
149:7
**pointed** [4] - 125:5,
125:22, 126:4
**pointing** [1] - 74:16
**Police** [27] - 7:16,
7:19, 12:23, 13:5,
13:9, 15:24, 15:25,
16:9, 16:23, 17:4,
19:5, 20:11, 20:15,
21:24, 22:12, 25:7,
25:11, 25:16, 25:20,
31:20, 94:7, 97:2,
98:20, 107:12,
125:5, 125:22,
128:13
**police** [30] - 10:13,
11:14, 13:13, 13:18,
15:22, 16:2, 16:12,
16:18, 25:25, 26:7,
29:6, 29:23, 30:3,
30:24, 32:4, 32:7,
32:20, 33:23, 40:7,
40:12, 43:25, 44:10,

53:12, 60:7, 107:14, 108:16, 115:15, 121:16, 123:5, 154:14
**POLICE** [3] - 1:7, 1:7
**policy** [2] - 33:20, 154:13
**politely** [1] - 67:6
**polo** [1] - 20:7
**porch** [34] - 59:4, 66:3, 66:7, 66:9, 68:21, 69:13, 69:23, 71:5, 71:14, 71:19, 71:22, 72:2, 74:8, 76:14, 79:11, 79:15, 94:22, 95:15, 95:22, 117:5, 117:15, 120:20, 122:14, 139:3, 139:6, 139:7, 140:15, 140:23, 141:12, 141:20, 141:24, 142:14, 142:20
**Port** [3] - 13:20, 13:22, 14:9
**portion** [3] - 86:23, 146:7, 146:8
**pose** [3] - 5:9, 69:8, 69:12
**posed** [1] - 5:17
**possess** [1] - 16:16
**possible** [4] - 6:4, 45:4, 60:14, 68:15
**Post** [4] - 23:10, 23:12, 23:20, 25:3
**postconcussion** [1] - 127:6
**posting** [1] - 21:5
**pounds** [2] - 114:20, 115:3
**Precinct** [9] - 9:8, 9:24, 10:7, 10:10, 22:17, 28:11, 35:7, 109:11, 120:25
**precinct** [12] - 10:6, 12:15, 22:13, 58:7, 64:6, 64:9, 64:11, 64:14, 134:6, 134:10, 134:13, 148:12
**precise** [1] - 50:3
**premarked** [1] - 4:3
**preparation** [4] - 50:10, 56:20, 92:4, 118:18
**prepared** [1] - 51:5
**preparing** [2] - 83:6, 119:9
**prescribed** [1] - 8:8
**present** [5] - 43:12,

43:17, 52:2, 52:15, 60:7
**presidential** [1] - 22:4
**pretty** [3] - 113:3, 140:18, 140:20
**prevent** [1] - 96:22
**preventing** [1] - 19:25
**previous** [1] - 45:11
**previously** [1] - 62:24
**Price** [12] - 42:16, 42:20, 43:8, 43:20, 44:3, 44:6, 44:16, 44:20, 44:25, 45:7, 45:17, 46:8
**probationary** [1] - 10:22
**problem** [1] - 94:11
**procedure** [4] - 33:14, 33:20, 116:3, 154:13
**Procedure** [1] - 1:22
**Procedures** [1] - 33:3
**procedures** [1] - 33:12
**proceed** [1] - 129:9
**proceeding** [3] - 89:3, 89:11, 89:17
**proceedings** [1] - 29:11
**process** [4] - 12:24, 14:2, 14:6, 15:6
**promotional** [1] - 10:15
**propel** [2] - 84:12, 85:2
**propelled** [2] - 97:15, 150:23
**properly** [1] - 116:7
**property** [2] - 122:21, 122:25
**prosecuted** [1] - 130:8
**prosecution** [1] - 56:23
**protection** [1] - 22:3
**provide** [3] - 48:8, 48:17, 55:5
**provided** [5] - 46:21, 48:14, 48:19, 52:15, 89:4
**Public** [4] - 1:20, 4:8, 153:23, 156:8
**purposes** [2] - 88:21, 123:18
**pursuant** [4] - 1:21, 1:23, 33:19, 48:6
**push** [1] - 78:5
**Push** [1] - 117:10
**pushed** [2] - 97:16, 102:10
**pushing** [2] - 78:20, 98:3
**put** [13] - 57:11, 77:10,

