# *Notice of Request to Submit Electronic Evidence*

## Case Number: 18-cv00819

## Filing Party Name: County of Nassau, Police Officer Beckwith, and Police Officer Dominick Mantovani

## Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable. DE 118 - Defendants' Ex A

## If the format is PDF, why hasn't it been docketed electronically?

Not a PDF