# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BESEDIN, SR. ) | |
| *Plaintiff* ) | |
| v.  ) | Civil Action No. 2:18-cv-00819 |
| COUNTY OF NASSAU, ET AL ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff shall recover from the defendants Police Officer Stephen Beckwith, Police Officer Dominick Mantovani (s/h/u John Mantovani), and County of Nassau $760,000 for compensatory damages. The Plaintiff shall also recover $800,000 for punitive damages individually from each of the defendants: Police Officer Stephen Beckwith and Police Officer Dominick Mantovani. Plaintiff shall also recover post-judgment interest, individually, at a rate of 4.87%.  This Judgment does not dispose of the parties' post-trial motions, including Defendants' oral applications under Fed. R. Civ. Proc. 50, which remain pending, and any other post-trial motions either party may file under Fed. R. Civ. Proc. 59 within 28 days of the entry of judgment.

This action was *(check one)*:

☑ tried by a jury with Judge Nina R. Morrison presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 11/1/2024

Brenna B. Mahoney
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*