UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT BESEDIN, SR.,

                              Plaintiff,

        -against-

COUNTY OF NASSAU, THE NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH AND POLICE OFFICER
JOHN MANTOVANI in their individual and official
capacities,

                              Defendants.

**NOTICE OF APPEAL**

Docket No. 18-CV-00819
        (NRM) (ST)

        **PLEASE TAKE NOTICE** that Defendants COUNTY OF NASSAU, THE NASSAU

COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH and POLICE

OFFICER JOHN MANTOVANI hereby appeal to the United States Court of Appeals for the

Second Circuit from the Judgment entered in this action on November 1, 2024 and every part

thereof including all prior Orders of the District Court.

Dated: November 26, 2024
        Carle Place, New York

                                        SOKOLOFF STERN LLP

                                By: *Andrew Blancato*
                                        Kiera J. Meehan
                                        Andrew Blancato
                                        Attorneys for Defendants
                                        179 Westbury Avenue
                                        Carle Place, NY 11514
                                        (516) 334-4500
                                        File No: 210099

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| ROBERT BESEDIN, SR. | ) |
| *Plaintiff* | ) |
| v. | ) |
| COUNTY OF NASSAU, ET AL | ) |
| *Defendant* | ) |

Civil Action No.   2:18-cv-00819

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff shall recover from the defendants Police Officer Stephen Beckwith, Police Officer Dominick Mantovani (s/h/u John Mantovani), and County of Nassau $760,000 for compensatory damages. The Plaintiff shall also recover $800,000 for punitive damages individually from each of the defendants: Police Officer Stephen Beckwith and Police Officer Dominick Mantovani. Plaintiff shall also recover post-judgment interest, individually, at a rate of 4.87%.  This Judgment does not dispose of the parties' post-trial motions, including Defendants' oral applications under Fed. R. Civ. Proc. 50, which remain pending, and any other post-trial motions either party may file under Fed. R. Civ. Proc. 59 within 28 days of the entry of judgment.

This action was *(check one)*:

☑  tried by a jury with Judge   Nina R. Morrison   presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:   11/1/2024

Brenna B. Mahoney
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

| Print | Save As... | | Reset |