UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT BESEDIN, SR.,

              Plaintiff,

         v.

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
STEPHEN BECKWITH and POLICE OFFICER
JOHN MANTOVANI, in their individual and
official capacities,

              Defendants.

No. 18-cv-0819 (NRM) (ST)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Andrew Blancato, dated November 27, 2024, the exhibits annexed thereto; the accompanying Memorandum of Law in Support thereof; and all papers and proceedings had herein, the undersigned will move this Court, before the Honorable Nina R. Morrison, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for a new trial and remittitur pursuant to Rule 59 of the Federal Rules of Civil Procedure (the "Federal Rules"), for judgment as a matter of law pursuant to Rule 50 of the Federal Rules, for amendment of the judgment pursuant to Rule 59 of the Federal Rules, and for such other and further relief as the Court may deem just and proper.

1

Dated: Carle Place, New York
       November 27, 2024

SOKOLOFF STERN, LLP

*Andrew Blancato*

Andrew Blancato
Kiera J. Meehan
Attorneys for Defendants
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500

CC: **VIA ECF**

Frederick K. Brewington
Law Offices of Frederick K. Brewington
*Attorneys for plaintiff*
556 Peninsula Blvd.
Hempstead, New York 11550