THE LAW OFFICES OF

# SCOTT A. KORENBAUM

**14 Wall Street, Suite 1603**
**New York, New York 10005**
Tel: (212) 587-0018          Fax: (212) 587-0018

December 26, 2024

<u>VIA ECF</u>

Hon. Nina R. Morrison
United States District Court
Eastern District Court of New York
Brooklyn, NY 11201

Re:     *Besedin v County of Nassau, et al.*
        18-cv-0819 (NRM) (ST)
        Letter to Judge Morrison re Defendants'
        Rule 50, Rule 59 Motions

Dear Judge Morrison:

        The Law Offices of Frederick K. Brewington and I represent Robert Besedin, Sr. Pursuant to Rule 5.3.1 of the Court's Individual Practice Rules, we write to request permission to file a 40 page memorandum of law in connection with Mr. Besedin's opposition to the Defendants' motions, pursuant to Rule 50(b) and 59, for judgment as a matter of law, a new trial or a *remittitur*. We make this request because of the myriad issues raised by the defendants in their moving papers, and note that the defendants' moving papers span 37 pages. We will of course endeavor to submit even fewer pages.

        Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        *Frederick K. Brewington*
                                        *Scott A. Korenbaum*

                                        Frederick K. Brewington
                                        Scott A. Korenbaum

SAK:sak

cc: All Counsel (via ECF)