

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

February 26, 2025

**Via ECF**
Honorable Nina R. Morrison
United States District Court
Eastern District Court of New York
Brooklyn, NY 11201

          Re:   *Besedin v County of Nassau, et al.,*
                Docket No.: 18-cv-0819 (NRM)(ST)
                File No. 210099

Your Honor:

      We represent the Defendants in this action. In accordance with Your Honor's February 19th directive, I write to inform the Court that the parties have conferred and wish to be referred to Magistrate Tiscione for a settlement conference.

      Thank you for your consideration of this matter.

                                                          Respectfully submitted,

                                                          SOKOLOFF STERN LLP

                                                          KIERA J. MEEHAN

cc:
      Via ECF
      Frederick K. Brewington
      Law Offices of Frederick K. Brewington
      *Attorneys for Plaintiff*
      556 Peninsula Blvd.
      Hempstead, New York 11550