

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

April 25, 2025

<u>VIA ECF</u>
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:  *Besedin v. County of Nassau, et al.*
           Docket No. 18-CV-0819 (NRM)(ST)
           File No. 210099

Your Honor:

      We represent the defendants in this action. I write to provide an update on the status of settlement negotiations in accordance with the Court's April 18, 2025 directive.

      I spoke with Mr. Brewington yesterday and advised him that I had obtained additional settlement authority. While the extent of our settlement authority is less than the demand plaintiff made at the end of our last conference, based on our discussion it is my understanding that the parties are going to explore whether the medical lien(s) can be reduced.

      Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      SOKOLOFF STERN LLP

                                      KIERA J. MEEHAN