

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

May 27, 2025

VIA ECF
Hon. Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    *Besedin v. County of Nassau, et al.*
>         Docket No. 18-CV-0819 (NRM)(ST)
>         File No. 210099

Your Honor:

We represent the defendants in this action. I write to provide an update on the status of settlement negotiations in accordance with the Court's April 28, 2025 directive.

As stated in my April 25, 2025 letter, the parties engaged in additional settlement discussions last month. Without revealing the specific amounts in this publicly filed document I can state that following our conference on March 26, 2025, I met with County officials and obtained additional settlement authority, to the midpoint of the last offer and demand discussed at our conference on March 26, 2025.

I extended that offer to Mr. Brewington last month and at that time the parties agreed to explore a reduction of the medical liens as means to facilitate a settlement. While Mr. Brewington has been on trial the past two weeks, I have been in communication with his office staff who have advised that they are still in the process of obtaining initial lien amounts from Medicare and Medicaid.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

KIERA J. MEEHAN

CC: Frederick Brewington, Esq. (via ECF)

LONG ISLAND    ▪    HUDSON VALLEY