

THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

***Attorneys and Counselors at Law***
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington                                    Of Counsel
Albert D. Manuel III                                       Oscar Holt III
Cobia M. Powell                                            Jay D. Umans

June 10, 2025

**VIA ECF**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     *Besedin v County of Nassau, et al.*
        18-cv-0819 (NRM) (ST)

Dear Judge Tiscione:

As you are aware, we represent the Plaintiff in the above referenced action. We write to dispute the letter sent by Defendants dated today. While, after addressing the issue of potential Medicare and Medicaid liens, the parties have agreed on a dollar amount to address the current Judgment, the parties are not in agreement as to the process and mechanisms which will be employed to bring about the payment of the funds. We do not agree that this matter must be presented to the County Legislature as a settlement. In fact, we have prepared an Amended Judgment for the County to review and provide comments. Unfortunately they have essentially rejected and refused to allow the submission of the Amended Judgment to be submitted to the Court. There is a need for an immediate conference with the Court as the letter sent to the Court by Defendants was not accurate and was not provided to our office for review. Further, we have a major issue with the Defendants dictating the Plaintiff must give up the status as a Judgement creditor.

We respectfully request a prompt telephone/zoom conference to address this matter. Thank you for your consideration in this matter.

Respectfully submitted,

*Frederick K. Brewington*
FREDERICK K. BREWINGTON

FKB:rw
cc: All Counsel by ECF