**CIVIL MINUTE ENTRY**

|  |  |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 23, 2025 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-18-819 (NRM) |
| NAME OF CASE(S): | Besedin v. County of Nassau et al. |
| FOR PLAINTIFF(S): | Korenbaum, Powell |
| FOR DEFENDANT(S): | Meehan |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference :

Discussions held regarding potential settlement. Defendants will address certain issues with the County and advise Plaintiff's counsel of the timeline for legislative approval and payment. Parties will advise the Court if a further conference is needed.