

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel
Albert D. Manuel III　　　　　　　　　　　　　　　　　　　　　　　　　　　　Oscar Holt III
Cobia M. Powell　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay D. Umans

August 19, 2025

<u>**VIA ELECTRONIC FILING**</u>
Hon. Nina R. Morrison
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　　　　　　　Re:　*Besedin v County of Nassau, et al.*
　　　　　　　　　　　　　　<u>18-cv-0819 (NRM) (ST)</u>

Dear Judge Morrison:

　　　We represent Mr. Robert Besedin, Sr. in the above referenced matter which is pending before Your Honor. Pursuant to the Court's Order, we supply this letter to advise the Court of the post trial status of the this case. Respectfully, it is requested that the Court accept this letter as a joint submission as we have been in correspondence with Ms. Kiera Meehan and advised her that we would be writing the Court and informing Your Honor that the Nassau County Legislature approved the payment of a negotiated dollar amount on July 28, 2025. This took place after checking and confirming any potential liens that need to be satisfied. Today, Defendants' Counsel informed us that the check was available for pickup. Upon picking up the check, there was an error made on the check stating: "*Pay as to the Order of Sokoloff Stern LLP as attorneys for Robert Besedin*"(emphasis added). We informed Defendants of this error, as it should have been made payable to "The Law Offices of Frederick K. Brewington as Attorneys for Robert Besedin." Thereafter, Plaintiff made Defendants and was informed that a revised check should be available by the end of the week. Once that is corrected and the funds clear, the parties are prepared to file an executed satisfaction of the judgment to resolve the case.

　　　Thank you for your consideration and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*Frederick K. Brewington*
　　　　　　　　　　　　　　　　　　　　　　　　　Frederick K. Brewington

FKB:cmp
cc: All Counsel (via ECF)