UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

**ROBERT BESEDIN, SR.,**　　　　　　　　　　　　DOCKET NO.: CV-18-819
　　　　　　　　　　　　　　　　　　　　　　　　　　(NRM) (ST)

　　　　　　　　**Plaintiff,**

　　-against-　　　　　　　　　　　　　　　　　　ACKNOWLEDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　AND SATISFACTION OF
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

**COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER STEPHEN
BECKWITH AND POLICE OFFICER DOMINICK
MANTOVANI in their individual and official capacities,**

　　　　　　　　**Defendants.**

-----------------------------------------------------------------------X

　　　　I, FREDERICK K. BREWINGTON, certify under the pains and penalties of perjury pursuant to 28 U.S.C. §1746, that the following statements are true and correct, to the best of my knowledge:

　　　　I am one of the attorneys representing PLAINTIFF **ROBERT BESEDIN, SR.** in the above entitled action. This action came before the Court for a trial by jury. The issues were tried, a full trial before a jury was conducted and commenced on October 21, 2024. After nine (9) days of trial, the jury returned a verdict finding for Plaintiff on some claims and against Plaintiff on other claims. The jury awarded Plaintiff compensatory damages and punitive damages.

　　　　IT WAS ORDERED AND ADJUDGED, that Plaintiff **ROBERT BESEDIN, SR.** recover from all Defendants the amount of 2.36 Million Dollars ($2,360,000.00) dollars, plus post judgment interest at the federal rate, as set forth in 28 U.S.C. §1961(a).

IS IT CERTIFIED that there are no outstanding executions with any Clerk, Sheriff or Marshall within the State of New York against the **COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER DOMINICK MANTOVANI** and that all proceedings and actions in connection with this matter are concluded as to those Defendants only.

THEREFORE, the *Judgment* entered by this Court on November 1, 2024, as to and against Defendants **COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER STEPHEN BECKWITH AND POLICE OFFICER DOMINICK MANTOVANI**, plus post judgment interest at the federal rate set forth in 28 U.S.C. §1961(a), has been SATISFIED IN FULL.

Dated: September 12, 2025

Respectfully submitted.

LAW OFFICES OF
FREDERICK K. BREWINGTON

_____ /s/_____
By:   FREDERICK K. BREWINGTON
Attorneys for Plaintiff
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959