

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington     Of Counsel
Albert D. Manuel III     Oscar Holt III
Cobia M. Powell     Jay D. Umans

September 15, 2025

***VIA ELECTRONIC FILING***
Hon. Nina R. Morrison
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:     *Besedin v County of Nassau, et al.*
                 **18-cv-0819 (NRM) (ST)**

Dear Judge Morrison:

     We represent Mr. Robert Besedin, Sr. in the above referenced matter which is pending before Your Honor. Pursuant to the Court's Order, we supply this letter to advise the Court that Plaintiff's Motion for Fees is also moot in light of the Satisfaction of the Judgment.

     Thank you for your consideration and attention to this matter.

                                                  Respectfully submitted,

                                                  *Frederick K. Brewington*
                                                  Frederick K. Brewington

FKB:CMP
cc: All Counsel (via ECF)