77:20, 85:12, 86:10, 98:15, 99:8, 101:19, 102:9, 105:4, 139:22, 140:3, 142:19
**putting** [1] - 78:6
**puzzled** [1] - 84:18

## Q

**questioned** [1] - 83:10
**questions** [13] - 5:5, 6:13, 6:15, 6:21, 55:19, 55:22, 55:25, 56:6, 86:25, 150:14, 151:7, 151:10, 152:18
**quick** [2] - 80:23, 89:22
**quite** [1] - 80:4

## R

**radio** [1] - 63:19
**raising** [1] - 78:9
**rambling** [1] - 60:17
**rank** [2] - 10:12, 15:20
**ray** [2] - 110:13, 110:14
**reach** [1] - 39:17
**reaching** [2] - 39:8, 39:12
**read** [14] - 49:13, 49:22, 49:24, 50:4, 50:5, 92:5, 92:7, 92:11, 131:4, 148:13, 148:15, 148:17, 148:18, 153:9
**reading** [4] - 92:13, 92:14, 125:10, 131:15
**realize** [1] - 80:22
**realized** [1] - 94:18
**really** [10] - 34:25, 52:24, 72:16, 72:25, 73:15, 98:5, 122:2, 130:21, 142:10, 151:18
**rear** [4] - 105:3, 105:7, 105:10, 105:16
**reason** [6] - 7:9, 56:12, 56:14, 65:17, 87:5, 94:12
**receive** [3] - 112:6, 126:24, 147:8
**received** [7] - 26:25, 30:3, 39:22, 39:24, 53:7, 106:13, 147:5
**receiving** [1] - 34:15

**recently** [2] - 20:20, 32:10
**recess** [2] - 76:22, 150:12
**recognitions** [1] - 31:8
**recognize** [16] - 87:24, 107:5, 107:7, 107:18, 113:20, 114:3, 114:5, 114:11, 115:6, 136:14, 136:17, 137:13, 138:22, 138:25, 142:13, 144:24
**recognized** [1] - 31:19
**recollection** [5] - 52:16, 83:13, 117:16, 132:13, 134:19
**record** [12] - 4:15, 7:8, 46:25, 47:2, 50:9, 86:19, 109:24, 150:11, 150:17, 153:13, 153:14, 156:14
**recorded** [2] - 51:23, 55:3
**records** [3] - 48:24, 49:3, 107:11
**recovered** [2] - 39:2, 39:3, 39:6
**reference** [3] - 30:13, 91:18, 93:24
**referenced** [2] - 71:18, 149:13
**references** [2] - 110:2, 110:9
**referring** [3] - 45:6, 46:6, 58:10
**refresh** [2] - 117:15, 132:12
**refused** [2] - 100:17, 102:19
**refusing** [3] - 60:16, 99:9, 103:22
**regard** [29] - 5:24, 14:15, 16:22, 27:4, 30:2, 32:17, 40:11, 50:10, 50:15, 50:20, 58:8, 72:11, 73:17, 79:20, 80:7, 85:9, 102:22, 111:4, 111:10, 114:15, 115:14, 121:16, 129:5, 139:13, 140:19, 144:19, 145:25, 151:15, 151:20
**regards** [1] - 71:2

**regular** [9] - 10:5, 17:5, 17:7, 18:9, 22:9, 22:18, 22:21, 34:12, 61:22
**regulation** [5] - 31:16, 32:17, 33:10, 33:20, 154:13
**regulations** [1] - 47:11
**rehab** [1] - 112:25
**related** [1] - 156:17
**relating** [2] - 5:5, 146:21
**relation** [1] - 140:15
**relevant** [1] - 5:7
**remain** [2] - 15:13, 61:14
**remained** [1] - 98:19
**remaining** [1] - 131:17
**remember** [26] - 10:20, 13:15, 15:10, 26:23, 27:6, 28:4, 28:8, 34:25, 46:17, 53:16, 56:8, 59:2, 67:5, 72:12, 83:24, 97:17, 98:6, 112:22, 127:20, 128:8, 129:6, 129:24, 141:18, 149:21, 149:24, 151:19
**rendered** [1] - 102:21
**rep** [1] - 52:8
**repeat** [12] - 8:14, 17:23, 49:2, 50:18, 71:15, 75:11, 89:12, 104:10, 108:2, 111:24, 120:10, 130:23
**rephrase** [3] - 5:11, 69:17, 76:4
**report** [12] - 42:4, 45:6, 45:13, 63:4, 114:13, 123:23, 124:2, 146:24, 147:14, 147:17, 147:22, 148:4
**reporter** [3] - 6:18, 28:20, 130:15
**reports** [2] - 103:3, 103:5
**representation** [1] - 52:4
**representative** [1] - 93:20
**represented** [1] - 52:6
**representing** [2] - 4:23, 39:19
**request** [7] - 7:5, 18:12, 18:14, 20:22, 33:18, 48:6, 48:20
**REQUEST** [1] - 154:11

**requests** [1] - 48:15
**required** [2] - 8:9, 47:12
**reserved** [1] - 3:12
**resisting** [4] - 78:17, 119:3, 119:16, 131:17
**resolve** [1] - 123:19
**respective** [1] - 3:5
**respond** [5] - 5:20, 6:14, 6:19, 6:20, 42:11
**responded** [6] - 27:7, 42:17, 60:3, 60:6, 60:10, 65:2
**responding** [4] - 6:13, 42:7, 42:16, 62:12
**response** [2] - 42:8, 42:10, 46:10, 146:23
**restate** [2] - 5:15, 5:17
**restrictions** [2] - 135:6, 135:7
**result** [9] - 8:14, 16:17, 30:11, 34:16, 40:2, 111:21, 111:25, 112:6, 117:13
**results** [1] - 118:4
**resumed** [2] - 45:23, 61:21
**retake** [1] - 8:14
**retired** [1] - 9:15
**review** [10] - 48:23, 49:3, 49:6, 49:18, 50:12, 55:14, 82:17, 82:22, 123:25, 129:23
**reviewed** [1] - 83:3
**ride** [1] - 22:25
**riding** [1] - 22:21
**rights** [1] - 88:25
**RMP** [9] - 40:20, 41:14, 90:23, 102:17, 102:20, 103:15, 103:16, 103:22, 105:3
**Road** [1] - 134:11
**ROBERT** [1] - 1:3
**Robert** [3] - 4:24, 9:14, 59:7
**rolled** [1] - 103:24
**rolling** [2] - 100:17, 100:22
**room** [1] - 69:23
**rooms** [1] - 93:7
**Roosevelt** [10] - 27:16, 28:6, 28:13, 35:10, 35:20, 36:12, 36:21, 37:2, 37:4, 37:22

**rotate** [1] - 17:9
**rotated** [7] - 79:16, 80:9, 80:10, 80:13, 80:23, 83:21, 98:19
**rotating** [4] - 17:6, 80:2, 80:3, 81:2
**route** [1] - 134:14
**Rule** [2] - 33:19, 48:7
**rule** [4] - 32:17, 33:10, 33:19, 154:13
**Rules** [1] - 1:22
**rules** [1] - 47:11
**RULINGS** [1] - 154:9

## S

**s/h/a** [1] - 1:16
**S/P** [1] - 110:11
**safe** [3] - 67:11, 67:25, 69:17
**safest** [2] - 68:6, 68:7
**safety** [1] - 121:9
**sake** [1] - 123:18
**sat** [10] - 99:20, 99:24, 99:25, 100:4, 100:18, 100:25, 101:8, 101:20, 101:22, 102:2
**saw** [9] - 57:20, 58:20, 74:25, 77:5, 105:14, 105:15, 118:10, 147:18, 147:21
**say..** [1] - 142:3
**scar** [1] - 146:9
**scars** [2] - 149:8, 149:10
**scene** [2] - 44:10, 62:25
**schedule** [2] - 17:25, 19:25
**scheduled** [1] - 17:20
**schedules** [1] - 58:3
**school** [2] - 24:15, 24:17
**Schwartz** [3] - 127:21, 128:2, 131:10
**scratch** [1] - 146:9
**scream** [1] - 122:21
**screen** [8] - 85:12, 85:13, 93:16, 93:18, 100:6, 107:6, 125:20, 139:20
**Screen** [2] - 85:16, 150:6
**scroll** [3] - 86:20, 87:20, 139:16
**Scrolling** [4] - 107:17, 124:10, 142:12, 146:4
**scrolling** [38] - 89:23,

90:20, 102:15, 107:3, 109:7, 109:23, 113:19, 114:2, 115:7, 116:15, 118:25, 119:22, 123:24, 126:15, 130:12, 130:25, 131:24, 132:11, 132:23, 133:18, 136:3, 136:6, 136:16, 137:4, 137:12, 138:14, 138:21, 139:18, 140:13, 141:6, 143:12, 144:13, 144:18, 145:9, 145:15, 145:23, 146:17, 148:5
**sealing** [1] - 3:6
**Sean** [2] - 35:12, 36:14
**seat** [2] - 103:21, 105:17
**seated** [1] - 99:23
**second** [15] - 60:10, 61:9, 61:11, 61:13, 89:22, 90:8, 102:15, 114:5, 115:4, 118:22, 119:24, 130:20, 130:22, 135:9, 150:9
**section** [2] - 124:25, 131:4
**sector** [4] - 22:22, 40:22, 41:2, 41:7
**security** [1] - 16:5
**see** [46] - 31:10, 45:17, 57:23, 58:4, 58:9, 74:6, 74:22, 85:13, 87:10, 91:25, 93:12, 93:17, 96:2, 100:11, 101:25, 103:5, 104:22, 104:23, 113:24, 117:9, 118:13, 119:7, 119:18, 119:25, 120:3, 122:4, 125:2, 125:21, 125:24, 125:25, 127:14, 136:18, 136:22, 138:10, 138:11, 138:12, 139:5, 139:25, 141:11, 143:14, 144:7, 145:16, 145:18, 145:19, 148:3, 148:9
**seeing** [3] - 58:14, 58:22, 81:8
**seek** [1] - 16:13

**seem** [1] - 5:12
**segment** [1] - 12:19
**selections** [1] - 8:9
**senior** [1] - 108:24
**sense** [1] - 65:23
**sentence** [1] - 125:11
**separate** [2] - 43:22, 54:15
**September** [1] - 128:7
**Sergeant** [12] - 42:16, 42:20, 43:7, 43:20, 44:3, 44:6, 44:16, 44:20, 44:25, 45:7, 45:16, 46:8
**sergeant** [2] - 44:7, 90:15
**sergeants** [4] - 10:16, 10:19, 10:23, 11:9
**serial** [1] - 88:11
**Service** [4] - 20:18, 21:13, 21:15, 21:17
**service** [2] - 15:16, 16:20
**sessions** [1] - 113:5
**set** [3] - 17:7, 156:12, 156:22
**seventh** [1] - 91:23
**shall** [1] - 3:12
**shape** [1] - 72:21
**sharing** [2] - 85:17, 150:7
**shield** [3] - 31:11, 31:14, 88:12
**shift** [3] - 34:13, 106:3, 106:6
**shirts** [1] - 20:8
**shocked** [1] - 77:7
**shop** [2] - 45:12, 91:16
**short** [2] - 76:22, 150:12
**shortly** [1] - 45:7
**shot** [1] - 142:14
**shoulder** [2] - 75:18, 102:4
**shoulders** [3] - 72:15, 101:20, 102:10
**show** [1] - 93:11
**showed** [2] - 58:23, 59:3
**showing** [2] - 136:7, 145:10
**shown** [2] - 119:15, 138:7
**shrug** [1] - 6:15
**sic** [1] - 76:6
**side** [13] - 56:18, 76:5, 101:25, 103:21, 103:24, 104:16, 104:17, 104:25,

105:5, 105:8, 105:10, 145:11, 146:6
**sidewalk** [1] - 138:17
**signature** [7] - 90:11, 90:15, 90:16, 113:25, 114:6, 114:9
**Signed** [1] - 153:21
**signed** [3] - 3:16, 3:19, 116:10
**simply** [1] - 101:11
**single** [2] - 23:3, 41:14
**sit** [4] - 101:8, 103:20, 117:3, 149:23
**sitting** [1] - 101:14
**situation** [4] - 19:24, 28:12, 45:9, 68:15
**situations** [1] - 68:12
**six** [8] - 8:3, 8:6, 8:7, 8:12, 18:7, 18:16, 114:19, 124:15
**six-month** [3] - 8:6, 8:7, 8:12
**skip** [3] - 138:20, 141:4, 146:14
**slam** [3] - 65:14, 149:25, 150:3
**slammed** [2] - 101:2, 149:4
**Slammed** [1] - 149:18
**slapped** [1] - 120:13
**slapping** [1] - 120:6
**slow** [1] - 28:20
**slowly** [1] - 100:16
**smack** [3] - 74:25, 75:4, 75:19
**smacked** [3] - 74:18, 75:23, 77:2
**smacking** [2] - 74:21, 75:7
**small** [1] - 93:6
**smaller** [1] - 87:9
**smoothly** [1] - 116:6
**soft** [1] - 20:6
**someone** [12] - 6:2, 32:10, 35:6, 35:8, 36:3, 42:11, 64:4, 69:19, 89:5, 93:15, 129:21
**someplace** [2] - 39:3, 93:2
**sometime** [5] - 26:14, 30:10, 41:23, 45:10, 52:25
**somewhere** [1] - 139:23
**soon** [1] - 6:4
**sorry** [26] - 8:21, 21:9, 21:16, 23:13, 26:16, 33:2, 35:22, 39:14,

47:20, 48:25, 49:25, 67:15, 71:15, 77:23, 81:4, 85:24, 89:13, 91:5, 91:7, 99:15, 104:9, 108:3, 111:23, 133:11, 136:21, 148:3
**sought** [1] - 15:5, 21:21
**sound** [1] - 37:4
**sounds** [4] - 34:22, 117:17, 127:23, 128:3
**South** [1] - 109:24
**south** [4] - 41:8, 41:10, 41:11, 76:10
**space** [1] - 96:9
**speaking** [5] - 44:22, 53:22, 71:5, 71:8, 74:11
**special** [5] - 19:6, 20:10, 20:14, 21:25, 22:3
**spell** [4] - 42:23, 52:13, 85:22, 130:14
**spelling** [1] - 28:19
**spend** [2] - 7:25, 12:3
**Spiegelfare** [1] - 36:5
**Spiegelfire** [2] - 35:24, 36:2
**Spiegeliere** [2] - 36:6, 36:7
**splitting** [1] - 76:3
**spots** [1] - 21:21
**sprained** [4] - 110:19, 110:21, 110:25, 112:15
**squad** [6] - 45:4, 45:13, 46:4, 63:2, 91:19, 109:17
**Squad** [1] - 109:18
**squads** [1] - 109:15
**SR** [1] - 1:3
**ss** [2] - 153:4, 156:4
**stable** [1] - 110:10
**staircase** [1] - 139:21
**stairs** [23] - 59:5, 66:11, 66:13, 66:15, 66:17, 67:12, 78:22, 79:19, 80:14, 83:23, 84:4, 84:7, 96:17, 97:7, 97:15, 97:20, 98:19, 101:3, 101:12, 141:19, 150:23, 151:4
**stamp** [18] - 87:15, 90:9, 102:17, 107:6, 107:16, 109:6, 109:25, 120:2, 124:4, 124:11,

130:19, 130:25, 135:12, 135:25, 138:23, 140:12, 141:4, 145:22
**stamped** [2] - 113:19, 138:8
**standard** [1] - 116:3
**standing** [4] - 69:21, 75:24, 75:25, 78:25
**start** [2] - 34:18, 87:14
**started** [4] - 13:25, 30:21, 44:20, 78:21
**starting** [1] - 100:16
**starts** [2] - 88:7, 141:23
**STATE** [2] - 153:4, 156:3
**state** [3] - 4:14, 68:3, 68:11
**State** [4] - 1:20, 4:9, 153:23, 156:8
**statement** [16] - 51:3, 51:5, 88:4, 88:6, 88:20, 88:24, 88:25, 89:9, 89:15, 99:14, 99:18, 132:6, 132:7, 132:16, 146:16
**statements** [1] - 51:10
**STATES** [1] - 1:2
**stationary** [1] - 95:21
**status** [2] - 16:17, 121:16
**stay** [4] - 60:19, 69:5, 69:9, 99:23
**step** [6] - 65:18, 67:16, 94:2, 139:6, 143:3
**STEPHEN** [1] - 1:7
**stepped** [2] - 65:19, 94:3
**steps** [30] - 69:14, 71:22, 72:3, 72:5, 74:7, 83:22, 84:12, 94:21, 94:23, 95:2, 99:21, 117:4, 117:11, 117:14, 127:12, 139:9, 139:10, 140:5, 140:19, 140:24, 141:11, 142:7, 142:15, 143:6, 149:18, 149:20, 151:23, 152:15
**Steve** [1] - 131:10
**Steven** [3] - 35:24, 36:4, 127:25
**stick** [1] - 128:22
**still** [17] - 10:5, 10:25, 12:23, 20:6, 39:17, 39:23, 47:15, 47:17, 47:18, 47:21, 65:23,

66:23, 104:2, 109:10, 125:19, 132:2, 133:2
**stint** [1] - 22:8
**stipulated** [1] - 32:21
**STIPULATED** [3] - 3:3, 3:9, 3:14
**stipulations** [2] - 1:24, 31:22
**stocky** [2] - 72:14, 72:22
**stomach** [1] - 73:3
**stood** [2] - 99:22, 123:17
**stop** [5] - 95:11, 99:5, 125:6, 125:23, 126:10
**stopped** [2] - 14:2, 150:7
**storm** [3] - 65:10, 65:21, 94:2
**story** [2] - 56:18, 58:12
**straight** [4] - 8:25, 9:2, 139:22, 140:4
**Street** [3] - 2:12, 28:8, 28:13
**street** [4] - 12:3, 134:3, 134:5, 134:25
**strike** [1] - 74:25
**striking** [1] - 75:14
**struck** [4] - 71:9, 74:2, 74:18, 95:25
**struggle** [2] - 27:10, 98:25
**struggled** [1] - 99:3
**stuck** [1] - 58:6
**stumbling** [1] - 117:13
**subject** [17] - 8:18, 25:8, 25:12, 25:17, 25:21, 26:19, 26:25, 28:24, 30:15, 40:3, 40:8, 50:16, 50:21, 51:11, 51:16, 53:17, 88:14
**subjects** [1] - 88:17
**submitted** [2] - 92:8, 92:9
**subscribed** [1] - 153:21
**substance** [1] - 26:20
**sued** [3] - 29:20, 29:23, 148:18
**suffered** [1] - 149:7
**Suffolk** [9] - 13:21, 14:15, 14:16, 14:20, 14:23, 15:2, 23:18, 23:19, 25:2
**SUFFOLK** [1] - 156:5
**suggesting** [2] -

123:15
**suggestion** [2] - 123:13, 123:20
**summary** [2] - 123:23, 123:25
**summer** [1] - 45:10
**superior** [1] - 88:23
**supervisor** [3] - 45:19, 62:25, 114:13
**supplied** [1] - 82:21
**supply** [1] - 47:24
**support** [1] - 56:23
**swang** [1] - 76:6
**swinging** [2] - 96:23, 96:24
**switched** [1] - 18:15
**sworn** [4] - 3:16, 3:20, 4:8, 156:13
**syndrome** [1] - 127:6
**system** [2] - 93:6, 93:10

## T

**tall** [1] - 151:19
**taller** [1] - 151:16
**tased** [2] - 37:13, 37:16
**Taser** [2] - 37:6, 37:9
**tasked** [1] - 21:25
**Tatoma** [1] - 36:23
**team** [1] - 23:25
**temporarily** [1] - 19:7
**ten** [1] - 17:13
**ten-hour** [1] - 17:13
**term** [3] - 73:5, 73:16, 73:18
**terms** [1] - 142:8
**test** [2] - 15:9, 16:24
**tested** [1] - 15:5
**testified** [3] - 4:10, 29:5, 29:10
**testifying** [2] - 48:24, 49:4
**testimony** [6] - 69:11, 78:23, 105:13, 153:10, 153:13, 156:15
**testing** [1] - 15:6
**that's..** [1] - 73:22
**THE** [8] - 2:3, 2:10, 48:4, 49:14, 121:23, 125:15, 138:4, 143:9
**therapy** [5] - 112:15, 112:18, 113:2, 113:3, 113:13
**therefore** [2] - 131:14, 131:16
**thereof** [1] - 89:2
**thighs** [1] - 75:20

**thin** [1] - 31:18
**thinking** [2] - 70:9, 142:25
**thinks** [1] - 128:15
**third** [6] - 61:11, 61:25, 63:12, 93:24, 130:22, 131:23
**threatening** [2] - 62:18, 62:21
**threats** [1] - 63:8
**three** [15] - 12:6, 17:11, 44:10, 54:20, 55:8, 56:11, 59:23, 71:22, 72:3, 97:4, 97:5, 98:18, 113:8, 113:10, 142:21
**threw** [3] - 150:22, 151:22, 152:14
**throw** [4] - 84:6, 84:11, 84:24, 151:4
**thrown** [1] - 149:4
**ticket** [3] - 133:24, 135:10, 136:2
**tickets** [3] - 106:13, 106:22, 133:19
**titled** [1] - 1:17
**TO** [1] - 154:18
**today** [15] - 5:5, 10:9, 29:3, 29:7, 34:7, 34:8, 47:5, 48:24, 49:4, 92:4, 96:12, 96:13, 96:15, 118:16, 137:9
**today's** [2] - 85:15, 131:5
**took** [7] - 10:16, 28:6, 32:13, 50:7, 74:17, 97:7, 133:6
**Top** [2] - 30:7, 31:4
**top** [9] - 79:18, 87:21, 90:19, 99:10, 102:9, 117:5, 141:18, 141:23, 143:3
**total** [1] - 95:2
**tour** [2] - 18:8, 109:13
**tours** [1] - 17:13
**toward** [12] - 78:11, 78:25, 79:5, 79:11, 79:14, 83:16, 95:9, 98:11, 102:11, 140:5, 140:8, 141:8
**towards** [12] - 67:14, 68:4, 74:16, 78:22, 80:13, 97:4, 97:7, 97:15, 97:19, 99:22, 101:11, 139:20
**trained** [1] - 120:23
**training** [14] - 8:5, 9:7, 9:10, 9:11, 9:16, 9:21, 10:8, 12:10,

12:13, 12:17, 12:20,
12:24, 17:4, 21:7
**transcript** [5] - 48:14,
48:16, 48:19, 153:9,
153:12
**transpired** [1] - 74:6
**traversed** [2] - 134:5,
140:23
**treatment** [1] - 105:21
**trial** [1] - 3:13
**tricep** [1] - 78:4
**tried** [3] - 65:10,
96:21, 97:3
**truck** [7] - 106:14,
135:22, 136:8,
136:9, 137:7,
137:21, 138:16
**true** [5] - 100:24,
102:8, 153:12,
153:15, 156:14
**try** [9] - 5:10, 6:3, 6:5,
6:16, 7:5, 7:7, 45:15,
78:10, 99:11
**trying** [18] - 6:18,
39:17, 45:3, 45:20,
56:17, 60:13, 60:20,
66:25, 67:3, 68:14,
74:12, 77:20, 78:7,
80:11, 98:14, 99:6,
104:3, 123:19
**turn** [4] - 67:11, 70:3,
70:12, 77:9
**turned** [2] - 68:5, 86:6
**turning** [3] - 69:18,
80:15, 80:19
**two** [17] - 8:4, 20:21,
26:13, 32:14, 54:20,
55:7, 56:10, 62:24,
69:22, 71:22, 72:3,
74:10, 76:17, 114:4,
137:15, 142:21,
151:16
**two-page** [1] - 114:4
**type** [3] - 5:25, 50:24,
55:24
**typing** [3] - 93:20,
93:21, 93:22

**U**

**unarmed** [1] - 16:6
**unconscious** [3] -
102:21, 103:8,
103:11
**under** [10] - 27:9,
30:17, 33:25, 39:7,
47:11, 48:9, 77:11,
77:14, 98:15, 153:10
**underneath** [1] - 99:8
**understandable** [1] -

5:12
**understood** [2] -
88:15, 121:8
**unfounded** [1] -
147:10
**uniform** [5] - 20:3,
20:4, 20:6, 22:9,
31:20
**union** [3] - 89:5,
92:23, 93:21
**Uniondale** [1] - 30:22
**Unit** [4] - 20:18, 21:17,
88:9, 93:10
**UNITED** [1] - 1:2
**units** [4] - 19:6, 20:10,
20:14, 22:3
**University** [1] - 23:9
**unpredictable** [1] -
68:13
**unsubstantiated** [1] -
147:11
**unsure** [1] - 143:2
**up** [39] - 10:8, 13:25,
32:21, 34:2, 45:15,
48:10, 59:5, 59:21,
65:5, 77:6, 78:17,
78:20, 79:22, 79:25,
80:10, 81:15, 83:22,
84:2, 84:4, 86:3,
86:20, 90:24, 96:17,
98:16, 98:21, 99:22,
100:18, 108:14,
111:24, 112:4,
125:4, 130:24,
134:17, 134:22,
138:5, 139:16,
140:19, 141:11,
141:19
**updated** [1] - 61:21
**upper** [1] - 103:25
**upright** [1] - 101:22
**upstairs** [1] - 96:18

**V**

**van** [2] - 137:22,
138:15
**Various** [1] - 4:3
**vehicle** [3] - 44:5,
106:14, 136:15
**vehicles** [1] - 43:25
**verbal** [2] - 99:7, 99:23
**verbally** [4] - 6:14,
6:21, 67:23, 70:10
**version** [1] - 54:4
**versus** [1] - 104:16
**veteran** [1] - 127:9
**victim** [3] - 38:16,
38:18, 38:19
**Video** [1] - 1:12

**video** [16] - 55:14,
55:21, 55:23, 56:3,
56:7, 58:17, 58:19,
58:24, 59:4, 81:8,
82:8, 82:17, 82:21,
83:9, 83:11, 151:21
**videos** [2] - 58:11,
58:13
**view** [3] - 137:6,
140:14, 141:8
**viewed** [1] - 151:21
**violently** [3] - 73:25,
95:25, 149:19
**virtually** [2] - 102:19,
103:14
**visualize** [1] - 80:5
**voluntarily** [1] - 88:22

**W**

**waiting** [1] - 13:8
**waived** [1] - 3:8
**waiver** [1] - 88:25
**walk** [8] - 56:19, 66:2,
67:12, 67:25, 70:17,
70:20, 70:22, 102:19
**walked** [5] - 65:5,
94:20, 94:23,
101:11, 102:16
**walking** [2] - 66:10,
69:19
**walkway** [1] - 141:23
**wall** [2] - 78:18, 98:5
**wants** [1] - 128:15
**warrant** [2] - 38:10,
38:12
**watch** [1] - 56:3
**watched** [2] - 82:8,
83:9
**watching** [3] - 55:20,
55:23
**wear** [3] - 31:23,
31:24, 31:25, 32:18,
33:11
**wearing** [4] - 32:6,
33:22, 72:13, 154:14
**weeks** [1] - 20:21
**weighing** [1] - 115:2
**weight** [1] - 114:19
**West** [2] - 2:12, 24:18
**WHEREOF** [1] -
156:21
**whichever** [1] - 120:15
**whole** [1] - 79:23
**WITNESS** [8] - 48:4,
49:14, 121:23,
125:15, 138:4,
143:9, 154:3, 156:21
**witness** [3] - 150:14,
156:11, 156:15

**woman** [1] - 54:10
**word** [4] - 14:12, 43:2,
43:4, 101:16
**Workers** [4] - 111:18,
111:20, 112:5,
112:11
**worth** [1] - 113:9
**wrist** [3] - 78:3, 78:7,
145:17
**wrists** [4] - 145:16,
145:20, 145:25,
149:8
**write** [4] - 91:18,
92:16, 115:11,
115:13
**writes** [1] - 117:9
**writing** [6] - 34:3,
48:11, 48:18, 48:20,
55:6, 57:11
**written** [3] - 99:17,
132:7, 132:16
**wrote** [2] - 88:4, 96:11

**X**

**X-ray** [2] - 110:13,
110:14

**Y**

**yard** [1] - 141:9
**year** [2] - 45:11, 109:4
**years** [4] - 23:11,
26:13, 110:3, 118:6
**yelling** [3] - 70:2,
99:21, 125:4
**YORK** [3] - 1:2, 153:4,
156:3
**York** [16] - 2:6, 2:13,
4:9, 4:19, 5:2, 11:23,
11:24, 12:22, 15:24,
16:9, 25:7, 25:11,
40:7, 120:24,
153:23, 156:9
**York,taken** [1] - 1:21
**young** [1] - 94:15
**yourself** [7] - 5:2,
34:24, 42:12, 43:7,
50:11, 54:3, 146:20

**Z**

**Zoom** [1] - 1:12